David Israel, Esq.
Sessions, Fishman & Nathan, L.L.P.
3850 N. Causeway Blvd., Suite 1240
Metairie, Louisiana 70002-1752
Telephone: 504-828-3700
Facsimile:  504-828-3737

Attorney for Defendant
Nationwide Recovery Systems, Ltd.

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
NOV 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>  Plaintiff,<br><br>vs.<br><br>NATIONWIDE RECOVERY SYSTEMS, LTD.,<br><br>  Defendant. | Case No. 3:07-cv-02132-H-CAB<br><br>PRO HAC VICE APPLICATION<br><br><u>Nationwide Recovery Systems, Ltd.</u><br>Party Represented |

I, **DAVID ISRAEL**, hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

| | |
|---|---|
| My residence address and phone number are: | 2013 Palmer Avenue, New Orleans Louisiana 70115<br>(504) 314-9477 |
| My firm name is: | Sessions, Fishman & Nathan, LLP |
| My office address and Phone number are: | 3850 N. Causeway Blvd., Suite 1240<br>Metairie, Louisiana 70002-1752<br>(504) 828-3700<br>(504) 828-3737 FAX<br>disrael@sessions-law.biz |

That on October 14, 1981 I was admitted to practice before the United States Eastern District for Louisiana and am currently in good standing and eligible to practice in said court;

That I am not currently suspended or disbarred in any other court;

That I have concurrently or within the year preceding this application made any pro hac application to this court.

Title of case: *Doulgas E. Bellows v. NCO Financial Systems, Inc.*

Case Number: 07cv-1115 JAH RBB   Date of application: August, 2007

Application  _____x_____ granted  _____ denied

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11\16\07

David Israel

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Debbie P. Kirkpatrick, Esq.
Sessions, Fishman & Nathan in California, L.L.P.
3667 Voltaire Street
San Diego, California 92106
(619) 758-1891

David Israel

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.

W. Samuel Hamrick, Jr.
Clerk of Court

NOV 26 2007

_____
By Deputy Clerk

M. Zvers

/s/ *M.D. # 144765*
Received $180.00 for Court Library fee

_____ Deputy Clerk

**Pro Hac Vice**   (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California, (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) the he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and the case number of each matter wherein he made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

**Fee:**   $180.00, payable to Clerk, U.S. District Court

**Application and fee should be mailed directly to:**

W. Samuel Hamrick, Jr., Clerk
United States District Court
Southern District of California
880 Front Street Suite 4290
San Diego, California 92101-8900

8/7/07