| | |
|---|---|
| David Israel, Esq. (LSB No. 7174) | (SPACE BELOW FOR FILING STAMP ONLY) |

Bryan C. Shartle, Esq. (LSB No. 27640)
SESSIONS, FISHMAN & NATHAN, L.L.P.
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, LA  70002-1752
Telephone:  (504) 828-3700
Facsimile:  (504) 828-3737

Debbie P. Kirkpatrick, Esq. (CSB No. 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
3667 Voltaire Street
San Diego, CA  92106
Telephone:    (619) 758-1891
Facsimile:    (619) 222-3667

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. KINDER, | ) | Case No. 3:07-cv-02132-H-CAB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF MOTION;** |
| | ) | **MOTION FOR PARTIAL** |
| -against- | ) | **JUDGMENT ON THE** |
| | ) | **PLEADINGS** |
| NATIONWIDE RECOVERY SYSTEMS, LTD., | ) | |
| | ) | Date: January 22, 2008 |
| Defendant. | ) | Time: 10:30 a.m. |
| _____ | ) | Place: Courtroom 13 |

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that on January 22, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 940 Front Street, San Diego, California 92101, defendant, Nationwide Recovery Systems, Ltd. ("NRS"), will and hereby does move this Court for Partial Judgment on the Pleadings.

///

1  NRS requests that the Court grant its Motion for Partial Judgment on the Pleadings, per Fed. R. Civ. P. 12(c), and dismiss the claims filed by plaintiff, James M. Kinder. NRS's motion is based on this notice of motion and motion, accompanying memorandum of points and authorities, the pleadings and papers on file herein, and other such matters as may be presented to the Court at the time of the hearing.

Dated:  December 3, 2007           Sessions, Fishman & Nathan in California, L.L.P.

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant,
Nationwide Recovery Systems, Ltd.

N:\Nationwide Recovery Systems Ltd (8949)\Kinder, James (8949-07-22323)\Motion on Pleadings\Motion for Judgment on Pleadings.doc

2
Notice of Motion and Motion for Partial Judgment on the Pleadings           Case No. 3:07-cv-02132-H-CAB

1  CASE NAME: KINDER v NATIONWIDE RECOVERY SYSTEMS, LTD.
   CASE NO:   37-2007-67042-CU-MC-CTL
2

3                          **PROOF OF SERVICE**

4  I, the undersigned, hereby certify that I am a citizen of the United States, over the age
   of 18 years and not a party to the within action; my business address is 3667 Voltaire
5  Street, San Diego, California 92106.  On this date I served the within:

6                  NOTICE OF MOTION;  MOTION FOR PARTIAL
                        JUDGMENT ON THE PLEADINGS

7  ( XX ) BY U.S. MAIL

8       I served a true and correct copy of the above-named documents by mail by
   placing the same in a sealed envelope with postage fully prepaid, and depositing said
9  envelope in the U.S. mail at San Diego, California.  Said envelope(s) was/were
   addressed as listed hereafter:
10
   (  )    BY FACSIMILIE MACHINE
11
        I caused to be transmitted by facsimile machine a true copy of the above-named
12 documents to the below listed.  Attached hereto is the Confirmation Report confirming
   the status of the transmission.
13
   (  )    BY PERSONAL SERVICE
14
        I caused to be served by hand a true copy of the above named document as
15 listed hereafter.

16 Chad Austin, Esq.
   3129 India St.
17 San Diego, CA 92103

18

19 I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct.
20
   Dated:  December 5, 2007
21

22                                              _____
                                                 Marilyn Winder
23

24

25

26

27

28
                                        3
   Notice of Motion and Motion for Partial Judgment on the Pleadings    Case No. 3:07-cv-02132-H-CAB