James M. Kinder v. National Recovery Systems, LTD.
Case No. 3:07-cv-02132-H-CAB

Exhibits-Table of Contents

Exhibit A     pages 1-8

Exhibit B     pages 9-26

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:07-cv-00877-DMS-POR

Kinder v. Bankfirst
Assigned to: Judge Dana M. Sabraw
Referred to: Magistrate Judge Louisa S Porter
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 05/15/2007
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

James M Kinder, -                        represented by **Chad Austin**
                                                         Law Offices Chad Austin
                                                         3129 India Street
                                                         Suite L
                                                         San Diego, CA 92103-6014
                                                         (619)297-8888
                                                         Fax: (619)295-1401
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Bankfirst                                represented by **Jonathan Andrews Boynton**
                                                         Kirby Noonan Lance and Hoge
                                                         600 West Broadway
                                                         Suite 1100
                                                         San Diego, CA 92101-3302
                                                         (619)231-8666
                                                         Fax: (619)231-9593
                                                         Email: jboynton@knlh.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Ansis Viksnins**
                                                         Lindquist and Ventnum
                                                         4200 IDS Center
                                                         80 South 8th Street
                                                         Minneapolis, MN 55402
                                                         (612)371-3211
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

DOES
*1 through 100, inclusive*


EXHIBIT B

| Date Filed | # | Docket Text |
|---|---|---|

9

| 05/15/2007 | 1 | NOTICE OF REMOVAL as to James M Kinder from San Diego Superior Court, case number 37-2007-00066491-CU-MC-CTL. (Filing fee $ 350, Receipt #138199), filed by Bankfirst. T/W Answer. (pdc) (mam). (Entered: 05/16/2007) |
| --- | --- | --- |
| 05/15/2007 |   | ANSWER to Complaint by Bankfirst.(pdc) (Entered: 05/16/2007) |
| 05/16/2007 | 4 | PRO HAC VICE APPOINTED: Ansis Viksnins appearing for Defendant Bankfirst (jcj) (Entered: 05/22/2007) |
| 05/17/2007 | 2 | NOTICE by Bankfirst *AMENDED NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 USC SECTION 1441(b) (DIVERSITY JURISDICTION)* (Boynton, Jonathan) (Entered: 05/17/2007) |
| 05/17/2007 | 3 | Notice and ORDER Regarding Early Neutral Evaluation, set for 6/20/2007 10:00 AM before Magistrate Judge Louisa S Porter. Signed by Judge Louisa S Porter on 05/17/07. (jcj) (Entered: 05/17/2007) |
| 06/08/2007 | 5 | ORDER Rescheduling 06/20/07 Early Neutral Evaluation for 6/22/2007 01:30 PM before Magistrate Judge Louisa S Porter. The conference shall be telephonic, with attorneys only. Signed by Judge Louisa S Porter on 06/08/07. (jcj) (Entered: 06/08/2007) |
| 06/22/2007 | 7 | Minute Entry for proceedings held before Judge Magistrate Louisa S Porter: telephonic Early Neutral Evaluation Conference held on 6/22/2007; Court Order to follow(Tape #POR07-1;1:30-2:00).(Plaintiff Attorney Chad Austin).(Defendant Attorney Lauren E. Butz). (kaj) (Entered: 06/29/2007) |
| 06/25/2007 | 6 | ORDER Regarding Rule 26 Dates and Scheduling Case Management Conference for 8/8/2007 01:30 PM in Courtroom H before Magistrate Judge Louisa S Porter. Rule 26(f) conference shall be completed by 07/19/07. Discovery Plan shall be lodged with chambers by 07/30/07. Initial disclosures shall be made by 08/03/07. Signed by Judge Louisa S Porter on 06/25/07. (jcj) (Entered: 06/26/2007) |
| 08/08/2007 | 9 | Minute Entry for proceedings held before Judge Louisa S Porter : Case Management Conference held on 8/8/2007. Rule 26 dates issued. Order to follow.(Plaintiff Attorney Chad Austin).(Defendant Attorney Jonathan Boynton; Ansis Viksnins). (rfm) (Entered: 08/28/2007) |
| 08/10/2007 | 8 | Scheduling ORDER Regulating Discovery and Other Pretrial Proceedings. Case Management Conference held 08/08/07. Mandatory Settlement Conference set for 11/16/2007 10:00 AM before Magistrate Judge Louisa S Porter. Final Pretrial Conference set for 9/5/2008 10:30 AM in Courtroom 10 before Judge Dana M. Sabraw. Bench Trial set for 10/20/2008 09:00 AM in Courtroom 10 before Judge Dana M. Sabraw. Signed by Judge Louisa S Porter on 08/10/07. (jcj) (Entered: 08/13/2007) |

