1  David Israel, Esq. (LSB No. 7174)          (SPACE BELOW FOR FILING STAMP ONLY)
   Bryan C. Shartle, Esq. (LSB No. 27640)
2  SESSIONS, FISHMAN & NATHAN, L.L.P.
   Lakeway Two, Suite 1240
3  3850 North Causeway Boulevard
4  Metairie, LA 70002-1752
   Telephone:  (504) 828-3700
5  Facsimile:  (504) 828-3737

6  Debbie P. Kirkpatrick, Esq. (CSB No. 207112)
   SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
7  3667 Voltaire Street
8  San Diego, CA 92106
   Telephone:    (619) 758-1891
9  Facsimile:    (619) 222-3667

10 Attorney for Defendant

11                UNITED STATES DISTRICT COURT
12
                 SOUTHERN DISTRICT OF CALIFORNIA
13
14 JAMES M. KINDER,                )   Case No. 3:07-cv-02132-H-CAB
                                   )
15         Plaintiff,               )   **NOTICE OF RELATED**
                                   )   **CASES [L.R. 40.1.e.]**
16     -against-                    )
                                   )
17 NATIONWIDE RECOVERY SYSTEMS, LTD., )
                                   )
18         Defendant.               )
                                   )
19 _____)
20
21      Pursuant to Local Rule 40.1.e., defendant, Nationwide Recovery Systems, Ltd.
22 ("NRS"), submits this Notice of Related Cases.
23      The above-captioned case is related to "low number" Case No. 07cv877 DMS
24 (POR) entitled *James M. Kinder v. Bankfirst*, currently before the Hon. Dana M.
25 Sabraw.  Additionally, the cases listed below are also related to the above-captioned
26
27
28
                                          1
   Notice of Related Cases                                     Case No. 3:07-cv-02132-H-CAB

case and the low number case. Two of these cases, *James M. Kinder v. Asset Acceptance, LLC*, Case No. 07cv2084 DMS(AJB) and *James M. Kinder v. Enhanced Recovery Corporation, et al.*, Case No. 07cv2152 DMS(AJB) have already been transferred to Judge Sabraw pursuant to Report of Clerk Pursuant to Low Number Rule filed in those cases.

The related cases are:

1. *James M. Kinder v. Bankfirst*, Case No. 07cv877 DMS(POR) (low number case – filed 5/15/07);
2. *James M. Kinder v. Sprint PCS Assets LLC*, Case No. 07cv2049 WQH(JMA) (filed 10/26/07);
3. *James M. Kinder v. Asset Acceptance, LLC*, Case No. 07cv2084 DMS(AJB) (filed 10/30/07);
4. *James M. Kinder v. Astra Business Services, Inc.*, Case No. 07cv02091-H(JMA) (filed 10/31/07);
5. *James M. Kinder v. Nationwide Recovery Systems, LTD*, Case No. 07cv2132 H(CAB) (this case - filed 11/7/07);
6. *James M. Kinder v. Discover Card Services, Inc.*, Case No. 07cv02138 WQH(BLM) (filed 11/7/07);
7. *James M. Kinder v. Enhanced Recovery Corporation*, Case No. 07cv2152 DMS(AJB) (filed 11/8/07)
8. *James M. Kinder v. Harrah's Entertainment, Inc.*, Case No. 07cv2226-H(RBB) (filed 11/21/07); and,
9. *James M. Kinder v. Cavalry Investments, LLC*, Case No. 07cv02274 IEG(WMC) (filed 12/4/07)

## STATEMENT OF RELATIONSHIP OF CASES

Plaintiff, James M. Kinder, filed the above cases under the Telephone Consumer Protection Act of 1991 ("TCPA"), 47 U.S.C. § 227. These TCPA lawsuits relate to telephone calls made to number 619-999-9999 (the "9s Number"), which plaintiff obtained and had assigned to his pager. The 9s Number is used by many

companies as a default number in computer records for customers without a known telephone number and is also widely used as a default number in commercial autodialers.

Plaintiff alleges defendants in these pending cases violated the TCPA with each call made to the 9s Number using an "automatic telephone dialing system" or an "artificial or prerecorded voice." Plaintiff has developed a sophisticated system for tracking calls to the 9s Number and has created a business of TCPA litigation relating to these calls. Plaintiff seeks $500 for each call and $1,500 for each call that is found to have been willful. Plaintiff has filed approximately 100 lawsuits of the same type in state court which are currently the subject of a pending motion to consolidate.

The complaints filed in each of these cases is virtually identical with the exception of the complaint in *James M. Kinder v. Harrah's Entertainment, Inc.*, Case No. 07cv2226 H(RBB) which asserts other causes of action in addition to the TCPA claim. These cases meet the criteria set forth in the Report of Clerk Pursuant to Low Number Rule which resulted in the transfer of the *Asset Acceptance* and *Enhanced Recovery* cases to Judge Sabraw. Each of these cases: (1) arises from substantially identical transactions, happenings and events; (2) involves the same plaintiff; (3) calls for determination of the same or substantially identical questions of law; and (4) would entail unnecessary duplication of labor if heard by different judges. Common legal issues include the applicability of the TCPA to this particular fact pattern, the reasonableness of plaintiff's actions and mitigation efforts, the applicability of

1  equitable defenses to plaintiff's claims, and the legal sufficiency of plaintiff's
2  complaints.

3  Dated: December 10, 2007          Sessions, Fishman & Nathan in California, L.L.P.
4

5                                    /s/ Debbie P. Kirkpatrick
                                     Debbie P. Kirkpatrick
6                                    Attorney for Defendant,
7                                    Nationwide Recovery Systems, Ltd.

4

Notice of Related Cases                                    Case No. 3:07-cv-02132-H-CAB