# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES M. KINDER<br>                      Plaintiff,<br>V.<br>NATIONWIDE RECOVERY SYSTEMS, LTD.<br>                      Defendant | | No.   07-CV-2132<br><br>REPORT OF CLERK AND ORDER OF<br>TRANSFER PURSUANT TO<br>"LOW-NUMBER" RULE. |

FILED
07 DEC 18 PM 3:51
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low Numbered" Case No.    07-CV-877

Title:    James M. Kinder v. Bankfirst

Nature of Case:    890 Other Statutory Actions

The above "low numbered" case and the present case appear

- **x** (1) to arise from the same or substantially identical transactions, happenings or events; or
- **x** (2) involve the same or substantially the same parties or property; or
- ___ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- **x** (4) call for determination of the same or substantially identical questions of law; or
- ___ (5) where a case is refiled within one year of having previously been terminated by the Court; or
- **x** (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:    07-CV-2132 DMS (POR)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

                                                        **W. Samuel Hamrick, Jr.**, Clerk of Court,

DATED:    December 13, 2007    By: _T. Mason_

                                                        (By) Deputy, T. Mason

### ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED: _12-18-07_                                        _Dana M. Sabraw_
                                                                    Dana M. Sabraw
                                                                    United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Dana M. Sabraw and Magistrate Judge Louisa Porter for all further proceedings.

DATED: _12/13/07_                                        _Marilyn L. Huff_
                                                                    Marilyn L. Huff
                                                                    United States District Judge