David Israel, Esq. (LSB No. 7174)          (SPACE BELOW FOR FILING STAMP ONLY)
Bryan C. Shartle, Esq. (LSB No. 27640)
SESSIONS, FISHMAN & NATHAN, L.L.P.
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, LA  70002-1752
Telephone:   (504) 828-3700
Facsimile:   (504) 828-3737

Debbie P. Kirkpatrick, Esq. (CSB No. 207112)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
3667 Voltaire Street
San Diego, CA  92106
Telephone:   (619) 758-1891
Facsimile:   (619) 222-3667

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JAMES M. KINDER,                          )     Case No. 07-cv-2132-DMS(AJB)
                                          )
            Plaintiff,                    )     **NOTICE OF MOTION;**
                                          )     **MOTION FOR**
      -against-                           )     **CONSOLIDATION OF**
                                          )     **ACTIONS**
NATIONWIDE RECOVERY SYSTEMS, LTD.,        )
                                          )     Date:  February 8, 2008
            Defendant.                    )     Time:  1:30 p.m.
_____)     Place:  Courtroom 10

TO ALL PARTIES AND THEIR ATTORNEYS:

      PLEASE TAKE NOTICE that on February 8, 2008 at 1:30 p.m., or as soon thereafter

as counsel may be heard by the above-entitled Court, located at 940 Front Street, San Diego,

California 92101, defendant, Nationwide Recovery Systems, Ltd. ("NRS"), will and hereby

does move this Court for an Order of Consolidation of Actions.

      NRS requests that the Court grant its Motion for Consolidation of Actions, per Fed. R.

1

Civ. P. 42(a), and consolidate the nearly identical lawsuits filed by plaintiff, James M. Kinder.

The *Kinder* actions currently pending are:

1. *James M. Kinder v. Bankfirst*, Case No. 07cv877 DMS(POR) (low number case – filed 5/15/07);
2. *James M. Kinder v. Sprint PCS Assets LLC*, Case No. 07cv2049 WQH(JMA) (filed 10/26/07);
3. *James M. Kinder v. Asset Acceptance, LLC*, Case No. 07cv2084 DMS(AJB) (filed 10/30/07);
4. *James M. Kinder v. Astra Business Services, Inc.*, Case No. 07cv02091 H(JMA) (filed 10/31/07);
5. *James M. Kinder v. Nationwide Recovery Systems, LTD*, Case No. 07cv2132 DMS(AJB) (this case - filed 11/7/07);
6. *James M. Kinder v. Discover Card Services, Inc.*, Case No. 07cv02138 WQH(BLM) (filed 11/7/07);
7. *James M. Kinder v. Enhanced Recovery Corporation*, Case No. 07cv2152 DMS(AJB) (filed 11/8/07)
8. *James M. Kinder v. Harrah's Entertainment, Inc.*, Case No. 07cv2226 H(RBB) (filed 11/21/07); and,
9. *James M. Kinder v. Cavalry Investments, LLC*, Case No. 07cv02274 IEG(WMC) (filed 12/4/07).

NRS notes defendant Harrah's Entertainment, Inc., Case No. 07cv2226, contends its case is sufficiently different from the other *Kinder* cases such that it should not be included in any consolidation order.

The low number case, *James M. Kinder v. Bankfirst*, Case No. 07cv877 DMS(POR), was filed on May 15, 2007 and is also pending before the Hon. Dana M. Sabraw.  NRS's motion is based on this notice of motion and motion, accompanying memorandum of points

///

///

///

///

///

2

and authorities, the pleadings and papers on file herein and in the other 8 related lawsuits, and

other such matters as may be presented to the Court at the time of the hearing.

Dated:  December 26, 2007                    **Sessions, Fishman & Nathan in California, L.L.P.**


/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant,
Nationwide Recovery Systems, Ltd.

N:\Nationwide Recovery Systems Ltd (8949)\Kinder, James (8949-07-22323)\Pleadings\Motion for Consolidation.doc

Notice of Motion and Motion for Consolidation of Actions                    Case No. 3:07-cv-02132-DMS(AJB)