CASE NAME: KINDER, JAMES M. v NATIONWIDE RECOVERY SYSTEMS, LTD.
CASE NO:    07-cv-02132-DMS (AJB)

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On this date I served the within:

NOTICE OF MOTION; MOTION FOR CONSOLIDATION OF ACTIONS, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CONSOLIDATION OF ACTIONS

( XX ) BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( )   BY PERSONAL SERVICE

I caused to be served by hand a true copy of the above named document as listed hereafter.

See Attached

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: December 26, 2007

_____
Ann Coito

CASE NAME: KINDER, JAMES M. v NATIONWIDE RECOVERY SYSTEMS, LTD.
CASE NO:    07-cv-02132-DMS (AJB)

Chad Austin
Law Offices of Chad Austin
4632 Berwick Drive, Suite L
San Diego, CA 92117

Harvey Michael Moore
Bidna and Keys APLC
5120 Campus Drive
Newport Beach, CA 92660

David J. Kaminski
Carlson and Messer
5959 West Century Blvd., Suite 1214
Los Angeles, CA 90045

John C. Dineen
Sheppard Mullin Richter & Hampton
501 West Broadway, Suite 1900
San Diego, CA 92101

Jonathan Andrews Boynton
Kirby Noonan Lance and Hoge
600 West Broadway, Suite 1100
San Diego, CA 92101

June D. Coleman
Ellis, Coleman, Poirier, LaVoie &
Steinheimer
555 University Avenue, Suite 200 East
Sacramento, CA 95825

Tom Roddy Normandin
Prenovost Normandin Bergh and Dawe
2122 North Broadway, Suite 200
Santa Ana, CA 92706

Mark E. Ellis
Ellis Coleman Poirier LaVoie &
Steinheimer
555 University Avenue, Suite 200
Sacramento, CA 95825

James J. Mittermiller
Sheppard Mullin Richter and Hampton
501 West Broadway, Suite 1900
San Diego, CA 92101

Ronald R. Giusso
Shea Stokes
510 Market Street, Third Floor
San Diego, CA 92101

Ansis Viksnins
Lindquist and Ventnum
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402