David Israel, Esq. (LSB No. 7174)
disrael@sessions-law.biz
Bryan C. Shartle, Esq. (LSB No. 27640)
bshartle@sessions-law.biz
Sessions, Fishman, Nathan & Israel, LLP
Lakeway Two, Suite 200
3850 North Causeway Blvd.
Metairie, LA  70002-7227
Telephone:   (504) 828-3700
Facsimile:    (504) 828-3737

Debbie P. Kirkpatrick, Esq. (CSB No. 207112)
dkirkpatrick@sessions-law.biz
Sessions, Fishman, Nathan & Israel, LLP
3667 Voltaire Street
San Diego, CA  92106-1253
Telephone:   (619) 758-1891
Facsimile:    (619) 222-3667

Attorneys for Nationwide Recovery Systems, Ltd.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, an individual, | Case No.: 07-cv-2132-DMS (AJB) |
| Plaintiff, | NOTICE OF CHANGE OF FIRM NAME |
| vs. | [Effective January 1, 2008] |
| NATIONWIDE RECOVERY SYSTEMS, LTD., and DOES 1 through 100, inclusive, | |
| Defendants. | |

///

///

///

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT effective January 1, 2008 the firm name of Sessions, Fishman & Nathan, LLP will be changed to Sessions, Fishman, Nathan & Israel, LLP, and the firm name of Sessions, Fishman & Nathan in California, LLP, will be changed to Sessions, Fishman, Nathan & Israel, LLP.  Current addresses for counsel for Nationwide Recovery Systems, Ltd. are as follows:

> David Israel, Esq.
> Sessions, Fishman, Nathan & Israel, LLP
> Lakeway Two, Suite 200
> 3850 North Causeway Blvd.
> Metairie, LA  70002-7227
>
> Bryan C. Shartle, Esq.
> Sessions, Fishman, Nathan & Israel, LLP
> Lakeway Two, Suite 200
> 3850 North Causeway Blvd.
> Metairie, LA  70002-7227
>
> Debbie P. Kirkpatrick, Esq.
> Sessions, Fishman, Nathan & Israel, LLP
> 3667 Voltaire Street
> San Diego, CA  92106-1253

Dated: 1/8/08                    SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP


                                 /s/ Debbie P. Kirkpatrick
                                 Debbie P. Kirkpatrick, Esq.
                                 Attorney for Defendant
                                 Nationwide Recovery Systems, Ltd.