1  Chad Austin, Esq. SBN 235457
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **SOUTHERN DISTRICT OF CALIFORNIA**

10

11
   JAMES M. KINDER,                    )   CASE NO. 07 CV 2132 DMS (AJB)
12                                      )
                   Plaintiff,           )   PROOF OF SERVICE
13                                      )
   v.                                   )
14                                      )
                                        )
15 NATIONWIDE RECOVERY SYSTEMS, LTD.)
   and DOES 1 through 100, inclusive,   )
16                                      )
                   Defendants.          )
17                                      )
                                        )
18 _____ )

19        I, the undersigned, declare that:

20

21        I am over the age of 18 years and not a party to this case; I am employed in and am a resident

22 of the County of San Diego, State of California, where the within service occurred, and my business

23 address is 3129 India St., San Diego, California 92103-6014.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                                                                    PROOF OF SERVICE

I caused to be served on **January 8, 2008**, the following documents:

**OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

on the interested parties in this action through their attorneys, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server:


DEBBIE P. KIRKPATRICK
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
San Diego, California 92106
(619) 758-1891 - Telephone
(619) 222-3667 - Facsimile

BRYAN C. SHARTLE
SESSIONS, FISHMAN & NATHAN, L.L.P.
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, Louisiana 70002-1752
(504) 828-3700 - Telephone
(504) 828-3737 - Facsimile


ATTORNEYS FOR DEFENDANT NATIONWIDE RECOVERY SYSTEMS, LTD.


I declare under penalty of perjury, under the laws of the State of California and the laws of the United States, that the foregoing is true and correct and that this declaration was executed on January 8, 2008 at San Diego, California.


By: /s/ Chad Austin
    CHAD AUSTIN, Esq.
    Attorney for Plaintiff, James M. Kinder
    Email: chadaustin@cox.net