cal___ sc___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, ) Plaintiff, ) v. ) ) NATIONWIDE RECOVERY SYSTEMS, ) INC., ) ) Defendants. ) ) | Civil No.07cv2132 DMS (AJB) ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND SETTING CASE MANAGEMENT CONFERENCE |

The Court has previously set this matter for an Early Neutral Evaluation Conference under the local rules. Based upon the Court's recent experience in a related case, the Court finds it appropriate to vacate the January 25, 2008 Early Neutral Evaluation Conference and convert it into a telephonic Case Management Conference. The Case Management Conference will proceed on *January 25, 2008 at 2:00 p.m.* and Mr. Kinder's counsel will be responsible for initiating the conference call. At the conference, the Court will assess the landscape associated with the large number of similar cases filed, the motion practice underway or to be soon commenced, and will set further date and deadlines as appropriate.

IT IS SO ORDERED.

DATED: January 8, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28