cal___ sc___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,              ) | Civil No.07cv2132 DMS (AJB) |
| )  | |
| Plaintiff,         ) | ORDER VACATING AND RESETTING |
| v.                                                     ) | CASE MANAGEMENT CONFERENCE |
| )  | |
| NATIONWIDE RECOVERY SYSTEMS, ) | |
| INC.,                                               ) | |
| )  | |
| Defendants.     ) | |

The Court has previously set this matter for a telephonic Case Management Conference on January 25, 2008 at 2:00 p.m. Due to a scheduling conflict, that date is hereby vacated and the Case Management Conference will proceed on ***January 29, 2008 at 11:00 a.m.*** and Mr. Kinder's counsel will be responsible for initiating the conference call. At the conference, the Court will assess the landscape associated with the large number of similar cases filed, the motion practice underway or to be soon commenced, and will set further date and deadlines as appropriate.

IT IS SO ORDERED.

DATED: January 10, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28