Chad Austin, Esq. SBN 235457
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff, JAMES M. KINDER, an individual

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONWIDE RECOVERY SYSTEMS, LTD. and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 07 CV 2132 DMS (AJB)<br><br>Judge:    Hon. Dana M. Sabraw<br>Mag. Judge:  Hon. Anthony J. Battaglia<br><br>**PLAINTIFF JAMES M. KINDER'S STATEMENT OF PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR CONSOLIDATION OF ACTIONS**<br><br>Date:    February 8, 2008<br>Time:    1:30 p.m.<br>Courtroom:  10 |

## I. INTRODUCTION

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT Plaintiff JAMES M. KINDER hereby opposes, in part, Defendant NATIONWIDE RECOVERY SYSTEMS, LTD.'s Motion for Consolidation of Actions, for the reasons set forth below.

///

///

1

CASE NO. 07 CV 2132 DMS (AJB)

## II. PROCEDURAL HISTORY AND FACTS

With the exception of the low number case, each of the cases sought to be consolidated by Defendant is in the very early stages of litigation. Some of the cases have not yet proceeded to an Early Neutral Evaluation (ENE) [*Kinder v. Cavalry Investments, LLC*, Case No. 07 CV 2274 IEG (WMc); *Kinder v. Harrah's Entertainment, Inc.*, Case No. 07 CV 2226 DMS (AJB); *Kinder v. Enhanced Recovery Corporation*, Case No. 07 CV 2152 DMS (AJB); and this case].

Most of the cases that have proceeded to an ENE have been scheduled for telephonic case management conferences in light of this pending motion and the law and motion work pending in the cases sought to be consolidated therein. *Kinder v. Astra Business Services, Inc.*, Case No. 07 CV 2091 DMS (AJB), is scheduled for a telephonic Case Management Conference on February 29, 2008 at 10:30 a.m. *Kinder v. Asset Acceptance, LLC*, Case No. 07 CV 2084 DMS (AJB), is scheduled for a telephonic Case Management Conference on April 10, 2008 at 9:00 a.m. *Kinder v. Discover Card Services, Inc.*, Case No. 07 CV 2138 DMS (AJB), is set for a telephonic Case Management Conference on March 28, 2008 at 9:00 a.m.

*Kinder v. Sprint PCS Assets, L.L.C. et al.*, Case No. 07 CV 2049 W (JMA), resolved on January 15, 2008 at an ENE. *See* Document 12 in that case, filed January 16, 2008.

Currently, there is pending a **Motion to Remand** in *Kinder v. Cavalry Investments, LLC*, Case No. 07 CV 2274 IEG (WMc), set for March 17, 2008.

The low number case herein, *Kinder v. Bankfirst*, Case No. 07 CV 0877 DMS (AJB), is much further into litigation than all of the other cases. A Rule 26 (f) conference has already been held, written discovery has been propounded by both parties and dates have been set to and including trial. The discovery cutoff in that case is March 3, 2008. The deadline for filing

2

CASE NO. 07 CV 2132 DMS (AJB)

1 motions is May 2, 2008. The pretrial conference is scheduled for September 5, 2008 at 10:30
2 a.m. and trial is scheduled for October 20, 2008 at 9:00 a.m.

### III. ARGUMENT

Plaintiff agrees with Defendant that, with the exception of *Kinder v. Bankfirst*, these cases should be consolidated to "streamline the litigation process, preserve judicial resources and unnecessary duplication of effort by the parties, and promote consistent adjudication of the claims and defenses."

However, Plaintiff will be greatly prejudiced with regard to *Kinder v. Bankfirst* if that case is consolidated with the other matters. The defendant in that case has a deadline of February 6, 2008 within which to respond to discovery propounded by Plaintiff on December 28, 2007 (a one week extension of time was granted by Plaintiff's counsel). Given that trial in that case is looming, as are discovery and law and motion cutoffs, consolidating it with the other matters could effectively reopen the case for new discovery and law and motion work which would not have been propounded or filed by *Bankfirst* due to the approaching cutoff dates. Moreover, Plaintiff has a reasonable expectation of moving forward to trial in a timely manner in that case, given that it was removed to this court on May 15, 2007. Including that case in any consolidation order could result in it not moving to trial until some time in late 2009. Plaintiff and Defendant in that case have expended considerable attorney time and resources into the litigation and it should proceed forward as scheduled.

Consolidating the cases with the exception of *Kinder v. Bankfirst* will not frustrate or impede any of the laudable goals which would be achieved by consolidation. It is only logical that the remaining eight (8) cases, which were removed at approximately the same time and are

at similar, if not identical, stages of litigation, should be heard together. This would still cut the number of cases down from 9 to 2 and, because of the low number rule, there is no danger of inconsistent adjudications in that this Judge will hear all law and motion work in the consolidated matters as well as in *Kinder v. Bankfirst* [Although the next lowest numbered case after *Kinder v. Bankfirst* is *Kinder v. Sprint PCS Assets, L.L.C. et al.*, Plaintiff expects *Kinder v. Sprint PCS Assets, L.L.C. et al.* to be dismissed via a joint motion for dismissal in the very near future, which would make the next lowest numbered case *Kinder v. Asset Acceptance, LLC*. That case is assigned to Judges Sabraw and Battaglia, as is this case and *Kinder v. Bankfirst*].

## IV. CONCLUSION

For all of the reasons stated above, Plaintiff respectfully requests that this Court deny Defendant's Motion for Consolidation as to *Kinder v. Bankfirst*, Case No. 07 CV 0877 DMS (AJB), only. Plaintiff does not oppose consolidation of the remaining eight (8) TCPA matters.

DATED: January 25, 2008

By: /s/ Chad Austin
CHAD AUSTIN, Esq., Attorney for
Plaintiff, JAMES M. KINDER
Email: chadaustin@cox.net