1  Chad Austin, Esq. SBN 235457
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11
   JAMES M. KINDER,                  )   CASE NO. 07 CV 2132 DMS (AJB)
12                                   )
              Plaintiff,             )   PROOF OF SERVICE
13                                   )
   v.                                )
14                                   )
                                     )
15 NATIONWIDE RECOVERY SYSTEMS, LTD.)
   and DOES 1 through 100, inclusive,)
16                                   )
              Defendants.            )
17                                   )
                                     )
18 _____    )

19        I, the undersigned, declare that:

20

21        I am over the age of 18 years, a citizen of the United States and not a party to this case; I am

22 employed in and am a resident of the County of San Diego, State of California, where the within

23 service occurred, and my business address is 3129 India St., San Diego, California 92103-6014.

24 ///

25 ///

26 ///

27 ///

28 ///

                                    -1-                            PROOF OF SERVICE

1    I caused to be served on **January 25, 2008**, the following documents:

2    **STATEMENT OF PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR**

3    **CONSOLIDATION OF ACTIONS**

4    on the interested parties in this action, through their attorneys, as stated below, who have

5    agreed to accept electronic service in this matter, by electronically filing and serving said

6    documents via the Court's CM/ECF electronic filing server:

8    DEBBIE P. KIRKPATRICK
     SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
9    San Diego, California 92106
     (619) 758-1891 - Telephone
10   (619) 222-3667 - Facsimile

11   DAVID ISRAEL                              Harvey M. Moore
     BRYAN C. SHARTLE                          Bidna and Keys APLC
12   SESSIONS, FISHMAN & NATHAN, L.L.P.        5120 Campus Drive
     Lakeway Two, Suite 1240                   Newport Beach, California 92660
13   3850 North Causeway Boulevard
     Metairie, Louisiana 70002-1752
14   (504) 828-3700 - Telephone
     (504) 828-3737 - Facsimile

16   ATTORNEYS FOR DEFENDANT NATIONWIDE RECOVERY SYSTEMS, LTD.

17   I also caused to be served by mail, on the interested parties in this action, through their
18   attorneys, as stated below, by placing a true and correct copy of the above-named documents in a
19   sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San
20   Diego, California. Said envelope(s) was/were addressed as listed hereafter:

22   David J. Kaminski                         Jonathan Andrews Boynton
     Carlson & Messer                          Kirby Noonan Lance and Hoge
23   5959 West Century Boulevard, Suite 1214   600 West Broadway, Suite 1100
     Los Angeles, California 90045             San Diego, California 92101
24
     James Mittermiller                        June D. Coleman
25   Sheppard Mullin Richter & Hampton         Ellis, Coleman, Poirier, LaVoie &
     501 West Broadway, Suite 1900             Steinheimer
26   San Diego, California 92101               555 University Avenye, Suite 200 E.
                                               Sacramento, California 95825
27   / / /
28

PROOF OF SERVICE

- 2 -

| | | |
|---|---|---|
| 1 | Ansis Viksnins | Ronald R. Giusso |
| 2 | Lindquist and Vennum<br>4200 IDS Center | Shea Stokes<br>510 Market Street, Third Floor |
| 3 | 80 South 8th Street<br>Minneapolis, Minnesota 55402 | San Diego, California 92101 |

Tom Roddy Normandin
Prenovost Normandin Bergh and Dawe
2122 North Broadway, Suite 200
Santa Ana, California 92706

I declare under penalty of perjury, under the laws of the State of California and the laws of the United States, that the foregoing is true and correct and that this declaration was executed on January 25, 2008 at San Diego, California.

By: /s/ Chad Austin
CHAD AUSTIN, Esq.
Attorney for Plaintiff, James M. Kinder
Email: chadaustin@cox.net

-3-

PROOF OF SERVICE