CASE NAME: KINDER v. NATIONWIDE RECOVERY SYSTEMS, LTD.
CASE NO:   07-CV-02132-DMS-AJB

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On January 22, 2008 I served the following:

**DEFENDANT'S REPLY MEMORANDUM IN RESPONSE TO PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR CONSOLIDATION OF ACTION**

( )   BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( )   BY PERSONAL SERVICE

I caused to be served by hand a true copy of the above named document as listed hereafter.

( X )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Chad Austin, Esq.
3129 India St.
San Diego, CA 92103

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 30, 2008

Ann M. Coito