# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br>NATIONWIDE RECOVERY SYSTEMS, LTD.,<br><br>　　　　　　　　　Defendant. | CASE NO. 07CV2132<br><br>**ORDER RE ORAL ARGUMENT** |

Pending before the Court is Defendant's motion to consolidate several related cases. A hearing on the matter is currently scheduled for February 8, 2008. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 71.(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: February 4, 2008

_____
HON. DANA M. SABRAW
United States District Judge