1  Harvey M. Moore, #101128
   Bidna & Keys, APLC
2  5120 Campus Drive
   Newport Beach, CA 92660
3  Tel: (949) 752-7030
   Fax: (949) 752-8770
4
   Attorneys for DFS Services LLC
5  incorrectly named in the complaint as
   Discover Card Services, Inc.
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JAMES M. KINDER, | Case No. 07 CV 2138 WQH (BLM) |
| Plaintiff, | **NOTICE OF MOTION; MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS** |
| vs. | |
| DISCOVER CARD SERVICES, Inc. And DOES 1 through 100, inclusive, | (No Oral Argument Unless Requested by Court) |
| Defendants. | Date: February 19, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 4th Flr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on February 19, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard by the above entitled Court, located at 880 Front Street, 4th Floor, San Diego County, California 92101, defendant, DFS Services LLC incorrectly named in the complaint as Discover Card Services, Inc.("Discover"), will and does hereby move this Court for Partial Judgment on the Pleadings.

1

Discover requests that the Court grant its Motion for Partial Judgment on the Pleadings, pursuant to Fed.R.Civ.P. 12(c), and dismiss the claims filed by Plaintiff, James M. Kinder, that Discover violated the TCPA and 47 C.F.R. § 64.1200 because the "prerecorded message calls" Discover made to telephone number 619-999-9999 failed to identify Discover's business name and telephone number.

Discover's motion is based on this Notice of Motion and Motion, accompanying Memorandum of Points and Authorities, the pleadings and papers on file herein and such other matters as may be presented to the Court at or before the hearing on the Motion.

Dated: January 2, 2008                Bidna & Keys, APLC

                                      By: /s/ Harvey M. Moore
                                      Harvey M. Moore
                                      Attorneys for DFS Services LLC