1  Chad Austin, Esq. SBN 235457
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   SOUTHERN DISTRICT OF CALIFORNIA
10

11
   JAMES M. KINDER,                    )   CASE NO. 07 CV 2132 DMS (AJB)
12                                     )
                      Plaintiff,       )   PROOF OF SERVICE
13                                     )
   v.                                  )
14                                     )
                                       )
15 DISCOVER CARD SERVICES, Inc. and    )
   DOES 1 through 100, inclusive,      )
16                                     )
                      Defendants.      )
17                                     )
                                       )
18 _____)

19      I, the undersigned, declare that:

20

21      I am over the age of 18 years and not a party to this case; I am employed in and am a resident

22 of the County of San Diego, State of California, where the within service occurred, and my business

23 address is 3129 India St., San Diego, California 92103-6014.

24 ///

25 ///

26 ///

27 ///

28 ///

                                                              PROOF OF SERVICE

1  I caused to be served on **February 5, 2008**, the following documents:

2  **OPPOSITION TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

on the interested parties in this action through their attorneys, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server:

HARVEY M. MOORE
BIDNA & KEYS, APLC
5120 Campus Drive
Newport Beach, California 92660
(949) 752-7030 - Telephone
(949) 752-8770 - Facsimile
Email: hmoore@bidnakeys.com

ATTORNEYS FOR DEFENDANT DISCOVER CARD SERVICES, Inc.

David J. Kaminski
Carlson & Messer
5959 West Century Boulevard, Suite 1214
Los Angeles, California 90045

Ansis Viksnins
Lindquist and Vennum
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402

Tom Roddy Normandin
Prenovost Normandin Bergh and Dawe
2122 North Broadway, Suite 200
Santa Ana, California 92706

DAVID ISRAEL
BRYAN C. SHARTLE
SESSIONS, FISHMAN, NATHAN,
& ISRAEL L.L.P.
Lakeway Two, Suite 1240
3850 North Causeway Boulevard
Metairie, Louisiana 70002-1752
(504) 828-3700 - Telephone
(504) 828-3737 - Facsimile

Jonathan Andrews Boynton
Kirby Noonan Lance and Hoge
600 West Broadway, Suite 1100
San Diego, California 92101

Ronald R. Giusso
Shea Stokes
510 Market Street, Third Floor
San Diego, California 92101

DEBBIE P. KIRKPATRICK
Sessions, Fishman, Nathan and Israel
In California, L.L.P.
3667 Voltaire Street
San Diego, California 92106
(619) 758-1891 - Telephone
(619) 222-3667 - Facsimile

I declare under penalty of perjury, under the laws of the State of California and the laws of the United States, that the foregoing is true and correct and that this declaration was executed on February 5, 2008 at San Diego, California.

By: /s/ Chad Austin
CHAD AUSTIN, Esq.
Attorney for Plaintiff, James M. Kinder
Email: chadaustin@cox.net