1  MARIA C. ROBERTS, State Bar No. 137907
   RONALD R. GIUSSO, State Bar No. 184483
2  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
3  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:   (619) 232-4261
4  FACSIMILE:   (619) 232-4840

5  Attorneys for *Specially Appearing* Defendant HARRAH'S ENTERTAINMENT, INC.

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JAMES M. KINDER,                               | CASE NO.    07-CV-2132-DMS (AJB)
                                                    | [Consolidated with 07 CV 2226 DMS (POR)]
12 |          Plaintiff,                            |
                                                    | Judge:       Hon. Dana M. Sabraw
13 | vs.                                            | Mag. Judge:  Hon. Anthony J. Battaglia
14 | HARRAH'S ENTERTAINMENT, INC. and               | PROOF OF SERVICE
    | DOES 1 through 100, inclusive,                |
15 |                                                |
    |          Defendants.                          |
16

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1  *Kinder v. Harrah's Entertainment, Inc.*
   United States District Court, Southern District of California Case No. 07 CV 2132 (DMS (AJB)
2  [Consolidated with Case No. 07 CV 02226 DMS (POR)]

3  **PROOF OF SERVICE**

4     I, Ronald R. Giusso, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local Rule 5.4.

5     On February 11, 2008, I served the following document(s) described as:

- *SPECIALLY APPEARING* **DEFENDANT HARRAH'S ENTERTAINMENT, INC.'S ANSWER TO PLAINTIFF JAMES M. KINDER'S COMPLAINT FOR DAMAGES, INCLUDING PUNITIVE DAMAGES, INTEREST AND ATTORNEY'S FEES, AND FOR INJUNCTIVE RELIEF**

**Chad Austin**
chadaustin79@hotmail.com
chadaustin@cox.net

**DFS SERVICES LLC**
HMoore@bidnakeys.com

**David Israel**
disrael@sessions-law.biz
dblack@sessions-law.biz

**Debbie P Kirkpatrick**
dpk@sessions-law.biz,mmw@sessions-law.biz,amc@sessions-law.biz

**Bryan C Shartle**
bshartle@sessions-law.biz

**Jonathan Andrews Boynton**
jboynton@knlh.com,vperez@knlh.com

**Mark E Ellis**
mellis@ecplslaw.com,restrella@ecplslaw.com

**David J Kaminski**
kaminskid@cmtlaw.com

**John Winfield Klein**
jklein@pnbd.com

**Harvey Michael Moore**
HMOORE@BIDNAKEYS.COM,JTHOMPSON@BIDNAKEYS.COM

-1-   07 CV 2226 DMS (POR)

S0079565

1 **Tom Roddy Normandin**
tnormandin@pnbd.com,jwade@pnbd.com,bkemmis@pnbd.com

Executed on February 11, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                  s/Ronald R. Giusso