1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:  (619) 232-4261
5  FACSIMILE:  (619) 232-4840

6  Attorneys for *Specially Appearing* Defendant HARRAH'S ENTERTAINMENT, INC.

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JAMES M. KINDER,                              | CASE NO.   07-CV-2132-DMS (AJB)
12 |     Plaintiff,                                | [Consolidated with 07 CV 2226 DMS (POR)]
13 | vs.                                           | Judge:      Hon. Dana M. Sabraw
                                                    | Mag. Judge: Hon. Anthony J. Battaglia
14 | HARRAH'S ENTERTAINMENT, INC. and              | Action Date: October 2, 2007
   | DOES 1 through 100, inclusive,
15 |                                               | PROOF OF SERVICE
   |     Defendants.
16

17

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

*Kinder v. Harrah's Entertainment, Inc.*
United States District Court, Southern District of California Case No. 07 CV 2132 (DMS (AJB)
[Consolidated with Case No. 07 CV 02226 DMS (POR)]

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 510 Market Street, Third Floor, San Diego, California 92101-7025.

On February 11, 2008, I served the following document(s) described as

- ***SPECIALLY APPEARING* DEFENDANT HARRAH'S ENTERTAINMENT, INC.'S ANSWER TO PLAINTIFF JAMES M. KINDER'S COMPLAINT FOR DAMAGES, INCLUDING PUNITIVE DAMAGES, INTEREST AND ATTORNEY'S FEES, AND FOR INJUNCTIVE RELIEF**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**Ansis Viksnins**
Lindquist and Ventnum
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

☒ BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business pursuant to Code of Civil Procedure Section 1013(a). I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY FACSIMILE: I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court. The telephone number of the sending facsimile machine was (619) 232-4840. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine issued a transmission report confirming that the transmission was complete and without error.

☐ BY PERSONAL SERVICE: I hand-delivered said document(s) to the addressee(s) pursuant to Code of Civil Procedure Section 1011.

☐ BY EXPRESS MAIL: I caused said document(s) to be deposited in a box or other facility regularly maintained by the express service carrier providing overnight delivery pursuant to Code of Civil Procedure Section 1013(c).

///

1  ☐    BY ELECTRONIC SUBMISSION: Pursuant to Court order, I submitted said document(s) electronically to Lexis Nexis File & Serve, to be posted to the website and notice given to all parties that document was served.

Executed on February 11, 2008, at San Diego, California.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Leanna Pierce* (signature)

Leanna Pierce