David Israel, Esq. (LSB No. 7174)   (SPACE BELOW FOR FILING STAMP ONLY)
Bryan C. Shartle, Esq. (LSB No. 27640)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA  70002-1752
Telephone:   (504) 828-3700
Facsimile:    (504) 828-3737

Debbie P. Kirkpatrick, Esq. (CSB No. 207112)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106
Telephone:     (619) 758-1891
Facsimile:      (619) 222-3667

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, | Case No. 07-cv-02132-DMS-AJB |
| Plaintiff, | Judge: Dana M. Sabraw |
| | Mag. Judge: Anthony J. Battaglia |
| -against- | |
| | **NOTICE OF MOTION;** |
| NATIONWIDE RECOVERY SYSTEMS, LTD., | **MOTION TO STAY** |
| | **AND/OR FOR** |
| Defendant. | **PROTECTIVE ORDER** |
| | |
| | Date: N/A |
| | Time: N/A |
| | Courtroom: N/A |

TO ALL PARTIES AND THEIR ATTORNEYS:

PLEASE TAKE NOTICE that defendant, Nationwide Recovery Systems, Ltd. ("NRS"), files this Motion to Stay and/or for Protective Order and hereby provides notice of the filing.

1
Notice of Motion and Motion to Stay and/or for Protective Order       Case No. 3:07-cv-02132-DMS-AJB

NRS requests that the Court grant its Motion to Stay and/or for Protective Order, per Fed. R. Civ. P. 26(c), and stay all discovery in these consolidated cases filed by plaintiff, James M. Kinder, until further orders from this Court. Bryan C. Shartle, counsel for NRS, has conferred in good faith with opposing counsel in an attempt to resolve this discovery dispute without court action, but has been unsuccessful. NRS's motion is based on this notice and motion, accompanying memorandum of points and authorities, the pleadings and papers on file herein, and other such matters as may be presented to the Court at the time of the hearing.

Dated:  February 11, 2008    **Sessions, Fishman, Nathan & Israel, L.L.P.**

/s/ Debbie P. Kirkpatrick
Debbie P. Kirkpatrick
Attorney for Defendant,
Nationwide Recovery Systems, Ltd.

N:\Nationwide Recovery Systems Ltd (8949)\Kinder, James (8949-07-22323)\Motion to Stay\Motion to Stay.doc