CASE NAME: KINDER, JAMES M. v NATIONWIDE RECOVERY SYSTEMS, LTD
CASE NO:     07-cv-02132-DMS-AJB

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 3667 Voltaire Street, San Diego, California 92106. On January 8, 2008 I served the following:

**DEFENDANT'S NOTICE OF MOTION; MOTION TO STAY AND/OR FOR PROTECTIVE ORDER**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO STAY AND/OR FOR PROTECTIVE ORDER**

( )   BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( )   BY PERSONAL SERVICE

I caused to be served by hand a true copy of the above named document as listed hereafter.

( X )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

See Attached

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 11, 2008            _____
                                    Ann M. Coito

CASE NAME: KINDER, JAMES M. v NATIONWIDE RECOVERY SYSTEMS, LTD.
CASE NO:    07-cv-02132-DMS (AJB)

| | |
|---|---|
| Chad Austin<br>Law Offices of Chad Austin<br>4632 Berwick Drive, Suite L<br>San Diego, CA 92117 | Tom Roddy Normandin<br>Prenovost Normandin Bergh and Dawe<br>2122 North Broadway, Suite 200<br>Santa Ana, CA 92706 |
| Harvey Michael Moore<br>Bidna and Keys APLC<br>5120 Campus Drive<br>Newport Beach, CA 92660 | Mark E. Ellis<br>Ellis Coleman Poirier LaVoie & Steinheimer<br>555 University Avenue, Suite 200<br>Sacramento, CA 95825 |
| David J. Kaminski<br>Carlson and Messer<br>5959 West Century Blvd., Suite 1214<br>Los Angeles, CA 90045 | Ronald R. Giusso<br>Shea Stokes<br>510 Market Street, Third Floor<br>San Diego, CA 92101 |
| Jonathan Andrews Boynton<br>Kirby Noonan Lance and Hoge<br>600 West Broadway, Suite 1100<br>San Diego, CA 92101 | Ansis Viksnins<br>Lindquist and Ventum<br>4200 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402 |

_____