cal_____

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NATIONWIDE RECOVERY SYSTEMS, ) <br> INC., ) <br> ) <br> Defendants. ) <br> ) | Lead Case No.07cv2132 DMS (AJB) <br> Consolidated Action <br><br> ORDER SETTING CASE <br> MANAGEMENT CONFERENCE |

Due to the Order of Consolidation in the above entitled actions, the Case Management Conference previously scheduled for ***April 10, 2008 at 9:00 a.m.*** will go forward in this case, as well as, *all related kinder cases*. Therefore, any previously scheduled Case Management Conference dates in any of the related *Kinder* cases is hereby vacated. Counsel for plaintiff shall make arrangements for all parties to appear by phone at the April 10, 2008 conference.

IT IS SO ORDERED.

DATED: February 12, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court