cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, ) | Lead Case No.07cv2132 DMS (AJB) |
| ) | Consolidated Action |
| Plaintiff, ) | |
| v. ) | ORDER DENYING AS MOOT |
| ) | MOTION TO STAY DISCOVERY |
| NATIONWIDE RECOVERY SYSTEMS, ) | AND/OR MOTION FOR |
| INC., ) | PROTECTIVE ORDER |
| ) | [Doc. No. 33] |
| Defendants. ) | |

Defendants' motion to stay discovery and/or for protective order is DENIED AS MOOT since Defendants' have requested to withdraw the motion.

IT IS SO ORDERED.

DATED: February 14, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court