1  Jonathan A. Boynton (174910)
      jboynton@knlh.com
2  Lauren E. Butz (246668)
      lbutz@knlh.com
3  **KIRBY NOONAN LANCE & HOGE LLP**
   350 Tenth Avenue, Ste. 1300
4  San Diego, CA  92101-8700
   Telephone (619) 231-8666
5  Facsimile (619) 231-9593

6  Attorneys for Defendant BANKFIRST, INC.

7

8              **UNITED STATES DISTRICT COURT**

9            **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  JAMES M. KINDER,                          **LEAD CASE NO. 07cv2132-DMS-AJB**
                                              [CASE NO. 07cv0877-DMS (AJB)]
12            Plaintiff,
                                              **NOTICE OF CHANGE OF ADDRESS**
13      vs.

14  BANKFIRST, and DOES 1 through 100,        JUDGE:   Dana M. Sabraw
    inclusive,
15
              Defendants.
16

17      PLEASE TAKE NOTICE that on February 15, 2008, Kirby Noonan Lance & Hoge LLP

18  will move its offices to:

19      Kirby Noonan Lance & Hoge LLP
        350 Tenth Avenue, Suite 1300
20      San Diego, CA  92101-8700

21  The telephone and facsimile numbers will remain the same.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

*(left margin vertical text)* Kirby Noonan Lance & Hoge LLP  600 West Broadway, Suite 1100 San Diego, California 92101-3387

KNLH\507600.1                                          07cv2132-DMS-AJB

1    All correspondence, service of documents, etc. related to the above-entitled matter Should

2   be directed to the handling attorney at the address indicated above.

3   DATED: *2/14/08*                        KIRBY NOONAN LANCE & HOGE LLP

4

5                                    By:  _____

6                                         Jonathan A. Boynton
                                          Lauren E. Butz
7                                         Attorneys for Defendant BANKFIRST, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California  92101-3387

KNLH\507600.1                        -2-                      07cv2132-DMS-AJB

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

1

## PROOF OF SERVICE

2

**James M. Kinder v. Bankfirst**
3  **U.S. District Court Case No. 07CV2132DMS (AJB)**

4      I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the
5  action; and I am employed in the County of San Diego, California.  My business address is 600 West Broadway, Suite 1100, San Diego, California 92101-3387.
6
       On February 20, 2008, at San Diego, California, I served the following
7  document(s) described as **NOTICE OF CHANGE OF ADDRESS** on the parties in said action as follows:
8
## SEE ATTACHED LIST
9
☒  **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk
10  of Court for the , using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic
11  means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.
12
☒  **FEDERAL COURT:**  I declare under penalty of perjury under the laws of the
13  United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction
14  the service was made.

15  Executed on February 20, 2008, at San Diego, California.

16

17                          /s/ Virginia Soto Perez

18

19

20

21

22

23

24

25

26

27

28

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387

1
## SERVICE LIST
**James M. Kinder v. Bankfirst**
2  **U.S. District Court Case No. 07CV2132DMS (AJB)**

3

4  Chad Austin, Esq.
   *chadaustin79@hotmail.com*
   *chadaustin@cox.net*
5  Law Office of Chad Austin
   3129 India Street
6  San Diego, CA  92103
   Tel:    (619) 297-888
7  Cell:   (619) 992-7100
   **Fax:   (619) 295-1401**

8

   BANKFIRST, Inc. (Client)
9  c/o Ansis V. Viksnins, Esq.
   *aviksnins@lindquist.com*
10 Lindquist & Vennum P.L.L.P.
   4200 IDS Center
11 80 South Eighth Street
   Minneapolis, MN  55402
12 Tel:    (612) 371-3249  Dir. Line
   Fax:    (612) 371-3207

13

   Mark E Ellis, Esq.
14 *mellis@ecplslaw.com,*
   *restrella@ecplslaw.com*
15
   David Israel, Esq.
16 *disrael@sessions-law.biz,*
   *dblack@sessions-law.biz,*
17 *ktreuil@sessions-law.biz*

18 Debbie P Kirkpatrick, Esq.
   *dpk@sessions-law.biz,*
19 *amc@sessions-law.biz,*
   *mmw@sessions-law.biz*
20
   Harvey Michael Moore
21 hmoore@*bidnakeys.com,*
   *jthompson@bidnakeys.com*
22
   Bryan C Shartle, Esq.
23 *bshartle@sessions-law.biz*

24

25

26

27

28

Attorneys for Plaintiff
JAMES M. KINDER

Co-Counsel for Defendant
**BANKFIRST**

**SERVED VIA MAIL ONLY**

Ronald R Giusso, Esq.
*rgiusso@sheastokes.com,*
*lpierce@sheastokes.com,*
*wroan@sheastokes.com*

David J Kaminski, Esq.
*kaminskid@cmtlaw.com*

John Winfield Klein, Esq.
*jklein@pnbd.com*

Tom Roddy Normandin, Esq.
*tnormandin@pnbd.com,*
*bkemmis@pnbd.com,*
*jwade@pnbd.com*

DFS SERVICES LLC
*HMoore@bidnakeys.com*