Chad Austin, Esq. SBN 235457
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff, JAMES M. KINDER, an individual

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>           Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SERVICES, Inc. and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 07 CV 2132 DMS (AJB)<br>**Consolidated Action**<br><br>Judge:      Hon. Dana M. Sabraw<br>Mag. Judge:  Hon. Anthony J. Battaglia<br><br>**PLAINTIFF JAMES M. KINDER'S NOTICE OF MOTION; MOTION TO REMAND**<br><br>Date:  April 25, 2008<br>Time:  1:30 p.m.<br>Place: Courtroom 10 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT on April 25, 2008 at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled court, located at 940 Front Street, San Diego, California 92101, Courtroom 10, Plaintiff JAMES M. KINDER will and hereby does move this Court for Remand of this case to the San Diego Superior Court, Central Division.

///

///

1

CASE NO. 07 CV 2132 DMS (AJB)

1  Plaintiff's Motion is based on this Notice of Motion and Motion, the accompanying

2  Memorandum of Points and Authorities in Support Thereof, the pleadings and papers on file

3  herein and other such matters as may be presented to the Court at the time of the hearing.

4  DATED: February 22, 2008

5

6                                                By: /s/ Chad Austin_____
                                                  CHAD AUSTIN, Esq., Attorney for
                                                  Plaintiff, JAMES M. KINDER
                                                  Email: chadaustin@cox.net

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  2

28                                                                         CASE NO. 07 CV 2132 DMS (AJB)