Chad Austin, Esq. SBN 235457
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff, JAMES M. KINDER, an individual

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>    Plaintiff,<br><br>v.<br><br>ASTRA BUSINESS SERVICES, Inc. and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 07 CV 2132 DMS (AJB)<br>**Consolidated Action**<br><br>Judge:     Hon. Dana M. Sabraw<br>Mag. Judge:  Hon. Anthony J. Battaglia<br><br>**DECLARATION OF CHAD AUSTIN IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br>Date:       April 25, 2008<br>Time:       1:30 p.m.<br>Courtroom:  10 |

I, CHAD AUSTIN, declare as follows:

1.  I am an attorney at law duly licensed and admitted to practice before all courts of the State of California, the United States District Court, Southern District of California and the Ninth Circuit Court of Appeals and have been attorney of record for Plaintiff in this matter since its inception. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated on information and belief.

///

1

CASE NO. 07 CV 2132 DMS (AJB)

2.I am fully familiar with all of the facts and circumstances surrounding this case. This declaration is submitted in support of Plaintiff's Motion to Remand, filed concurrently herewith. The matters stated in this declaration are true, of my own personal knowledge.

3.On February 22, 2008, I accessed the California Secretary of State website and printed the document a true and correct copy of which is attached hereto as Exhibit A, which I found after doing a corporations search for "Astra Business Services."

4.A true and correct copy of the Proof of Service of the summons and complaint in this case is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct and that this declaration was executed by me on February 22, 2008 in San Diego, California.

DATED: February 22, 2008

By: /s/ Chad Austin
CHAD AUSTIN, Esq., Attorney for
Plaintiff, JAMES M. KINDER
Email: chadaustin@cox.net

2

CASE NO. 07 CV 2132 DMS (AJB)