Case 3:07-cv-02132-DMS-AJB     Document 39-4     Filed 02/22/2008     Page 1 of 4

**EXHIBIT A**



## California Business Portal
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of FEB 15, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| ASTRA BUSINESS SERVICES, INC. | | |
| **Number:** C2659247 | **Date Filed:** 7/8/2004 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| 1038 REDWOOD HIGHWAY | | |
| BLDG. B, SUITE 2 | | |
| MILL VALLEY, CA 94941 | | |
| Agent for Service of Process | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT B**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Chad Austin, Esq.  SBN 235457<br>3129 India St.<br>San Diego, CA 92103 | 619-297-8888 | COPY<br>CLOCK & DROP<br>RETURN THIS COPY |
| ATTORNEY FOR (Name):  KINDER | Ref. No. or File No.<br>NONE GIVEN | |

Insert name of court, judicial district or branch court, if any:
SAN DIEGO COUNTY SUPERIOR COURT
CENTRAL DIVISION
330 WEST BROADWAY
SAN DIEGO, CA 92101-3409

PLAINTIFF/PETITIONER
KINDER

DEFENDANT/RESPONDENT
ASTRA BUSINESS SERVICES, INC.

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | C-6637-2007-00073375-CUMCCT |

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the following:

   SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE; NOTICE OF CASE ASSIGNMENT; STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION PROCESS

2. a. Party served:     ASTRA BUSINESS SERVICES, INC.

   b. Person served:   MARGARET WILSON - PROCESS CLERK

   c. Address:         818 WEST SEVENTH STREET
      (Business)       LOS ANGELES, CA 90017

3. I served the party named in item 2
   a. **by personally delivering** the copies (1) on (date): October 1, 2007     (2) at (time): 10:10 am

5. **Person serving** (name, address, and telephone number):
   R. HALL
   RELENTLESS PROCESS SERVICE
   8480 VIA SONOMA
   LA JOLLA, CA 92037
   (619) 297-0905

   a. Fee for service: 55.00
   d. Registered California process server.
      (1) Employee or independent contractor
      (2) Registration No.: 5181
      (3) County: LOS ANGELES

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: October 4, 2007

_____
R. HALL

982(a)(23) [New July 1, 1987]      **PROOF OF SERVICE**      Code Civ. Proc., §417.10(f)

07093-1/afgenp