1  Chad Austin, Esq. SBN 235457
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8
                     UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. 07 CV 2132 DMS (AJB) |
| Plaintiff, | **Consolidated Action** |
| v. | PROOF OF SERVICE |
| ASTRA BUSINESS SERVICES, Inc. and DOES 1 through 100, inclusive, | |
| Defendants. | |

19      I, the undersigned, declare that:

20

21      I am over the age of 18 years and not a party to this case; I am employed in and am a resident

22  of the County of San Diego, State of California, where the within service occurred, and my business

23  address is 3129 India St., San Diego, California 92103-6014.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

PROOF OF SERVICE

1 | I caused to be served on **February 22, 2008**, the following documents:

2 | **MOTION FOR REMAND; DECLARATION OF CHAD AUSTIN; EXHIBITS**

on the interested parties in this action through their attorneys, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server:

| | |
|---|---|
| HARVEY M. MOORE<br>BIDNA & KEYS, APLC<br>hmoore@bidnakeys.com | David J. Kaminski<br>Carlson & Messer<br>kamisnkd@cmtlaw.com |
| Jonathan Andrews Boynton<br>Kirby Noonan Lance and Hoge<br>jboynton@knlh.com | Ronald R. Giusso<br>Shea Stokes Roberts & Wagner<br>rgiusso@sheastokes.com |
| DEBBIE P. KIRKPATRICK<br>Sessions, Fishman, Nathan and Israel<br>In California, L.L.P.<br>dkirkpatrick@sessions-law.biz | Tom Roddy Normandin<br>Prenovost Normandin Bergh and Dawe<br>TNormandin@pnbd.com |
| DAVID ISRAEL<br>BRYAN C. SHARTLE<br>SESSIONS, FISHMAN, NATHAN,<br>& ISRAEL L.L.P.<br>disrael@sessions-law.biz<br>bshartle@sessions-law.biz | Mark Ellis; Andrew Steinheimer<br>Ellis, Coleman, Poirier, LaVoie &<br>Steinheimer, LLP<br>mellis@ecplslaw.com<br>asteinheimer@ecplslaw.com |

By first class United States Mail to:

Ansis Viksnins
Lindquist and Vennum
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402

I declare under penalty of perjury, under the laws of the State of California and the laws of the United States, that the foregoing is true and correct and that this declaration was executed on February 22, 2008 at San Diego, California.

By: /s/ Chad Austin
CHAD AUSTIN, Esq.
Attorney for Plaintiff, James M. Kinder
Email: chadaustin@cox.net

- 2 -