28/03 2008 16:55 FAX 619 295 1401    CHAD AUSTIN ESQ    Case 3:07-cv-02132-DMS-AJB    Document 40    Filed 02/28/2008    Page 1 of 7    ☒002/005

02-27-08    03:00pm    From-Kirby Noonan Lance & Hoge LLP    6192314360    T-579    P.003/006    F-889

Jonathan A. Boynton (174910)
  jboynton@knlh.com
Lauren E. Butz (246668)
  lbutz@knlh.com
KIRBY NOONAN LANCE & HOGE LLP
350 Tenth Avenue, Ste. 1300
San Diego, CA 92101-8700
Telephone (619) 231-8666
Facsimile (619) 231-9593

Ansis V. Viksnins, Esq. (Pro Hac Vice)
  aviksnins@lindquist.com
LINDQUIST & VENNUM P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3249
Facsimile: (612) 371-3207

Attorneys for Defendant BANKFIRST, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>    Plaintiff,<br><br>vs.<br><br>BANKFIRST, and DOES 1 through 100, inclusive,<br><br>    Defendants. | LEAD CASE NO. 07cv2132-DMS-AJB<br>[CASE NO. 07cv0877-DMS (AJB)]<br><br>STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY PENDING CONSOLIDATED CASE MANAGEMENT CONFERENCE<br><br>CRTRM: 10<br>JUDGE:  Dana M. Sabraw |

This Stipulation and [Proposed] Order is made with respect to the following facts and circumstances:

    A.    Plaintiff James A. Kinder ("Kinder") filed a complaint against Defendant Bankfirst, Inc. ("Bankfirst") in San Diego County Superior Court on or about March 5, 2007.

    B.    Bankfirst removed Kinder's complaint to Federal Court on or about May 15, 2007 based on diversity of citizenship.

///

///

1  C. On August 10, 2007, the Court issued a Scheduling Order in this matter regulating discovery and other pre-trial proceedings. Pursuant to that Order, all discovery, except expert discovery, shall be completed on or before March 3, 2008.

D. On February 4, 2008, pursuant to a motion by Nationwide Recovery Systems, LTD, the Court (the Honorable Dana M. Sabraw) consolidated the following actions:

1. *Kinder v. Bankfirst*, Case No. 07-cv-877DMS (AJB) [this case];

2. *James M. Kinder v. Asset Acceptance, LLC*, Case No. 07-cv-2084 DMS (AJB);

3. *James M. Kinder v. Astra Business Services, Inc.*, Case No. 07-cv-2091 DMS (AJB);

4. *James M. Kinder v. Nationwide Recovery Systems, LTD*, Case No. 07-cv-2132 DMS (AJB);

5. *James M. Kinder v. Discover Card Services, Inc.*, Case No. 07-cv-2138 DMS (AJB);

6. *James M. Kinder v. Enhanced Recovery Corporation*, Case No. 07-cv-2152 DMS (AJB); and

7. *James M. Kinder v. Harrah's Entertainment, Inc.*, Case No. 07-cv-2226 DMS (AJB).

E. Shortly thereafter, on February 12, 2008, the Court (the Honorable Anthony J. Battaglia) entered an Ordered Setting Case Management Conference for the Consolidated Actions. Citing Judge Sabraw's Order of Consolidation, Judge Battaglia's order set a Case Management Conference for all the consolidated cases on April 10, 2008 at 9:00 a.m. and vacated all previously scheduled Case Management Conference dates.

F. The instant action, *Kinder v. Bankfirst*, is the only case where dates have been set and discovery is progressing.

G. The Parties agree that discovery in this matter should be stayed pending the consolidated Case Management Conference in which it is anticipated that uniform dates will be set for all of the Consolidated Actions.

///
///

KNI-H\508754.1

-2-

07cv2132-DMS-AJB

1      H.    The Parties further agree that discovery requests currently outstanding, including document subpoenas to third parties, will not be required to be reserved after new dates are set at the consolidated Case Management Conference. The responding party(ies) will be notified of the stay order and that a new date will be set for compliance with the outstanding discovery requests.

    I.    It is the intention of the Parties that when the stay order expires, unless otherwise ordered by the Court, each Party will be in the same position that it was prior to the commencement of the stay, such that any deadline that expired prior to imposition of the stay shall remain expired. To the extent that any deadline has not expired, only the remaining period that has not expired will be left following the expiration of the stay. For example, if a discovery cutoff date has four days left as of February 28, 2008, upon the expiration of the stay, only four days will remain prior to such deadline expiring.

NOW, THEREFORE, based on the foregoing facts and circumstances, the parties hereby stipulate as follows:

1. Discovery in this matter shall be stayed pending the Court's further directions at the Consolidated Case Management Conference on April 10, 2008; and

2. Recipients of outstanding discovery requests, including third party subpoenas, will be notified of the stay order and that a new date for compliance with the discovery requests will be provided after the Consolidated Case Management Conference without the requirement of reserving said requests.

