cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>               Plaintiff,<br>v.<br><br>NATIONWIDE RECOVERY SYSTEMS, INC.,<br><br>               Defendants. | Lead Case No.07cv2132 DMS (AJB)<br>Consolidated Action<br><br>**ORDER STAYING DISCOVERY PENDING CONSOLIDATED CASE MANAGEMENT CONFERENCE** |

The Court, having considered the Parties Joint Motion for an Order Staying Discovery Pending Consolidated Case Management Conference, hereby GRANTS the Joint Motion and orders as follows:

1. Discovery in this matter shall be stayed pending the Court's further directions at the Consolidated Case Management Conference on April 10, 2008; and

2. Recipients of outstanding discovery requests, including third party subpoenas, will be notified of the stay order and that a new date for compliance with the discovery requests will be provided after the Consolidated Case Management Conference without the requirement of reserving said requests.

3. Unless otherwise ordered by the Court, upon expiration of this stay order, each Party will be in the same position that it was prior to the commencement of the stay, such that any deadline that expired prior to imposition of the stay shall remain expired and to the extent that any deadline has not expired only the remaining period that has not expired will be left following the

expiration of the stay.

    4.    Unless otherwise ordered by the Court, nothing in this stay order shall effect or apply to discovery or law and motion deadlines, or any other deadlines, currently in place.

**IT IS SO ORDERED.**

DATED: February 29, 2008

_____
Hon. Anthony J. Battaglia

U.S. Magistrate Judge

United States District Court