MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:    (619) 232-4261
FACSIMILE:    (619) 232-4840

Attorneys for Defendant HARRAH'S ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC. and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.　　07-CV-2132-DMS (AJB)<br>[Consolidated with 07 CV 2226 DMS (POR)]<br><br>Judge:　　　Hon. Dana M. Sabraw<br>Mag. Judge:　Hon. Anthony J. Battaglia<br><br>Action Date:　October 2, 2007<br><br>DEFENDANT HARRAH'S ENTERTAINMENT, INC.'S NOTICE OF MOTION AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND IN THE AMOUNT OF $75,000<br><br>ACCOMPANYING DOCUMENTS: MEMORANDUM OF POINTS AND AUTHORITIES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RONALD R. GIUSSO; [PROPOSED] ORDER<br><br>Date:　　　April 18, 2008<br>Time:　　　1:30 p.m.<br>Courtroom:　10 |

/ / /

/ / /

/ / /

/ / /

1  TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

3  NOTICE IS HEREBY GIVEN that on April 18, 2008, at 1:30 p.m. in Courtroom 10 of the above-entitled Court, located at 880 Front Street, San Diego, California 92101-8900, Defendant HARRAH'S ENTERTAINMENT, INC. will move this Court for (1) an Order Declaring Plaintiff James M. Kinder a Vexatious Litigant and (2) an Order Requiring Plaintiff James M. Kinder to Post a Bond in the Amount of $75,000.

9  This motion is based on this notice of motion, the memorandum of points and authorities, the declaration of Ronald R. Giusso, the notice of lodgment of exhibits filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated: March 6, 2008          By:   s/Maria C. Roberts
                                    Maria C. Roberts
                                    Ronald R. Giusso
                                    Attorneys for Defendant
                                    HARRAH'S ENTERTAINMENT, INC.