1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:     (619) 232-4261
5 | FACSIMILE:      (619) 232-4840

6 | Attorneys for Defendant HARRAH'S ENTERTAINMENT, INC.

7

8 |                     UNITED STATES DISTRICT COURT

9 |                    SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JAMES M. KINDER,

12 |               Plaintiff,

13 | vs.

14 | HARRAH'S ENTERTAINMENT, INC. and
DOES 1 through 100, inclusive,

15

16 |               Defendants.

17

18

19

20

21

22

23

24

25

26 | / / /

27 | / / /

28 | / / /

CASE NO. 07-CV-2132-DMS (AJB)
[Consolidated with 07 CV 2226 DMS (POR)]

Judge:          Hon. Dana M. Sabraw
Mag. Judge:   Hon. Anthony J. Battaglia

Action Date:   October 2, 2007

NOTICE OF LODGMENT OF EXHIBITS IN
SUPPORT OF DEFENDANT HARRAH'S
ENTERTAINMENT, INC.'S
MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF MOTION
TO DECLARE PLAINTIFF A VEXATIOUS
LITIGANT AND FOR AN ORDER
REQUIRING PLAINTIFF TO POST A
BOND IN THE AMOUNT OF $75,000

ACCOMPANYING DOCUMENTS:
NOTICE OF MOTION AND MOTION;
MEMORANDUM OF POINTS AND
AUTHORITIES; DECLARATION OF
RONALD R. GIUSSO; [PROPOSED]
ORDER

Date:          April 18, 2008
Time:          1:30 p.m.
Courtroom:   10

CASE NO. 07-CV-2132-DMS (AJB)
[Consolidated with 07 CV 2226 DMS (POR)]

1    Defendant HARRAH'S ENTERTAINMENT, INC. hereby lodges the following exhibits in

2  support of its Motion to Declare Plaintiff James M. Kinder a Vexatious Litigant and for an Order

3  Requiring Plaintiff to Post a Bond in the Amount of $50,000.

4

5    Exhibit 1:    A true and correct copy of the Web page of the San Diego Superior Court

6  docket showing Kinder's filings from 2000-2006.

7

8    Exhibit 2:    A true and correct copy of the Web page of the San Diego Superior Court

9  docket showing Kinder's filings in 2007.

10

11    Exhibit 3:    A true and correct copy of the Complaint and Order Denying Permission to

12  File New Litigation in the case of *James M. Kinder v. States Recovery Systems, Inc.*, Case No.

13  GIC 818823.

14

15    Exhibit 4:    A true and correct copy of the Complaint and Order Denying Permission to

16  File New Litigation in the case of *James M. Kinder v. Household Automotive Finance*

17  *Corporation*, Case No. GIC 818812.

18

19    Exhibit 5:    A true and correct copy of the Complaint in the case of *James M. Kinder v.*

20  *Corporate Collection Services, Inc.*, Case No. GIC 822762, with notification from the Court

21  requiring a pre-filing order before any Kinder case can be filed.

22

23    Exhibit 6:    A true and correct copy of the Complaint and Order Denying Permission to

24  File New Litigation in the case of *James M. Kinder v. Rite Air* Corporation, Case No. GIC

25  818821.

26  / / /

27  / / /

28  / / /

-1-    CASE NO. 07-CV-2132-DMS (AJB)
[Consolidated with 07 CV 2226 DMS (POR)]

1    Exhibit 7:    A true and correct copy of the Complaint and Order Denying Permission to

2  File New Litigation in the case of *James M. Kinder v. Mitsubishi Motors Credit of America, Inc.*,

3  Case No. GIC 818822.

4

5    Exhibit 8:    A true and correct copy of the Complaint and Order Denying Permission to

6  File New Litigation in the case of *James M. Kinder v. NCO Financial Systems, Inc.*, Case No. GIC

7  818820.

8

9    Exhibit 9:    A true and correct copy of the Complaint and Order Denying Permission to

10  File New Litigation in the case of *James M. Kinder v. 24 Hour Fitness USA, Inc.*, Case No. GIC

11  818819.

12

13    Exhibit 10:    A true and correct copy of the Complaint and Order Denying Permission to

14  File New Litigation in the case of *James M. Kinder v. Bay Area Credit Service, Inc.*, Case No.

15  GIC 818818.

16

17    Exhibit 11:    A true and correct copy of the Complaint and Order Denying Permission to

18  File New Litigation in the case of *James M. Kinder v. Washington Mutual Bank, Washington*

19  *Mutual Finance, and North American Mortgage Company*, Case No. GIC 818816.

20

21    Exhibit 12:    A true and correct copy of the Complaint and Order Denying Permission to

22  File New Litigation in the case of *James M. Kinder v. Western Collection Recovery, Inc.*, Case No.

23  GIC 818817.

24

25    Exhibit 13:    A true and correct copy of the Complaint and Order Denying Permission to

26  File New Litigation in the case of *James M. Kinder v. Collectech Systems, Inc.*, Case No. GIC

27  818815.

28  / / /

1      Exhibit 14:    A true and correct copy of the Complaint and Order Denying Permission to

2  File New Litigation in the case of *James M. Kinder v. Triad Financial Corporation*, Case No. GIC

3  818814.

4

5      Exhibit 15:    True and correct copies of the cover pages of 27 cases filed by Kinder in the

6  San Diego Superior Court in the month of December 2007, in which Kinder alleges violations of

7  the Telephone Consumer Protection Act.

8

9      Exhibit 16:    True and correct copies of Vexatious Litigant Lists for September 2007,

10  October 2007, and January 2008, prepared and maintained by the Administrative Office of the

11  Court of California.

12

13      Exhibit 17:    A true and correct copy of the complaint originally filed in San Diego

14  Superior Court, in the case of *James M. Kinder v. Nationwide Recovery Systems, Ltd.*, Case No.

15  37-2007-00071358-CU-MC-CTL, currently pending before the Southern District.

16

17      Exhibit 18:    A true and correct copy of the complaint originally filed in San Diego

18  Superior Court, in the case of *James M. Kinder v. Enhanced Recovery Corporation.*, Case No. 37-

19  2007-00074113-CU-MC-CTL, currently pending before the Southern District.

20

21      Exhibit 19:    A true and correct copy of the complaint originally filed in San Diego

22  Superior Court, in the case of *James M. Kinder v. Bankfirst*, Case No. 07-cv-0877-DMS-POR,

23  currently pending before the Southern District.

24

25      Exhibit 20:    A true and correct copy of the complaint originally filed in San Diego

26  Superior Court, in the case of *James M. Kinder v. Spring PCS Assets, L.L.C. and Spring PCS*

27  *License, L.L.C.*, Case No. 37-2007-00074754-CU-MC-CTL, currently pending before the

28  Southern District.

1      Exhibit 21:    A true and correct copy of the complaint originally filed in San Diego

2 Superior Court, in the case of *James M. Kinder v. Asset Acceptance, LLC*, currently pending

3 before the Southern District.

4

5      Exhibit 22:    A true and correct copy of the complaint originally filed in San Diego

6 Superior Court, in the case of *James M. Kinder v. Astra Business Services, Inc.* Case No. 37-2007-

7 00073375-CU-MC-CTL currently pending before the Southern District.

8

9      Exhibit 23:    A true and correct copy of the complaint originally filed in San Diego

10 Superior Court, in the case of *James M. Kinder v. Discover Card Services, Inc.*, Case No. 37-

11 2007-00076045-CU-MC-CTL, currently pending before the Southern District.

12

13      Exhibit 24:    A true and correct copy of the complaint originally filed in San Diego

14 Superior Court, in the case of *James M. Kinder v. Cavalry Investments, LLC dba Cavalry*

15 *Portfolio Services*, currently pending before the Southern District.

16

17      Exhibit 25:    A true and correct copy of the original complaint filed against Harrah's

18 Entertainment, Inc. by James M. Kinder, Case No. 37-2007-00076114-CU-MC-CTL.

19

20      Exhibit 26:    A true and correct copy of the United States District Court, Southern

21 District of California's Order denying Defendant Harrah's Entertainment, Inc.'s Motion to Dismiss,

22 dated January 22, 2008.

23

24      Exhibit 27:    A true and correct copy of the State Bar of California's Web page showing

25 James Michael Kinder is resigned and may not practice law in California.

26 / / /

27 / / /

28 / / /

1         Exhibit 28:    A true and correct copy of an article in SanDiegoReader.com entitled "City

2    Lights" dated January 17, 2008.

3

4                            SHEA STOKES ROBERTS & WAGNER, ALC

5

6    Dated:  March 6, 2008         By:   s/Maria C. Roberts

7                                    Maria C. Roberts
                                Ronald R. Giusso

8                                    Attorneys for Defendant
                                HARRAH'S ENTERTAINMENT, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

 Superior Court of California, County of San Diego

**Court Index Home**    **Previous Page**    **New Party Name Search**

## View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back arrow or 'Previous Page' option above to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Party Name Search' option above to start a new name search.

Last Name requested: **KINDER**    First Name requested: **JAMES**    Search Result Page: **1**

| Case Number | Party Name Matches | Opposing Party | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| SCA170685 | KINDER, JAMES | CAMPBELL, JEANNE | San Diego | Civil | 05/25/2006 |
| SC176344 | KINDER, JAMES | GARGANO, MARY J | Kearny Mesa | Civil | 09/29/2006 |
| SC171156 | KINDER, JAMES | KRUPENS, ELIZABETH | Kearny Mesa | Civil | 03/17/2006 |
| SC170685 | KINDER, JAMES | CAMPBELL, JEANNE | Kearny Mesa | Civil | 02/27/2006 |
| SC150272 | KINDER, JAMES | ESPINOSA, CLAUDIO | Kearny Mesa | Civil | 03/12/2004 |
| SC137442 | KINDER, JAMES | RISK MANAGEMENT ALTERNATIVES, INC | Kearny Mesa | Civil | 02/07/2003 |
| SC131321 | KINDER, JAMES | HAMILTON, ANDREA | Kearny Mesa | Civil | 08/15/2002 |
| SC127450 | KINDER, JAMES | SURGICAL ASSOCIATES OF LA JOLLA MEDICAL GROUP INC | Kearny Mesa | Civil | 04/18/2002 |
| SC126295 | KINDER, JAMES | SCHWEITZER, DONALD | Kearny Mesa | Civil | 03/19/2002 |
| SC126294 | KINDER, JAMES | SCHWEITZER, DONALD | Kearny Mesa | Civil | 03/19/2002 |
| SC126100 | KINDER, JAMES | SAN DIEGO ACCOUNTS SERVICE, INC | Kearny Mesa | Civil | 03/13/2002 |
| SC120504 | KINDER, JAMES | HOLLIES, ALLISON | Kearny Mesa | Civil | 10/04/2001 |
| SC104745 | KINDER, JAMES | MAC DONALD, SUSAN | Kearny Mesa | Civil | 06/20/2000 |
| SC104671 | KINDER, JAMES | RITTER, ARTHUR | Kearny Mesa | Civil | 06/16/2000 |

| SC100346 | KINDER, JAMES | WEST COAST RETRIEVAL, INC | Kearny Mesa | Civil | 02/07/2000 |
|---|---|---|---|---|---|
| GIE021510 | KINDER, JAMES | LOSHONKOHL, DONA | East County | Civil | 03/26/2004 |
| GIE011715 | KINDER, JAMES | LOSHONKOHL, DONA | East County | Civil | 07/29/2002 |
| GIC859935 | KINDER, JAMES LANGDON | CITY OF SAN DIEGO | San Diego | Civil | 01/19/2006 |
| SS122318 | KINDER, JAMES M | HERNANDEZ, ROBERT DELA TORRE | South County | Civil | 09/09/2002 |
| SCA172002 | KINDER, JAMES M | PRESIDIO AUTO CENTER | San Diego | Civil | 07/24/2006 |
| SCA171999 | KINDER, JAMES M | SHALIK, AJANI J | San Diego | Civil | 09/01/2006 |
| SCA133269 | KINDER, JAMES M | COHN, DONALD | San Diego | Civil | 05/14/2003 |
| SCA127402 | KINDER, JAMES M | RESORT VENTURES L P | San Diego | Civil | 10/21/2002 |
| SCA123104 | KINDER, JAMES M | CELEBRITY FOODS INC | San Diego | Civil | 04/24/2002 |
| SCA121576 | KINDER, JAMES M | FAMILY FIRST ADVANCED ESTATE PLANNING | San Diego | Civil | 04/08/2002 |
| SCA121569 | KINDER, JAMES M | ANDERSON, RICHARD | San Diego | Civil | 01/09/2002 |
| SCA119355 | KINDER, JAMES M | CITY RENT A CAR | San Diego | Civil | 01/18/2002 |
| SCA116675 | KINDER, JAMES M | CAMBRIDGE HOME LOANS | San Diego | Civil | 11/26/2001 |
| SCA116588 | KINDER, JAMES M | CAMBRIDGE HOME LOANS | San Diego | Civil | 11/26/2001 |
| SC177269 | KINDER, JAMES M | RUIZ, TRISHA M | Kearny Mesa | Civil | 11/02/2006 |
| SC172002 | KINDER, JAMES M | BAYLES, ROSIE | Kearny Mesa | Civil | 04/18/2006 |
| SC172001 | KINDER, JAMES M | PARKER, ZACK | Kearny Mesa | Civil | 04/18/2006 |
| SC172000 | KINDER, JAMES M | BENFORD, WAYNE | Kearny Mesa | Civil | 04/18/2006 |
| SC171999 | KINDER, JAMES M | SHALIK, AJANI J | Kearny Mesa | Civil | 04/18/2006 |
| SC171998 | KINDER, JAMES M | GARCIA, MARIO A | Kearny Mesa | Civil | 04/18/2006 |

| SC171781 | KINDER, JAMES M | SINGLETON, GERALD W | Kearny Mesa | Civil | 04/11/2006 |
|----------|-----------------|---------------------|-------------|-------|------------|
| SC171780 | KINDER, JAMES M | DOEPKE, PETER | Kearny Mesa | Civil | 04/11/2006 |
| SC171779 | KINDER, JAMES M | CURETON, SHANIKA L | Kearny Mesa | Civil | 04/11/2006 |
| SC148619 | KINDER, JAMES M | EL SHADAY, YOVA KANA | Kearny Mesa | Civil | 01/22/2004 |
| SC147177 | KINDER, JAMES M | MENDOZA, MIKE S | Kearny Mesa | Civil | 12/03/2003 |
| SC145301 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 09/29/2003 |
| SC138738 | KINDER, JAMES M | ASSOCIATION MANAGEMENT GROUP | Kearny Mesa | Civil | 03/14/2003 |
| SC138345 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 03/05/2003 |
| SC137931 | KINDER, JAMES M | OPTION ONE MORTGAGE CORPORATION | Kearny Mesa | Civil | 02/21/2003 |
| SC137930 | KINDER, JAMES M | LONG BEACH ACCEPTANCE CORPORATION | Kearny Mesa | Civil | 02/21/2003 |
| SC137929 | KINDER, JAMES M | AMERICAN HOME SHIELD OF CALIFORNIA, INC | Kearny Mesa | Civil | 02/21/2003 |
| SC137928 | KINDER, JAMES M | AMAN COLLECTION SERVICE, INC | Kearny Mesa | Civil | 02/21/2003 |
| SC137927 | KINDER, JAMES M | WESTERN COLLECTION RECOVERY, INC | Kearny Mesa | Civil | 02/21/2003 |
| SC137719 | KINDER, JAMES M | AETNA USA HEALTHCARE OF CALIFORNIA INC | Kearny Mesa | Civil | 02/14/2003 |
| SC137718 | KINDER, JAMES M | TRIAD FINANCIAL CORPORATION | Kearny Mesa | Civil | 02/14/2003 |

