# EXHIBIT 13

1  JAMES M. KINDER
   5775 Caminito Pulsera
2  La Jolla, CA  92037-7160
   Telephone:  (858) 551-8852
3  Facsimile:  (858) 551-8859

4  Plaintiff in Pro Per

RECEIVED

SEP 18 2007

BUT NOT FILED

8  ## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  ## FOR THE COUNTY OF SAN DIEGO

11  JAMES M.  KINDER,                    )    CASE No. GIC 818815
                                         )
12                       Plaintiff,      )    COMPLAINT FOR DAMAGES FOR
                                         )    VIOLATION(S) OF TELEPHONE
13                                       )    CONSUMER PROTECTION ACT OF
    v.                                   )    1991 ("TCPA")
14                                       )    [47 U.S.C. §227 & 47 C.F.R. §64.1200]
    COLLECTECH SYSTEMS, INC.,            )
15  and DOES 1 through 100 inclusive,    )
                                         )
16                       Defendants.     )
                                         )

18      Plaintiff JAMES M. KINDER alleges:

19      1.      Plaintiff is bringing this action pursuant to the provisions of the Telephone

20  Consumer Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA").

21      2.      Plaintiff is, and at all times herein mentioned was, a resident of the County

22  of San Diego, State of California.

23      3.      Defendants are, and at all times herein mentioned were, business organizations of

24  unknown form, doing business in the County of San Diego, State of California.

25      4.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

26  DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

27  Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

28  Plaintiff is informed and believes and thereon alleges that each of the fictitiously named

1

1  defendants is responsible in some manner for the occurrences herein alleged and that plaintiff's

2  damages as herein alleged were proximately caused by their conduct.

3      5.    At all times herein mentioned each defendant was the partner, agent and employee

4  of each co-defendant herein and was at all times acting within the scope of such partnership,

5  agency and employment and each defendant ratified the conduct of each co-defendant herein.

6      6.    Even though the TCPA is a federal statute, state courts have exclusive jurisdiction

7  over private actions brought pursuant to its provisions.

8      7.    A few years ago, plaintiff, for valuable consideration, obtained the voice mail

9  telephone number (619) 999-9999. Plaintiff obtained this number so that his clients and

10  customers, as well as potential clients and customers, would easily remember it, thereby making

11  it an extremely valuable number.

12      8.    Subdivision (b)(1)(A)(iii) of section 227 of title 47 of the United States Code and

13  subdivision (a)(1)(iii) of section 64.12000 of title 47 of the Code of Federal Regulations make it

14  unlawful for any person within the United States to make any call using any automatic telephone

15  dialing system to any telephone number assigned to a paging service, cellular telephone service,

16  specialized mobile radio service, or other radio common carrier service, or any service for which

17  the called party is charged for the call.

18      9.    Defendants are primarily engaged in the business of debt collection and in

19  connection with such business make telephone calls using an automatic telephone dialing system.

20      10.    The telephone number (619) 999-9999 is assigned to a paging service, which also

21  provides voice mail service.

22      11.    Defendants have violated the TCPA by frequently calling plaintiff's voice mail at

23  (619) 999-9999, using an automatic telephone dialing system.

24      12    Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a

25  private right of action in state court for violation of the above subsection. Plaintiff may obtain

26  relief in the form of injunctive relief, or plaintiff may recover $500.00 for each violation, or both.

27  If the court finds that defendants' violations were willful or knowing, it may, in its discretion,

28  award up to three times that amount.

2

Complaint for Damages for Violation(s) of Telephone Consumer Protection Act of 1991

13.     Defendants have made at least eight (8) calls to plaintiff's voice mail number.

WHEREFORE plaintiff prays for judgment against defendants, and each of them, as follows:

1.     For an award of $500.00 for each violation of 47 U.S.C. §227 or 47 C.F.R. §64.1200;

2.     For an award of $1,500.00 for each such violation found to have been willful;

3.     For costs of suit herein incurred; and

4.     For such further relief as the Court deems proper.

Dated:   September 15, 2003

JAMES M. KINDER, Plaintiff in Pro Per

---

Complaint for Damages for Violation(s) of Telephone Consumer Protection Act of 1991

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
- ❏ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814
- ❏ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
- ❏ FAMILY COURT, 1555 6TH AVE., SAN DIEGO, CA 92101-3296
- ❏ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105
- ❏ KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123-1187
- ❏ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6643
- ❏ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
- ❏ RAMONA, 1428 MONTECITO RD., RAMONA, CA 92065-5200
- ❏ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649
- ❏ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792

PLAINTIFF(S)/PETITIONER(S)

### JAMES M. KINDER

DEFENDANT(S)/RESPONDENT(S)

## COLLECTIONS SYSTEMS INC.

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**
(CCP 1013a(4))

F I L E D
Clerk of the Superior Court

OCT 0 8 2003

By: C. VASQUEZ, Deputy

Judge: JOHN S. EINHORN
Dept.: 24

CASE NUMBER:
GIC818815

I, **STEPHEN LOVE**, certify that: I am not a party to the above-entitled case; that on the date shown below, I served the following document(s):

### ORDER DENYING PERMISSION TO FILE NEW LITIGATION
### DATED: OCTOBER 7, 2003

On the parties shown below by placing a true copy in a separate envelope, addressed as shown below; each envelope was then sealed and, with postage thereon fully prepaid, deposited in the United States Postal Service at:

[X] San Diego    [ ] Vista    [ ] El Cajon    [ ] Chula Vista    [ ] Oceanside    [ ] Ramona,    California.

JAMES KINDER
5775 CAMINITO PULSERA
LA JOLLA, CA 92037-7160

STEPHEN LOVE
CLERK OF THE SUPERIOR COURT

Date:    October 8, 2003                    By: _____, Deputy
                                                        C. Vasquez

**CLERK'S CERTIFICATE OF MAILING**

1

2

3          F I L E D
           Clerk of the Superior Court

4              OCT 0 7 2003

5          By: C. VASQUEZ, Deputy

6

7

8          THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          IN AND FOR THE COUNTY OF SAN DIEGO

10

11   JAMES M. KINDER,                    )   Case No: GIC 818815
                                         )
12              Plaintiff,               )   ORDER DENYING PERMISSION TO FILE
                                         )   NEW LITIGATION (C.C.P. § 391.7b)
13        vs.                            )
                                         )
14   COLLECTIONS SYSTEMS INC.,           )
                                         )
15              Defendant.               )
     _____)

16

17        The court has reviewed the papers filed by plaintiff on September 18, 2003. JAMES M.

18   KINDER'S application for an order granting vexatious litigant permission to file new litigation

19   is denied pursuant to California Code of Civil Procedure § 391.7 for the reasons stated below.

20        In his complaint plaintiff alleges that defendant has initiated telephone calls to his phone

21   in violation of the federal Telephone Consumer Protection Act of 1991. The specific violation

22   alleged is multiple calls from an automated dialing system to his voice mail, which is assigned to

23   a paging service.

