1 | MARIA C. ROBERTS, State Bar No. 137907
mroberts@sheastokes.com
2 | RONALD R. GIUSSO, State Bar No. 184483
rgiusso@sheastokes.com
3 | SHEA STOKES ROBERTS & WAGNER, ALC
510 MARKET STREET, THIRD FLOOR
4 | SAN DIEGO, CALIFORNIA 92101-7025
TELEPHONE:  (619) 232-4261
5 | FACSIMILE:  (619) 232-4840

6 | Attorneys for *Specially Appearing* Defendant HARRAH'S ENTERTAINMENT, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | JAMES M. KINDER, | CASE NO.   07-CV-2132-DMS (AJB) [Consolidated with 07 CV 2226 DMS (POR)] |
| 12 | Plaintiff, | |
| 13 | vs. | Judge:       Hon. Dana M. Sabraw<br>Mag. Judge:  Hon. Anthony J. Battaglia |
| 14 | HARRAH'S ENTERTAINMENT, INC. and DOES 1 through 100, inclusive, | PROOF OF SERVICE |
| 15 | | |
| 16 | Defendants. | |

17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

*Kinder v. Harrah's Entertainment, Inc.*
United States District Court, Southern District of California Case No. 07 CV 2132 (DMS (AJB) [Consolidated with Case No. 07 CV 02226 DMS (POR)]

**PROOF OF SERVICE**

I, Ronald R. Giusso, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local Rule 5.4.

On March 6, 2008, I served the following document(s) described as:

- **DEFENDANT HARRAH'S ENTERTAINMENT, INC.'S NOTICE OF MOTION AND MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND IN THE AMOUNT OF $75,000;**

- **DEFENDANT HARRAH'S ENTERTAINMENT, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND IN THE AMOUNT OF $75,000;**

- **DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF DEFENDANT HARRAH'S ENTERTAINMENT, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND IN THE AMOUNT OF $75,000;**

- **NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF DEFENDANT HARRAH'S ENTERTAINMENT, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND IN THE AMOUNT OF $75,000; and**

- **[PROPOSED] ORDER.**

**Chad Austin**
chadaustin79@hotmail.com
chadaustin@cox.net


**DFS SERVICES LLC**
HMoore@bidnakeys.com


**David Israel**
disrael@sessions-law.biz
dblack@sessions-law.biz

1  **Debbie P Kirkpatrick**
   dpk@sessions-law.biz,mmw@sessions-law.biz,amc@sessions-law.biz

3  **Bryan C Shartle**
   bshartle@sessions-law.biz

5  **Jonathan Andrews Boynton**
   jboynton@knlh.com,vperez@knlh.com

6  **Mark E Ellis**
7  mellis@ecplslaw.com,restrella@ecplslaw.com

8  **David J Kaminski**
   kaminskid@cmtlaw.com

9  **John Winfield Klein**
10 jklein@pnbd.com

11 **Harvey Michael Moore**
   HMOORE@BIDNAKEYS.COM,JTHOMPSON@BIDNAKEYS.COM

12 **Tom Roddy Normandin**
13 tnormandin@pnbd.com,jwade@pnbd.com,bkemmis@pnbd.com

14  Executed on March 6, 2008, at San Diego, California.

15  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                        s/Maria C. Roberts
                                        Maria C. Roberts