1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for HARRAH'S ENTERTAINMENT, INC. and *Specially Appearing* Defendants
   HARRAH'S OPERATING COMPANY, INC. and HARRAH'S MARKETING SERVICES
7  CORPORATION.

8

9                        UNITED STATES DISTRICT COURT

10                      SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JAMES M. KINDER, | CASE NO. 07-CV-2132-DMS (AJB) [Consolidated with 07 CV 2226 DMS (POR)] |
| 13          Plaintiff, | Judge:      Hon. Dana M. Sabraw |
| 14  vs. | Mag. Judge: Hon. Anthony J. Battaglia |
| 15  HARRAH'S ENTERTAINMENT, INC.; HARRAH'S OPERATING COMPANY, INC.; | NOTICE OF MOTION AND MOTION OF *SPECIALLY APPEARING* DEFENDANTS |
| 16  HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LICENSE | TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6) |
| 17  COMPANY, LLC; HARRAH'S LAUGHLIN, INC.; HBR REALTY COMPANY, INC. and | ACCOMPANYING DOCUMENTS: |
| 18  DOES 1 through 100, inclusive, | MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF |
| 19          Defendants. | MARIA C. ROBERTS; DECLARATION OF MICHAEL E. KOSTRINSKY; NOTICE OF |
| 20 | LODGMENT OF EXHIBITS; [PROPOSED] ORDER |
| 21 | |
| 22 | Date:    April 18, 2008 Time:    1:30 a.m. |
| 23 | Courtroom: 13 |

24  ///

25  ///

26  ///

27  ///

28  ///

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

NOTICE IS HEREBY GIVEN that on April 18, 2008, at 1:30 a.m. in Department 13 of the above-entitled Court, located at 880 Front Street, San Diego, California 92101-8900, *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC. and HARRAH'S MARKETING SERVICES CORPORATION will move this Court for an order to dismiss this action pursuant to F.R.CIV.P. Rule 12(b)(2), (6).

The motion is based on this notice of motion, the memorandum of points and authorities, the declarations of Maria C. Roberts and Michael E. Kostrinsky, the notice of lodgment of exhibits filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated: March 13, 2008         By:  /s/Ronald R. Giusso
                                   Maria C. Roberts
                                   Ronald R. Giusso
                                   Attorneys for HARRAH'S ENTERTAINMENT, INC. and *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC. and HARRAH'S MARKETING SERVICES CORPORATION