```
 1  MARIA C. ROBERTS, State Bar No. 137907
    mroberts@sheastokes.com
 2  RONALD R. GIUSSO, State Bar No. 184483
    rgiusso@sheastokes.com
 3  SHEA STOKES ROBERTS & WAGNER, ALC
    510 MARKET STREET, THIRD FLOOR
 4  SAN DIEGO, CALIFORNIA 92101-7025
    TELEPHONE:    (619) 232-4261
 5  FACSIMILE:    (619) 232-4840

 6  Attorneys for HARRAH'S ENTERTAINMENT, INC. and  Specially Appearing Defendants
    HARRAH'S OPERATING COMPANY, INC. and HARRAH'S MARKETING SERVICES
 7  CORPORATION.

 8
                        UNITED STATES DISTRICT COURT
 9
                       SOUTHERN DISTRICT OF CALIFORNIA
10
11
12  JAMES M. KINDER,                    CASE NO. 07-CV-2132-DMS (AJB)
                                        [Consolidated with 07 CV 2226 DMS (POR)]
13         Plaintiff,
                                        Judge:      Hon. Dana M. Sabraw
14  vs.                                 Mag. Judge: Hon. Anthony J. Battaglia

15  HARRAH'S ENTERTAINMENT, INC.;       DECLARATION OF MICHAEL E.
    HARRAH'S OPERATING COMPANY, INC.;   KOSTRINSKY IN SUPPORT OF
16  HARRAH'S MARKETING SERVICES         SPECIALLY APPEARING DEFENDANTS'
    CORPORATION; HARRAH'S LICENSE       MOTION TO DISMISS PURSUANT TO
17  COMPANY, LLC; HARRAH'S LAUGHLIN,    F.R.CIV.P. RULE 12(b)(2), (6)
    INC.; HBR REALTY COMPANY, INC. and
18  DOES 1 through 100, inclusive,      ACCOMPANYING DOCUMENTS:
                                        NOTICE OF MOTION AND MOTION;
19         Defendants.                  MEMORANDUM OF POINTS AND
                                        AUTHORITIES; DECLARATION OF
20                                      MARIA C. ROBERTS; NOTICE OF
                                        LODGMENT OF EXHIBITS; [PROPOSED]
21                                      ORDER

22                                      Date:       April 18. 2008
                                        Time:       1:30 a.m.
23                                      Courtroom:  13

24  ///
25  ///
26  ///
27  ///
28  ///
```

1  I, Michael E. Kostrinsky, declare:

2

3  1.   I am the Chief Litigation Officer for Harrah's Operating Company, Inc. As such, I
4  have personal knowledge of Harrah's Operating Company, Inc., its holdings, and those of its
5  affiliates and Harrah's Entertainment, Inc. I make this declaration based on that knowledge.

6

7  2.   *Specially Appearing* Defendant Harrah's Entertainment, Inc. is a Delaware
8  corporation, headquartered in Las Vegas, Nevada. It does not have offices in California; does not
9  own property in California; does not have employees in California; and, does not conduct business
10 in California. *Specially Appearing* Defendant Harrah's Entertainment, Inc. does not make
11 telemarketing or other telephone calls to individuals in California using an automatic telephone
12 dialing system, artificial or prerecorded voice, or otherwise.

13

14 3.   Harrah's Operating Company, Inc. is a Delaware corporation and is not
15 headquartered in California. It does not have offices in California; does not own property in
16 California; does not have employees in California; and, does not conduct business in California.
17 Harrah's Marketing Services Corporation is a foreign corporation; is not headquartered in
18 California; and does not own property in California. Harrah's License Company, LLC is a foreign
19 company and is not headquartered in California. It does not have offices in California; does not
20 own property in California; does not have employees in California; and, does not conduct business
21 in California. Harrah's Laughlin, Inc. is a foreign corporation and is not headquartered in
22 California. It does not have offices in California; does not own property in California; does not
23 have employees in California; and, does not conduct business in California. And, HBR Realty
24 Company, Inc. is a foreign corporation and is not headquartered in California. It does not have
25 offices in California; does not own property in California; does not have employees in California;
26 and, does not conduct business in California.

27

28

Revised Kostrinsky decl in opp to mtn to amend (S0079244)   -1-
CASE NO. 07 CV 2226 DMS (AJB)

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct. Executed this 11 day of January 2008, at Las Vegas, Nevada.

_____
Michael E. Kostrinsky