1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for HARRAH'S ENTERTAINMENT, INC. and *Specially Appearing* Defendants
   HARRAH'S OPERATING COMPANY, INC. and HARRAH'S MARKETING SERVICES
7  CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11

12  JAMES M. KINDER,                          CASE NO. 07-CV-2132-DMS (AJB)
                                              [Consolidated with 07 CV 2226 DMS (POR)]
13            Plaintiff,
                                              Judge:        Hon. Dana M. Sabraw
14  vs.                                       Mag. Judge:   Hon. Anthony J. Battaglia

15  HARRAH'S ENTERTAINMENT, INC.;             PROOF OF SERVICE
    HARRAH'S OPERATING COMPANY, INC.;
16  HARRAH'S MARKETING SERVICES
    CORPORATION; HARRAH'S LICENSE
17  COMPANY, LLC; HARRAH'S LAUGHLIN,
    INC.; HBR REALTY COMPANY, INC. and
18  DOES 1 through 100, inclusive,

19            Defendants.

20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1 | *Kinder v. Harrah's Entertainment, Inc.*
United States District Court, Southern District of California Case No. 07 CV 2132 (DMS (AJB)
2 | [Consolidated with Case No. 07 CV 02226 DMS (POR)]

3 | **PROOF OF SERVICE**

4 |     I, Maria C. Roberts, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local Rule 5.4.

5 |

6 |     On March 13, 2008, I served the following document(s) described as:

7 | • **NOTICE OF MOTION AND MOTION OF *SPECIALLY APPEARING* DEFENDANTS TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6);**

8 |

9 | • **MEMORANDUM OF POINTS AND AUTHORITIES BY *SPECIALLY APPEARING* DEFENDANTS IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6);**

10 |

11 | • **DECLARATION OF MARIA C. ROBERTS IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6);**

12 |

13 | • **DECLARATION OF MICHAEL E. KOSTRINSKY IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6)**

14 |

15 | • **NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6); and**

16 |

17 | • **[PROPOSED] ORDER.**

18 | **Chad Austin**
chadaustin79@hotmail.com
chadaustin@cox.net

19 |

20 | **DFS SERVICES LLC**
HMoore@bidnakeys.com

21 |

22 | **David Israel**
disrael@sessions-law.biz
23 | dblack@sessions-law.biz

24 |

25 | **Debbie P Kirkpatrick**
dpk@sessions-law.biz,mmw@sessions-law.biz,amc@sessions-law.biz

26 |

27 | **Bryan C Shartle**
bshartle@sessions-law.biz

28 |

-1-

CASE NO. 07-CV-2132-DMS (AJB)
[Consolidated with 07 CV 2226 DMS (POR)]

1 | **Jonathan Andrews Boynton**
jboynton@knlh.com,vperez@knlh.com

2

3 | **Mark E Ellis**
mellis@ecplslaw.com,restrella@ecplslaw.com

4 | **David J Kaminski**
kaminskid@cmtlaw.com

5

6 | **John Winfield Klein**
jklein@pnbd.com

7 | **Harvey Michael Moore**
HMOORE@BIDNAKEYS.COM,JTHOMPSON@BIDNAKEYS.COM

8

9 | **Tom Roddy Normandin**
tnormandin@pnbd.com,jwade@pnbd.com,bkemmis@pnbd.com

10     Executed on March 13, 2008, at San Diego, California.

11     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

12

13

14                                      s/Maria C. Roberts
                                     Maria C. Roberts

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 07-CV-2132-DMS (AJB)
[Consolidated with 07 CV 2226 DMS (POR)]