1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for HARRAH'S ENTERTAINMENT, INC. and *Specially Appearing* Defendants
   HARRAH'S OPERATING COMPANY, INC. and HARRAH'S MARKETING SERVICES
7  CORPORATION

8

9                            UNITED STATES DISTRICT COURT

10                          SOUTHERN DISTRICT OF CALIFORNIA

11

12 | JAMES M. KINDER,                                  | CASE NO. 07-CV-2132-DMS (AJB)
   |                                                   | [Consolidated with 07 CV 2226 DMS (POR)]
13 |         Plaintiff,                                |
   |                                                   | Judge:       Hon. Dana M. Sabraw
14 | vs.                                               | Mag. Judge:  Hon. Anthony J. Battaglia
   |                                                   |
15 | HARRAH'S ENTERTAINMENT, INC.;                     | PROOF OF SERVICE
   | HARRAH'S OPERATING COMPANY, INC.;                 |
16 | HARRAH'S MARKETING SERVICES                       |
   | CORPORATION; HARRAH'S LICENSE                     |
17 | COMPANY, LLC; HARRAH'S LAUGHLIN,                  |
   | INC.; HBR REALTY COMPANY, INC. and                |
18 | DOES 1 through 100, inclusive,                    |
   |                                                   |
19 |         Defendants.                               |

20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

CASE NO. 07-CV-2132-DMS (AJB)
[Consolidated with 07 CV 2226 DMS (POR)]

1  *Kinder v. Harrah's Entertainment, Inc.*
   United States District Court, Southern District of California Case No. 07 CV 2132 (DMS (AJB)
2  [Consolidated with Case No. 07 CV 02226 DMS (POR)]

3  **PROOF OF SERVICE**

4  I, Maria C. Roberts, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local Rule 5.4.

On March 27, 2008, I served the following document(s) described as:

- **NOTICE OF MOTION AND MOTION OF *SPECIALLY APPEARING* DEFENDANTS TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6);**

- **MEMORANDUM OF POINTS AND AUTHORITIES BY *SPECIALLY APPEARING* DEFENDANTS HARRAH'S LAUGHLIN, INC.; HARRAH'S LICENSE COMPANY, LLC; AND HBR REALTY COMPANY, INC. IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6);**

- **DECLARATION OF MARIA C. ROBERTS IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6);**

- **DECLARATION OF MICHAEL E. KOSTRINSKY IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6)**

- **NOTICE OF LODGMENT OF EXHIBITS IN SUPPORT OF *SPECIALLY APPEARING* DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6); and**

- **[PROPOSED] ORDER.**

**Chad Austin**
chadaustin79@hotmail.com
chadaustin@cox.net

**DFS SERVICES LLC**
HMoore@bidnakeys.com

**David Israel**
disrael@sessions-law.biz
dblack@sessions-law.biz

**Debbie P Kirkpatrick**
dpk@sessions-law.biz,mmw@sessions-law.biz,amc@sessions-law.biz

1  **Bryan C Shartle**
   bshartle@sessions-law.biz

2

3  **Jonathan Andrews Boynton**
   jboynton@knlh.com,vperez@knlh.com

4  **Mark E Ellis**
   mellis@ecplslaw.com,restrella@ecplslaw.com

5

6  **David J Kaminski**
   kaminskid@cmtlaw.com

7  **John Winfield Klein**
   jklein@pnbd.com

8

9  **Harvey Michael Moore**
   HMOORE@BIDNAKEYS.COM,JTHOMPSON@BIDNAKEYS.COM

10 **Tom Roddy Normandin**
   tnormandin@pnbd.com,jwade@pnbd.com,bkemmis@pnbd.com

11

12      Executed on March 27, 2008, at San Diego, California.

13      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

14

15                                          s/Maria C. Roberts
                                            Maria C. Roberts

16

17

18

19

20

21

22

23

24

25

26

27

28