# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br><br>　　　　　　　Defendant. | CASE NO. 07CV2226 (Consolidated with Master Case No. 07cv2132)<br><br>**ORDER CONSOLIDATING ORAL ARGUMENT** |

　　　Pending before the Court are two motions to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). The first motion was brought by Harrah's Operating Company, Inc. and Harrah's Marketing Services Corporation. [Doc. 43]. The second motion was brought by Harrah's Laughlin, Inc.; Harrah's License company LLC; and HBR Realty Company, Inc. [Doc. 44]. The first motion is set for hearing on April 18, 2008. The second is set for hearing on April 25, 2008. As both motions are based upon substantially the same facts and legal argument, the Court will hear both matters on April 25, 2008 at 1:30 p.m. unless otherwise indicated. The April 18, 2008 hearing date in this matter [Doc. 43] is vacated.

**IT IS SO ORDERED.**

DATED: April 1, 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　United States District Judge