# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>　　　　　　　　　Plaintiff,<br>　vs.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br><br>　　　　　　　　　Defendant. | CASE NO. 07CV2226 (Consolidated with Master Case No. 07cv2132)<br><br>**ORDER RE ORAL ARGUMENT** |

Pending before the Court is Defendant Harrah's Entertainment, Inc.'s motion to declare Plaintiff a vexatious litigant. [Doc. 42]. A hearing on this motion is currently scheduled for April 18, 2008. Several related motions are scheduled for hearing a week later, on April 25, 2008. In the interest of judicial efficiency, the Court vacates the April 18, 2008 hearing date, and instead will hear this motion on April 25, 2008.

**IT IS SO ORDERED.**

DATED: April 1, 2008

_____
HON. DANA M. SABRAW
United States District Judge