Chad Austin, Esq. SBN 235457
4632 Berwick Drive
San Diego, CA 92117
Telephone: (619) 992-7100
Facsimile: (619) 295-1401

Attorney for Plaintiff, JAMES M. KINDER, an individual

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONWIDE RECOVERY SYSTEMS, Inc. and all consolidated cases,<br><br>     Defendants. | Lead Case No. 07 CV 2132 DMS (AJB)<br>And all consolidated cases<br><br>Judge:         Hon. Dana M. Sabraw<br>Mag. Judge:  Hon. Anthony J. Battaglia<br><br>**NOTICE OF ATTORNEY CHANGE OF ADDRESS** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE THAT Chad Austin, Esq., attorney for Plaintiff JAMES M. KINDER, has changed his address to 4632 Berwick Drive, San Diego, California 92117. His new phone number is 619-992-7100.

DATED: April 11, 2008

By: /s/ Chad Austin
CHAD AUSTIN, Esq., Attorney for Plaintiff, JAMES M. KINDER
Email: chadaustin@cox.net

1

CASE NO. 07 CV 2132 DMS (AJB)