**EXHIBIT A**

FILED
Clerk of the Superior Court

JUN 28 2007

By: A. Gerba, Deputy

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

JAMES M. KINDER,

    Plaintiff,

v.

ADECCO, INC. and DOES 1 through 100, inclusive,

    Defendants.

CASE NO. GIC882000

ORDER LIFTING AUTOMATIC STAY AND DENYING DEFENDANT'S REQUEST FOR DISMISSAL AND OR REQUIREMENT OF A SECURITY (CCP § 391, et seq.)

AFTER REVIEWING THE NOTICE OF VEXATIOUS LITIGANT AND REQUEST FOR DISMISSAL AND/OR SECURITY, AS WELL AS THE OPPOSITION THERETO, THE COURT HEREBY RULES:

    James Kinder is subject to a pre-filing order pursuant to Code of Civil Procedure section 391, et seq. The order prohibits Mr. Kinder from filing litigation in pro per without approval of the presiding judge of the court where the litigation is to be filed. Here, Mr. Kinder is a plaintiff in an action filed by an attorney, Chad Austin. On June 8, 2007, defendant filed a Notice of Vexatious Litigant pursuant to Code of Civil Procedure section 391.7, subdivision (c). This created an automatic stay. Plaintiff filed an opposition to the Notice of Vexatious Litigant on June 25, 2007, which is within the statutory period to respond. (CCP § 391.7(c).)

    Code of Civil Procedure section 391.7, subdivision (a) states that the court may, "enter a prefiling order which prohibits a vexatious litigant from filing any new litigation in the courts of this state in propria persona without first obtaining leave of the presiding judge of the court

ORDER - 1

where the litigation is proposed to be filed." The statute does not, on its face, preclude a litigant subject to a pre-filing order from filing a lawsuit while represented by counsel, as in this case. Further, there is nothing to suggest that the pre-filing order against Mr. Kinder includes a prohibition against counsel filing suit on his behalf. Thus, there is not a violation of the pre-filing order.

The Court hereby lifts the automatic stay and requires defendant to plead within 10 days following service of this order.

IT IS SO ORDERED.

DATED: JUN 2 8 2007

HON. JANIS SAMMARTINO
PRESIDING JUDGE

ORDER - 2

**EXHIBIT B**

# EXHIBIT B

Kinder v. Harrah's Entertainment

07 CV 2132 DMS (AJB)
Consolidated with 07 CV 2226 DMS (AJB)

**May 25, 2005 at 2:23 p.m.**

"Hello this is Karen Gregory, the air program manager at Harrah's in Laughlin, Nevada. We still have a few seats available on the June 5th through 7th charter from San Diego to Laughlin. Because you are a valued Harrah's customer, we'd like to offer you a special package price of $129. That's right, round trip airfare and hotel accommodations for 2 people for a total of only $129. To take advantage, please call flight reservations at 1-800-315-9113 and ask for offer code SAN0605B. We hope you're able to join us on the June 5th charter to Laughlin."

**November 28, 2005 at 9:43 a.m.**

"...Bob Lea from Harrah's in Laughlin, Nevada. I'm calling to announce that we still have seats available on our flight departing from the San Diego international airport on Sunday December 4th and returning on Tuesday, December 6th. I want to make sure that you don't miss this opportunity for you and a friend to travel for 2 nights for the unbelievable low price of $109 per person and that includes your airfare and hotel accommodations. To take advantage of this terrific offer, please call 1-800-315-9113 and ask for offer code SAN1204R. Call now. The offer is based on availability while seats last. One of our representatives will gladly make your reservation."

**EXHIBIT C**

# Property Profile

**2900 S Casino Dr**
**Laughlin NV 89029**

## Property Information

| | | | |
|---|---|---|---|
| Owner(s) | Harrahs Laughlin Inc | Parcel # | 264-24-302-001 |
| Property | 2900 S Casino Dr | Map Coord | 264-024; 1472-D5 |
| | Laughlin, NV 89029 | Census Tract | 0057.02 |
| Mailing Addr | 1023 Cherry Rd | County | Clark |
| | Memphis, TN 38117 | Owner Phone | |
| Legal | PARCEL MAP FILE 48 PAGE 2 PT LOT 2 & PT LOT 3 PT S2 SEC 24 TWP 32 RGN 66 | | |
| Lot Number | 2 | Tract Number | |
| Block | | Subdivision | |

## Characteristics

| | | | | | | |
|---|---|---|---|---|---|---|
| Use | Hotel | Year Built | 1987 | Sq. Feet | 1167374 |
| Zoning | | Lot Size | 34.57 / 1505869.2 | # of units | 9999 |
| Bedrooms | | Bathrooms | | Fireplace | |
| #Rooms | | Quality | | Heating | |
| Pool/Spa | N | Air | N | Style | |
| Stories | 1 | Improvements | | Parking | |
| Flood | X | | | | |

