1   Chad Austin, Esq. SBN 235457
    4632 Berwick Drive
2   San Diego, CA 92117
    Telephone: (619) 992-7100
3   Facsimile: (619) 295-1401

4   Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8

                    **UNITED STATES DISTRICT COURT**

9

                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. 07 CV 2132 DMS (AJB) |
| Plaintiff, | **Consolidated with 07cv2226 DMS (AJB)** |
| v. | PROOF OF SERVICE |
| HARRAH'S ENTERTAINMENT, Inc.; HARRAH'S OPERATING COMPANY, Inc.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LICENSE COMPANY, LLC; HARRAH'S LAUGHLIN, Inc.; HBR REALTY COMPANY, Inc. and DOES 1 through 100, inclusive, | |
| Defendants. | |

20          I, the undersigned, declare that:

21

22          I am over the age of 18 years and not a party to this case; I am employed in and am a

23   resident of the County of San Diego, State of California, where the within service occurred, and

24   my business address is 4632 Berwick Drive, San Diego, California 92117.

25   / / /

26   / / /

27   / / /

28   / / /

                                                              PROOF OF SERVICE

1   I caused to be served on **April 11, 2008**, the following documents:

2   **OPPOSITION TO MOTION TO DISMISS; DECLARATION OF CHAD AUSTIN;**

3   **EXHIBITS**

4   on the interested parties in this action through their attorneys, as stated below, who have

5   agreed to accept electronic service in this matter, by electronically filing and serving said

6   documents via the Court's CM/ECF electronic filing server:

7   HARVEY M. MOORE                         David J. Kaminski
    BIDNA & KEYS, APLC                      Carlson & Messer
8   hmoore@bidnakeys.com                    kaminskd@cmtlaw.com

9   Jonathan Andrews Boynton                Ronald R. Giusso
    Kirby Noonan Lance and Hoge             Maria Roberts
10  jboynton@knlh.com                       Shea Stokes Roberts & Wagner
                                            rgiusso@sheastokes.com
11  DEBBIE P. KIRKPATRICK                   mroberts@sheastokes.com
    Sessions, Fishman, Nathan and Israel
12  In California, L.L.P.                   Tom Roddy Normandin
    dkirkpatrick@sessions-law.biz           Prenovost Normandin Bergh and Dawe
13                                          TNormandin@pnbd.com
    DAVID ISRAEL
14  BRYAN C. SHARTLE                        Mark Ellis; Andrew Steinheimer
    SESSIONS, FISHMAN, NATHAN,              Ellis, Coleman, Poirier, LaVoie &
15  & ISRAEL L.L.P.                         Steinheimer, LLP
    disrael@sessions-law.biz                mellis@ecplslaw.com
16  bshartle@sessions-law.biz               asteinheimer@ecplslaw.com

17  By first class United States Mail to:

18  Ansis Viksnins
    Lindquist and Vennum
19  4200 IDS Center
    80 South 8th Street
20  Minneapolis, Minnesota 55402

21  I declare under penalty of perjury, under the laws of the State of California and the laws

22  of the United States, that the foregoing is true and correct and that this declaration was executed

23  on April 11, 2008 at San Diego, California.

24                                  By: /s/ Chad Austin
                                        CHAD AUSTIN, Esq.
25                                      Attorney for Plaintiff, James M. Kinder
                                        Email: chadaustin@cox.net
26

27

28

                                   - 2 -