**EXHIBIT A**



FILED
Clerk of the Superior Court
JUN 28 2007
By: A. Gerba, Deputy

# THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

# IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M. KINDER,<br><br>    Plaintiff,<br>v.<br>ADECCO, INC. and DOES 1 through 100, inclusive,<br>    Defendants. | CASE NO. GIC882000<br><br>ORDER LIFTING AUTOMATIC STAY AND DENYING DEFENDANT'S REQUEST FOR DISMISSAL AND OR REQUIREMENT OF A SECURITY (CCP § 391, et seq.) |

AFTER REVIEWING THE NOTICE OF VEXATIOUS LITIGANT AND REQUEST FOR DISMISSAL AND/OR SECURITY, AS WELL AS THE OPPOSITION THERETO, THE COURT HEREBY RULES:

    James Kinder is subject to a pre-filing order pursuant to Code of Civil Procedure section 391, et seq. The order prohibits Mr. Kinder from filing litigation in pro per without approval of the presiding judge of the court where the litigation is to be filed. Here, Mr. Kinder is a plaintiff in an action filed by an attorney, Chad Austin. On June 8, 2007, defendant filed a Notice of Vexatious Litigant pursuant to Code of Civil Procedure section 391.7, subdivision (c). This created an automatic stay. Plaintiff filed an opposition to the Notice of Vexatious Litigant on June 25, 2007, which is within the statutory period to respond. (CCP § 391.7(c).)

    Code of Civil Procedure section 391.7, subdivision (a) states that the court may, "enter a prefiling order which prohibits a vexatious litigant from filing any new litigation in the courts of this state in propria persona without first obtaining leave of the presiding judge of the court

where the litigation is proposed to be filed." The statute does not, on its face, preclude a litigant subject to a pre-filing order from filing a lawsuit while represented by counsel, as in this case. Further, there is nothing to suggest that the pre-filing order against Mr. Kinder includes a prohibition against counsel filing suit on his behalf. Thus, there is not a violation of the pre-filing order.

The Court hereby lifts the automatic stay and requires defendant to plead within 10 days following service of this order.

IT IS SO ORDERED.

DATED: JUN 2 8 2007

HON. JANIS SAMMARTINO
PRESIDING JUDGE

**EXHIBIT B**

# EXHIBIT B

Kinder v. Harrah's Entertainment

07 CV 2132 DMS (AJB)
Consolidated with 07 CV 2226 DMS (AJB)

October 26, 2006 at 7:24 p.m.

"Calling to tell you about...some big events at Harrah's Las Vegas. I'm pleased to announce that I'll be bringing my holiday show to Harrah's this November 22nd through all of December. So go online or call for your reservations today at 702-369-5222. That's 702-369-5222. Secondly, the great gift wrap up is coming to Harrah's Las Vegas November 13th through the 19th. Now don't miss this chance to do your holiday shopping using the points you've earned this year. You've got to use 'em or you lose em'. So don't miss out on this. Call 1-866-972-7871 to make your reservations today. Come visit us for these great events and get ready for the holidays. Have a good one. Based upon availability."

**EXHIBIT C**

3475 Las Vegas Blvd S
Las Vegas NV 89109



**Property Profile**

### Property Information

| Owner(s) | Harrahs Club | Parcel # | 162-16-301-008 |
|---|---|---|---|
| Property | 3475 Las Vegas Blvd S | Map Coord | 162-016; 924-B1 |
| | Las Vegas, NV 89109 | Census Tract | 0023.00 |
| Mailing Addr | 1023 Cherry Rd | County | Clark |
| | Memphis, TN 38117 | Owner Phone | |
| Legal | PARCEL MAP FILE 56 PAGE 72 LOT 1 & PARCEL MAP 57-51 LOT 1 & PT W2 SW4 SEC 16 21 61 PT N2 SW4 SEC 16 TWP 21 RGN 61. | | |
| Lot Number | 1 | Tract Number | |
| Block | | Subdivision | |

