**EXHIBIT A**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| NUMBER | COMPLAINT DATE | HEARING DATE | HEARING TIME | DEPT | CALENDAR NO. |
|--------|----------------|--------------|--------------|------|--------------|
| GIC789588 | 05/31/02 | 01/26/04 | | 73 | COURT USE ONLY |

| JUDGE/COMMISSIONER | CLERK |
|--------------------|-------|
| HON. S. CHARLES WICKERSHAM | |

| REPORTER | CSR # |
|----------|-------|
| | |

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT |
|----------------------|----------------------|
| OSI COLLECTION SERVICES INC | JAMES M KINDER |

The above matter came on for hearing with the below appearances for:

| ATTORNEY OF RECORD | PHONE | APPEARANCE BY |
|--------------------|-------|---------------|
| | | |
| | | |
| | | (add'l signatures - use attached sheet) |

**IT IS ORDERED AS FOLLOWS:**

PURSUANT TO CRC 225 AND/OR SUPERIOR COURT RULES DIVISION II, RULE 2.13, AND THE NOTICE OF DISMISSAL PREVIOUSLY SERVED ON THE PARTIES BY THE COURT, THE ABOVE-ENTITLED CASE IS DISMISSED.

ESTIMATED TRIAL TIME: _____ day(s).          JURY / NON-JURY

[ ] Ordered dismissed with_____ without_____ prejudice.

**IT IS SO ORDERED:**

Dated: 01/26/04                                    *S. Charles Wickersham*

                                    JUDGE/COMMISSIONER OF THE SUPERIOR COURT

**EXHIBIT B**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
330 W. Broadway, Dept. 73
San Diego, CA 92101
619-685-6119

TO:

**FILE COPY:** PAGE 1 OF 1

3    NOTICES PREPARED

---

OSI COLLECTION SERVICES INC

                                Plaintiff(s)

                        vs.

JAMES M KINDER

                                Defendant(s)

Case No.: GIC789588

## NOTICE OF DISMISSAL BY COURT

---

UNLESS ONE OF THE FOLLOWING OCCURS, THE COURT WILL DISMISS THE ABOVE-ENTITLED CASE WITHOUT PREJUDICE ON  01/26/04  .

1) File a judgment or dismissal (see Superior Court Rules, Division II, Rule 2.40, if applicable).

2) Appear ex parte in the department listed below and show good cause why the case should not be dismissed.
   Report to ____ Judge S. CHARLES WICKERSHAM ____.

Only one continuance will be granted.

All inquiries regarding this notice should be referred to the court and phone number listed above.

### CERTIFICATE OF SERVICE
I certify that: I am not a party to the above-entitled case; on the date shown below, I served this notice on the parties shown by placing a true copy in a separate envelope, addressed as shown; each envelope was then sealed and, with postage thereon fully prepaid, deposited in the United States Postal Service at San Diego California.

DATED: 12/11/03                          BY: CLERK OF THE SUPERIOR COURT

KENNETH S. KAWABATA
MAXIE RHEINHEIMER STEPHENS & VREVICH,...
600 WEST BROADWAY, SUITE 900
SAN DIEGO, CA 92101-3354

JAMES M KINDER
5775 CAMINITO PULSERA
LA JOLLA, CA 92037-7160

JAMES M. KINDER
3129 INDIA ST
SAN DIEGO, CA 92103-6014

**EXHIBIT C**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| NUMBER | COMPLAINT DATE | HEARING DATE | HEARING TIME | DEPT | CALENDAR NO. |
|---|---|---|---|---|---|
| GIC789588 | 05-31-02 | ▶ 08/22/03 8/21/03 | 01:55PM | 73 | COURT USE ONLY |