| PACER Service Center |
| --- |

10

| Transaction Receipt | | | |
|---|---|---|---|
| 11/13/2007 07:55:17 | | | |
| PACER Login: | sf0026 | Client Code: | nco |
| Description: | Docket Report | Search Criteria: | 3:07-cv-00877-DMS-POR |
| Billable Pages: | 2 | Cost: | 0.16 |

11

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02049-WQH-JMA

| | |
|---|---|
| Kinder v. Sprint PCS Assets LLC et al | Date Filed: 10/26/2007 |
| Assigned to: Judge William Q. Hayes | Jury Demand: Defendant |
| Referred to: Magistrate Judge Jan M. Adler | Nature of Suit: 890 Other Statutory Actions |
| Demand: $85,000 | Jurisdiction: Federal Question |
| Case in other court: San Diego Superior Court, 37-02007-00074754-CU-MC-CTL | |
| Cause: 28:1441 Petition for Removal | |

**Plaintiff**

**James M Kinder, -**   represented by   **Chad Austin**
Law Offices Chad Austin
3129 India Street
Suite L
San Diego, CA 92103-6014
(619)297-8888
Fax: (619)295-1401
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sprint PCS Assets LLC**   represented by   **James J Mittermiller**
Sheppard Mullin Richter and Hampton
501 West Broadway
Suite 1900
San Diego, CA 92101-3598
(619)338-6500
Fax: (619)234-3815
Email: jmittermiller@sheppardmullin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John C Dineen**
Sheppard Mullin Richter & Hampton
501 West Broadway
Suite 1900
San Diego, CA 92101
(619)338-6500
Fax: (619)234-3815
Email: jdineen@sheppardmullin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

12

**Defendant**

**Sprint PCS License LLC**                represented by **James J Mittermiller**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John C Dineen**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**DOES**
*1 through 100, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2007 | 1 | NOTICE OF REMOVAL as to James M Kinder from San Diego Superior Court, case number 37-2007-00074754-CU-MC-CTL. ( Filing fee $ 350 Receipt number 143793), filed by Sprint PCS Assets LLC, Sprint PCS License LLC.(pdc)(mam). (Entered: 10/29/2007) |
| 10/26/2007 | 2 | DECLARATION Of Scott W. Andreasen re 1 Notice of Removal by Defendants Sprint PCS Assets LLC, Sprint PCS License LLC. (mdc) (Entered: 10/30/2007) |
| 10/30/2007 | 3 | CERTIFICATE OF SERVICE by Sprint PCS Assets LLC, Sprint PCS License LLC re 2 Declaration, 1 Notice of Removal (Dineen, John) (mdc) (Entered: 10/30/2007) |
| 10/31/2007 | 4 | NOTICE of Appearance by John C Dineen on behalf of Sprint PCS Assets LLC, Sprint PCS License LLC (Attachments: # 1 Proof of Service)(Dineen, John) (mdc) (Entered: 10/31/2007) |
| 11/02/2007 | 5 | DEMAND for Trial by Jury by Sprint PCS Assets LLC, Sprint PCS License LLC. (Attachments: # 1 Proof of Service)(Dineen, John) (mdc) (Entered: 11/02/2007) |
| 11/02/2007 | 6 | ANSWER to Complaint by Sprint PCS Assets LLC, Sprint PCS License LLC. (Attachments: # 1 Proof of Service)(Dineen, John) (mdc) (Entered: 11/02/2007) |
| 11/07/2007 | 7 | NOTICE And ORDER For Early Neutral Evaluation Conference: An Early Neutral Evaluation Conference is set for 12/14/07 at 10:00 AM in the chambers of Magistrate Judge Jan M. Adler. Signed by Magistrate Judge Jan M. Adler on 11/7/07. (mdc) (Entered: 11/07/2007) |