3. Unless otherwise ordered by the Court, upon expiration of this stay order, each Party will be in the same position that it was prior to the commencement of the stay, such that any deadline that expired prior to imposition of the stay shall remain expired and to the extent that any deadline has not expired only the remaining period that has not expired will be left following the expiration of the stay.

4. Unless otherwise ordered by the Court, nothing in this stay order shall effect or apply to discovery or law and motion deadlines, or any other deadlines, currently in place.

///

///

KNLH\508754.1

-3-

07cv2132-DMS-AJB

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | DATED: 2/27/08 | LAW OFFICES OF CHAD AUSTIN |
| 3 | | By: *Chad Austin* |
| 4 | | Chad Austin |
| 5 | | Attorneys for Plaintiff James Kinder |
| 6 | DATED: _____ | KIRBY NOONAN LANCE & HOGE LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Jonathan A. Boynton |
| | | Lauren E. Butz |
| | | Attorneys for Defendant BANKFIRST, INC. |
| 10 | IT IS SO ORDERED. | |
| 11 | | |
| 12 | DATED: _____ | _____ |
| 13 | | Honorable Anthony J. Battaglia |
| | | U.S. Magistrate Judge |

KNI.H508754.1

-4-

07cv2132-DMS-AJB

**IT IS SO STIPULATED.**

DATED: February 27, 2008          LAW OFFICES OF CHAD AUSTIN

By: _____
Chad Austin
Email: *chadaustin79@hotmail.com*
Attorneys for Plaintiff James Kinder

DATED: February 28, 2008          KIRBY NOONAN LANCE & HOGE LLP

By: _____
Jonathan A. Boynton
Email: *jboynton@knlh.com*
Lauren E. Butz
Attorneys for Defendant BANKFIRST, INC.

**IT IS SO ORDERED.**

DATED: _____          _____
Honorable Anthony J. Battaglia
U.S. Magistrate Judge

## PROOF OF SERVICE

<u>James M. Kinder v. Bankfirst</u>
<u>U.S. District Court Case No. 07CV2132DMS (AJB)</u>

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California. My business address is 600 West Broadway, Suite 1100, San Diego, California 92101-3387.

On February 28, 2008, at San Diego, California, I served the following document(s) described as **STIPULATION AND [PROPOSED] ORDER STAYING DISCOVERY PENDING CONSOLIDATED CASE MANAGEMENT CONFERENCE** on the parties in said action as follows:

### SEE ATTACHED LIST

☒ **ELECTRONIC TRANSMISSION:** I filed the foregoing document with the Clerk of Court for the , using the Electronic Case Filing ("ECF") system of the Court. The attorney listed above has consented to receive service by electronic means and is registered with the Court's ECF system and was served a "Notice of Electronic Filing" sent by ECF system.

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 28, 2008, at San Diego, California.

_____
Virginia Soto Perez

| | |
|---|---|
| **SERVICE LIST** | |
| **James M. Kinder v. Bankfirst** | |
| **U.S. District Court Case No. 07CV2132DMS (AJB)** | |

| | |
|---|---|
| Chad Austin, Esq.<br>  *chadaustin79@hotmail.com*<br>  *chadaustin@cox.net*<br>Law Office of Chad Austin<br>3129 India Street<br>San Diego, CA  92103<br>Tel:    (619) 297-888<br>Cell:   (619) 992-7100<br>**Fax:   (619) 295-1401** | Attorneys for Plaintiff<br>JAMES M. KINDER |
| BANKFIRST, Inc. (Client)<br>c/o Ansis V. Viksnins, Esq.<br>  *aviksnins@lindquist.com*<br>Lindquist & Vennum P.L.L.P.<br>4200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402<br>Tel:    (612) 371-3249  Dir. Line<br>Fax:   (612) 371-3207 | Co-Counsel for Defendant<br>**BANKFIRST**<br><br>**SERVED VIA MAIL ONLY** |
| Mark E Ellis, Esq.<br>*mellis@ecplslaw.com,*<br>*restrella@ecplslaw.com*<br><br>David Israel, Esq.<br>*disrael@sessions-law.biz,*<br>*dblack@sessions-law.biz,*<br>*ktreuil@sessions-law.biz*<br><br>Debbie P Kirkpatrick, Esq.<br>*dpk@sessions-law.biz,*<br>*amc@sessions-law.biz,*<br>*mmw@sessions-law.biz*<br><br>Harvey Michael Moore<br>*hmoore@bidnakeys.com,*<br>*jthompson@bidnakeys.com*<br><br>Bryan C Shartle, Esq.<br>*bshartle@sessions-law.biz* | Ronald R Giusso, Esq.<br>*rgiusso@sheastokes.com,*<br>*lpierce@sheastokes.com,*<br>*wroan@sheastokes.com*<br><br>David J Kaminski, Esq.<br>*kaminskid@cmtlaw.com*<br><br>John Winfield Klein, Esq.<br>*jklein@pnbd.com*<br><br>Tom Roddy Normandin, Esq.<br>*tnormandin@pnbd.com,*<br>*bkemmis@pnbd.com,*<br>*jwade@pnbd.com*<br><br>DFS SERVICES LLC<br>*HMoore@bidnakeys.com* |