Select Page to View:    1    2    3    4    5    6    >    Current Page: 1    Top

Your search request found more than 300 matches, the maximum number of search results permitted. If you did not find your case and would like to view more results, modify your search criteria with more detail. This will reduce the number of search results.

 Superior Court of California, County of San Diego

**Court Index Home    Previous Page    New Party Name Search**

## View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back option or 'Previous Page' option above to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Party Name Search' option above to start a new name search.

Last Name requested: **KINDER**   First Name requested: **JAMES**   Search Result Page: **2**

| Case Number | Party Name Matches | Opposing Party | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| SC137717 | KINDER, JAMES M | 24 HOUR FITNESS USA INC | Kearny Mesa | Civil | 02/14/2003 |
| SC137716 | KINDER, JAMES M | NATIONAL ENTERPRISE SYSTEMS INC | Kearny Mesa | Civil | 02/14/2003 |
| SC137715 | KINDER, JAMES M | ALLIED INTERSTATE INC | Kearny Mesa | Civil | 02/14/2003 |
| SC137714 | KINDER, JAMES M | BAY AREA CREDIT SERVICE INC | Kearny Mesa | Civil | 02/14/2003 |
| SC137713 | KINDER, JAMES M | RITE AID CORPORATION | Kearny Mesa | Civil | 02/14/2003 |
| SC137712 | KINDER, JAMES M | CAVALRY INVESTMENTS LLC | Kearny Mesa | Civil | 02/14/2003 |
| SC137663 | KINDER, JAMES M | STATES RECOVERY SYSTEMS INC | Kearny Mesa | Civil | 02/13/2003 |
| SC137662 | KINDER, JAMES M | STRINT SPECTRUM L P | Kearny Mesa | Civil | 02/13/2003 |
| SC137661 | KINDER, JAMES M | BLUE CROSS OF CALIFORNIA | Kearny Mesa | Civil | 02/13/2003 |
| SC137660 | KINDER, JAMES M | COLLECTECH SYSTEMS INC | Kearny Mesa | Civil | 02/13/2003 |
| SC137659 | KINDER, JAMES M | WASHINGTON MUTUAL BANK | Kearny Mesa | Civil | 02/13/2003 |
| SC137658 | KINDER, JAMES M | NCO FINANCIAL SYSTEMS INC | Kearny Mesa | Civil | 02/13/2003 |
| SC137657 | KINDER, JAMES M | WINDHAM ASSOCIATES INC | Kearny Mesa | Civil | 02/13/2003 |
| SC137653 | KINDER, JAMES M | SAN DIEGO GAS AND ELECTIRC COMPANY | Kearny Mesa | Civil | 02/13/2003 |
|  | KINDER, | ASSOCIATION MANGEMENT | Kearny |  |  |

| SC137569 | JAMES M | GROUP | Mesa | Civil | 02/11/2003 |
|----------|---------|-------|------|-------|------------|
| SC137448 | KINDER, JAMES M | MITSUBISHI MOTORS CREDIT OF AMERICA, INC | Kearny Mesa | Civil | 02/07/2003 |
| SC137447 | KINDER, JAMES M | DIRECTV, INC | Kearny Mesa | Civil | 02/07/2003 |
| SC137446 | KINDER, JAMES M | HOUSEHOLD AUTOMOTIVE FINANCE CORPORATION | Kearny Mesa | Civil | 02/07/2003 |
| SC137444 | KINDER, JAMES M | DISH NETWORK SERVICE CORPORATION | Kearny Mesa | Civil | 02/07/2003 |
| SC137443 | KINDER, JAMES M | HOMECOMINGS FINANCIAL NETWORK, INC | Kearny Mesa | Civil | 02/07/2003 |
| SC134615 | KINDER, JAMES M | CREDIT BUREAU OF NAPA COUNTY, INC | Kearny Mesa | Civil | 11/18/2002 |
| SC134614 | KINDER, JAMES M | CREDIT BUREAU OF NAPA COUNTY, INC | Kearny Mesa | Civil | 11/18/2002 |
| SC134444 | KINDER, JAMES M | CELEBRITY FOODS, INC | Kearny Mesa | Civil | 11/13/2002 |
| SC133925 | KINDER, JAMES M | HAMILTON, ANDREA | Kearny Mesa | Civil | 10/29/2002 |
| SC133269 | KINDER, JAMES M | COHN, DONALD | Kearny Mesa | Civil | 10/09/2002 |
| SC133268 | KINDER, JAMES M | GENERAL ELECTRIC CAPITAL CORPORATION | Kearny Mesa | Civil | 10/09/2002 |
| SC133267 | KINDER, JAMES M | FORD MOTOR COMPANY | Kearny Mesa | Civil | 10/09/2002 |
| SC133266 | KINDER, JAMES M | ARROW FINANCIAL SERVICES, LLC | Kearny Mesa | Civil | 10/09/2002 |
| SC133171 | KINDER, JAMES M | RESORT VENTURES, L P | Kearny Mesa | Civil | 10/07/2002 |
| SC133170 | KINDER, JAMES M | RESORT VENTURES, L P | Kearny Mesa | Civil | 10/07/2002 |
| SC132639 | KINDER, JAMES M | BARIRING, MIKE | Kearny Mesa | Civil | 09/20/2002 |
| SC132603 | KINDER, JAMES M | AMERICAN CREDIT AGENCIES, INC | Kearny Mesa | Civil | 09/19/2002 |
| SC132602 | KINDER, JAMES M | AMERICAN CREDIT AGENCIES, INC | Kearny Mesa | Civil | 09/19/2002 |
| SC132601 | KINDER, JAMES M | AMERICAN CREDIT AGENCIES, INC | Kearny Mesa | Civil | 09/19/2002 |
| SC132600 | KINDER, JAMES M | AMERICAN CREDIT AGENCIES, INC | Kearny Mesa | Civil | 09/19/2002 |
| SC132599 | KINDER, JAMES M | AMERICAN CREDIT AGENCIES, INC | Kearny Mesa | Civil | 09/19/2002 |

| SC132598 | KINDER, JAMES M | AMERICAN CREDIT AGANCIES, INC | Kearny Mesa | Civil | 09/19/2002 |
|----------|-----------------|-------------------------------|-------------|-------|------------|
| SC132597 | KINDER, JAMES M | AMERICAN CREDIT AGENCIES, INC | Kearny Mesa | Civil | 09/19/2002 |
| SC132596 | KINDER, JAMES M | AMERICAN CREDIT AGENCIES, INC | Kearny Mesa | Civil | 09/19/2002 |
| SC132595 | KINDER, JAMES M | AMERICAN CREDIT AGENICES, INC | Kearny Mesa | Civil | 09/19/2002 |
| SC132594 | KINDER, JAMES M | AMERICAN CREDIT AGENICES, INC | Kearny Mesa | Civil | 09/19/2002 |
| SC132593 | KINDER, JAMES M | AMERICAN CREDIT AGENCIES, INC | Kearny Mesa | Civil | 09/19/2002 |
| SC132592 | KINDER, JAMES M | AMERICAN CREDIT AGENCIES, INC | Kearny Mesa | Civil | 09/19/2002 |
| SC132233 | KINDER, JAMES M | ALEGIS GROUP L P | Kearny Mesa | Civil | 09/11/2002 |
| SC131322 | KINDER, JAMES M | HOLLIES, ALLISON | Kearny Mesa | Civil | 08/15/2002 |
| SC131257 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 08/14/2002 |
| SC131256 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 08/14/2002 |
| SC131255 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 08/14/2002 |
| SC130420 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 07/19/2002 |
| SC129318 | KINDER, JAMES M | HOUSEHOLD AUTOMOTIVE FINANCE CORPORATION | Kearny Mesa | Civil | 06/13/2002 |

Select Page to View:   **<   1   2   3   4   5   6   >**   Current Page: **2**   **Top**

Your search request found more than 300 matches, the maximum number of search results permitted. If you did not find your case and would like to view more results, modify your search criteria with more detail. This will reduce the number of search results.

Superior Court of California, County of San Diego

**Court Index Home    Previous Page    New Party Name Search**

## View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back arrow or 'Previous Page' option above to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Party Name Search' option above to start a new name search.

Last Name requested: **KINDER**   First Name requested: **JAMES**    Search Result Page: **3**

| Case Number | Party Name Matches | Opposing Party | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| SC129317 | KINDER, JAMES M | CREDIT BUREAU OF NAPA COUNTY, INC | Kearny Mesa | Civil | 06/13/2002 |
| SC129206 | KINDER, JAMES M | NOWDEN, PHILLIP AVERY | Kearny Mesa | Civil | 06/11/2002 |
| SC128696 | KINDER, JAMES M | RITTER, ARTHUR | Kearny Mesa | Civil | 05/24/2002 |
| SC128178 | KINDER, JAMES M | HOUSHOLD CREDIT SERVICES, INC | Kearny Mesa | Civil | 05/09/2002 |
| SC128177 | KINDER, JAMES M | MANNIS COMMUNICATIONS, INC | Kearny Mesa | Civil | 05/09/2002 |
| SC128176 | KINDER, JAMES M | HAIR CLUB FOR MEN LTD , INC | Kearny Mesa | Civil | 05/09/2002 |
| SC127415 | KINDER, JAMES M | MCI WIRELESS, INC | Kearny Mesa | Civil | 04/17/2002 |
| SC127414 | KINDER, JAMES M | MCMILLAN REAL ESTATE & MORTGAGE COMPANY INC | Kearny Mesa | Civil | 04/17/2002 |
| SC127412 | KINDER, JAMES M | MONTEFALCON, ARMANDO | Kearny Mesa | Civil | 04/17/2002 |
| SC127411 | KINDER, JAMES M | THE PRESCOTT COMPANIES | Kearny Mesa | Civil | 04/17/2002 |
| SC127410 | KINDER, JAMES M | GARRISON INSURANCE AGENCY, INC | Kearny Mesa | Civil | 04/17/2002 |
| SC127404 | KINDER, JAMES M | PROMENADE COMMUNICATIONS, LLC | Kearny Mesa | Civil | 04/17/2002 |
| SC127403 | KINDER, JAMES M | MONARCH GRAND VACATIONS MANAGEMENT INC | Kearny Mesa | Civil | 04/17/2002 |
| SC127402 | KINDER, JAMES M | RESORT VENTURES, L P | Kearny Mesa | Civil | 04/17/2002 |
| | KINDER, | | Kearny | | |

| SC126929 | JAMES M | HOLMES PRODUCTS CORP | Mesa | Civil | 04/04/2002 |
|---|---|---|---|---|---|
| SC126927 | KINDER, JAMES M | IVORY IMPORTS, INC | Kearny Mesa | Civil | 04/04/2002 |
| SC126541 | KINDER, JAMES M | HARDWIRE MORTGAGE CO , INC | Kearny Mesa | Civil | 03/25/2002 |
| SC126540 | KINDER, JAMES M | CLEAR WORLD COMMUNICATIONS CORPORATION | Kearny Mesa | Civil | 03/25/2002 |
| SC126539 | KINDER, JAMES M | MICHAEL JEFFREY COMPANY | Kearny Mesa | Civil | 03/25/2002 |
| SC126530 | KINDER, JAMES M | M L STERN & CO , LLC | Kearny Mesa | Civil | 03/25/2002 |
| SC126529 | KINDER, JAMES M | AOL TIME WARNER INC | Kearny Mesa | Civil | 03/25/2002 |
| SC126528 | KINDER, JAMES M | AT & T CORP | Kearny Mesa | Civil | 03/25/2002 |
| SC126527 | KINDER, JAMES M | MERRILL, LYNCH, PIERCE, FENNER & SMITH, INCORPORATED | Kearny Mesa | Civil | 03/25/2002 |
| SC126099 | KINDER, JAMES M | DISH NETWORK SERVICE CORP | Kearny Mesa | Civil | 03/13/2002 |
| SC125853 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 03/07/2002 |
| SC125693 | KINDER, JAMES M | CAMPBELL SOUP COMPANY | Kearny Mesa | Civil | 03/01/2002 |
| SC125692 | KINDER, JAMES M | GENERAL REVENUE CORPORATION | Kearny Mesa | Civil | 03/01/2002 |
| SC125691 | KINDER, JAMES M | BLUE CROSS OF CALIFORNIA | Kearny Mesa | Civil | 03/01/2002 |
| SC125690 | KINDER, JAMES M | ALLIED INTERSTATE, INC | Kearny Mesa | Civil | 03/01/2002 |
| SC125173 | KINDER, JAMES M | OSI COLLECTION SERVICES, INC | Kearny Mesa | Civil | 02/15/2002 |
| SC125172 | KINDER, JAMES M | COLLECTION BUREAU OF AMERICA, LTD | Kearny Mesa | Civil | 02/15/2002 |
| SC125171 | KINDER, JAMES M | HYUNDAI MOTOR FINANCE COMPANY | Kearny Mesa | Civil | 02/15/2002 |
| SC125170 | KINDER, JAMES M | WELLS FARGO BANK, LTD | Kearny Mesa | Civil | 02/15/2002 |
| SC125169 | KINDER, JAMES M | AMAN COLLECTION SERVICE, INC | Kearny Mesa | Civil | 02/15/2002 |
| SC125168 | KINDER, JAMES M | SAN DIEGO GAS & ELECTRIC COMPANY | Kearny Mesa | Civil | 02/15/2002 |