24        Plaintiff has not filed any declarations, nor is his Complaint verified. Without some form

25   of evidence this court has nothing but bare allegations upon which to base it's ruling. These

26   allegations, both in their facts and evidentiary value, are insufficient for this court to conclude

27   this action has sufficient potential merit to allow plaintiff to proceed and is not simply filed to

28   harass the defendant. In addition, plaintiff is aware of the factual and legal issues presented by

                                           1

1  this action and appears to have drafted his unverified complaint ambiguously in order to avoid

2  those same issues.

3          This court takes Judicial Notice pursuant to California Evidence Code § 452 of the file in

4  case number GIC 789588.  That action involved many of the same issues as does this action.

5  This Court specifically takes Judicial Notice of the order granting summary judgment in favor of

6  the defendant wherein the court found, with respect to plaintiff's phone number, as follows: "the

7  number is not "assigned to a paging service" because it is undisputed that the number is not

8  longer used in conjunction with a pager.  Instead, the number is assigned to a voicemail service

9  and Mr. Kinder is not charged based on the amount of calls received.  The ordinary and plain

10 meaning of the term "paging service" suggests a paid service in which the user is alerted each

11 time a call is made to the number.  This is not analogous to a voicemail service in which the user

12 periodically calls the service to retrieve messages."   Because the only evidence before this court

13 is that the number is not assigned to a paging service, as is required by 47 U.S.C. 227, the

14 complaint has no merit.

15         This court further takes note that there were factual issues as to whether the 999-9999

16 number was randomly generated or was a default number, or was otherwise intentionally entered

17 in the system, and whether a random number generator was, in fact, used.  Those same issues are

18 present here and plaintiff makes no attempt to provide this court with any evidence that they

19 would be resolved in his favor.

20         Plaintiff is has a legal education and, based thereon, is presumed to understand the legal

21 impediments these findings present in the present case..

22         Therefore, this court finds that this litigation does not have merit and has been filed for

23 the purpose of harassment and/or delay.

24         IT IS SO ORDERED.

25 Dated this 1st day of October, 2003.          By:  _____

26                                                        **Hon. John S. Einhorn**
                                                        Judge of the Superior Court

27

28

                                            2

# EXHIBIT 14

JAMES M. KINDER
5775 Caminito Pulsera
La Jolla, CA 92037-7160
Telephone: (858) 551-8852
Facsimile: (858) 551-8859

Plaintiff in Pro Per

RECEIVED

SEP 18 2007

BUT NOT FILED

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

JAMES M. KINDER,

        Plaintiff,

v.

TRIAD FINANCIAL CORPORATION,
and DOES 1 through 100, inclusive,

        Defendants.

CASE NO. GIC 818814

COMPLAINT FOR DAMAGES FOR
VIOLATION(S) OF TELEPHONE
CONSUMER PROTECTION ACT OF
1991 ("TCPA")
[47 U.S.C. §227 & 47 C.F.R. §64.1200]

Plaintiff JAMES M. KINDER alleges:

    1.    Plaintiff is bringing this action pursuant to the provisions of the Telephone

Consumer Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA").

    2.    Plaintiff is, and at all times herein mentioned was, a resident of the County

of San Diego, State of California.

    3.    Defendants are, and at all times herein mentioned were, business organizations of

unknown form, doing business in the County of San Diego, State of California.

    4.    Plaintiff is unaware of the true names and capacities of defendants sued herein as

DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

Plaintiff is informed and believes and thereon alleges that each of the fictitiously named

---

1

Complaint for Damages for Violation(s) of Telephone Consumer Protection Act of 1991

1  defendants is responsible in some manner for the occurrences herein alleged and that plaintiff's

2  damages as herein alleged were proximately caused by their conduct.

3       5.    At all times herein mentioned each defendant was the partner, agent and employee

4  of each co-defendant herein and was at all times acting within the scope of such partnership,

5  agency and employment and each defendant ratified the conduct of each co-defendant herein.

6       6.    Even though the TCPA is a federal statute, state courts have exclusive jurisdiction

7  over private actions brought pursuant to its provisions.

8       7.    A few years ago, plaintiff, for valuable consideration, obtained the voice mail

9  telephone number (619) 999-9999. Plaintiff obtained this number so that his clients and

10  customers, as well as potential clients and customers, would easily remember it, thereby making

11  it an extremely valuable number.

12       8.    Subdivision (b)(1)(A)(iii) of section 227 of title 47 of the United States Code and

13  subdivision (a)(1)(iii) of section 64.12000 of title 47 of the Code of Federal Regulations make it

14  unlawful for any person within the United States to make any call using any automatic telephone

15  dialing system to any telephone number assigned to a paging service, cellular telephone service,

16  specialized mobile radio service, or other radio common carrier service, or any service for which

17  the called party is charged for the call.

18       9.    Defendants are primarily engaged in the business of debt collection, and in

19  connection with such business make telephone calls using an automatic telephone dialing system.

20       10.    The telephone number (619) 999-9999 is assigned to a paging service, which also

21  provides voice mail service.

22       11.    Defendants have violated the TCPA by frequently calling plaintiff's voice mail at

23  (619) 999-9999, using an automatic telephone dialing system.

24       12    Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a

25  private right of action in state court for violation of the above subsection. Plaintiff may obtain

26  relief in the form of injunctive relief, or plaintiff may recover $500.00 for each violation, or both.

27  If the court finds that defendants' violations were willful or knowing, it may, in its discretion,

28  award up to three times that amount.

Complaint for Damages for Violation(s) of Telephone Consumer Protection Act of 1991

13.    Defendants have made at least nine (9) calls to plaintiff's voice mail number.

WHEREFORE plaintiff prays for judgment against defendants, and each of them, as follows:

1.    For an award of $500.00 for each violation of 47 U.S.C. §227 or 47 C.F.R. §64.1200;

2.    For an award of $1,500.00 for each such violation found to have been willful;

3.    For costs of suit herein incurred; and

4.    For such further relief as the Court deems proper.

Dated: September 15, 2003

JAMES M. KINDER, Plaintiff in Pro Per

Complaint for Damages for Violation(s) of Telephone Consumer Protection Act of 1991

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
- ❑ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3814
- ❑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827
- ❑ FAMILY COURT, 1555 6TH AVE., SAN DIEGO, CA 92101-3296
- ❑ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105
- ❑ KEARNY MESA, 8950 CLAIREMONT MESA BLVD., SAN DIEGO, CA 92123-1187
- ❑ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92083-6643
- ❑ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941
- ❑ RAMONA, 1428 MONTECITO RD., RAMONA, CA 92065-5200
- ❑ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649
- ❑ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792

PLAINTIFF(S)/PETITIONER(S)

JAMES M. KINDER

DEFENDANT(S)/RESPONDENT(S)

TRIAD FINANCIAL CORP.