Attributes
Other

## Property Sale Information

| | | | | | |
|---|---|---|---|---|---|
| Sale Date | | $/Sq. Ft. | | 2nd Mtg. | |
| Sale Price | | 1st Loan | | Prior Sale Amt. | |
| Doc No. | 870819000341 | Loan Type | | Prior Sale Dt. | |
| Doc Type | Deed (reg) | Xfer Date | 08/19/1987 | Prior Doc No. | |
| Seller | | Lender | | Prior Doc Type | |

## Tax Information

| | | | |
|---|---|---|---|
| Imp Value | $32,675,226.00 | Exemption | |
| Land Value | $7,510,522.00 | Tax Year/Area | 2007/107 |
| Total Value | $40,185,748.00 | Tax Value | $40,185,748.00 |
| Tax Amount | $1,494,610.10 | Improved | TI_improved |

**Information compiled from various sources and is deemed reliable but not guaranteed.**

**EXHIBIT D**

HARRAHS.COM    RESERVATIONS    MY HARRAHS    ORGANIZATION



Check-In Date
[Dec] [18] [2007]

Check-Out Date
[Dec] [19] [2007]

#Adults  #Children
[1]      [0]

View/Cancel Reservation



    

FLY AWAY & PLAY

HOME › TOP DESTINATIONS › HARRAH'S LAUGHLIN

### STAY & PLAY PACKAGES

 **ROOM & SPA**
2 nights stay & $50 Salon & Day Spa credit. From $50/night plus tax.
**LEARN MORE!**

 **SCORE OFFER 3 NIGHTS**
3 nights and 2 racing tickets for Saturday's Racing from $70/night plus tax
**LEARN MORE!**

VIEW ALL PACKAGES FOR HARRAH'S LAUGHLIN

### EVENTS/ENTERTAINMENT

 **WINTERFEST 2008**
Don't miss the coolest event of the New Year: WinterBreak!
**LEARN MORE!**

 **STEVE LUCKY & THE RHUMBA BUMS**
The joint is jumpin when Steve Lucky & the Rhumba Bums swing into the Fiesta Showroom, Jan. 5 - 16, 2008
**LEARN MORE!**

[+] FEEDBACK

  

    

2900 South Casino Drive, Laughlin, NV 89029 (702) 298-4600

If you're planning a vacation, Harrah's Laughlin can open the door to a world of Nevada entertainment. Harrah's Laughlin hotel & casino is one of the premier Nevada hotels and casinos. For easy hotel reservations, Harrah's Laughlin offers convenient online booking. If you're seeking the best in dining, entertainment, and gambling, look no further than Harrah's Laughlin. Book your hotel reservation today and experience all that Harrah's Laughlin Hotel & Casino has to offer.

Harrah's welcomes those of legal age to gamble in a casino to our website.

Know When to Stop Before You Start.® Gambling Problem? Call 1-800-522-4700.
© 2007 Harrah's License Company, LLC. All Rights Reserved.
The use of this website is governed by Nevada law.
Privacy | Security | Legal

**EXHIBIT E**

# EXHIBIT E

Kinder v. Harrah's Entertainment

07 CV 2132 DMS (AJB)
Consolidated with 07 CV 2226 DMS (AJB)

December 9, 2003 at 10:19 a.m.

"...Harrah's Rincon with an exclusive VIP offer. You and a guest are invited to a special presentation of Showgirls this Wednesday night, December 10th, at 7:00 p.m. This sensational production is an exclusive in Southern California direct from the Rio in Vegas. Then enjoy a night in our fabulous hotel with a twenty dollar dining credit. To reserve this great package simply call 1-866 oh yeah oh. That's 866 649 3240 and ask for offer code RCA holiday. To be able to repeat this message just by pressing 2 on your touch tone phone. Hope to see you tomorrow night for Showgirls at Harrah's Rincon."

**EXHIBIT F**

# EXHIBIT F

Kinder v. Harrah's Entertainment

07 CV 2132 DMS (AJB)
Consolidated with 07 CV 2226 DMS (AJB)

**October 26, 2006 at 2:29 p.m.**

"...Bluffs Casino and hotel. It's a great offer, just for you. I'd like to invite you to be my guest for up to 3 complimentary nights this Sunday October 29th through Tuesday October 31st 2006. There's plenty of exciting entertainment now through Halloween so come into Harrah's Casino Council Bluffs to check it out. Rooms are limited, so if you'd like to make your hotel reservation, please press 9 on your telephone keypad now or call 1-800-Harrah's. That's 1-800-427-7247. Please tell the reservation agent you'd like to use offer COU0PLX. That code again is COU0PLX. If you'd like to repeat this message, please press 2. This message is not intended for persons who have been disassociated from Harrah's or Horseshoe Casinos. If you wish to have your phone number removed from your account, please either press 7 now or call 712-396-3934 and leave the phone number you wish to have removed. Stay and play at Harrah's Council Bluffs, the fun place to play."