### Characteristics

| Use | Hotel | Year Built | 1990 | Sq. Feet | 4030569 |
|---|---|---|---|---|---|
| Zoning | | Lot Size | 17.73 / 772318.8 | # of units | 9999 |
| Bedrooms | | Bathrooms | | Fireplace | |
| #Rooms | | Quality | | Heating | |
| Pool/Spa | N | Air | N | Style | |
| Stories | 1 | Improvements | | Parking | |
| Flood | X | | | | |

Attributes
Other

### Property Sale Information

| Sale Date | | $/Sq. Ft. | | 2nd Mtg. | |
|---|---|---|---|---|---|
| Sale Price | | 1st Loan | | Prior Sale Amt. | |
| Doc No. | | Loan Type | | Prior Sale Dt. | |
| Doc Type | | Xfer Date | | Prior Doc No. | |
| Seller | | Lender | | Prior Doc Type | |

### Tax Information

| Imp Value | $75,594,602.00 | Exemption | |
|---|---|---|---|
| Land Value | $59,901,062.00 | Tax Year/Area | 2007/470 |
| Total Value | $135,495,664.00 | Tax Value | $135,495,664.00 |
| Tax Amount | $4,128,791.03 | Improved | TI_improved |

Information compiled from various sources and is deemed reliable but not guaranteed.

**EXHIBIT D**

HARRAHS.COM | RESERVATIONS | MY HARRAHS | CASINO LOCATOR

**Check-In Date**
[Dec] [18] [2007]

**Check-Out Date**
[Dec] [19] [2007]

**#Adults  #Children**
[1]    [0]

**View/Cancel Reservation**


Comedian of the Year
Rita Rudner - Purchase Tickets




EXCLUSIVE EMAIL OFFERS! SIGN UP NOW!

Harrah's Las Vegas

- Hotel Overview
- Gaming
- Stay & Play Packages
- Hot Deals
- Events/Entertainment
- Dining
- Things To Do
   Spa & Health Club
   Golf
   Nightlife
   Pool
- Groups & Meetings
- Maps & Information


**HOT DEALS AT HARRAH'S LAS VEGAS**
Heart-pounding excitement from $45/N1
**LEARN MORE!**


**RITA RUDNER**
"Best Comedian in Las Vegas" by the Las Vegas Review-Journal for five straight years!
**LEARN MORE!**


**HATS!**
Hats! A music and comedy celebration! Starting January 12, 2008 at Harrah's Las Vegas.
**LEARN MORE!**


**CARNAVAL COURT NEW YEAR'S EVE**
The only out door New Years Eve Party on the Strip!
**LEARN MORE!**


**THE MAC KING COMEDY MAGIC SHOW**
"Best Afternoon Show in Las Vegas!" as mentioned in Where magazine.
**LEARN MORE!**


**THE IMPROV**
World-Famous Comedy! Celebrating 25 years of laughter in Vegas! Three new comedians each week.
**LEARN MORE!**

[+] FEEDBACK

COMPANY INFORMATION | CAREERS | INVESTOR RELATIONS | GROUPS AND MEETINGS


        
 

3475 Las Vegas Blvd South, Las Vegas, NV 89109 1-800-214-9110

If you're planning a Las Vegas vacation, Harrah's Las Vegas can open the door to a world of entertainment. Harrah's Las Vegas Hotel & Casino is one of the premier hotels and casinos. For easy hotel reservations, Harrah's Las Vegas offers convenient online booking. If you're seeking the best in dining, nightlife, shows, and Las Vegas gambling on your Las Vegas trip, look no further than Harrah's Las Vegas. Book your hotel reservation today and experience what makes Harrah's Las Vegas Hotel & Casino has to offer.

Harrah's welcomes those of legal age to gamble in a casino to our website.