JUDGE/COMMISSIONER

HON.  S. CHARLES WICKERSHAM

CLERK
MORRIS/NAPPI

REPORTER
HAUPT/SHIMEK
P.O.BOX 120128, SAN DIEGO, CA 92112-0128                CSR #

PLAINTIFF/PETITIONER

OSI COLLECTION SERVICES INC

DEFENDANT/RESPONDENT

JAMES M KINDER

ATTORNEY FOR PLAINTIFF/PETITIONER

KENNETH S. KAWABATA (1)          ☐P ☐NP

ATTORNEY FOR DEFENDANT/RESPONDENT

JAMES M KINDER                    ☐P ☐NP

1. PLAINTIFF SJ

COURT USE ONLY

F   I   L   E   D
Clerk of the Superior Court

AUG 2 1 2003
8/21/03
BY J. ANN MORRIS, Deputy

## THIS MATTER HAVING COME BEFORE THE COURT THIS DATE, THE COURT ORDERS:

☐ PRIOR TO CALENDAR CALL  ☐ OFF-CALENDAR  ☐ GRANTED  ☐ BOND$ _____

☐ PRIOR TO CALENDAR CALL  ☐ CONT. TO _8-27-03_ IN DEPT _73_ AT _700 m_  ☐ DENIED  ☐ WITH/WITHOUT PREJUDICE

☐ TRO  ☐ CONTINUED  ☐ VACATED

☐ ALL PREVIOUS ORDERS REMAIN IN FULL FORCE AND EFFECT.

☐ TELEPHONIC  ☐ CONTINUED FOR ORAL ARGUMENT ON _____

☐ ORAL ARGUMENT  ☐ TELEPHONIC DATED _____  ☐ CONFIRMED  ☐ MODIFIED

☐ DISPOSES OF ENTIRE ACTION  ☐ DOES NOT DISPOSE OF ENTIRE ACTION

☐ PREVAILING PARTY TO PREPARE AND FILE FORMAL ORDER PURSUANT TO CRC 391.

☐ OTHER

Dated: 08/22/03

JUDGE/COMMISSIONER OF THE SUPERIOR COURT

**EXHIBIT D**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| NUMBER | COMPLAINT DATE | HEARING DATE | HEARING TIME | DEPT | CALENDAR NO. |
|---|---|---|---|---|---|
| GIC789588 | 05-31-02 | 8/15/03 | 2:00 pm | 73 | |

| JUDGE/COMMISSIONER | CLERK |
|---|---|
| S. Charles Wickersham | D Morris |

**COURT USE ONLY**
F I L E D
Clerk of the Superior Court
AUG 15 2003
by: D. ANN MORRIS, Deputy

| REPORTER | CSR # |
|---|---|
| | |

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT |
|---|---|
| OSI COLLECTION SERVICES INC | JAMES M KINDER |

| ATTORNEY FOR PLAINTIFF/PETITIONER | ATTORNEY FOR DEFENDANT/RESPONDENT |
|---|---|
| Kenneth S. Kawabata | James M. Kinder |

The above matter came on for hearing with the below appearances for:

1. π : SJ

THIS MATTER HAVING COME BEFORE THE COURT THIS DATE, THE COURT ORDERS:

☑ PRIOR TO CALENDAR CALL   ☐ OFF-CALENDAR   ☐ GRANTED   ☐ BOND$ _____
                                                    ☐ DENIED    ☐ WITH/WITHOUT PREJUDICE
☐ PRIOR TO CALENDAR CALL   ☑ CONT. TO 8/22/03 IN DEPT 73 AT 2:00 pm
☐ TRO   ☐ CONTINUED   ☐ VACATED
☐ ALL PREVIOUS ORDERS REMAIN IN FULL FORCE AND EFFECT.
☐ TELEPHONIC   ☐ CONTINUED FOR ORAL ARGUMENT ON _____
☐ ORAL ARGUMENT   ☐ TELEPHONIC DATED _____   ☐ CONFIRMED   ☐ MODIFIED
☐ DISPOSES OF ENTIRE ACTION   ☐ DOES NOT DISPOSE OF ENTIRE ACTION
☐ PREVAILING PARTY TO PREPARE AND FILE FORMAL ORDER PURSUANT TO CRC 391.
☐ OTHER