**PACER Service Center**

13

| Transaction Receipt | | | |
|---|---|---|---|
| 11/13/2007 07:55:41 | | | |
| PACER Login: | sf0026 | Client Code: | nco |
| Description: | Docket Report | Search Criteria: | 3:07-cv-02049-WQH-JMA |
| Billable Pages: | 1 | Cost: | 0.08 |

14

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02084-L-LSP

Kinder v. Asset Acceptance, LLC et al
Assigned to: Judge M. James Lorenz
Referred to: Magistrate Judge Leo S. Papas
Case in other court: San Diego Superior Court, 37-02007-00074112-CU-MC-CTL
Cause: 28:1441 Petition for Removal

Date Filed: 10/30/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

James M Kinder, -          represented by   Chad Austin
                                            Law Offices Chad Austin
                                            3129 India Street
                                            Suite L
                                            San Diego, CA 92103-6014
                                            (619)297-8888
                                            Fax: (619)295-1401
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

V.

**Defendant**

Asset Acceptance, LLC      represented by   David J Kaminski
                                            Carlson and Messer
                                            5959 West Century Boulevard
                                            Suite 1214
                                            Los Angeles, CA 90045
                                            (310)242-2200
                                            Fax: (310)242-2222
                                            Email: kaminskid@cmtlaw.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Defendant**

DOES
*1 through 100, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2007 | 1 | NOTICE OF REMOVAL as to Asset Acceptance, LLC from San Diego Superior Court, case number 37-2007-00074112-CU-MC-CTL. ( Filing fee $ 350 Receipt number 143906), filed by James M Kinder. (t/w complaint)(kmm)(bar ). (Entered: 10/31/2007) |
|  |  |  |

15

| 10/30/2007 | 2 | DECLARATION of Robert Horwitz re 1 Notice of Removal by Defendant Asset Acceptance, LLC. (kmm) (bar ). (Entered: 10/31/2007) |
| --- | --- | --- |
| 11/08/2007 | 3 | NOTICE by Asset Acceptance, LLC *of Related Case, etc.* (Kaminski, David) (tkl, ). (Entered: 11/08/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 11/13/2007 07:56:05 | | | |
| PACER Login: | sf0026 | Client Code: | nco |
| Description: | Docket Report | Search Criteria: | 3:07-cv-02084-L-LSP |
| Billable Pages: | 1 | Cost: | 0.08 |

16

# U.S. District Court
## Southern District of California (San Diego)
## CIVIL DOCKET FOR CASE #: 3:07-cv-02091-H-JMA

Kinder v. Astra Business Services Inc
Assigned to: Judge Marilyn L. Huff
Referred to: Magistrate Judge Jan M. Adler
Case in other court: San Diego Superior Court, 37-02007-00073375-CU-MC-CTL
Cause: 28:1441 Petition for Removal

Date Filed: 10/31/2007
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

James M Kinder, -    represented by   **Chad Austin**
Law Offices Chad Austin
3129 India Street
Suite L
San Diego, CA 92103-6014
(619)297-8888
Fax: (619)295-1401
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Astra Business Services Inc   represented by   **Mark E Ellis**
Ellis Coleman Poirier LaVoie & Steinheimer
555 University Avenue
Suite 200
Sacramento, CA 95825
(916)283-8820
Fax: (916)283-8821
Email: mellis@ecplslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2007 | 1 | NOTICE OF REMOVAL with Jury Demand as to James M Kinder from San Diego Superior Court, case number 37-2007-00073375-CU-MC-CTL. ( Filing fee $ 350 Receipt number 144301), filed by Astra Business Services Inc .(pdc) Modified on 11/2/2007 to correct filer (pdc). (bar ). (Entered: 11/02/2007) |
| 10/31/2007 | 2 | JURY DEMAND by Astra Business Services Inc. (pdc) (Entered: 11/02/2007) |