| SC125089 | KINDER, JAMES M | ASSOCIATION MANAGEMENT GROUP | Kearny Mesa | Civil | 02/14/2002 |
|---|---|---|---|---|---|
| SC125079 | KINDER, JAMES M | ENERSYS INC | Kearny Mesa | Civil | 02/14/2002 |
| SC125078 | KINDER, JAMES M | ALLIED INTERSTATE INC | Kearny Mesa | Civil | 02/14/2002 |
| SC123736 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 01/09/2002 |
| SC123735 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 01/09/2002 |
| SC123734 | KINDER, JAMES M | PRP WINE INTERNATIONAL INC | Kearny Mesa | Civil | 01/09/2002 |
| SC123733 | KINDER, JAMES M | GRAND PACIFIC RESORTS, INC | Kearny Mesa | Civil | 01/09/2002 |
| SC123114 | KINDER, JAMES M | MUNSON, JAMES | Kearny Mesa | Civil | 12/19/2001 |
| SC123113 | KINDER, JAMES M | THE SPECIAL WAY TRUST | Kearny Mesa | Civil | 12/19/2001 |
| SC123112 | KINDER, JAMES M | HARLOW, KELLY | Kearny Mesa | Civil | 12/19/2001 |
| SC123109 | KINDER, JAMES M | THE GIANT GOLF COMPANY | Kearny Mesa | Civil | 12/19/2001 |
| SC123108 | KINDER, JAMES M | AETNA US HEALTHCARE OF CALIFORNIA, INC | Kearny Mesa | Civil | 12/19/2001 |
| SC123107 | KINDER, JAMES M | M&I WINDOWS, INC | Kearny Mesa | Civil | 12/19/2001 |
| SC123106 | KINDER, JAMES M | SOUTHBAY RENTALS, LLC | Kearny Mesa | Civil | 12/19/2001 |
| SC123105 | KINDER, JAMES M | RECEIVABLE CONTROL, SUNDANCE CAPITAL INC | Kearny Mesa | Civil | 12/19/2001 |

Select Page to View:    <   1   2   3   4   5   6   >   Current Page: 3   **Top**

Your search request found more than 300 matches, the maximum number of search results permitted. If you did not find your case and would like to view more results, modify your search criteria with more detail. This will reduce the number of search results.

 Superior Court of California, County of San Diego

**Court Index Home    Previous Page    New Party Name Search**

## View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back arrow or 'Previous Page' option above to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Party Name Search' option above to start a new name search.

Last Name requested: **KINDER**    First Name requested: **JAMES**    Search Result Page: **4**

| Case Number | Party Name Matches | Opposing Party | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| SC123104 | KINDER, JAMES M | CELEBRITY FOODS, INC | Kearny Mesa | Civil | 12/19/2001 |
| SC123103 | KINDER, JAMES M | PDP GROUP, INC | Kearny Mesa | Civil | 12/19/2001 |
| SC123102 | KINDER, JAMES M | NATIONAL ACTION FINANCIAL SERVICES, INC | Kearny Mesa | Civil | 12/19/2001 |
| SC123101 | KINDER, JAMES M | ENTERPRISE RECOVERY SYSTEMS, INC | Kearny Mesa | Civil | 12/19/2001 |
| SC123100 | KINDER, JAMES M | CAVALRY INVESTMENTS, LLC | Kearny Mesa | Civil | 12/19/2001 |
| SC123099 | KINDER, JAMES M | SALLIE MAE, INC | Kearny Mesa | Civil | 12/19/2001 |
| SC123098 | KINDER, JAMES M | EDUCATION DEBT SERVICES, INC | Kearny Mesa | Civil | 12/19/2001 |
| SC122591 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 12/05/2001 |
| SC122584 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 12/05/2001 |
| SC122583 | KINDER, JAMES M | STANDARD AUTO RECYCLING | Kearny Mesa | Civil | 12/05/2001 |
| SC122582 | KINDER, JAMES M | FLIFLET, BILL | Kearny Mesa | Civil | 12/05/2001 |
| SC121950 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 11/14/2001 |
| SC121586 | KINDER, JAMES M | NFG,INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121585 | KINDER, JAMES M | NFG, INC | Kearny Mesa | Civil | 11/01/2001 |
|  | KINDER, |  | Kearny |  |  |

| SC121584 | JAMES M | CHASE RECEIVABLES INC | Mesa | Civil | 11/01/2001 |
|---|---|---|---|---|---|
| SC121583 | KINDER, JAMES M | COLLECTECH SYSTEMS INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121582 | KINDER, JAMES M | NATIONWIDE CREDIT INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121581 | KINDER, JAMES M | WESTERN COLLECTION RECOVERY INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121579 | KINDER, JAMES M | CMRE FINANCIAL SERVICES INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121578 | KINDER, JAMES M | OSI COLLECTION SERVICES INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121577 | KINDER, JAMES M | MP, INC OF CALIFORNIA | Kearny Mesa | Civil | 11/01/2001 |
| SC121576 | KINDER, JAMES M | FAMILY FIRST, ADVANCED ESTATE PLANNING | Kearny Mesa | Civil | 11/01/2001 |
| SC121575 | KINDER, JAMES M | SIERRA WESTERN HOME LOANS INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121574 | KINDER, JAMES M | MONARCH GRAND VACATIONS MANAGEMENT INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121573 | KINDER, JAMES M | GRAND PACIFIC RESORTS, INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121572 | KINDER, JAMES M | BEN BRIDGE-JEWELER INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121571 | KINDER, JAMES M | PRP WINE INTERNATIONAL INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121570 | KINDER, JAMES M | GOLD KEY FINANCIAL, INC | Kearny Mesa | Civil | 11/01/2001 |
| SC121569 | KINDER, JAMES M | ANDERSON, RICHARD | Kearny Mesa | Civil | 11/01/2001 |
| SC121568 | KINDER, JAMES M | CAMERON, TODD | Kearny Mesa | Civil | 11/01/2001 |
| SC121567 | KINDER, JAMES M | SAN DIEGO FITNESS & RACQUET CENTER, LTD | Kearny Mesa | Civil | 11/01/2001 |
| SC121566 | KINDER, JAMES M | PICKFORD REALTY, LTD | Kearny Mesa | Civil | 11/01/2001 |
| SC121565 | KINDER, JAMES M | MASTROV, MARK | Kearny Mesa | Civil | 11/01/2001 |
| SC120433 | KINDER, JAMES M | MOTOR MACHINE | Kearny Mesa | Civil | 10/02/2001 |
| SC120195 | KINDER, JAMES M | HATORI, CRAIG | Kearny Mesa | Civil | 11/14/2001 |
| SC120194 | KINDER, | HOMEFIRST MORTGAGE INC | Kearny | Civil | 09/26/2001 |

| | | | Mesa | | |
|---|---|---|---|---|---|
| SC120193 | KINDER, JAMES M | AWARD, INC | Kearny Mesa | Civil | 09/26/2001 |
| SC120192 | KINDER, JAMES M | NEELY, MARTY | Kearny Mesa | Civil | 09/26/2001 |
| SC120191 | KINDER, JAMES M | SAN DIEGO AUTO CONNECTION INC | Kearny Mesa | Civil | 09/26/2001 |
| SC120190 | KINDER, JAMES M | FLIFLET, BILL | Kearny Mesa | Civil | 09/26/2001 |
| SC120189 | KINDER, JAMES M | CAPITAL PLUS FINANCIAL COPORATION | Kearny Mesa | Civil | 09/26/2001 |
| SC120187 | KINDER, JAMES M | KIRLIN SECURITIES INC | Kearny Mesa | Civil | 09/26/2001 |
| SC120186 | KINDER, JAMES M | LA JOLLA TALENT GROUP, INC | Kearny Mesa | Civil | 09/26/2001 |
| SC120185 | KINDER, JAMES M | COLDWELL BANKER REAL ESTATE CORP | Kearny Mesa | Civil | 09/26/2001 |
| SC120184 | KINDER, JAMES M | TRENDWEST RESORTS INC | Kearny Mesa | Civil | 09/26/2001 |
| SC119688 | KINDER, JAMES M | VARSITY STUDENT PAINTERS, INC | Kearny Mesa | Civil | 09/13/2001 |
| SC119687 | KINDER, JAMES M | NEW YORK LIFE INSURANCE COMPANY | Kearny Mesa | Civil | 09/13/2001 |
| SC119686 | KINDER, JAMES M | VLP ENTERPRISES, INC | Kearny Mesa | Civil | 09/13/2001 |
| SC119496 | KINDER, JAMES M | CRAFTMATIC OF CALIFORNIA, INC | Kearny Mesa | Civil | 09/05/2001 |
| SC119494 | KINDER, JAMES M | AMERIQUEST MORTGAGE COMPANY | Kearny Mesa | Civil | 09/05/2001 |

Select Page to View:    <   **1**  **2**  **3**  **4**  **5**  **6**   >   Current Page: 4   **Top**

Your search request found more than 300 matches, the maximum number of search results permitted. If you did not find your case and would like to view more results, modify your search criteria with more detail. This will reduce the number of search results.

 Superior Court of California, County of San Diego

**Court Index Home     Previous Page     New Party Name Search**

View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back arrow or 'Previous Page' option above to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Party Name Search' option above to start a new name search.

Last Name requested: **KINDER**   First Name requested: **JAMES**   Search Result Page: **5**

| Case Number | Party Name Matches | Opposing Party | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| SC119493 | KINDER, JAMES M | PRUDENTIAL SECURITIES, INC | Kearny Mesa | Civil | 09/05/2001 |
| SC119492 | KINDER, JAMES M | MERRILL LYNCH, PIERCE, FENNER, & SMITH, INCORPORATED | Kearny Mesa | Civil | 09/05/2001 |
| SC119491 | KINDER, JAMES M | LIFESOURCE WATER SYSTEMS, INC | Kearny Mesa | Civil | 09/05/2001 |
| SC119460 | KINDER, JAMES M | ACE DION | Kearny Mesa | Civil | 09/05/2001 |
| SC119459 | KINDER, JAMES M | MASTROV, MARK | Kearny Mesa | Civil | 09/05/2001 |
| SC119355 | KINDER, JAMES M | CITY RENT A CAR | Kearny Mesa | Civil | 08/31/2001 |
| SC119354 | KINDER, JAMES M | BACZYNSKI, SONJA | Kearny Mesa | Civil | 08/31/2001 |
| SC119290 | KINDER, JAMES M | MILLENNIUM EXCHANGE INC | Kearny Mesa | Civil | 08/30/2001 |
| SC118999 | KINDER, JAMES M | GOLDSTEIN, MELISSA | Kearny Mesa | Civil | 08/23/2001 |
| SC118365 | KINDER, JAMES M | EMPLOYER'S CHOICE INSURANCE SERVICE | Kearny Mesa | Civil | 08/07/2001 |
| SC118364 | KINDER, JAMES M | GUEST FOOD SERVICE CORPORATION | Kearny Mesa | Civil | 08/07/2001 |
| SC117276 | KINDER, JAMES M | ALTHAUS, CHRISTIN | Kearny Mesa | Civil | 07/09/2001 |
| SC116959 | KINDER, JAMES M | CITY RENT-A-CAR | Kearny Mesa | Civil | 06/27/2001 |
| SC116896 | KINDER, JAMES M | MARTIN, CHARLES | Kearny Mesa | Civil | 06/26/2001 |