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**
(CCP 1013a(4))

F I L E D
Clerk of the Superior Court

OCT 08 2003

By: C. VASQUEZ, Deputy

Judge:    JOHN S. EINHORN

Dept.:    24

CASE NUMBER:
GIC818814

I, **STEPHEN LOVE**, certify that: I am not a party to the above-entitled case; that on the date shown below, I served the following document(s):

ORDER DENYING PERMISSION TO FILE NEW LITIGATION
DATED: OCTOBER 7, 2003

On the parties shown below by placing a true copy in a separate envelope, addressed as shown below; each envelope was then sealed and, with postage thereon fully prepaid, deposited in the United States Postal Service at:

[X] San Diego    [ ] Vista    [ ] El Cajon    [ ] Chula Vista    [ ] Oceanside    [ ] Ramona,    California.

JAMES KINDER
5775 CAMINITO PULSERA
LA JOLLA, CA 92037-7160

**STEPHEN LOVE**
**CLERK OF THE SUPERIOR COURT**

Date:    October 8, 2003        By: _____ , Deputy
                                        C. Vasquez

**CLERK'S CERTIFICATE OF MAILING**

1

2

3    F  I    L    E  D
     Clerk of the Superior Court

4    OCT  0 7 2003

5    By: C. VASQUEZ, Deputy

6

7

8            THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                IN AND FOR THE COUNTY OF SAN DIEGO

10

11   JAMES M. KINDER,                    )  Case No: GIC 818814
                                         )
12              Plaintiff,               )  ORDER DENYING PERMISSION TO FILE
                                         )  NEW LITIGATION (C.C.P. § 391.7b)
13         vs.                           )
                                         )
14   TRIAD FINANCIAL CORP.,              )
                                         )
15              Defendant.               )
     _____)

16

17         The court has reviewed the papers filed by plaintiff on September 18, 2003.  JAMES M.

18   KINDER'S application for an order granting vexatious litigant permission to file new litigation

19   is denied pursuant to California Code of Civil Procedure § 391.7 for the reasons stated below.

20         In his complaint plaintiff alleges that defendant has initiated telephone calls to his phone

21   in violation of the federal Telephone Consumer Protection Act of 1991.  The specific violation

22   alleged is multiple calls from an automated dialing system to his voice mail, which is assigned to

23   a paging service.

24         Plaintiff has not filed any declarations, nor is his Complaint verified.  Without some form

25   of evidence this court has nothing but bare allegations upon which to base it's ruling.  These

26   allegations, both in their facts and evidentiary value, are insufficient for this court to conclude

27   this action has sufficient potential merit to allow plaintiff to proceed and is not simply filed to

28   harass the defendant.  In addition, plaintiff is aware of the factual and legal issues presented by

                                         1

1    this action and appears to have drafted his unverified complaint ambiguously in order to avoid

2    those same issues.

3          This court takes Judicial Notice pursuant to California Evidence Code § 452 of the file in

4    case number GIC 789588.   That action involved many of the same issues as does this action.

5    This Court specifically takes Judicial Notice of the order granting summary judgment in favor of

6    the defendant wherein the court found, with respect to plaintiff's phone number, as follows: "the

7    number is not "assigned to a paging service" because it is undisputed that the number is not

8    longer used in conjunction with a pager.  Instead, the number is assigned to a voicemail service

9    and Mr. Kinder is not charged based on the amount of calls received.  The ordinary and plain

10   meaning of the term "paging service" suggests a paid service in which the user is alerted each

11   time a call is made to the number.  This is not analogous to a voicemail service in which the user

12   periodically calls the service to retrieve messages."   Because the only evidence before this court

13   is that the number is not assigned to a paging service, as is required by 47 U.S.C. 227, the

14   complaint has no merit.

15         This court further takes note that there were factual issues as to whether the 999-9999

16   number was randomly generated or was a default number, or was otherwise intentionally entered

17   in the system, and whether a random number generator was, in fact, used.  Those same issues are

18   present here and plaintiff makes no attempt to provide this court with any evidence that they

19   would be resolved in his favor.

20         Plaintiff is has a legal education and, based thereon, is presumed to understand the legal

21   impediments these findings present in the present case..

22         Therefore, this court finds that this litigation does not have merit and has been filed for

23   the purpose of harassment and/or delay.

24         IT IS SO ORDERED.

25   Dated this 17th day of October, 2003.          By: _____

26                                       **Hon. John S. Einhorn**

                                           Judge of the Superior Court

27

28

# EXHIBIT 15

<table>
<tr><td>1</td><td>Chris Reichman  SBN 250485<br>3129 India Street</td></tr>
<tr><td>2</td><td>San Diego, CA 92103-6014<br>Telephone: (619) 297-8888</td></tr>
<tr><td>3</td><td>Facsimile: (619) 295-1401</td></tr>
<tr><td>4</td><td>Attorney for Plaintiff JAMES M. KINDER, an individual</td></tr>
</table>

**F I L E D**

Clerk of the Superior Court

DEC  5 2007

By: L. McALISTER, Deputy

8      **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9      **FOR THE COUNTY OF SAN DIEGO**

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. 37-2007-00082553-CU-MC-CTL |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **Violation(s) of Telephone Consumer Protection Act of 1991** |
| THE ACCOUNTING ANGELS, | **Violation(s) of 47 C.F.R. §68.318 (d)** |
| DALE CARLSON, and DOES | **Business and Professions** |
| 1 through 100, inclusive. | **Code § 17538.43 (b)** |
| | **Conversion** |
| Defendants. | **Trespass to Chattel** |
| | **Unfair Business Practices** |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

follows:

## GENERAL ALLEGATIONS

1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

Diego, State of California.

2.      Defendant DALE CARLSON, a resident of California was at all times herein

mentioned the owner and operator of THE ACCOUNTING ANGELS, a business organization of

unknown form doing business in the County of San Diego, State of California, and was at all times

herein mentioned individually and personally responsible for the unsolicited facsimile advertising

alleged herein.

3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

-1-

1    Chris Reichman  SBN 250485
3129 India Street
2    San Diego, CA 92103-6014
Telephone: (619) 297-8888
3    Facsimile: (619) 295-1401

4    Attorney for Plaintiff JAMES M. KINDER, an individual

**F** I L E **D**

Clerk of the Superior Court

DEC 5 2007

By: L. McALISTER, Deputy

8    **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9    **FOR THE COUNTY OF SAN DIEGO**

| | |
|---|---|
| JAMES M. KINDER, ) | CASE NO. 37-2007-00082552-CU-MC-CTL |
| Plaintiff, ) | **COMPLAINT FOR:** |
| v. ) | **Violation(s) of Telephone Consumer Protection Act of 1991** |
| ) | **Business and Professions** |
| TAMMY POCKNETT dba ) | **Code § 17538.43 (b)** |
| SELECTIVE COMPUTER TRAINING, ) | **Conversion** |
| and DOES 1 through 100, inclusive. ) | **Trespass to Chattel** |
| ) | **Unfair Business Practices** |
| Defendants. ) | |

18    COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19    follows:

20    <u>**GENERAL ALLEGATIONS**</u>

21         1.     Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22    Diego, State of California.