**EXHIBIT G**

2701 23rd Ave
Council Bluffs IA 51501


Property Profile

### Property Information

| Owner(s) | Hbr Realty Co Inc | Parcel # | 000035.35000583001000 |
|---|---|---|---|
| Property | 2701 23rd Ave | Map Coord | |
| | Council Bluffs, IA 51501 | Census Tract | 0313.00 |
| Mailing Addr | 1023 Cherry Rd | County | Pottawattamie |
| | Memphis, TN 38117 | Owner Phone | |
| Legal | SECTION 3-74-44 PT W1/2 SE COMM 1554.04' S CENTER SEC 3 TH E279.66' N1222' W82.58' N290' E1117.97' S2435.39' W1317.73' N929.85' TO POB (PARCEL 2). | | |
| Lot Number | | Tract Number | |
| Block | | Subdivision | |

### Characteristics

| Use | Commercial Building | Year Built | | Sq. Feet | |
|---|---|---|---|---|---|
| Zoning | | Lot Size | | # of units | |
| Bedrooms | | Bathrooms | | Fireplace | |
| #Rooms | | Quality | | Heating | |
| Pool/Spa | N | Air | N | Style | |
| Stories | | Improvements | | Parking | |
| Flood | | | | | |

Attributes
Other

### Property Sale Information

| Sale Date | | $/Sq. Ft. | | 2nd Mtg. | |
|---|---|---|---|---|---|
| Sale Price | | 1st Loan | | Prior Sale Amt. | |
| Doc No. | | Loan Type | | Prior Sale Dt. | |
| Doc Type | | Xfer Date | | Prior Doc No. | |
| Seller | | Lender | | Prior Doc Type | |

### Tax Information

| Imp Value | $60,615,500.00 | Exemption | |
|---|---|---|---|
| Land Value | $2,134,500.00 | Tax Year | 2005 |
| Total Value | $62,750,000.00 | Tax Value | $62,750,000.00 |
| Tax Amount | $1,105,748.00 | Improved | TI_improved |

**Information compiled from various sources and is deemed reliable but not guaranteed.**

**EXHIBIT H**

Harrah's Council Bluffs: Council Bluffs Hotel and Casino. Book Your Council Bluffs Hotel Reservation ... Page 1 of 1

Case 3:07-cv-02132-DMS-AJB    Document 51-3    Filed 04/11/2008    Page 17 of 17



**Check-In Date**
Dec ▼  18 ▼  2007 ▼

**Check-Out Date**
Dec ▼  19 ▼  2007 ▼

**#Adults  #Children**
1 ▼   0 ▼

View/Cancel Reservation

  

- Hotel Overview
- Gaming
- Stay & Play Packages
- Hot Deals
- Events/Entertainment
- Dining
- Things To Do
  - Fitness Center
  - Nightlife
  - Shopping
  - Salon
  - Golf
- Groups & Meetings
  - Weddings
- Maps & Information

 **TONY ORLANDO**
Two Tickets to Tony Orlando Concert & a One Night Hotel Stay at Harrah's Council Bluffs for just $209.
**LEARN MORE!**

 **BLUE OYSTER CULT**
Two Tickets to the Blue Oyster Cult Concert and a One Night Hotel Stay at Harrah's Council Bluffs for just $209.
**LEARN MORE!**

VIEW ALL PACKAGES FOR HARRAH'S COUNCIL BLUFFS.

 **HOT GIFTS, COOL MILLION**
Hot Gifts, Cool Million
**LEARN MORE!**

 **AFRODISIACS**
Afrodisiacs on New Year's Eve
**LEARN MORE!**

 **BLUE OYSTER CULT**
Blue Oyster Cult LIVE at Harrah's
**LEARN MORE!**

 **10X MERRY MULTIPLIER**
Swipe Your Total Rewards Card to Multiply Your Credits!
**LEARN MORE!**

**TONY ORLANDO**
Tony Orlando
**LEARN MORE!**

**VERTIGO AT 360 ENTERTAINMENT**
Every Friday & Saturday!
**LEARN MORE!**




Address: 2701 23 Ave; Council Bluffs, IA 51502; Phone: (712) 329-6000

[+] FEEDBACK