Know When to Stop Before You Start.® Gambling Problem? Call 1-800-522-4700.
© 2007 Harrah's License Company, LLC. All Rights Reserved.
The use of this website is governed by Nevada law.
Privacy  Security  Legal

**EXHIBIT E**

NEVADA Secretary of State — Miller

HOME | ABOUT ROSS | NEWS | FAQ | CONTACT US | SEARCH

Information Center | Election Center | Business Center | Licensing Center | Securities Center | Online Services

My Data Reports | Business Entity Search | Fee Schedule (Data Reports) | Login (Data Reports)

# Entity Actions for "HARRAH'S CLUB"

Sort by [File Date ▼]  ⦿ descending ○ ascending  order  [Re-Sort]

1 - 19 of 19 actions

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | Merge Out | | |
| Document Number: | C1429-1971-018 | # of Pages: | 1 |
| File Date: | 08/31/1995 | Effective Date: | |
| ARTICLES OF MERGER FILED MERGING THIS CORPORATION INTO HARRAH'S OPERATING | | | |
| COMPANY, INC., A (DE) CORPORATION NOT QUALIFIED IN NEVADA. EFFECTIVE DATE: | | | |
| 8/31/95, 6:00 P.M. EASTERN DAYLIGHT TIME. FORWARDING ADDRESS: THE CORPORATION | | | |
| TRUST CO. OF NEVADA, ONE E FIRST ST, RENO NV 89501. (5)PGS. DMF | | | |
| Action Type: | Resident Agent Change | | |
| Document Number: | C1429-1971-019 | # of Pages: | 1 |
| File Date: | 08/31/1995 | Effective Date: | |
| CORPORATION TRUST COMPANY OF NEVADA | | | |
| 6100 NEIL ROAD #500 RENO NV 89511 DMF | | | |
| Action Type: | Annual List | | |
| Document Number: | C1429-1971-002 | # of Pages: | 1 |
| File Date: | 07/05/1995 | Effective Date: | |
| List of Officers for 1995 to 1996 | | | |
| Action Type: | Merger | | |
| Document Number: | C1429-1971-017 | # of Pages: | 1 |
| File Date: | 06/29/1995 | Effective Date: | |

**EXHIBIT F**

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of JAN 11, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| HARRAH'S OPERATING COMPANY, INC. |||
| **Number:** C1242088 | **Date Filed:** 3/19/1984 | **Status:** active |
| **Jurisdiction:** DELAWARE |||
| Address |||
| ONE CAESARS PALACE DR |||
| LAS VEGAS, NV 89109 |||
| Agent for Service of Process |||
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |||
| PO BOX 526036 |||
| SACRAMENTO, CA 95852 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT G**

# California Business Portal
### Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JAN 11, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| HARRAH'S MARKETING SERVICES CORPORATION |||
| **Number:** C2105438 | **Date Filed:** 4/14/1998 | **Status:** active |
| **Jurisdiction:** NEVADA |||
| Address |||
| ONE CAESARS PALACE DR |||
| LAS VEGAS, NV 89109 |||
| Agent for Service of Process |||
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |||
| PO BOX 526036 |||
| SACRAMENTO, CA 95852 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT H**

# EXHIBIT H

Kinder v. Harrah's Entertainment

07 CV 2132 DMS (AJB)
Consolidated with 07 CV 2226 DMS (AJB)

December 9, 2003 at 10:19 a.m.

"...Harrah's Rincon with an exclusive VIP offer. You and a guest are invited to a special presentation of Showgirls this Wednesday night, December 10th, at 7:00 p.m. This sensational production is an exclusive in Southern California direct from the Rio in Vegas. Then enjoy a night in our fabulous hotel with a twenty dollar dining credit. To reserve this great package simply call 1-866 oh yeah oh. That's 866 649 3240 and ask for offer code RCA holiday. To be able to repeat this message just by pressing 2 on your touch tone phone. Hope to see you tomorrow night for Showgirls at Harrah's Rincon."