Dated:  8/15/03

S. Charles Wickersham

JUDGE/COMMISSIONER OF THE SUPERIOR COURT

# EXHIBIT E

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| NUMBER | COMPLAINT DATE | HEARING DATE | HEARING TIME | DEPT | CALENDAR NO. |
|---|---|---|---|---|---|
| GIC789588 | 05-31-02 | 11/21/03 | 01:55PM | 73 | COURT USE ONLY |

FILED
Clerk of the Superior Court

NOV 2 0 2003

By: D. ANN MORRIS, Deputy

| JUDGE/COMMISSIONER | CLERK |
|---|---|
| HON.  S. CHARLES WICKERSHAM | MORRIS/NAPPI |

| REPORTER | CSR # |
|---|---|
| HAUPT/SHIMEK P.O.BOX 120128, SAN DIEGO, CA 92112-0128 | |

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT |
|---|---|
| OSI COLLECTION SERVICES INC | JAMES M KINDER |

| ATTORNEY FOR PLAINTIFF/PETITIONER | ATTORNEY FOR DEFENDANT/RESPONDENT |
|---|---|
| KENNETH S. KAWABATA (1)    ☐P ☐NP | JAMES M KINDER    ☐P ☐NP |

1.  PLAINTIFF TELE: SUMMARY JUDGMENT

THIS MATTER HAVING COME BEFORE THE COURT THIS DATE, THE COURT ORDERS:

☐ PRIOR TO CALENDAR CALL  ☐ OFF-CALENDAR    ☐ GRANTED   ☐ BOND$ _____
                                             ☐ DENIED   ☐ WITH/WITHOUT PREJUDICE
☐ PRIOR TO CALENDAR CALL  ☐ CONT. TO _____ IN DEPT _____ AT _____
☐ TRO  ☐ CONTINUED  ☐ VACATED
☐ ALL PREVIOUS ORDERS REMAIN IN FULL FORCE AND EFFECT.
☐ TELEPHONIC  ☐ CONTINUED FOR ORAL ARGUMENT ON _____
☐ ORAL ARGUMENT  ☐ TELEPHONIC DATED _____ ☐ CONFIRMED  ☐ MODIFIED
☐ DISPOSES OF ENTIRE ACTION    ☐ DOES NOT DISPOSE OF ENTIRE ACTION
☐ PREVAILING PARTY TO PREPARE AND FILE FORMAL ORDER PURSUANT TO CRC 391.
☒ OTHER  *Settled*

Dated: 11/21/03

*S. Charles Wickersham*

JUDGE/COMMISSIONER OF THE SUPERIOR COURT

**EXHIBIT F**

**OSI Support Services, Inc.**
Operating Account
200 South Executive Drive
Brookfield, WI 53005

PAY    Ten thousand and 00/100 Dollars

PAY TO THE
ORDER OF:

KINDER JAMES
5775 CAMINTO PULSERA
LA JOLLA, CA 92037-7160

Bank of America
North Carolina

86-788
531

VOID 90 DAYS AFTER DATE

| CHECK DATE | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|
| 20-OCT-03 | 84888 | *****$10,000.00 |

⑈084888⑈ ⑆053107989⑆ 0004801831⑈

AUTHORIZED SIGNATURE

**EXHIBIT G**



F i L E D
Clerk of the Superior Court

JUN 2 8 2007

By: A. Gerba, Deputy

THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. GIC882000 |
| Plaintiff, | |
| v. | |
| ADECCO, INC. and DOES 1 through 100, inclusive, | ORDER LIFTING AUTOMATIC STAY AND DENYING DEFENDANT'S |
| Defendants. | REQUEST FOR DISMISSAL AND OR REQUIREMENT OF A SECURITY (CCP § 391, et seq.) |

AFTER REVIEWING THE NOTICE OF VEXATIOUS LITIGANT AND REQUEST FOR DISMISSAL AND/OR SECURITY, AS WELL AS THE OPPOSITION THERETO, THE COURT HEREBY RULES:

James Kinder is subject to a pre-filing order pursuant to Code of Civil Procedure section 391, et seq. The order prohibits Mr. Kinder from filing litigation in pro per without approval of the presiding judge of the court where the litigation is to be filed. Here, Mr. Kinder is a plaintiff in an action filed by an attorney, Chad Austin. On June 8, 2007, defendant filed a Notice of Vexatious Litigant pursuant to Code of Civil Procedure section 391.7, subdivision (c). This created an automatic stay. Plaintiff filed an opposition to the Notice of Vexatious Litigant on June 25, 2007, which is within the statutory period to respond. (CCP § 391.7(c).)