17

| 10/31/2007 | 3 | NOTICE of Party With Financial Interest by Astra Business Services Inc (agp)(bar ). (Entered: 11/02/2007) |
|---|---|---|
| 10/31/2007 | 4 | NOTICE to Adverse Party of Removal of Action to Federal Court by Astra Business Services Inc (agp)(bar ). (Entered: 11/02/2007) |
| 10/31/2007 | 5 | CERTIFICATE OF SERVICE by Astra Business Services Inc re 4 Notice to Adverse Party of Removal to Federal Court (agp)(bar). (Entered: 11/02/2007) |
| 11/07/2007 | 6 | ANSWER to Complaint with Jury Demand by Astra Business Services Inc.(Ellis, Mark) Modified on 11/9/2007 - no proof of service, atty contacted (vet, ). (Entered: 11/07/2007) |
| 11/08/2007 | 7 | ORDER that an Early Neutral Evaluation is set for 12/18/2007 at 10:00 AM in Courtroom D before Magistrate Judge Jan M. Adler. Signed by Judge Jan M. Adler on 11/08/07. (agp) (Entered: 11/08/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/13/2007 07:56:22 | | | |
| PACER Login: | sf0026 | Client Code: | nco |
| Description: | Docket Report | Search Criteria: | 3:07-cv-02091-H-JMA |
| Billable Pages: | 1 | Cost: | 0.08 |

18

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02132-H-CAB

| | |
|---|---|
| Kinder v. Nationwide Recovery Systems, LTD et al | Date Filed: 11/07/2007 |
| Assigned to: Judge Marilyn L. Huff | Jury Demand: None |
| Referred to: Magistrate Judge Cathy Ann Bencivengo | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1441 Petition for Removal | Jurisdiction: Federal Question |

**Plaintiff**

**James M Kinder**
*an individual*

represented by **Chad Austin**
Law Offices Chad Austin
3129 India Street
Suite L
San Diego, CA 92103-6014
(619)297-8888
Fax: (619)295-1401
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nationwide Recovery Systems, LTD**

represented by **Debbie P Kirkpatrick**
Sessions Fishman & Nathan
3667 Voltaire Street
San Diego, CA 92106-5018
(619)758-1891
Fax: (619)222-3667
Email: dpk@sessions-law.biz
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Does 1 through 100, inclusive.

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2007 | 1 | NOTICE OF REMOVAL as to James M Kinder from Superior Court of the State of California, County of San Diego, case number 37-2007-00073158-CU-MC-CTL. ( Filing fee $ 350 Receipt number 144281), filed by Nationwide Recovery Systems, LTD, Does 1 through 100, inclusive.(knh) (bar). (Entered: 11/08/2007) |

19

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/13/2007 07:54:14 | | | |
| PACER Login: | sf0026 | Client Code: | nco |
| Description: | Docket Report | Search Criteria: | 3:07-cv-02132-H-CAB |
| Billable Pages: | 1 | Cost: | 0.08 |

20

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02138-WQH-BLM

| | |
|---|---|
| Kinder v. Discover Card Services, Inc. et al | Date Filed: 11/07/2007 |
| Assigned to: Judge William Q. Hayes | Jury Demand: None |
| Referred to: Magistrate Judge Barbara Lynn Major | Nature of Suit: 890 Other Statutory Actions |
| Demand: $117,000 | Jurisdiction: Federal Question |
| Cause: 28:1441 Petition for Removal | |

**Plaintiff**

James M Kinder, -    represented by    **Chad Austin**
Law Offices Chad Austin
3129 India Street
Suite L
San Diego, CA 92103-6014
(619)297-8888
Fax: (619)295-1401
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Discover Card Services, Inc.    represented by    **Harvey Michael Moore**
Bidna and Keys
5120 Campus Drive
Newport Beach, CA 92660
(714)752-7030
Fax: (714)752-8770
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

Does 1 through 100, inclusive.