| SC116828 | KINDER, JAMES M | MONEY MAILER, INC | Kearny Mesa | Civil | 06/22/2001 |
|---|---|---|---|---|---|
| SC116827 | KINDER, JAMES M | MONEY MAILER, INC | Kearny Mesa | Civil | 06/22/2001 |
| SC116826 | KINDER, JAMES M | GSM WIRELESS, INC | Kearny Mesa | Civil | 06/22/2001 |
| SC116825 | KINDER, JAMES M | ANGONE, KAREN | Kearny Mesa | Civil | 06/22/2001 |
| SC116791 | KINDER, JAMES M | SCHEIRE, DAVID | Kearny Mesa | Civil | 06/22/2001 |
| SC116790 | KINDER, JAMES M | AD FAX | Kearny Mesa | Civil | 06/22/2001 |
| SC116789 | KINDER, JAMES M | SCHEIRE, DAVID | Kearny Mesa | Civil | 06/22/2001 |
| SC116685 | KINDER, JAMES M | AMERICAN BENEFIT MORTGAGE, INC | Kearny Mesa | Civil | 06/18/2001 |
| SC116684 | KINDER, JAMES M | AMERICAN BENEFIT MORTGAGE, INC | Kearny Mesa | Civil | 06/18/2001 |
| SC116683 | KINDER, JAMES M | AMERICAN BENEFIT MORTGAGE, INC | Kearny Mesa | Civil | 06/18/2001 |
| SC116682 | KINDER, JAMES M | JNS COPY SERVICE | Kearny Mesa | Civil | 06/18/2001 |
| SC116681 | KINDER, JAMES M | ANGONE, KAREN | Kearny Mesa | Civil | 06/18/2001 |
| SC116680 | KINDER, JAMES M | COAST BUSINESS SYSTEMS, INC | Kearny Mesa | Civil | 06/18/2001 |
| SC116679 | KINDER, JAMES M | GUEST FOOD SERVICE CORP | Kearny Mesa | Civil | 06/18/2001 |
| SC116678 | KINDER, JAMES M | EMPLOYER'S CHOICE INSURANCE SVC | Kearny Mesa | Civil | 06/18/2001 |
| SC116677 | KINDER, JAMES M | CANFIELD CAPITAL CORP | Kearny Mesa | Civil | 06/18/2001 |
| SC116676 | KINDER, JAMES M | HIDDEN VALLEY TEAMPARK | Kearny Mesa | Civil | 06/18/2001 |
| SC116675 | KINDER, JAMES M | CAMBRIDGE HOME LOANS | Kearny Mesa | Civil | 06/18/2001 |
| SC116588 | KINDER, JAMES M | CAMBRIDGE HOME LOANS | Kearny Mesa | Civil | 06/18/2001 |
| SC116587 | KINDER, JAMES M | HIDDEN VALLEY PAINTBALL PARK | Kearny Mesa | Civil | 06/18/2001 |
| SC116586 | KINDER, JAMES M | HILLCREST SANDWICH CO | Kearny Mesa | Civil | 06/18/2001 |
| SC115980 | KINDER, | RENNEY, STEVEN | Kearny | Civil | 05/30/2001 |

| | JAMES M | | Mesa | | |
|---|---|---|---|---|---|
| SC115932 | KINDER, JAMES M | CITY OF SAN DIEGO | Kearny Mesa | Civil | 05/29/2001 |
| SC115583 | KINDER, JAMES M | GUTIERREZ, MARCOS S | Kearny Mesa | Civil | 05/18/2001 |
| SC115010 | KINDER, JAMES M | THAON COMMUNICATIONS INC | Kearny Mesa | Civil | 05/02/2001 |
| SC115009 | KINDER, JAMES M | MIRANDA, MANUEL | Kearny Mesa | Civil | 05/02/2001 |
| SC115008 | KINDER, JAMES M | CAMBRIDGE FINANCIAL SERVICE INC DBA CAMBRIDGE HOME LOANS | Kearny Mesa | Civil | 05/02/2001 |
| SC115006 | KINDER, JAMES M | BARTON, NORVELLA K | Kearny Mesa | Civil | 05/02/2001 |
| SC115005 | KINDER, JAMES M | JOYNER, GREG | Kearny Mesa | Civil | 05/02/2001 |
| SC115004 | KINDER, JAMES M | JOYNER, GREG | Kearny Mesa | Civil | 05/02/2001 |
| SC115003 | KINDER, JAMES M | JOYNER, GREG | Kearny Mesa | Civil | 05/02/2001 |
| SC114952 | KINDER, JAMES M | SCHEIRE, DAVID | Kearny Mesa | Civil | 05/01/2001 |
| SC114951 | KINDER, JAMES M | MIC GENERAL INSURANCE CORPORATION | Kearny Mesa | Civil | 05/01/2001 |
| SC113128 | KINDER, JAMES M | DONOVAN, REBECCA | Kearny Mesa | Civil | 03/09/2001 |
| SC113127 | KINDER, JAMES M | AYUB, ROBERT | Kearny Mesa | Civil | 03/09/2001 |
| SC113126 | KINDER, JAMES M | JENNINGS, EVAN | Kearny Mesa | Civil | 03/09/2001 |

Select Page to View:   **<**   **1**   **2**   **3**   **4**   **5**   **6**   **>**   Current Page: 5   **Top**

Your search request found more than 300 matches, the maximum number of search results permitted. If you did not find your case and would like to view more results, modify your search criteria with more detail. This will reduce the number of search results.

 **Superior Court of California, County of San Diego**

**Court Index Home**    **Previous Page**    **New Party Name Search**

## View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back arrow or 'Previous Page' option above to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Party Name Search' option above to start a new name search.

Last Name requested: **KINDER**    First Name requested: **JAMES**    Search Result Page: **6**

| Case Number | Party Name Matches | Opposing Party | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| SC112907 | KINDER, JAMES M | GOMEZ, GABRIEL | Kearny Mesa | Civil | 03/02/2001 |
| SC112906 | KINDER, JAMES M | CITY OF SAN DIEGO PARKING MANAGEMENT | Kearny Mesa | Civil | 03/02/2001 |
| SC112905 | KINDER, JAMES M | CARDENAS, MICHELE | Kearny Mesa | Civil | 03/02/2001 |
| SC112904 | KINDER, JAMES M | HODGES, DENNIS | Kearny Mesa | Civil | 03/02/2001 |
| SC112903 | KINDER, JAMES M | ZEDAKER, LUCIUS | Kearny Mesa | Civil | 03/02/2001 |
| SC112652 | KINDER, JAMES M | SURPAS RESOURCE CORPORATION | Kearny Mesa | Civil | 02/23/2001 |
| SC111688 | KINDER, JAMES M | WILSON, WENDI L | Kearny Mesa | Civil | 01/24/2001 |
| SC109712 | KINDER, JAMES M | KEON, BRIAN | Kearny Mesa | Civil | 11/21/2000 |
| SC109708 | KINDER, JAMES M | WILKINS, GUS | Kearny Mesa | Civil | 11/21/2000 |
| SC109706 | KINDER, JAMES M | KEON, BRIAN | Kearny Mesa | Civil | 11/21/2000 |
| SC109705 | KINDER, JAMES M | KEON, BRIAN | Kearny Mesa | Civil | 11/21/2000 |
| SC109284 | KINDER, JAMES M | S D UNIFIED SCHOOL DISTRICT | Kearny Mesa | Civil | 11/07/2000 |
| SC105492 | KINDER, JAMES M | DOE, JOHN | Kearny Mesa | Civil | 07/13/2000 |
| SC102395 | KINDER, JAMES M | PLAYMOR TERRACES HOMEOWNERS ASSOC | Kearny Mesa | Civil | 04/07/2000 |
|  | KINDER, |  | Kearny |  |  |

| | | | | | |
|---|---|---|---|---|---|
| SC102123 | JAMES M | CITY OF SAN DIEGO | Mesa | Civil | 03/29/2000 |
| IC863432 | KINDER, JAMES M | MUELLER, AMANDA | San Diego | Civil | 03/27/2006 |
| IC848729 | KINDER, JAMES M | CRUZ, ARNELL F | San Diego | Civil | 06/07/2005 |
| IC820695 | KINDER, JAMES M | SURPAS RESOURCE CORPORATION | San Diego | Civil | 11/05/2003 |
| IC817601 | KINDER, JAMES M | CITY OF SAN DIEGO | San Diego | Civil | 09/11/2003 |
| IC804812 | KINDER, JAMES M | MERCURY INSURANCE COMPANY | San Diego | Civil | 01/30/2003 |
| IC801928 | KINDER, JAMES M | HAMILTON, ANDREA | San Diego | Civil | 12/16/2002 |
| IC798770 | KINDER, JAMES M | HAMILTON, ANDREA | San Diego | Civil | 10/25/2002 |
| IC796608 | KINDER, JAMES M | SAN DIEGO AUTO STEREO OUTLET | San Diego | Civil | 09/23/2002 |
| IC787548 | KINDER, JAMES M | ALEGIS GROUP LP | San Diego | Civil | 04/26/2002 |
| IC770069 | KINDER, JAMES M | ALLSTATE INSURANCE COMPANY | San Diego | Civil | 07/03/2001 |
| IC755585 | KINDER, JAMES M | HARLAN, JULIE | San Diego | Civil | 09/29/2000 |
| GIE021510 | KINDER, JAMES M | LOSHONKOHL, DONA | East County | Civil | 03/26/2004 |
| GIE012619 | KINDER, JAMES M | HAMILTON, ANDREA SALINA | East County | Civil | 11/01/2002 |
| GIC871349 | KINDER, JAMES M | CARRILLO, ENRIQUE JR | San Diego | Civil | 08/23/2006 |
| GIC861368 | KINDER, JAMES M | MCCURDY, BRADLEY ADAM | San Diego | Civil | 02/15/2006 |
| GIC859935 | KINDER, JAMES M | CITY OF SAN DIEGO | San Diego | Civil | 01/19/2006 |
| GIC826527 | KINDER, JAMES M | MACDONALD, SUSAN | San Diego | Civil | 03/04/2004 |
| GIC822762 | KINDER, JAMES M | CORPORATE COLLECTION SERVICES INC | San Diego | Civil | 12/15/2003 |
| GIC818823 | KINDER, JAMES M | STATES RECOVERY SYSTEMS INC | San Diego | Civil | 09/18/2003 |
| GIC818822 | KINDER, JAMES M | MITSUBISHI MOTORS CREDIT OF AMERICA INC | San Diego | Civil | 09/18/2003 |
| GIC818821 | KINDER, JAMES M | RITE AID CORPORATION | San Diego | Civil | 09/18/2003 |

| GIC818820 | KINDER, JAMES M | NCO FINANCIAL SYSTEMS INC | San Diego | Civil | 09/18/2003 |
|---|---|---|---|---|---|
| GIC818819 | KINDER, JAMES M | 24 HOUR FITNESS USA INC | San Diego | Civil | 09/18/2003 |
| GIC818818 | KINDER, JAMES M | BAY AREA CREDIT SERVICE INC | San Diego | Civil | 09/18/2003 |
| GIC818817 | KINDER, JAMES M | WESTERN COLLECTION RECOVERY INC | San Diego | Civil | 09/18/2003 |
| GIC818816 | KINDER, JAMES M | NORTH AMERICAN MORTGAGE COMPANY | San Diego | Civil | 09/18/2003 |
| GIC818815 | KINDER, JAMES M | COLLECTECH SYSTEMS INC | San Diego | Civil | 09/18/2003 |
| GIC818814 | KINDER, JAMES M | TRIAD FINANCIAL CORPORATION | San Diego | Civil | 09/18/2003 |
| GIC818813 | KINDER, JAMES M | ALLIED INTERSTATE INC | San Diego | Civil | 09/18/2003 |
| GIC818812 | KINDER, JAMES M | HOUSEHOLD AUTOMOTIVE FINANCE CORPORATION | San Diego | Civil | 09/18/2003 |
| GIC818451 | KINDER, JAMES M | ALVERADO, MONIQUE ANGELINA | San Diego | Civil | 09/25/2003 |
| GIC809770 | KINDER, JAMES M | KINGRY, GEORGIA R | San Diego | Civil | 04/25/2003 |
| GIC809769 | KINDER, JAMES M | MILE, STEPHEN | San Diego | Civil | 04/25/2003 |
| GIC801908 | KINDER, JAMES M | WELLS FARGO BANK LTD | San Diego | Civil | 12/16/2002 |
| GIC801394 | KINDER, JAMES M | MALAVENDA, MICHAEL A | San Diego | Civil | 12/06/2002 |

Select Page to View:   <   1   2   3   4   5   6   Current Page: 6   Top

Your search request found more than 300 matches, the maximum number of search results permitted. If you did not find your case and would like to view more results, modify your search criteria with more detail. This will reduce the number of search results.

# EXHIBIT 2

 Superior Court of California, County of San Diego

**Court Index Home**    **Previous Page**    **New Party Name Search**

## View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back arrow or 'Previous Page' option above to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Party Name Search' option above to start a new name search.