23         2.     Defendant TAMMY POCKNETT, a resident of California, was at all times herein

24    mentioned the owner and operator of SELECTIVE COMPUTER TRAINING, doing business in the

25    County of San Diego, State of California, and was at all times herein mentioned individually and

26    personally responsible for the unsolicited facsimile advertising alleged herein.

27         3.     Plaintiff is unaware of the true names and capacities of defendants sued herein as

28    DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

-1-

Complaint for, *inter alia*, Violation(s) of the Telephone Consumer Protection Act of 1991

1   Chris Reichman  SBN 250485
    3129 India Street
2   San Diego, CA 92103-6014
    Telephone: (619) 297-8888
3   Facsimile: (619) 295-1401

4   Attorney for Plaintiff JAMES M. KINDER, an individual

**F** I  L  E D
**Clerk of the Superior Court**

DEC  5 2007

**By: L. McALISTER, Deputy**

5

6

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    FOR THE COUNTY OF SAN DIEGO

10

11  JAMES M.  KINDER,                    )  CASE NO. 37-2007-00082551-CU-MC-CTL
                                         )
12              Plaintiff,               )  **COMPLAINT FOR:**
                                         )
13  v.                                   )  **Violation(s) of Telephone Consumer**
                                         )  **Protection Act of 1991**
14                                       )  **Business and Professions**
    SARAH ROWAN WILSON, VERITAS          )  **Code § 17538.43 (b)**
15  FINANCIAL REAL ESTATE GROUP, Inc.,   )  **Conversion**
    and DOES 1 through 100, inclusive.   )  **Trespass to Chattel**
16                                       )  **Unfair Business Practices**
                Defendants.              )
17  _____)

18  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19  follows:

20                           <u>**GENERAL ALLEGATIONS**</u>

21       1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22  Diego, State of California.

23       2.      Defendant SARAH ROWAN WILSON, a resident of California, at all times herein

24  mentioned represented Defendant VERITAS FINANCIAL REAL ESTATE GROUP, Inc., a

25  California corporation doing business in the County of San Diego, State of California, and was at

26  all times herein mentioned individually and personally responsible for the unsolicited facsimile

27  advertising alleged herein.

28       3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

                                         -1-

Chris Reichman  SBN 250485
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff JAMES M. KINDER, an individual

F I L E D

Clerk of the Superior Court

DEC  5 2007

By: L. McALISTER, Deputy

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

JAMES M.  KINDER,

Plaintiff,

v.

SEAT COVERS UNLIMITED, Inc.,
DANIEL BORDERO, and DOES 1
through 100, inclusive

Defendants.

CASE NO. 37-2007-00082550-CU-MC-CTL

**COMPLAINT FOR:**

**Violation(s) of Telephone Consumer
Protection Act of 1991
Conversion
Trespass to Chattel
Unfair Business Practices**

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

### GENERAL ALLEGATIONS

1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2.      Defendant DANIEL BORDERO, a resident of Arizona, was at all times herein mentioned the owner and operator of Defendant SEAT COVERS UNLIMITED, Inc., an Arizona corporation doing business in the County of San Diego, State of California, and was at all times herein mentioned individually and personally responsible for the unsolicited facsimile advertising alleged herein.

3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

-1-

1   Chris Reichman  SBN 250485
3129 India Street
2   San Diego, CA 92103-6014
Telephone: (619) 297-8888
3   Facsimile: (619) 295-1401

4   Attorney for Plaintiff JAMES M. KINDER, an individual

F I L E D
Clerk of the Superior Court

DEC 5 2007

By: L. McALISTER, Deputy

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M.  KINDER, | CASE NO. 37-2007-00082549-CU-MC-CTL |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **Violation(s) of Telephone Consumer Protection Act of 1991** |
| | **Business and Professions Code § 17538.43 (b)** |
| GLOBAL PREMIER DEVELOPMENT, Inc., | **Conversion** |
| ANDREW HANNA, and DOES 1 through | **Trespass to Chattel** |
| 100, inclusive. | **Unfair Business Practices** |
| Defendants. | |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

## GENERAL ALLEGATIONS

1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2.      Defendant ANDREW HANNA, a California resident, was at all times herein mentioned the owner and operator of Defendant GLOBAL PREMIER DEVELOPMENT, Inc., a California corporation doing business in the County of San Diego, State of California, and was at all times herein mentioned individually and personally responsible for the unsolicited facsimile advertising alleged herein.

3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

-1-

Chris Reichman  SBN 250485
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff JAMES M. KINDER, an individual

**F** I   L   E **D**

**Clerk of the Superior Court**

DEC  5 2007

**By: L. McALISTER, Deputy**

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M.  KINDER, | CASE NO. 37-2007-00082548-CU-MC-CTL |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **Violation(s) of Telephone Consumer Protection Act of 1991** |
| FIRST-TRANS PAYMENT SOLUTIONS, LLC, TYLER LONG, and DOES 1 through 100, inclusive | **Conversion**<br>**Trespass to Chattel**<br>**Unfair Business Practices** |
| Defendants. | |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

### GENERAL ALLEGATIONS

1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2.      Defendant TYLER LONG, residency unknown, was at all times herein mentioned the owner and operator of Defendant FIRST-TRANS PAYMENT SOLUTIONS, LLC, a Georgia company doing business in the County of San Diego, State of California, and was at all times herein mentioned individually and personally responsible for the unsolicited facsimile advertising alleged herein.

3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

-1-

Complaint for, *inter alia*, Violation(s) of the Telephone Consumer Protection Act of 1991

1  Chris Reichman  SBN 250485
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

F I L E D
Clerk of the Superior Court

DEC  5 2007

By: L. McALISTER, Deputy

5

6

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     FOR THE COUNTY OF SAN DIEGO

10

11  JAMES M.  KINDER,                    )    CASE NO. 37-2007-00082547-CU-MC-CTL
                                         )
12            Plaintiff,                 )    **COMPLAINT FOR:**
                                         )
13  v.                                   )    **Violation(s) of Telephone Consumer**
                                         )    **Protection Act of 1991**
14                                       )    **Conversion**
    EXTREME RESEARCH, Inc., REID SMITH,  )    **Trespass to Chattel**
15  and DOES 1 through 100, inclusive    )    **Unfair Business Practices**
                                         )
16                                       )
              Defendants.                )
17  _____)

18  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19  follows:

20                          <u>**GENERAL ALLEGATIONS**</u>

21        1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22  Diego, State of California.

23        2.      Defendant REID SMITH, residency unknown, was at all times herein mentioned

24  representing Defendant EXTREME RESEARCH, Inc., a Florida corporation doing business in

25  the County of San Diego, State of California, and was at all times herein mentioned individually

26  and personally responsible for the unsolicited facsimile advertising alleged herein.