Code of Civil Procedure section 391.7, subdivision (a) states that the court may, "enter a prefiling order which prohibits a vexatious litigant from filing any new litigation in the courts of this state in propria persona without first obtaining leave of the presiding judge of the court

1   where the litigation is proposed to be filed." The statute does not, on its face, preclude a litigant

2   subject to a pre-filing order from filing a lawsuit while represented by counsel, as in this case.

3   Further, there is nothing to suggest that the pre-filing order against Mr. Kinder includes a

4   prohibition against counsel filing suit on his behalf. Thus, there is not a violation of the pre-

5   filing order.

6        The Court hereby lifts the automatic stay and requires defendant to plead within 10 days

7   following service of this order.

8        IT IS SO ORDERED.

9

10  DATED:    JUN 2 8 20

11                                    HON. JANIS SAMMARTINO
                                      PRESIDING JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT H**

## Telcordia® Telemarketing Data Source (TDS)

If you have a need to know which exchanges (NXXs) are most likely cellular, landline, or paging, the Telemarketing Data Source is an economical way to keep up with this information.

If your company has call center operations, needs to verify phone numbers, performs processing of customer contact information, or needs to suppress wireless or page numbers from a database application, or other similar needs, you'll find the Telemarketing Data Source a valuable tool for your business.

The Telemarketing Data Source provides a front-end application that permits you to **extract the data** provided relative to NPA NXX (prefix, exchange) and Thousands-Block assignments at various levels of selection criteria. Time Zone and Daylight Savings Indicators are also provided by NPA NXX.

_**Produced**: first workday monthly_

_**Subscription basis**: annual_

_**Distribution format(s)**: CD, web download_

Click here to request more information on TDS.

Sample TDS Available (5.5MB)

- once the file tds_eval_setup_3_0.exe is downloaded:
  - O double click on it to install the TDS sample
  - O a desktop icon will then be installed
- (10.0 MB available space required on hard drive)

Return to Product Listing

# EXHIBIT I

npanxx

```
310869
310870
310875
408208
408223
408231
408233
408236
408237
408250
408275
408278
408280
408282
408283
408288
408289
408290
408291
408301
408302
408303
408304
408305
408306
408308
408312
408322
408327
408337
408344
408348
408364
408381
408388
408397
408403
408407
408415
408431
408432
408439
408442
408443
408444
408456
408473
408485
408488
408496
408504
408506
408507
408534
408552
408581
408587
408589
408596
408599
408607
408619
408631
```

npanxx

```
408651
408652
408674
408696
408697
408698
408699
408703
408709
408720
408725
408744
408747
408760
408768
408769
408772
408787
408788
408798
408814
408815
408816
408819
408820
408860
408864
408865
408870
408880
408881
408885
408909
408917
408920
408925
408928
408932
408939
408943
408948
408949
408951
408955
408977
408989
408991
408992
408993
408994
408995
408999
415201
415204
415207
415208
415210
415212
415219
415220
415224
415227
415232
```

```
                                    npanxx
     415245
     415246
     415251
     415253
     415256
     415257
     415258
     415259
     415270
     415280
     415290
     415303
     415313
     415319
     415327
     415342
     415350
     415372
     415389
     415394
     415399
     415414
     415420
     415442
     415443
     415459
     415463
     415481
     415485
     415491
     415515
     415521
     415527
     415530
     415533
     415540
     415541
     415558
     415560
     415576
     415579
     415588
     415604
     415605
     415607
     415620
     415629
```