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2007 | 1 | NOTICE OF REMOVAL as to James M Kinder from San Diego Superior Court, case number 37-2007-00076045-CU-MC-CTL. ( Filing fee $ 350 Receipt number 144292), filed by Discover Card Services, Inc. (knh) (Entered: 11/09/2007) |

| PACER Service Center |
|---|

21

| Transaction Receipt | | | |
|---|---|---|---|
| 11/13/2007 07:56:42 | | | |
| PACER Login: | sf0026 | Client Code: | nco |
| Description: | Docket Report | Search Criteria: | 3:07-cv-02138-WQH-BLM |
| Billable Pages: | 1 | Cost: | 0.08 |

22

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02152-IEG-POR

| | |
|---|---|
| Kinder v. Enhanced Recovery Corporation et al | Date Filed: 11/08/2007 |
| Assigned to: Judge Irma E. Gonzalez | Jury Demand: None |
| Referred to: Magistrate Judge Louisa S Porter | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1441 Petition for Removal | Jurisdiction: Federal Question |

**Plaintiff**

**James M Kinder**   represented by   **Chad Austin**
Law Offices Chad Austin
3129 India Street
Suite L
San Diego, CA 92103-6014
(619)297-8888
Fax: (619)295-1401
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Enhanced Recovery Corporation**   represented by   **Tom Roddy Normandin**
Prenovost Normandin Bergh and Dawe
2122 North Broadway
Suite 200
Santa Ana, CA 92706-4033
(714)547-2444
Fax: (714)835-2889
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**DOES 1 to 100, inclusive**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/08/2007 | 1 | NOTICE OF REMOVAL as to James M Kinder from Superior Court of the State of California, County of San Diego, case number 37-2007-00074113, ERC. ( Filing fee $ 350 Receipt number 144333), filed by Enhanced Recovery Corporation.(knh) (Entered: 11/09/2007) |
| 11/08/2007 | 2 | NOTICE of Party With Financial Interest by Enhanced Recovery Corporation (knh) (Entered: 11/09/2007) |

23

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/13/2007 07:53:43 | | | |
| PACER Login: | sf0026 | Client Code: | nco |
| Description: | Docket Report | Search Criteria: | 3:07-cv-02152-IEG-POR |
| Billable Pages: | 1 | Cost: | 0.08 |

24

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:07-cv-02226-H-RBB

Kinder v. Harrah's Entertainment, Inc. et al
Assigned to: Judge Marilyn L. Huff
Referred to: Magistrate Judge Ruben B. Brooks
Demand: $75,000
Case in other court: Superior Court of California, County of San Diego, 37-02007-00076114-CU-
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 11/21/2007
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**James M. Kinder**      represented by   **Chad Austin**
                                          Law Offices Chad Austin
                                          3129 India Street
                                          Suite L
                                          San Diego, CA 92103-6014
                                          (619)297-8888
                                          Fax: (619)295-1401
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Harrah's Entertainment, Inc.**   represented by   **Ronald R Giusso**
                                                   Shea Stokes
                                                   510 Market Street
                                                   Third Floor
                                                   San Diego, CA 92101
                                                   (619)232-4261
                                                   Fax: (619)232-4840
                                                   Email: rgiusso@sheastokes.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Does 1 through 100**
*inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2007 | 1 | NOTICE OF REMOVAL with Jury Demand, from Superior Court of California, County of San Diego, case number 37-2007-00076114-CU-MC-CTL ( Filing fee $ 350, Receipt number 144755), filed by Harrah's Entertainment, Inc.(jcj) (Entered: 11/21/2007) |

25

| 11/21/2007 | 2 | DECLARATION of Ronald R. Giusso in support of 1 Notice of Removal, by Defendant Harrah's Entertainment, Inc. (jcj) (Entered: 11/21/2007) |
| --- | --- | --- |
| 11/21/2007 | 3 | CERTIFICATE OF SERVICE by Harrah's Entertainment, Inc. re 1 Notice of Removal (agp) (Entered: 11/26/2007) |
| 11/26/2007 | 4 | NOTICE of Party With Financial Interest by Harrah's Entertainment, Inc. re 3 Certificate of Service, 2 Declaration, 1 Notice of Removal (Attachments: # 1 Proof of Service)(Giusso, Ronald) (Entered: 11/26/2007) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 11/28/2007 15:02:24 | | | |
| PACER Login: | sf0026 | Client Code: | nco |
| Description: | Docket Report | Search Criteria: | 3:07-cv-02226-H-RBB |
| Billable Pages: | 1 | Cost: | 0.08 |