Last Name requested: **KINDER**    First Name requested: **JAMES**    Search Result Page: **1**

| Case Number | Party Name Matches | Opposing Party | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| GIC880543 | **KINDER, JAMES** | **ALLIED INTERSTATE INC** | San Diego | Civil | 02/06/2007 |
| 37-2007-00081911-CU-MC-CTL | **KINDER, JAMES** | **BALLY TOTAL FITNESS CORPORATION** | San Diego | Civil | 11/19/2007 |
| 37-2007-00074114-CU-MC-CTL | **KINDER, JAMES** | **VERIZON WIRELESS [VAW] LLC** | San Diego | Civil | 08/30/2007 |
| 37-2007-00074112-CU-MC-CTL | **KINDER, JAMES** | **ASSET ACCEPTANCE, LLC** | San Diego | Civil | 08/30/2007 |
| 37-2007-00064338-CU-MC-CTL | **KINDER, JAMES** | **ER SOLUTIONS INC** | San Diego | Civil | 04/02/2007 |
| 37-2007-00073860-CU-MC-CTL | **KINDER, JAMES A** | **CITIBANK SOUTH DAKOTA NA** | San Diego | Civil | 08/27/2007 |
| 37-2007-00073159-CU-MC-CTL | **KINDER, JAMES A** | **RECEIVABLES MANAGEMENT SOLUTIONS** | San Diego | Civil | 08/14/2007 |
| 37-2007-00073158-CU-MC-CTL | **KINDER, JAMES A** | **NATIONWIDE RECOVERY SYSTEMS, LTD** | San Diego | Civil | 08/14/2007 |
| 37-2007-00018584-SC-SC-CTL | **KINDER, JAMES LANGDON** | **GIBBONS-GRIFFITH, ELIZABETH A** | Kearny Mesa | Civil | 12/14/2007 |
| GIC882000 | **KINDER, JAMES M** | **ADECCO INC** | San Diego | Civil | 03/19/2007 |
| GIC881999 | **KINDER, JAMES M** | **ALLIANCEONCE INC** | San Diego | Civil | 03/19/2007 |

| GIC881287 | KINDER, JAMES M | WASHINGTON MUTUAL | San Diego | Civil | 03/05/2007 |
|---|---|---|---|---|---|
| GIC881286 | KINDER, JAMES M | CUTTING EDGE OF CALIFORNIA, LLC | San Diego | Civil | 03/05/2007 |
| GIC881285 | KINDER, JAMES M | BANKFIRST | San Diego | Civil | 03/05/2007 |
| GIC880929 | KINDER, JAMES M | NORTHLAND GROUP INC | San Diego | Civil | 02/27/2007 |
| GIC880831 | KINDER, JAMES M | KEVIN L STRING CO L P A | San Diego | Civil | 02/26/2007 |
| 37-2007-00084386-CL-MC-CTL | KINDER, JAMES M | OCWEN LOAN SERVICING, LLC | San Diego | Civil | 12/21/2007 |
| 37-2007-00084066-CL-MC-CTL | KINDER, JAMES M | SPORTS AND FITNESS CLUBS OF AMERICA INC | San Diego | Civil | 12/18/2007 |
| 37-2007-00083795-CL-MC-CTL | KINDER, JAMES M | FIRST FRANKLIN FINANCIAL CORPORATION | San Diego | Civil | 12/13/2007 |
| 37-2007-00083657-CU-MC-CTL | KINDER, JAMES M | ONLINE SUPPLIER, INC | San Diego | Civil | 12/10/2007 |
| 37-2007-00083656-CU-MC-CTL | KINDER, JAMES M | OWW LIQUIDATORS, LLC | San Diego | Civil | 12/10/2007 |
| 37-2007-00083549-CU-MC-CTL | KINDER, JAMES M | FIRST FUNDS CAPITOL | San Diego | Civil | 12/10/2007 |
| 37-2007-00083548-CU-MC-CTL | KINDER, JAMES M | THE HOT LEAD COMPANY, L L C | San Diego | Civil | 12/10/2007 |
| 37-2007-00083547-CU-NP-CTL | KINDER, JAMES M | AMERICAN AUTOMOTIVE EQUIPMENT, INC | San Diego | Civil | 12/10/2007 |
| 37-2007-00083546-CU-MC-CTL | KINDER, JAMES M | AUSTIN SOFTWARE ARCHITECTS, LLC | San Diego | Civil | 12/10/2007 |
| 37-2007-00083528-CL-MC-CTL | KINDER, JAMES M | WYSE FINANCIAL SERVICES INC | San Diego | Civil | 12/11/2007 |
| 37-2007-00083527-CU-MC-CTL | KINDER, JAMES M | CARDSERVICE INTERNATIONAL INC | San Diego | Civil | 12/11/2007 |
| 37-2007-00083526-CU- | KINDER, | METROPOLITAN DIRECT MARKETING | San | Civil | 12/11/2007 |

| MC-CTL | JAMES M | INC | Diego | | |
|---|---|---|---|---|---|
| 37-2007-00083100-CU-MC-CTL | KINDER, JAMES M | CORIANO, LUIS | San Diego | Civil | 12/05/2007 |
| 37-2007-00082931-CU-MC-CTL | KINDER, JAMES M | THE JGM GROUP, CORP | San Diego | Civil | 12/02/2007 |
| 37-2007-00082804-CU-MC-CTL | KINDER, JAMES M | KNOWLEDGE NETWORKS INC | San Diego | Civil | 11/30/2007 |
| 37-2007-00082713-CU-MC-CTL | KINDER, JAMES M | INSWEB CORPORATION | San Diego | Civil | 12/07/2007 |
| 37-2007-00082557-CU-MC-CTL | KINDER, JAMES M | STEVE BAILEY INSURANCE SERVICES, INC | San Diego | Civil | 12/05/2007 |
| 37-2007-00082556-CU-MC-CTL | KINDER, JAMES M | HAUG, TERI | San Diego | Civil | 12/05/2007 |
| 37-2007-00082555-CU-MC-CTL | KINDER, JAMES M | LEAD SYSTEMS, INC | San Diego | Civil | 12/05/2007 |
| 37-2007-00082554-CU-MC-CTL | KINDER, JAMES M | NIZNIK, MONIQUE | San Diego | Civil | 12/05/2007 |
| 37-2007-00082553-CU-MC-CTL | KINDER, JAMES M | THE ACCOUNTING ANGELS | San Diego | Civil | 12/05/2007 |
| 37-2007-00082552-CU-MC-CTL | KINDER, JAMES M | POCKNETT, TAMMY | San Diego | Civil | 12/05/2007 |
| 37-2007-00082551-CU-MC-CTL | KINDER, JAMES M | WILSON, SARAH ROWAN | San Diego | Civil | 12/05/2007 |
| 37-2007-00082550-CU-MC-CTL | KINDER, JAMES M | SEAT COVERS UNLIMITED, INC | San Diego | Civil | 12/05/2007 |
| 37-2007-00082549-CU-MC-CTL | KINDER, JAMES M | GLOBAL PREMIER DEVELOPMENT, INC | San Diego | Civil | 12/05/2007 |
| 37-2007-00082548-CU-MC-CTL | KINDER, JAMES M | FIRST-TRANS PAYMENT SOLUTIONS, LLC | San Diego | Civil | 12/05/2007 |
| 37-2007-00082547-CU- | KINDER, JAMES M | EXTREME RESEARCH, INC | San Diego | Civil | 12/05/2007 |

| MC-CTL | | | | | |
|---|---|---|---|---|---|
| 37-2007-00082546-CU-MC-CTL | KINDER, JAMES M | WILLIAMS, CRYSTAL | San Diego | Civil | 12/05/2007 |
| 37-2007-00082545-CU-MC-CTL | KINDER, JAMES M | ELLEBRECHT, CRAIG | San Diego | Civil | 12/05/2007 |
| 37-2007-00082544-CU-MC-CTL | KINDER, JAMES M | BLOSSOM VALLEY MORTGAGE, INC | San Diego | Civil | 12/05/2007 |
| 37-2007-00082543-CU-MC-CTL | KINDER, JAMES M | LEJEUNE, SHIRLEY | San Diego | Civil | 12/05/2007 |
| 37-2007-00082542-CU-MC-CTL | KINDER, JAMES M | CURREN, TIM | San Diego | Civil | 12/05/2007 |
| 37-2007-00082541-CU-MC-CTL | KINDER, JAMES M | U CAN 2 OPPORTUNITY, INC | San Diego | Civil | 12/05/2007 |
| 37-2007-00082540-CU-MC-CTL | KINDER, JAMES M | WORLDWIDE INDUSTRIAL ENTERPISES, INC | San Diego | Civil | 12/05/2007 |

Select Page to View:     1    2    3    4    >    Current Page: 1    Top

Superior Court of California, County of San Diego

**Court Index Home**    **Previous Page**    **New Party Name Search**

## View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back arrow or 'Previous Page' option above to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Party Name Search' option above to start a new name search.

Last Name requested: **KINDER**   First Name requested: **JAMES**   Search Result Page: **2**

| Case Number | Party Name Matches | Opposing Party | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| 37-2007-00082539-CU-MC-CTL | KINDER, JAMES M | ZINYAW, LLC | San Diego | Civil | 12/04/2007 |
| 37-2007-00082538-CU-MC-CTL | KINDER, JAMES M | WINDSOR CAPITAL MORTGAGE CORPORATION | San Diego | Civil | 12/05/2007 |
| 37-2007-00082537-CU-MC-CTL | KINDER, JAMES M | HERITAGE BIOGRAPHICAL PUBLICATIONS, INC | San Diego | Civil | 12/05/2007 |
| 37-2007-00082536-CU-MC-CTL | KINDER, JAMES M | J M A TEAM ENTERPRISES, INC | San Diego | Civil | 12/05/2007 |
| 37-2007-00082535-CU-MC-CTL | KINDER, JAMES M | HARRIS, DUKE | San Diego | Civil | 12/05/2007 |
| 37-2007-00082534-CU-MC-CTL | KINDER, JAMES M | TREVINO, PAUL | San Diego | Civil | 12/05/2007 |
| 37-2007-00082533-CU-MC-CTL | KINDER, JAMES M | CRS ENTERPRISES, LTD | San Diego | Civil | 12/05/2007 |
| 37-2007-00082516-CU-MC-CTL | KINDER, JAMES M | WILLIAMSON, PAULA | San Diego | Civil | 12/05/2007 |
| 37-2007-00082505-CU-MC-CTL | KINDER, JAMES M | LHPT, INC | San Diego | Civil | 12/05/2007 |
| 37-2007-00082504-CU-MC-CTL | KINDER, JAMES M | MORTGAGE NATION, INC | San Diego | Civil | 12/05/2007 |

| 37-2007-00082053-CL-MC-CTL | KINDER, JAMES M | AMAN COLLECTION SERVICE INC | San Diego | Civil | 11/19/2007 |
| 37-2007-00080857-CL-MC-CTL | KINDER, JAMES M | PALOMAR POMERADO HEALTH FOUNDATION | San Diego | Civil | 10/31/2007 |
| 37-2007-00078564-CU-MC-CTL | KINDER, JAMES M | SAN DIEGO GAS AND ELECTRIC COMPANY | San Diego | Civil | 10/29/2007 |
| 37-2007-00078563-CL-MC-CTL | KINDER, JAMES M | ITRON, INC | San Diego | Civil | 10/29/2007 |
| 37-2007-00078562-CU-MC-CTL | KINDER, JAMES M | GENERATIONX-SOLUTIONS, INC | San Diego | Civil | 10/29/2007 |
| 37-2007-00078561-CL-MC-CTL | KINDER, JAMES M | NATIONAL ACTION FINANCIAL SERVICES, INC | San Diego | Civil | 10/29/2007 |
| 37-2007-00078560-CU-MC-CTL | KINDER, JAMES M | AMERICAN FIRST BUSINESS SERVICES, INC | San Diego | Civil | 10/29/2007 |
| 37-2007-00078559-CU-MC-CTL | KINDER, JAMES M | CUSH AUTOMOTIVE GROUP, INC | San Diego | Civil | 10/29/2007 |
| 37-2007-00078558-CU-MC-CTL | KINDER, JAMES M | J MICHAEL STEVENS GROUP | San Diego | Civil | 10/29/2007 |
| 37-2007-00078557-CL-MC-CTL | KINDER, JAMES M | COMMUNITY DENTAL SERVICES, INC | San Diego | Civil | 10/30/2007 |
| 37-2007-00078556-CU-MC-CTL | KINDER, JAMES M | MICROSOFT CORPORATION | San Diego | Civil | 10/29/2007 |
| 37-2007-00078555-CU-MC-CTL | KINDER, JAMES M | WHITNEY LEADERSHIP GROUP, INC | San Diego | Civil | 10/29/2007 |
| 37-2007-00078554-CU-MC-CTL | KINDER, JAMES M | AMERICAN MEDICAL RESPONSE | San Diego | Civil | 10/29/2007 |
| 37-2007-00078553-CL-MC-CTL | KINDER, JAMES M | UNIFIRST CORPORATION | San Diego | Civil | 10/29/2007 |
| 37-2007-00078552-CL-MC-CTL | KINDER, JAMES M | CONVERSION MARKETING, INC | San Diego | Civil | 10/29/2007 |

| 37-2007-00078008-CU-MC-CTL | KINDER, JAMES M | MARKEN MARKETING INC | San Diego | Civil | 10/15/2007 |
|---|---|---|---|---|---|
| 37-2007-00078007-CL-MC-CTL | KINDER, JAMES M | CATHERINE'S, INC | San Diego | Civil | 10/15/2007 |
| 37-2007-00077946-CL-MC-CTL | KINDER, JAMES M | KINGS CREEK PLANTATION LLC | San Diego | Civil | 10/15/2007 |
| 37-2007-00077474-CL-MC-CTL | KINDER, JAMES M | MITSUBISHI MOTORS CREDIT OF AMERICA INC | San Diego | Civil | 10/09/2007 |
| 37-2007-00076114-CU-MC-CTL | KINDER, JAMES M | HARRAH'S ENTERTAINMENT INC | San Diego | Civil | 10/02/2007 |
| 37-2007-00076052-CU-MC-CTL | KINDER, JAMES M | FAST TRACK FUNDING CORP | San Diego | Civil | 10/01/2007 |
| 37-2007-00076051-CL-MC-CTL | KINDER, JAMES M | RADIOLOGY MEDICAL GROUP | San Diego | Civil | 10/01/2007 |
| 37-2007-00076050-CL-MC-CTL | KINDER, JAMES M | CENTRAL PORTFOLIO CONTROL INC | San Diego | Civil | 10/01/2007 |
| 37-2007-00076048-CU-CO-CTL | KINDER, JAMES M | UNION-TRIBUNE PUBLISHING COMPANY | San Diego | Civil | 10/01/2007 |
| 37-2007-00076047-CU-CO-CTL | KINDER, JAMES M | HOME LOAN CAPITAL | San Diego | Civil | 10/01/2007 |
| 37-2007-00076046-CL-BT-CTL | KINDER, JAMES M | AMERICREDIT CORPORATION OF CALIFORNIA | San Diego | Civil | 10/01/2007 |
| 37-2007-00076045-CU-MC-CTL | KINDER, JAMES M | DISCOVER CARD SERVICES INC | San Diego | Civil | 10/01/2007 |
| 37-2007-00076022-CU-MC-CTL | KINDER, JAMES M | NEWPORT LENDING CORPORATION | San Diego | Civil | 10/01/2007 |
| 37-2007-00075819-CU-MC-CTL | KINDER, JAMES M | COUNTRYWIDE HOME LOANS INC | San Diego | Civil | 09/27/2007 |
| 37-2007-00075545-CL-MC-CTL | KINDER, JAMES M | FMS INC | San Diego | Civil | 09/24/2007 |

| 37-2007-00075248-CL-MC-CTL | KINDER, JAMES M | PREMIERE CREDIT OF NORTH AMERICA, LLC | San Diego | Civil | 09/18/2007 |
| --- | --- | --- | --- | --- | --- |
| 37-2007-00075247-CL-MC-CTL | KINDER, JAMES M | TRAVELERS INSURANCE COMPANY | San Diego | Civil | 09/18/2007 |
| 37-2007-00075246-CL-MC-CTL | KINDER, JAMES M | CREDIT CARD SOLUTIONS, INC | San Diego | Civil | 09/18/2007 |
| 37-2007-00074754-CU-MC-CTL | KINDER, JAMES M | SPRINT PCS ASSETS LLC | San Diego | Civil | 09/11/2007 |
| 37-2007-00074753-CL-MC-CTL | KINDER, JAMES M | MERCHANT RESOURCES INTERNATIONAL LLC | San Diego | Civil | 09/11/2007 |
| 37-2007-00074746-CU-MC-CTL | KINDER, JAMES M | FLEET BUYING SERVICES OF AMERICA INC | San Diego | Civil | 09/11/2007 |
| 37-2007-00074537-CL-MC-CTL | KINDER, JAMES M | EXXON MOBIL CORPORATION | San Diego | Civil | 09/07/2007 |
| 37-2007-00074536-CL-MC-CTL | KINDER, JAMES M | NATIONAL BENEFITS CONSULTANTS LLC | San Diego | Civil | 09/07/2007 |
| 37-2007-00074535-CL-MC-CTL | KINDER, JAMES M | FEDERAL CREDIT CORP | San Diego | Civil | 09/07/2007 |
| 37-2007-00074115-CU-MC-CTL | KINDER, JAMES M | CONSERVE | San Diego | Civil | 08/30/2007 |