27        3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

28  DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

-1-

1   Chris Reichman  SBN 250485
    3129 India Street
2   San Diego, CA 92103-6014
    Telephone: (619) 297-8888
3   Facsimile: (619) 295-1401

4   Attorney for Plaintiff JAMES M. KINDER, an individual

**F** I L E **D**

Clerk of the Superior Court

DEC 5 2007

By: L. McALISTER, Deputy

5

6

7

8              **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                        **FOR THE COUNTY OF SAN DIEGO**

10

11  JAMES M. KINDER,                    ) CASE NO. 37-2007-00082546-CU-MC-CTL
                                        )
12                 Plaintiff,           ) **COMPLAINT FOR:**
                                        )
13  v.                                  ) **Violation(s) of Telephone Consumer**
                                        ) **Protection Act of 1991**
14                                      ) **Business and Professions**
    CRYSTAL WILLIAMS dba                ) **Code § 17538.43 (b)**
15  COMPUTER LEARNING SOLUTIONS,        ) **Conversion**
    and DOES 1 through 100, inclusive.  ) **Trespass to Chattel**
16                                      ) **Unfair Business Practices**
                   Defendants.          )
17  _____)

18  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19  follows:

20                        <u>**GENERAL ALLEGATIONS**</u>

21         1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22  Diego, State of California.

23         2.      Defendant CRYSTAL WILLIAMS dba COMPUTER LEARNING SOLUTIONS,

24  a resident of California, was at all times herein mentioned doing business in the County of San

25  Diego, State of California, and was at all times herein mentioned individually and personally

26  responsible for the unsolicited facsimile advertising alleged herein.

27         3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

28  DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

                                        -1-

1  Chris Reichman  SBN 250485
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

**F I L E D**

Clerk of the Superior Court

DEC 5 2007

By: L. McALISTER, Deputy

8  IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  FOR THE COUNTY OF SAN DIEGO

11  JAMES M.  KINDER,                       ) CASE NO. 37-2007-00082544-CU-MC-CTL
                                            )
12            Plaintiff,                    ) **COMPLAINT FOR:**
                                            )
13  v.                                      ) **Violation(s) of Telephone Consumer**
                                            ) **Protection Act of 1991**
14                                          ) **Business and Professions**
    BLOSSOM VALLEY MORTGAGE, Inc.,          ) **Code § 17538.43 (b)**
15  RICHARD LANES, JAY KISTER, MATT         ) **Conversion**
    KISTER, and DOES 1 through 100, inclusive. ) **Trespass to Chattel**
16                                          ) **Unfair Business Practices**
              Defendants.                   )
17  _____ )

18  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19  follows:

**GENERAL ALLEGATIONS**

21      1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22  Diego, State of California.

23      2.      Defendants RICHARD LANES, JAY KISTER, and MATT KISTER, residents of

24  California, were at all times herein mentioned the principals of Defendant BLOSSOM VALLEY

25  MORTGAGE, Inc., a California corporation doing business in the County of San Diego, State of

26  California, and were at all times herein mentioned individually and personally responsible for the

27  unsolicited facsimile advertising alleged herein.

28      3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

-1-

1  Chris Reichman  SBN 250485
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF SAN DIEGO

10                                              37-2007-00082804-CU-MC-CTL

11  JAMES M. KINDER,                    )   CASE NO.
                                        )
12              Plaintiff,              )   COMPLAINT FOR DAMAGES,
                                        )   INCLUDING PUNITIVE DAMAGES,
13  v.                                  )   INTEREST AND ATTORNEY'S FEES,
                                        )   AND FOR INJUNCTIVE RELIEF
14                                      )
    KNOWLEDGE NETWORKS, Inc.,           )   Violation(s) of Telephone Consumer
15  and DOES 1 through 100, inclusive,  )   Protection Act of 1991
                                        )   Violation(s) of California Civil Code § 1770
16              Defendants.             )   (a) (22) (A)
                                        )   Trespass to Chattel
17                                      )   Unfair Business Practices
                                        )

18

19  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

20  follows:

21                          GENERAL ALLEGATIONS

22          1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

23  Diego, State of California.

24          2.      Defendant KNOWLEDGE NETWORKS, Inc. is, and at all times herein mentioned

25  was, a Delaware Corporation, doing business in the County of San Diego, State of California.

26          3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

27  DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

28  Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

                                        -1-

Complaint for, *inter alia*, Violation(s) of Telephone Consumer Protection Act of 1991 and Violation(s) of California Civil Code §1770 (a) (22) (A)

1   Chad Austin, Esq. SBN 235457
    3129 India Street
2   San Diego, CA 92103-6014
    Telephone: (619) 297-8888
3   Facsimile: (619) 295-1401

4   Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      FOR THE COUNTY OF SAN DIEGO

10

11  JAMES M. KINDER,                    )   CASE NO. 37-2007-00082713-CU-MC-CTL
                                        )
12              Plaintiff,              )   COMPLAINT FOR DAMAGES,
                                        )   INCLUDING PUNITIVE DAMAGES,
13  v.                                  )   INTEREST AND ATTORNEY'S FEES,
                                        )   AND FOR INJUNCTIVE RELIEF
14                                      )
    INSWEB CORPORATION, INSWEB          )   Violations of Telephone Consumer
15  INSURANCE SERVICES, Inc. and DOES 1 )   Protection Act of 1991
    through 100, inclusive,             )   Violations of California Civil Code § 1770
16                                      )   (a) (22) (A)
                Defendants.             )   Trespass to Chattel
17                                      )   Unfair Business Practices
    _____)

18

19  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

20  follows:

21                          **GENERAL ALLEGATIONS**

22          1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

23  Diego, State of California.

24          2.      Defendant INSWEB CORPORATION was at all times herein mentioned a Delaware

25  corporation, doing business in the County of San Diego, State of California and Defendant INSWEB

26  INSURANCE SERVICES, Inc. was at all times herein mentioned a California corporation, doing

27  business in the County of San Diego, State of California.

28          3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

                                        -1-

Chris Reichman  SBN 250485
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff JAMES M. KINDER, an individual

F I L E D
Clerk of the Superior Court

DEC 5 2007

By: L. McALISTER, Deputy

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

JAMES M.  KINDER,

            Plaintiff,

v.

HERITAGE BIOGRAPHICAL
PUBLICATIONS, Inc., and DOES 1
through 100, inclusive

            Defendants.

CASE NO. 37-2007-00082537-CU-MC-CTL

**COMPLAINT FOR:**

**Violation(s) of Telephone Consumer
Protection Act of 1991
Conversion
Trespass to Chattel
Unfair Business Practices**

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

### GENERAL ALLEGATIONS

    1.    Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

    2.    Defendant HERITAGE BIOGRAPHICAL PUBLICATIONS, Inc., a New York corporation, was at all times herein mentioned doing business in the County of San Diego, State of California, and was at all times herein mentioned individually and personally responsible for the unsolicited facsimile advertising alleged herein.