Select Page to View:    <   1   2   3   4   >    Current Page: 2   Top

 Superior Court of California, County of San Diego

__Court Index Home__    __Previous Page__    __New Party Name Search__

## View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back arrow or 'Previous Page' option above to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Party Name Search' option above to start a new name search.

Last Name requested: **KINDER**    First Name requested: **JAMES**    Search Result Page: **3**

| Case Number | Party Name Matches | Opposing Party | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| 37-2007-00074113-CU-MC-CTL | KINDER, JAMES M | ENHANCED RECOVERY CORPORATION | San Diego | Civil | 08/30/2007 |
| 37-2007-00073972-CU-MC-CTL | KINDER, JAMES M | M R S ASSOCIATES, INC | San Diego | Civil | 08/29/2007 |
| 37-2007-00073971-CU-MC-CTL | KINDER, JAMES M | GLOBAL TRAVEL INTERNATIONAL, INC | San Diego | Civil | 08/29/2007 |
| 37-2007-00073949-CL-MC-CTL | KINDER, JAMES M | FIRST CREDIT SERVICES INC | San Diego | Civil | 08/28/2007 |
| 37-2007-00073945-CL-MC-CTL | KINDER, JAMES M | END70 CORPORATION | San Diego | Civil | 08/28/2007 |
| 37-2007-00073944-CU-MC-CTL | KINDER, JAMES M | FOCUS RECEIVABLES MANAGEMENT LLC | San Diego | Civil | 08/28/2007 |
| 37-2007-00073861-CU-MC-CTL | KINDER, JAMES M | BRIDGE CAPITAL CORPORATION | San Diego | Civil | 08/27/2007 |
| 37-2007-00073752-CL-MC-CTL | KINDER, JAMES M | CREDIT FIRST NATIONAL ASSOCIATION | San Diego | Civil | 08/24/2007 |
| 37-2007-00073737-CU-MC-CTL | KINDER, JAMES M | ZIP LOAN INC | San Diego | Civil | 08/24/2007 |
| 37-2007-00073669-CL-MC-CTL | KINDER, JAMES M | WEST ASSET MANAGEMENT ,INC | San Diego | Civil | 08/23/2007 |

| | | | | | |
|---|---|---|---|---|---|
| 37-2007-00073604-CL-MC-CTL | KINDER, JAMES M | US HEALTHWORKS INC | San Diego | Civil | 08/22/2007 |
| 37-2007-00073603-CL-MC-CTL | KINDER, JAMES M | BLOCKBUSTER, INC | San Diego | Civil | 08/22/2007 |
| 37-2007-00073545-CU-MC-CTL | KINDER, JAMES M | FARMERS INSURANCE COMPANY INC | San Diego | Civil | 08/21/2007 |
| 37-2007-00073544-CL-MC-CTL | KINDER, JAMES M | CREDIT MANAGEMENT SERVICES | San Diego | Civil | 08/21/2007 |
| 37-2007-00073381-CU-MC-CTL | KINDER, JAMES M | JP MORGAN CHASE BANK NA | San Diego | Civil | 08/20/2007 |
| 37-2007-00073380-CL-MC-CTL | KINDER, JAMES M | 21ST CENTURY INSURANCE COMPANY | San Diego | Civil | 08/20/2007 |
| 37-2007-00073378-CU-MC-CTL | KINDER, JAMES M | GENERAL MOTORS ACCEPTANCE CORPORATION | San Diego | Civil | 08/20/2007 |
| 37-2007-00073377-CU-MC-CTL | KINDER, JAMES M | ECHOSTAR COMMUNICATIONS CORPORATION | San Diego | Civil | 08/20/2007 |
| 37-2007-00073376-CU-MC-CTL | KINDER, JAMES M | LDG FINANCIAL SERVICES LLC | San Diego | Civil | 08/20/2007 |
| 37-2007-00073375-CU-MC-CTL | KINDER, JAMES M | ASTRA BUSINESS SERVICES | San Diego | Civil | 08/20/2007 |
| 37-2007-00073306-CU-MC-CTL | KINDER, JAMES M | OXFORD MANAGEMENT SERVICES | San Diego | Civil | 08/17/2007 |
| 37-2007-00073305-CU-MC-CTL | KINDER, JAMES M | PALISADES COLLECTION LLC | San Diego | Civil | 08/17/2007 |
| 37-2007-00073304-CU-MC-CTL | KINDER, JAMES M | TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP | San Diego | Civil | 08/17/2007 |
| 37-2007-00073303-CU-MC-CTL | KINDER, JAMES M | UNITED CREDIT BUREAU | San Diego | Civil | 08/17/2007 |
| 37-2007-00073302- | KINDER, JAMES M | NATIONS RECOVERY CENTER INC | San Diego | Civil | 08/17/2007 |

| CU-MC-CTL | | | | | |
|---|---|---|---|---|---|
| 37-2007-00073301-CU-MC-CTL | KINDER, JAMES M | CALVALRY INVESTMENTS LLC | San Diego | Civil | 08/17/2007 |
| 37-2007-00073201-CL-CO-CTL | KINDER, JAMES M | DAVIS, GREGORY M | San Diego | Civil | 08/14/2007 |
| 37-2007-00072758-CU-MC-CTL | KINDER, JAMES M | CREDIT SOLUTIONS CORP | San Diego | Civil | 08/08/2007 |
| 37-2007-00071800-CU-MC-CTL | KINDER, JAMES M | ACCESS GENERAL INSURANCE | San Diego | Civil | 07/25/2007 |
| 37-2007-00071750-CU-MC-CTL | KINDER, JAMES M | UNITED RECOVERY SYSTEMS, LP | San Diego | Civil | 07/23/2007 |
| 37-2007-00071748-CU-BC-CTL | KINDER, JAMES M | DELEON |V, RODOLFO | San Diego | Civil | 07/23/2007 |
| 37-2007-00071250-CU-CO-CTL | KINDER, JAMES M | FINANCIAL ASSET MANAGEMENT SYSTEMS, INC | San Diego | Civil | 07/16/2007 |
| 37-2007-00069612-CU-CO-CTL | KINDER, JAMES M | GARCIA, MARIO A | San Diego | Civil | 07/03/2007 |
| 37-2007-00069611-CU-CO-CTL | KINDER, JAMES M | MCKEE, SCOTT C | San Diego | Civil | 07/03/2007 |
| 37-2007-00069476-CU-MC-CTL | KINDER, JAMES M | NATIONAL SMALL BUSINESS ALLIANCE | San Diego | Civil | 07/02/2007 |
| 37-2007-00068982-CU-MC-CTL | KINDER, JAMES M | TRIAD FINANCIAL CORPORATION | San Diego | Civil | 06/22/2007 |
| 37-2007-00068388-CL-CO-CTL | KINDER, JAMES M | GAYITA, RHEALYN | San Diego | Civil | 06/13/2007 |
| 37-2007-00068278-CL-MC-CTL | KINDER, JAMES M | CONSUMER PORTFOLIO SERVICES INC | San Diego | Civil | 06/11/2007 |
| 37-2007-00068080-CL-MC-CTL | KINDER, JAMES M | KENNETH COPELAND MINISTRIES | San Diego | Civil | 06/07/2007 |
| 37-2007-00067912- | KINDER, JAMES M | BRANDT, TRICIA E | San Diego | Civil | 06/05/2007 |

| CU-NP-CTL | | | | | |
|---|---|---|---|---|---|
| 37-2007-00067854-CL-MC-CTL | KINDER, JAMES M | REGISTER COM INC | San Diego | Civil | 06/04/2007 |
| 37-2007-00067853-CU-MC-CTL | KINDER, JAMES M | LTD FINANCIAL SERVICES LP | San Diego | Civil | 06/04/2007 |
| 37-2007-00067848-CL-MC-CTL | KINDER, JAMES M | CRUISES ONLY LLC | San Diego | Civil | 06/04/2007 |
| 37-2007-00067847-CU-MC-CTL | KINDER, JAMES M | WELLS FARGO BANK NA | San Diego | Civil | 06/04/2007 |
| 37-2007-00067534-CU-MC-CTL | KINDER, JAMES M | AMERICAN EXPRESS COMPANY INC | San Diego | Civil | 05/30/2007 |
| 37-2007-00067406-CU-BC-CTL | KINDER, JAMES M | COLLUM, ANN S | San Diego | Civil | 05/29/2007 |
| 37-2007-00067405-CU-BC-CTL | KINDER, JAMES M | PETERS, DUANE V | San Diego | Civil | 05/29/2007 |
| 37-2007-00067076-CU-MC-CTL | KINDER, JAMES M | HSBC RETAIL SERVICES INC | San Diego | Civil | 05/21/2007 |
| 37-2007-00067042-CU-MC-CTL | KINDER, JAMES M | NCO FINANCIAL SYSTEMS INC | San Diego | Civil | 05/21/2007 |
| 37-2007-00067041-CU-MC-CTL | KINDER, JAMES M | ARROW FINANCIAL SERVICES | San Diego | Civil | 05/21/2007 |

Select Page to View:   <   1   2   3   4   >   Current Page: 3   Top

 **Superior Court of California, County of San Diego**

<u>Court Index Home</u>    <u>Previous Page</u>    <u>New Party Name Search</u>

## View Party Name Matches

Select the Case Number below if you would like to see case details. If you did not see the case you were looking for, select the Browser back arrow or 'Previous Page' option above to go to the previous screen and modify your selection criteria. Otherwise, you can choose the 'New Party Name Search' option above to start a new name search.

Last Name requested: **KINDER**    First Name requested: **JAMES**    Search Result Page: **4**

| Case Number | Party Name Matches | Opposing Party | Case Location | Case Type | Date Filed |
|---|---|---|---|---|---|
| 37-2007-00067040-CU-BC-CTL | KINDER, JAMES M | MENDOZA, MIKE S | San Diego | Civil | 05/21/2007 |
| 37-2007-00066989-CU-BC-CTL | KINDER, JAMES M | SHAFFER, TIMOTHY M | San Diego | Civil | 05/18/2007 |
| 37-2007-00066491-CU-MC-CTL | KINDER, JAMES M | EQUIDATA INC | San Diego | Civil | 05/09/2007 |
| 37-2007-00065086-CU-MC-CTL | KINDER, JAMES M | LHR INC | San Diego | Civil | 04/16/2007 |
| 37-2007-00064339-CU-MC-CTL | KINDER, JAMES M | CREDIT CONTROL SERVICES INC | San Diego | Civil | 04/02/2007 |
| 37-2007-00062955-CU-HR-SC | KINDER, JAMES M | TIGER, WILLIAM | South County | Civil | 05/07/2007 |
| 37-2007-00015620-SC-SC-CTL | KINDER, JAMES M | SKYLINE WESLEYAN CHURCH, INC | Kearny Mesa | Civil | 09/26/2007 |
| 37-2007-00015383-SC-SC-CTL | KINDER, JAMES M | JP MORGAN CHASE BANK | Kearny Mesa | Civil | 09/14/2007 |
| 37-2007-00015376-SC-SC-CTL | KINDER, JAMES M | PERMANENT GENERAL ASSURANCE CORPORATION | Kearny Mesa | Civil | 09/14/2007 |
| 37-2007-00013534-SC-SC-CTL | KINDER, JAMES M | PREMIER BANK CARD, LLC AND DOES 1-10 INCLUSIVE | Kearny Mesa | Civil | 07/02/2007 |

| 37-2007-00011871-SC-SC-CTL | KINDER, JAMES M | SCHAENMAN, TARA D | Kearny Mesa | Civil | 04/24/2007 |
| 37-2007-00068141-CU-CO-CTL | KINDER, JAMES MICHAEL | MELGOZA, SALVADORE | San Diego | Civil | 06/08/2007 |
| 37-2007-00067912-CU-NP-CTL | KINDER, JAMES MICHAEL | BRANDT, TRICIA E | San Diego | Civil | 06/05/2007 |
| 37-2007-00010042-SC-SC-CTL | KINDER, JAMES MICHAEL | TAIEB, ILANE J | Kearny Mesa | Civil | 02/09/2007 |

Select Page to View:   <   1   2   3   4   Current Page: 4   Top

EXHIBIT 3

1   JAMES M. KINDER
    5775 Caminito Pulsera
2   La Jolla, CA  92037-7160
    Telephone:  (858) 551-8852
3   Facsimile:  (858) 551-8859

4   Plaintiff in Pro Per

RECEIVED

SEP 18

BUT NOT FILED

8   **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9   **FOR THE COUNTY OF SAN DIEGO**

11  JAMES M.  KINDER,                    )    CASE NO. GIC  818823
                                         )
12            Plaintiff,                 )    COMPLAINT FOR DAMAGES FOR
                                         )    VIOLATION(S) OF TELEPHONE
13                                       )    CONSUMER PROTECTION ACT OF
    v.                                   )    1991 ("TCPA")
14                                       )    [47 U.S.C. §227 & 47 C.F.R. §64.1200]
    STATES RECOVERY SYSTEMS, INC.,       )
15  and DOES 1 through 100, inclusive,   )
                                         )
16            Defendants.                )
    ─────────────────────────────────────)

18        Plaintiff JAMES M. KINDER alleges:

19        1.      Plaintiff is bringing this action pursuant to the provisions of the Telephone

20  Consumer Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA").

21        2.      Plaintiff is, and at all times herein mentioned was, a resident of the County

22  of San Diego, State of California.