    3.    Plaintiff is unaware of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

-1-

F I     E D

Clerk of the Superior Court

DEC  5 2007

By: L. McALISTER, Deputy                    L
                          Clerk of the Sup:

DEC  5

By: L. McALISTER, Deputy

1 | Chris Reichman  SBN 250485
2 | 3129 India Street
  | San Diego, CA 92103-6014
  | Telephone: (619) 297-8888
3 | Facsimile: (619) 295-1401

4 | Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8 | **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 | **FOR THE COUNTY OF SAN DIEGO**

10

| | |
|---|---|
| JAMES M.  KINDER,<br><br>                    Plaintiff,<br><br>v.<br><br>WINDSOR CAPITAL MORTGAGE<br>CORPORATION, FRED TRANA,<br>and DOES 1 through 100, inclusive.<br><br>                    Defendants. | CASE NO. 37-2007-00082538-CU-MC-CTL<br><br>**COMPLAINT FOR:**<br><br>**Violation(s) of Telephone Consumer<br>Protection Act of 1991<br>Business and Professions<br>Code § 17538.43 (b)<br>Conversion<br>Trespass to Chattel<br>Unfair Business Practices** |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

follows:

### GENERAL ALLEGATIONS

1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

Diego, State of California.

2.      Defendant FRED TRANA, of unknown residency, was at all times herein mentioned

the President of Defendant WINDSOR CAPITAL MORTGAGE CORPORATION, a California

corporation doing business in the County of San Diego, State of California, and was at all times

herein mentioned individually and personally responsible for the unsolicited facsimile advertising

alleged herein.

3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

-1-

Chris Reichman  SBN 250485
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff JAMES M. KINDER, an individual

**F** I **L** E **D**
Clerk of the Superior Court

DEC  5 2007

By: L. McALISTER, Deputy

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M.  KINDER,<br><br>                    Plaintiff,<br><br>v.<br><br>ZINYAW, LLC, and DOES<br>1 through 100, inclusive,<br><br>                    Defendants. | CASE NO.  37-2007-00082539-CU-MC-CTL<br><br>**COMPLAINT FOR:**<br><br>**Violation(s) of Telephone Consumer<br>Protection Act of 1991<br>Violation(s) of 47 C.F.R. §68.318 (d)<br>Conversion<br>Trespass to Chattel<br>Unfair Business Practices** |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

follows:

**GENERAL ALLEGATIONS**

1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

Diego, State of California.

2.      Defendant ZINYAW, LLC, a Texas corporation doing business in the County of

San Diego, State of California, and was at all times herein mentioned individually and personally

responsible for the unsolicited facsimile advertising alleged herein.

3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

-1-

1  Chris Reichman  SBN 250485
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

F I L E D

**Clerk of the Superior Court**

DEC  5 2007

By: **L. McALISTER**, Deputy

5

6

7

8                    **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                          **FOR THE COUNTY OF SAN DIEGO**

10

11  JAMES M. KINDER,                    )    CASE NO. 37-2007-00082540-CU-MC-CTL
                                        )
12              Plaintiff,              )    **COMPLAINT FOR:**
                                        )
13  v.                                  )    **Violation(s) of Telephone Consumer**
                                        )    **Protection Act of 1991**
14                                      )    **Violation(s) of 47 C.F.R. §68.318 (d)**
    WORLDWIDE INDUSTRIAL               )    **Conversion**
15  ENTERPISES, Inc., FRANK TANTALO     )    **Trespass to Chattel**
    and DOES 1 through 100, inclusive,  )    **Unfair Business Practices**
16                                      )
                Defendants.             )
17  _____)

18  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19  follows:

20                              **GENERAL ALLEGATIONS**

21        1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22  Diego, State of California.

23        2.      Defendant FRANK TANTALO, a New York resident, was at all times herein

24  mentioned the owner and operator of Defendant WORLDWIDE INDUSTRIAL ENTERPRISES,

25  Inc., a New York corporation doing business in the County of San Diego, State of California, and

26  was at all times herein mentioned individually and personally responsible for the unsolicited

27  facsimile advertising alleged herein.

28        3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

-1-

Complaint for, *inter alia*, Violation(s) of the Telephone Consumer Protection Act of 1991

1 | Chris Reichman  SBN 250485
3129 India Street
2 | San Diego, CA 92103-6014
Telephone: (619) 297-8888
3 | Facsimile: (619) 295-1401

**F I  L  E D**

Clerk of the Superior Court

4 | Attorney for Plaintiff JAMES M. KINDER, an individual

DEC  5 2007

5 |

By: L. McALISTER, Deputy

6 |

7 |

8 |            **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 |                   **FOR THE COUNTY OF SAN DIEGO**

10 |

11 | JAMES M.  KINDER,                              CASE NO. 37-2007-00082541-CU-MC-CTL

12 |                  Plaintiff,                    **COMPLAINT FOR:**

13 | v.                                             **Violation(s) of Telephone Consumer**
                                                   **Protection Act of 1991**
14 |                                               **Conversion**
     U CAN 2 OPPORTUNITY, Inc.,                    **Trespass to Chattel**
15 | MARCO CARBAJO, and DOES 1                     **Unfair Business Practices**
     through 100, inclusive
16 |
                  Defendants.
17 |

18 | COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19 | follows:

20 |                         **GENERAL ALLEGATIONS**

21 |        1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22 | Diego, State of California.

23 |        2.      Defendant MARCO CARBAJO, of unknown residency, was at all times herein

24 | mentioned the owner and operator of Defendant U CAN 2 OPPORTUNITY, Inc., a Florida

25 | corporation doing business in the County of San Diego, State of California, and was at all times

26 | herein mentioned individually and personally responsible for the unsolicited facsimile advertising

27 | alleged herein.

28 |        3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

-1-

Chris Reichman  SBN 250485
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff JAMES M. KINDER, an individual

**F I L E D**
Clerk of the Superior Court

DEC  5 2007

By: L. McALISTER, Deputy

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M. KINDER,<br><br>        Plaintiff,<br><br>v.<br><br>TIM CURREN dba CURREN FUNDING<br>and DOES 1 through 100, inclusive.<br><br>        Defendants. | CASE NO.  37-2007-00082542-CU-MC-CTL<br><br>**COMPLAINT FOR:**<br><br>**Violation(s) of Telephone Consumer Protection Act of 1991**<br>**Business and Professions Code § 17538.43 (b)**<br>**Conversion**<br>**Trespass to Chattel**<br>**Unfair Business Practices**<br>**California Business & Professions Code §22162** |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

### GENERAL ALLEGATIONS

1.     Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2.     Defendant TIM CURREN, a resident of California, was at all times herein mentioned the owner and operator of CURREN FUNDING, doing business in the County of San Diego, State of California, and was at all times herein mentioned individually and personally responsible for the unsolicited facsimile advertising alleged herein.