23        3.      Defendants are, and at all times herein mentioned were, business organizations of

24  unknown form, doing business in the County of San Diego, State of California.

25        4.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

26  DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

27  Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

28  Plaintiff is informed and believes and thereon alleges that each of the fictitiously named

                                          1

1    defendants is responsible in some manner for the occurrences herein alleged and that plaintiff's

2    damages as herein alleged were proximately caused by their conduct.

3         5.    At all times herein mentioned each defendant was the partner, agent and employee

4    of each co-defendant herein and was at all times acting within the scope of such partnership,

5    agency and employment and each defendant ratified the conduct of each co-defendant herein.

6         6.    Even though the TCPA is a federal statute, state courts have exclusive jurisdiction

7    over private actions brought pursuant to its provisions.

8         7.    A few years ago, plaintiff, for valuable consideration, obtained the voice mail

9    telephone number (619) 999-9999. Plaintiff obtained this number so that his clients and

10   customers, as well as potential clients and customers, would easily remember it, thereby making

11   it an extremely valuable number.

12        8.    Subdivision (b)(1)(A)(iii) of section 227 of title 47 of the United States Code and

13   subdivision (a)(1)(iii) of section 64.12000 of title 47 of the Code of Federal Regulations make it

14   unlawful for any person within the United States to make any call using any automatic telephone

15   dialing system to any telephone number assigned to a paging service, cellular telephone service,

16   specialized mobile radio service, or other radio common carrier service, or any service for which

17   the called party is charged for the call.

18        9.    Defendants are primarily engaged in the business of debt collection, and in

19   connection with such business make telephone calls using an automatic telephone dialing system.

20        10.    The telephone number (619) 999-9999 is assigned to a paging service, which also

21   provides voice mail service.

22        11.    Defendants have violated the TCPA by frequently calling plaintiff's voice mail at

23   (619) 999-9999, using an automatic telephone dialing system.

24        12    Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a

25   private right of action in state court for violation of the above subsection. Plaintiff may obtain

26   relief in the form of injunctive relief, or plaintiff may recover $500.00 for each violation, or both.

27   If the court finds that defendants' violations were willful or knowing, it may, in its discretion,

28   award up to three times that amount.

13.    Defendants have made at least twenty-seven (27) calls to plaintiff's voice mail number.

WHEREFORE plaintiff prays for judgment against defendants, and each of them, as follows:

1.    For an award of $500.00 for each violation of 47 U.S.C. §227 or 47 C.F.R. §64.1200;

2.    For an award of $1,500.00 for each such violation found to have been willful;

3.    For costs of suit herein incurred; and

4.    For such further relief as the Court deems proper.

Dated: September 15, 2003

_____
JAMES M. KINDER, Plaintiff in Pro Per

---

3

Complaint for Damages for Violation(s) of Telephone Consumer Protection Act of 1991

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
- ❑ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814
- ❑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
- ❑ FAMILY COURT, 1555 6TH AVE., SAN DIEGO, CA 92101-3296
- ❑ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105
- ❑ KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123-1187
- ❑ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6643
- ❑ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
- ❑ RAMONA, 1428 MONTECITO RD., RAMONA, CA 92065-5200
- ❑ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649
- ❑ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792

**FILED**

Clerk of the Superior Court

OCT 08 2003

By: C. VASQUEZ. Deputy

PLAINTIFF(S)/PETITIONER(S)

## KINDER

DEFENDANT(S)/RESPONDENT(S)

## STATES RECOVERY SYSTEMS

Judge: **JOHN S. EINHORN**

Dept.: **24**

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**
**(CCP 1013a(4))**

CASE NUMBER:
**GIC818823**

I, **STEPHEN LOVE**, certify that: I am not a party to the above-entitled case; that on the date shown below, I served the following document(s):

ORDER DENYING PERMISSION TO FILE NEW LITIGATION
DATED: OCTOBER 7, 2003

On the parties shown below by placing a true copy in a separate envelope, addressed as shown below; each envelope was then sealed and, with postage thereon fully prepaid, deposited in the United States Postal Service at:

[X] San Diego ❑ Vista ❑ El Cajon ❑ Chula Vista ❑ Oceanside ❑ Ramona, California.

JAMES KINDER
5775 CAMINITO PULSERA
LA JOLLA, CA 92037-7160

**STEPHEN LOVE**
**CLERK OF THE SUPERIOR COURT**

Date: October 8, 2003

By: _____ , Deputy
C. Vasquez

**CLERK'S CERTIFICATE OF MAILING**

F I L E D

Clerk of the Superior Court

OCT 0 7 2003

By: C. VASQUEZ, Deputy

1

2

3

4

5

6

7

8           THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                 IN AND FOR THE COUNTY OF SAN DIEGO

10

11  JAMES M. KINDER,                     )  Case No: GIC 818823
                                         )
12          Plaintiff,                   )  ORDER DENYING PERMISSION TO FILE
                                         )  NEW LITIGATION (C.C.P. § 391.7b)
13      vs.                              )
                                         )
14  STATE RECOVERY SYSTEMS, Inc.         )
                                         )
15          Defendant.                   )
    _____)

16

17          The court has reviewed the papers filed by plaintiff on September 18, 2003.  JAMES M.

18  KINDER'S application for an order granting vexatious litigant permission to file new litigation

19  is denied pursuant to California Code of Civil Procedure § 391.7 for the reasons stated below.

20          In his complaint plaintiff alleges that defendant has initiated telephone calls to his phone

21  in violation of the federal Telephone Consumer Protection Act of 1991.  The specific violation

22  alleged is multiple calls from an automated dialing system to his voice mail, which is assigned to

23  a paging service.

24          Plaintiff has not filed any declarations, nor is his Complaint verified.  Without some form

25  of evidence this court has nothing but bare allegations upon which to base it's ruling.  These

26  allegations, both in their facts and evidentiary value, are insufficient for this court to conclude

27  this action has sufficient potential merit to allow plaintiff to proceed and is not simply filed to

28  harass the defendant.  In addition, plaintiff is aware of the factual and legal issues presented by

1

1  this action and appears to have drafted his unverified complaint ambiguously in order to avoid

2  those same issues.

3        This court takes Judicial Notice pursuant to California Evidence Code § 452 of the file in

4  case number GIC 789588.  That action involved many of the same issues as does this action.

5  This Court specifically takes Judicial Notice of the order granting summary judgment in favor of

6  the defendant wherein the court found, with respect to plaintiff's phone number, as follows: "the

7  number is not "assigned to a paging service" because it is undisputed that the number is not

8  longer used in conjunction with a pager.  Instead, the number is assigned to a voicemail service

9  and Mr. Kinder is not charged based on the amount of calls received.  The ordinary and plain

10  meaning of the term "paging service" suggests a paid service in which the user is alerted each

11  time a call is made to the number.  This is not analogous to a voicemail service in which the user

12  periodically calls the service to retrieve messages."  Because the only evidence before this court

13  is that the number is not assigned to a paging service, as is required by 47 U.S.C. 227, the

14  complaint has no merit.

15        This court further takes note that there were factual issues as to whether the 999-9999

16  number was randomly generated or was a default number, or was otherwise intentionally entered

17  in the system, and whether a random number generator was, in fact, used.  Those same issues are

18  present here and plaintiff makes no attempt to provide this court with any evidence that they

19  would be resolved in his favor.

20        Plaintiff is has a legal education and, based thereon, is presumed to understand the legal

21  impediments these findings present in the present case..

22        Therefore, this court finds that this litigation does not have merit and has been filed for

23  the purpose of harassment and/or delay.

24        IT IS SO ORDERED.

25  Dated this 7th day of October, 2003.        By:

                                            **Hon. John S. Einhorn**

26                                              Judge of the Superior Court

27

28

EXHIBIT 4

1  JAMES M. KINDER
   5775 Caminito Pulsera
2  La Jolla, CA 92037-7160
   Telephone: (858) 551-8852
3  Facsimile: (858) 551-8859

4  Plaintiff in Pro Per

**RECEIVED**

**SEP 18** 2003

**BUT NOT FILED**

5

6

7

8                IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                        FOR THE COUNTY OF SAN DIEGO

10

11  JAMES M. KINDER,                    )    CASE NO. GIC 818812
                                        )
12                  Plaintiff,          )    COMPLAINT FOR DAMAGES FOR
                                        )    VIOLATION(S) OF TELEPHONE
13                                      )    CONSUMER PROTECTION ACT OF
    v.                                  )    1991 ("TCPA")
14                                      )    [47 U.S.C. §227 & 47 C.F.R. §64.1200]
    HOUSEHOLD AUTOMOTIVE FINANCE        )
15     CORPORATION,                     )
    and DOES 1 through 100 inclusive,   )
16                                      )
                    Defendants.         )
17  _____)

18

19      Plaintiff JAMES M. KINDER alleges:

20      1.      Plaintiff is bringing this action pursuant to the provisions of the Telephone

21  Consumer Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA").

22      2.      Plaintiff is, and at all times herein mentioned was, a resident of the County

23  of San Diego, State of California.

24      3.      Defendants are, and at all times herein mentioned were, business organizations of

25  unknown form, doing business in the County of San Diego, State of California.

26      4.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

27  DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

28  Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

    Plaintiff is informed and believes and thereon alleges that each of the fictitiously named

                                            1
    Complaint for Damages for Violation(s) of Telephone Consumer Protection Act of 1991

1  defendants is responsible in some manner for the occurrences herein alleged and that plaintiff's

2  damages as herein alleged were proximately caused by their conduct.

3       5.     At all times herein mentioned each defendant was the partner, agent and employee

4  of each co-defendant herein and was at all times acting within the scope of such partnership,

5  agency and employment and each defendant ratified the conduct of each co-defendant herein.

6       6.     Even though the TCPA is a federal statute, state courts have exclusive jurisdiction

7  over private actions brought pursuant to its provisions.

8       7.     A few years ago, plaintiff, for valuable consideration, obtained the voice mail

9  telephone number (619) 999-9999. Plaintiff obtained this number so that his clients and

10  customers, as well as potential clients and customers, would easily remember it, thereby making

11  it an extremely valuable number.

12       8.     Subdivision (b)(1)(A)(iii) of section 227 of title 47 of the United States Code and

13  subdivision (a)(1)(iii) of section 64.12000 of title 47 of the Code of Federal Regulations make it

14  unlawful for any person within the United States to make any call using any automatic telephone

15  dialing system to any telephone number assigned to a paging service, cellular telephone service,

16  specialized mobile radio service, or other radio common carrier service, or any service for which

17  the called party is charged for the call.

18       9.     Defendants are primarily engaged in the business of debt collection and in

19  connection with such business make telephone calls using an automatic telephone dialing system.

20       10.     The telephone number (619) 999-9999 is assigned to a paging service, which also

21  provides voice mail service.

22       11.     Defendants have violated the TCPA by frequently calling plaintiff's voice mail at

23  (619) 999-9999, using an automatic telephone dialing system.

24       12     Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a

25  private right of action in state court for violation of the above subsection. Plaintiff may obtain

26  relief in the form of injunctive relief, or plaintiff may recover $500.00 for each violation, or both.

27  If the court finds that defendants' violations were willful or knowing, it may, in its discretion,

28  award up to three times that amount.

1        13.    Defendants have made at least fifteen (15) calls to plaintiff's voice mail number.

2        WHEREFORE plaintiff prays for judgment against defendants, and each of them, as

3    follows:

4        1.    For an award of $500.00 for each violation of 47 U.S.C. §227 or 47 C.F.R.

5        §64.1200;

6        2.    For an award of $1,500.00 for each such violation found to have been willful;

7        3.    For costs of suit herein incurred; and

8        4.    For such further relief as the Court deems proper.