3.     Plaintiff is unaware of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

-1-

Complaint for, *inter alia*, Violation(s) of the Telephone Consumer Protection Act of 1991

1  Chris Reichman  SBN 250485
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

**F** I  L  E **D**
Clerk of the Superior Court

DEC  5 2007

By: L. McALISTER, Deputy

5

6

7

8              **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **FOR THE COUNTY OF SAN DIEGO**

10

11  JAMES M.  KINDER,                     )   CASE NO. 37-2007-00082543-CU-MC-CTL
                                          )
12              Plaintiff,                )   **COMPLAINT FOR:**
                                          )
13  v.                                    )   **Violation(s) of Telephone Consumer**
                                          )   **Protection Act of 1991**
14                                        )   **Conversion**
    SHIRLEY LEJEUNE dba WEB-LINK          )   **Trespass to Chattel**
15  TECHNOLOGIES, and DOES 1              )   **Unfair Business Practices**
    through 100, inclusive                )
16                                        )
                Defendants.               )
17  _____ )

18  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19  follows:

20                          **GENERAL ALLEGATIONS**

21        1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22  Diego, State of California.

23        2.      Defendant SHIRLEY LEJEUNE, a resident of Ohio, was at all times herein

24  mentioned the owner and operator of WEB-LINK TECHNOLOGIES, doing business in the

25  County of San Diego, State of California, and was at all times herein mentioned individually and

26  personally responsible for the unsolicited facsimile advertising alleged herein.

27        3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

28  DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

                                          -1-

1  Chris Reichman  SBN 250485
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

**F I L E D**
Clerk of the Superior Court

DEC 1 0 2007

BY: B. Follis,      Clerk

5

6

7

8  **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9  **FOR THE COUNTY OF SAN DIEGO**

10

11  JAMES M.  KINDER,                    ) CASE NO. **37-2007-00083656-CU-MC-CTL**
                                         )
12              Plaintiff,               ) **COMPLAINT FOR:**
                                         )
13  v.                                   ) **Violation(s) of Telephone Consumer**
                                         ) **Protection Act of 1991**
14  OWW LIQUIDATORS, LLC, CASE           ) **Violation(s) of 47 C.F.R. §68.318 (d)**
    FURNITURE & DESIGN, LLC, BRUCE       ) **Conversion**
15  SANBORN, MONTE KNUDSON,              ) **Trespass to Chattel**
    and DOES 1 through 100, inclusive.   ) **Unfair Business Practices**
                                         )
16              Defendants.              )
                                         )
17  _____      )

18  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19  follows:

20                          **GENERAL ALLEGATIONS**

21      1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22  Diego, State of California.

23      2.      Defendants BRUCE SANBORN and MONTE KNUDSON, residents of Arizona,

24  were at all times herein mentioned owners, operators, and/or managers of  Defendants OWW

25  LIQUIDATORS, LLC and CASE FURNITURE & DESIGN, LLC, Arizona Limited Liability

26  Companies doing business in the County of San Diego, State of California, and were at all times

27  herein mentioned individually and personally responsible for the unsolicited facsimile advertising

28  alleged herein.

-1-

1   Chad Austin, Esq. SBN 235457
    3129 India Street
2   San Diego, CA 92103-6014
    Telephone: (619) 297-8888
3   Facsimile: (619) 295-1401

4   Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8              **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                        **FOR THE COUNTY OF SAN DIEGO**

10

11  JAMES M. KINDER,                      )   CASE NO. **37-2007-00083528-CL-MC-CTL**
                                          )
12              Plaintiff,                )   **Limited Civil Case [Amount in Controversy**
                                          )   **is less than $10,000.00]**
13  v.                                    )
                                          )   **COMPLAINT FOR DAMAGES**
14  WYSE FINANCIAL SERVICES, Inc. and     )
    DOES 1 through 100, inclusive,        )   **Violations of Telephone Consumer**
15                                        )   **Protection Act of 1991**
                Defendants.               )
16  _____)

17  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

18  follows:

19                          **GENERAL ALLEGATIONS**

20      1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

21  Diego, State of California.

22      2.      Defendant WYSE FINANCIAL SERVICES, Inc. (hereinafter referred to as

23  "Defendant"), was at all times herein mentioned a Colorado corporation, doing business in the

24  County of San Diego, State of California.

25      3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

26  DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

27  Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

28  Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants

                                        -1-

Chris Reichman  SBN 250485
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff JAMES M. KINDER, an individual

F I L E D
Clerk of the Superior Court

DEC 1 0 2007

BY: B. Follis.     Clerk

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

JAMES M. KINDER,

        Plaintiff,

v.

AMERICAN AUTOMOTIVE
EQUIPMENT, Inc., and DOES
1 through 100, inclusive.

        Defendants.

CASE NO.  **37-2007-00083547-CU-NP-CTL**

**COMPLAINT FOR:**

**Violation(s) of Telephone Consumer
Protection Act of 1991
Violation(s) of 47 C.F.R. §68.318 (d)
Conversion
Trespass to Chattel
Unfair Business Practices**

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

follows:

### GENERAL ALLEGATIONS

    1.    Plaintiff is, and at all times herein mentioned was, a resident of the County of San

Diego, State of California.

    2.    Defendant AMERICAN AUTOMOTIVE EQUIPMENT, Inc., a New York

corporation, was at all times herein mentioned doing business in the County of San Diego, State

of California, and was at all times herein mentioned individually and personally responsible for

the unsolicited facsimile advertising alleged herein.

    3.    Plaintiff is unaware of the true names and capacities of defendants sued herein as

DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

-1-

Chris Reichman  SBN 250485
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff JAMES M. KINDER, an individual

F I L E D
Clerk of the Superior Court

DEC 1 0 2007

BY: B. Follis,    Clerk

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M.  KINDER,<br><br>                    Plaintiff,<br><br>v.<br><br>THE HOT LEAD COMPANY, L.L.C., LARRY KROUSE, DAVID VAUGHN, SCOTT NICKASON, DAVID CRANDALL, GREG HORNE, MIKE HORNE, MITCH MARTINEZ, BOB MICHAELS, DON MAGEE, DAVID BEST, and DOES 1 through 100, inclusive.<br><br>                    Defendants. | CASE NO.  37-2007-00083548-CU-MC-CTL<br><br>**COMPLAINT FOR:**<br><br>**Violation(s) of Telephone Consumer Protection Act of 1991**<br>**Violation(s) of 47 C.F.R. §68.318 (d)**<br>**Conversion**<br>**Trespass to Chattel**<br>**Unfair Business Practices** |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

### GENERAL ALLEGATIONS

1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2.      Defendant THE HOT LEAD COMPANY, L.L.C., was at all times herein mentioned a business entity registered in Nevada whose principle place of business was in Texas and was at all times herein mentioned individually and personally responsible for the unsolicited facsimile advertising alleged herein. Defendant LARRY KROUSE, of unknown residency, was at all times herein mentioned a principal of Defendant THE HOT LEAD COMPANY, L.L.C.,

-1-

1  Chris Reichman  SBN 250485
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

**F I L E D**
**Clerk of the Superior Court**

**DEC 1 0 2007**

**BY: B. Follis.    Clerk**

5

6

7

8              **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                      **FOR THE COUNTY OF SAN DIEGO**

10

11  JAMES M.  KINDER,              )    CASE NO.  **37-2007-00083546-CU-MC-CTL**
                                   )
12              Plaintiff,          )    **COMPLAINT FOR:**
                                   )
13  v.                             )    **Violation(s) of Telephone Consumer**
                                   )    **Protection Act of 1991**
14                                 )    **Conversion**
    AUSTIN SOFTWARE ARCHITECTS, LLC )    **Trespass to Chattel**
15  and DOES 1 through 100, inclusive. )  **Unfair Business Practices**
                                   )
16                                 )
                Defendants.         )
17  _____)

18  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19  follows:

20                          **GENERAL ALLEGATIONS**

21      1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22  Diego, State of California.