9

10   Dated:  September 15, 2003

11

12

13                   JAMES M. KINDER, Plaintiff in Pro Per

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Complaint for Damages for Violation(s) of Telephone Consumer Protection Act of 1991

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
- ❑ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814
- ❑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
- ❑ FAMILY COURT, 1555 6TH AVE., SAN DIEGO, CA 92101-3296
- ❑ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92123-3105
- ❑ KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123-1187
- ❑ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6643
- ❑ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
- ❑ RAMONA, 1428 MONTECITO RD., RAMONA, CA 92065-5200
- ❑ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649
- ❑ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792

**F I L E D**
Clerk of the Superior Court

OCT 0 8 2003

By: C. VASQUEZ, Deputy

PLAINTIFF(S)/PETITIONER(S)

### JAMES M. KINDER

DEFENDANT(S)/RESPONDENT(S)

## HOUSEHOLD AUTOMOTIVE FINANCE

Judge:    **JOHN S. EINHORN**

Dept.:    **24**

### CLERK'S CERTIFICATE OF SERVICE BY MAIL
(CCP 1013a(4))

CASE NUMBER:
**GIC818812**

I, **STEPHEN LOVE**, certify that: I am not a party to the above-entitled case; that on the date shown below, I served the following document(s):

ORDER DENYING PERMISSION TO FILE NEW LITIGATION
DATED:  OCTOBER 7,  2003

On the parties shown below by placing a true copy in a separate envelope, addressed as shown below; each envelope was then sealed and, with postage thereon fully prepaid, deposited in the United States Postal Service at:

[X] San Diego    [ ] Vista    [ ] El Cajon    [ ] Chula Vista    [ ] Oceanside    [ ] Ramona,    California.

JAMES KINDER
5775 CAMINITO PULSERA
LA JOLLA, CA  92037-7160

**STEPHEN LOVE**
**CLERK OF THE SUPERIOR COURT**

Date:    October 8, 2003    By: _____, Deputy
C. Vasquez

**CLERK'S CERTIFICATE OF MAILING**

1

2

3

4

5

6

7

F I L E D

Clerk of the Superior Court

OCT 07 2003

By: C. VASQUEZ, Deputy

8

9

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

10

11

12

13

14

15

16

| | |
|---|---|
| JAMES M. KINDER,<br><br>        Plaintiff,<br><br>    vs.<br><br>HOUSEHOLD AUTOMOTIVE FINANCE,<br><br>        Defendant. | Case No: GIC 818812<br><br>ORDER DENYING PERMISSION TO FILE<br>NEW LITIGATION (C.C.P. § 391.7b) |

17

18

19

The court has reviewed the papers filed by plaintiff on September 18, 2003. JAMES M. KINDER'S application for an order granting vexatious litigant permission to file new litigation is denied pursuant to California Code of Civil Procedure § 391.7 for the reasons stated below.

20

21

22

23

In his complaint plaintiff alleges that defendant has initiated telephone calls to his phone in violation of the federal Telephone Consumer Protection Act of 1991. The specific violation alleged is multiple calls from an automated dialing system to his voice mail, which is assigned to a paging service.

24

25

26

27

28

Plaintiff has not filed any declarations, nor is his Complaint verified. Without some form of evidence this court has nothing but bare allegations upon which to base it's ruling. These allegations, both in their facts and evidentiary value, are insufficient for this court to conclude this action has sufficient potential merit to allow plaintiff to proceed and is not simply filed to harass the defendant. In addition, plaintiff is aware of the factual and legal issues presented by

1

1  this action and appears to have drafted his unverified complaint ambiguously in order to avoid
2  those same issues.

3        This court takes Judicial Notice pursuant to California Evidence Code § 452 of the file in
4  case number GIC 789588.  That action involved many of the same issues as does this action.
5  This Court specifically takes Judicial Notice of the order granting summary judgment in favor of
6  the defendant wherein the court found, with respect to plaintiff's phone number, as follows: "the
7  number is not "assigned to a paging service" because it is undisputed that the number is not
8  longer used in conjunction with a pager.  Instead, the number is assigned to a voicemail service
9  and Mr. Kinder is not charged based on the amount of calls received.  The ordinary and plain
10  meaning of the term "paging service" suggests a paid service in which the user is alerted each
11  time a call is made to the number.  This is not analogous to a voicemail service in which the user
12  periodically calls the service to retrieve messages."   Because the only evidence before this court
13  is that the number is not assigned to a paging service, as is required by 47 U.S.C. 227, the
14  complaint has no merit.

15        This court further takes note that there were factual issues as to whether the 999-9999
16  number was randomly generated or was a default number, or was otherwise intentionally entered
17  in the system, and whether a random number generator was, in fact, used.  Those same issues are
18  present here and plaintiff makes no attempt to provide this court with any evidence that they
19  would be resolved in his favor.

20        Plaintiff is has a legal education and, based thereon, is presumed to understand the legal
21  impediments these findings present in the present case..

22        Therefore, this court finds that this litigation does not have merit and has been filed for
23  the purpose of harassment and/or delay.

24        IT IS SO ORDERED.
25  Dated this ___ day of October, 2003.        By: _____
26                                                   **Hon. John S. Einhorn**
                                                     Judge of the Superior Court
27

28

2

# EXHIBIT 5

1  DIANA K. CHAVEZ   SBN 200067
   Attorney at Law
2  3129 India Street, Suite L
   San Diego, CA 92103
3  619.220.8272

4

5  Attorney for Plaintiff JAMES M. KINDER

6

7

8

9            **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10               **FOR THE COUNTY OF SAN DIEGO**

11 JAMES M.  KINDER,                    )   CASE NO.    GIC   822762
                                        )
12              Plaintiff,              )   COMPLAINT FOR DAMAGES FOR
                                        )   VIOLATION(S) OF TELEPHONE
13                                      )   CONSUMER PROTECTION ACT OF
                                        )   1991 ("TCPA"),
14 v.                                   )   INVASION OF PRIVACY,
                                        )   ENGAGING IN UNFAIR BUSINESS
15                                      )   PRACTICES, AND VIOLATION OF THE
                                        )   CONSUMERS LEGAL REMEDIES ACT
16 CORPORATE COLLECTION SERVICES, INC   )
17 and DOES 1 through 100 inclusive,    )
                                        )
18              Defendants.             )
19                                      )
                                        )
20 _____)

21        Plaintiff JAMES M. KINDER alleges:

22

23                    FIRST CAUSE OF ACTION

24        (Violation of Telephone Consumer Protection Act of 1991)

25        1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

26 Diego, State of California.

27                                   1

28

─────────────────────────────────────────────────────────

       Complaint for Violation(s) of Telephone Consumer Protection Act, etc.

1    2.      Defendants are, and at all times herein mentioned were, business organizations of

2    unknown form, doing business in the County of San Diego, State of California.

3    3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

4    DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

5    Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

6    Plaintiff is informed and believes and thereon alleges that each of the fictitiously named

7    defendants is responsible in some manner for the occurrences herein alleged and that plaintiff's

8    damages as herein alleged were proximately caused by their conduct.

9    4.      At all times herein mentioned each defendant was the partner, agent and employee

10   of each co-defendant herein and was at all times acting within the scope of such partnership,

11   agency and employment and each defendant ratified the conduct of each co-defendant herein.

12   5.      Plaintiff is bringing this action pursuant to the provisions of the Telephone

13   Consumer Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA");

14   specifically subdivision (b)(1)(A)(iii) of section 227 of title 47 of the United States Code and

15   subdivision (a)(1)(iii) of section 64.1200 of title 47 of the Code of Federal Regulations

16   (Amended, FCC Report & Order 03-153) which makes it unlawful "for any person within the

17   United States to make any call (other than a call made for emergency purposes or made with the

18   prior express consent of the called party) using any automatic telephone dialing system or an

19   artificial or prerecorded voice - (iii) to any telephone number assigned to a paging service,

20   cellular telephone service, specialized mobile radio service, or other radio common carrier

21   service, or any service for which the called party is charged for the call;"

22   6.      Even though the TCPA is a federal statute, state courts have exclusive jurisdiction

23   over private actions brought pursuant to its provisions.

24   7.      Defendants initiated telephone calls to plaintiff's telephone number which is a

25   number assigned to a paging service, using an automatic telephone dialing system or an artificial

26   or prerecorded voice. These calls were made without plaintiff's prior express permission nor

27

28                                          2

1   were these calls made for any emergency purpose.

2       8.      Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a

3   private right of action in state court for violation of the above subsection. Plaintiff may obtain

4   relief in the form of injunctive relief, or plaintiff may recover $500.00 for each violation, or

5   both. If the court finds that defendants' violations were willful or knowing, it may, in its

6   discretion, award up to three times that amount.

7

8                           SECOND CAUSE OF ACTION

9                           (Invasion of Privacy -- Intrusion)

10      9.      Plaintiff realleges paragraphs 1 through 8 and incorporates them herein by

11  reference.

12      10.     The conduct by defendants complained of herein, namely repeatedly calling

13  plaintiff's telephone number which is a number assigned to a paging service, using an artificial

14  or prerecorded voice, for non-emergency purposes, without plaintiff's express permission,

15  constitute intrusions on plaintiff's privacy.

16      11.     At no time did plaintiff consent to these intrusions.

17      12.     These intrusions were offensive and objectionable to plaintiff and to a reasonable

18  person of ordinary sensibilities in that it interfered with plaintiff's use, benefit and enjoyment

19  of his number assigned to a paging service for which plaintiff pays valuable consideration. This

20  intrusion was into a private chattel wherein plaintiff is entitled to privacy.

21      13.     As a proximate result of these intrusions, plaintiff suffered anger, humiliation,

22  embarrassment, hurt feelings, mental anguish, and suffering, all to his damage in an amount

23  according to proof.

24      14.     In making the intrusions described above, defendants were guilty of oppression

25  and malice, in that defendants made the intrusions with the intent to vex, injure, or annoy

26  plaintiff or with a willful and conscious disregard of plaintiff's rights. Plaintiff therefore seeks

27

28                                  3

1   an award of punitive damages.

2

3                       THIRD CAUSE OF ACTION

4                (Engaging in Unfair Business Practices)

5       15.    Plaintiff realleges paragraphs 1 through 14 and incorporates them herein by

6   reference.

7       16.    Because these telephone calls violate federal statutes, they are unlawful business

8   practices and thus unfair business practices within the meaning of section 17200 of the Business

9   and Professions Code.

10       17.    As a direct and proximate result of their unlawful business practices, defendants

11   received and continue to hold illegally obtained profits belonging to members of the general

12   public who were harmed, in addition to plaintiff.

13       18.    Section 17203 of the Business and Professions Code entitles plaintiff to (1) an

14   injunction enjoining defendants from engaging in unfair or unlawful business practices, and (2)

15   this Court's order requiring defendants to restore to the public all funds acquired by means of

16   any unfair or unlawful business practice.

17

18                      FOURTH CAUSE OF ACTION

19            (Violation of Consumers Legal Remedies Act)

20       19.    Plaintiff realleges paragraphs 1 through 18 and incorporates them herein by

21   reference.

22       20.    Subdivision (a)(22)(A) of section 1770 of the Civil Code makes disseminating an

23   unsolicited prerecorded message by telephone without an unrecorded, natural voice first

24   informing the person answering the telephone of the name of the caller or the organization being

25   represented, and either the address or the telephone number of the caller, and without obtaining

26   the consent of that person to listen to the prerecorded message, an unfair or deceptive act.

27                                4

28

21.    Defendants have violated Civil Code section 1770 by making unsolicited prerecorded telephone calls without first providing the required information in an unrecorded, natural voice and without plaintiff's prior consent to listen to the call.

22.    As a proximate result of defendants' violation of Civil Code section 1770, plaintiff has suffered and continues to suffer damages in an amount not yet ascertained, to be proven at trial.

23.    Civil Code section 1780 provides for an award of punitive damages for violations of Civil Code section 1770.

24.    Plaintiff has complied with the provisions of Civil Code section 1782.

WHEREFORE plaintiff prays for judgment against defendants, and each of them, as follows:

On the FIRST CAUSE OF ACTION:

1.    For an award of $500.00 for each violation of 47 U.S.C. §227 or 47 C.F.R. §64.1200;

2.    For an award of $1,500.00 for each such violation found to have been committed willfully or knowingly;

On the SECOND CAUSE OF ACTION:

3.    For compensatory damages according to proof;

4.    For punitive damages;

On the THIRD CAUSE OF ACTION:

5.    For preliminary and permanent injunctions, enjoining defendants, and each of them, from engaging in unfair or unlawful business practices pursuant to section 17203 of the Business and Professions Code;

6.    For an order requiring defendants to restore to the public all funds acquired by means of engaging in unfair or unlawful business practices;

5

1    On the FOURTH CAUSE OF ACTION:

2        7.      For compensatory damages according to proof;

3        8.      For punitive damages;

4    On ALL CAUSES OF ACTION:

5        9.      For costs of suit herein incurred; and

6        10.     For such further relief as the Court deems proper.

7    Dated: _12 - 15 - 03_

8

9                                    DIANA K. CHAVEZ, Attorney for
10                                   Plaintiff JAMES M. KINDER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                6

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

☐ CENTRAL, P.O. BOX 120128, 330 W. BROADWAY, SAN DIEGO, CA 92112-0128,
(619) 531-3141 (CIVIL)          (619) 615-6358 (UNLAWFUL DETAINER)
☐ KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123-1187, (858) 694-2066
☐ NORTH COUNTY, 325 S. MELROSE DR., VISTA, CA 92081-6643, (760) 726-9595
☐ EAST COUNTY, 250 E. MAIN ST., EL CAJON, CA 92020-3941, (619) 441-4461
☐ RAMONA, 1428 MONTECITO RD., RAMONA, CA 92065-5200, (760) 738-2435
☐ SOUTH COUNTY, 500 3RD AVE., CHULA VISTA, CA 91910-5649, (619) 691-4780

CASE NUMBER: _____

We are unable to process the attached _____ for the reasons indicated below:

☐☐☐☐☐

_____
_____
_____
_____
_____
_____

**Please return this form when you resubmit your document(s) and enclose a self-addressed envelope large enou for all documents, stamped with sufficient postage.**

Date: _____          CLERK OF THE SUPERIOR COURT

DEC 29 2003                    Clerk by, _____

☐ Checks Returned              Returned to ☐ Plaintiff ☐ Defendant ☐ Attorney via: _____

(PSC ADM-53)(Rev. 8-03)