23      2.      Defendant AUSTIN SOFTWARE ARCHITECTS, a Delaware company with

24  primary place of business in Texas, was at all times herein mentioned doing business in the

25  County of San Diego, State of California, and was at all times herein mentioned individually and

26  personally responsible for the unsolicited facsimile advertising alleged herein.

27      3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

28  DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

                                    -1-

Chris Reichman  SBN 250485
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff JAMES M. KINDER, an individual

F I L E D
Clerk of the Superior Court

DEC 5 2007

By: L. McALISTER, Deputy

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. 37-2007-00082554-CU-MC-CTL |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **Violation(s) of Telephone Consumer Protection Act of 1991** |
| | **Violation(s) of 47 C.F.R. §68.318 (d)** |
| MONIQUE NIZNIK, and | **Business and Professions** |
| DOES 1 through 100, inclusive. | **Code § 17538.43 (b)** |
| | **Conversion** |
| | **Trespass to Chattel** |
| Defendants. | **Unfair Business Practices** |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

### GENERAL ALLEGATIONS

1.     Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2.     Defendant MONIQUE NIZNIK, was at all times herein a resident of California doing business in the County of San Diego, State of California, and was at all times herein mentioned individually and personally responsible for the unsolicited facsimile advertising alleged herein.

3.     Plaintiff is unaware of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

-1-

1   Chris Reichman  SBN 250485
    3129 India Street
2   San Diego, CA 92103-6014
    Telephone: (619) 297-8888
3   Facsimile: (619) 295-1401

4   Attorney for Plaintiff JAMES M. KINDER, an individual

F I L E D
Clerk of the Superior Court

DEC 5 2007

By: L. McALISTER, Deputy

5

6

7

8            IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   FOR THE COUNTY OF SAN DIEGO

10

11  JAMES M. KINDER,                    )   CASE NO. 37-2007-00082555-CU-MC-CTL
                                        )
12                Plaintiff,            )   **COMPLAINT FOR:**
                                        )
13  v.                                  )   **Violation(s) of Telephone Consumer**
                                        )   **Protection Act of 1991**
14                                      )   **Violation(s) of 47 C.F.R. §68.318 (d)**
    LEAD SYSTEMS, Inc., TOM HOOVER,     )   **Business and Professions**
15  and DOES 1 through 100, inclusive.  )   **Code § 17538.43 (b)**
                                        )   **Conversion**
16                                      )   **Trespass to Chattel**
                  Defendants.           )   **Unfair Business Practices**
17  _____)

18  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

19  follows:

20                       **GENERAL ALLEGATIONS**

21        1.     Plaintiff is, and at all times herein mentioned was, a resident of the County of San

22  Diego, State of California.

23        2.     Defendant TOM HOOVER, a resident of California, was at all times herein

24  mentioned the owner and operator of Defendant LEAD SYSTEMS, Inc., a California corporation

25  doing business in the County of San Diego, State of California, and was at all times herein

26  mentioned individually and personally responsible for the unsolicited facsimile advertising alleged

27  herein.

28        3.     Plaintiff is unaware of the true names and capacities of defendants sued herein as

                                       -1-

1  Chris Reichman  SBN 250485
3129 India Street
2  San Diego, CA 92103-6014
Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

F I L E D
Clerk of the Superior Court

DEC  5 2007

By: L. McALISTER, Deputy

5

6

7

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M. KINDER,<br><br>        Plaintiff,<br><br>v.<br><br>TERI HAUG dba LYNX MORTGAGE<br>and DOES 1 through 100, inclusive.<br><br>        Defendants. | CASE NO. 37-2007-00082556-CU-MC-CTL<br><br>**COMPLAINT FOR:**<br>**Violation(s) of Telephone Consumer**<br>**Protection Act of 1991**<br>**Violation(s) of 47 C.F.R. §68.318 (d)**<br>**Business and Professions**<br>**Code § 17538.43 (b)**<br>**Conversion**<br>**Trespass to Chattel**<br>**Unfair Business Practices**<br>**California Business & Professions**<br>**Code §22162** |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

## GENERAL ALLEGATIONS

1.  Plaintiff is, and at all times herein mentioned was, a resident of the County of San Diego, State of California.

2.  Defendant TERI HAUG dba LYNX MORTGAGE, a resident of California, was at all times herein mentioned doing business in the County of San Diego, State of California, and was at all times herein mentioned individually and personally responsible for the unsolicited facsimile advertising alleged herein.

3.  Plaintiff is unaware of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

-1-

Complaint for, *inter alia*, Violation(s) of the Telephone Consumer Protection Act of 1991

Chris Reichman  SBN 250485
3129 India Street
San Diego, CA 92103-6014
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff JAMES M. KINDER, an individual

F  I  L  E  D

Clerk of the Superior Court

DEC  5 2007

By: L. McALISTER, Deputy

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO

JAMES M. KINDER,

                Plaintiff,

v.

STEVE BAILEY INSURANCE
SERVICES, Inc., STEVE BAILEY,
and DOES 1 through 100, inclusive.

                Defendants.

CASE NO. 37-2007-00082557-CU-MC-CTL

**COMPLAINT FOR:**

**Violation(s) of Telephone Consumer
Protection Act of 1991
Violation(s) of 47 C.F.R. §68.318 (d)
Business and Professions
Code § 17538.43 (b)
Conversion
Trespass to Chattel
Unfair Business Practices**

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

follows:

### GENERAL ALLEGATIONS

    1.    Plaintiff is, and at all times herein mentioned was, a resident of the County of San

Diego, State of California.

    2.    Defendant STEVE BAILEY, a resident of California, was at all times herein

mentioned the owner and operator of Defendant STEVE BAILEY INSURANCE SERVICES, Inc.,

a California corporation doing business in the County of San Diego, State of California, and was at

all times herein mentioned individually and personally responsible for the unsolicited facsimile

advertising alleged herein.

    3.    Plaintiff is unaware of the true names and capacities of defendants sued herein as

-1-