1  Chad Austin, Esq. SBN 235457
   4632 Berwick Drive
2  San Diego, CA 92117
   Telephone: (619) 992-7100
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8              **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11
   JAMES M.  KINDER,                    )  CASE NO. 07 CV 2132 DMS (AJB)
12                                      )  **Consolidated with 07cv2226 DMS (AJB)**
                  Plaintiff,            )
13                                      )  PROOF OF SERVICE
   v.                                   )
14                                      )
   HARRAH'S ENTERTAINMENT, Inc.;        )
15 HARRAH'S OPERATING COMPANY, Inc.;    )
   HARRAH'S MARKETING SERVICES          )
16 CORPORATION; HARRAH'S LICENSE        )
   COMPANY, LLC; HARRAH'S LAUGHLIN,     )
17 Inc.; HBR REALTY COMPANY, Inc. and   )
   DOES 1 through 100, inclusive,       )
18                                      )
                  Defendants.           )
19 _____  )

20        I, the undersigned, declare that:

21

22        I am over the age of 18 years and not a party to this case; I am employed in and am a

23 resident of the County of San Diego, State of California, where the within service occurred, and

24 my business address is 4632 Berwick Drive, San Diego, California 92117.

25 / / /

26 / / /

27 / / /

28 / / /

                                                       PROOF OF SERVICE

1    I caused to be served on **April 11, 2008**, the following documents:

2    **OPPOSITION TO MOTION FOR SECURITY; DECLARATION OF CHAD AUSTIN;**

3    **DECLARATION OF CHRISTOPHER J. REICHMAN; EXHIBITS**

4    on the interested parties in this action through their attorneys, as stated below, who have

5    agreed to accept electronic service in this matter, by electronically filing and serving said

6    documents via the Court's CM/ECF electronic filing server:

7    HARVEY M. MOORE                      David J. Kaminski
     BIDNA & KEYS, APLC                   Carlson & Messer
8    hmoore@bidnakeys.com                 kamisnkd@cmtlaw.com

9    Jonathan Andrews Boynton             Ronald R. Giusso
     Kirby Noonan Lance and Hoge          Maria Roberts
10   jboynton@knlh.com                    Shea Stokes Roberts & Wagner
                                          rgiusso@sheastokes.com
11   DEBBIE P. KIRKPATRICK                mroberts@sheastokes.com
     Sessions, Fishman, Nathan and Israel
12   In California, L.L.P.                Tom Roddy Normandin
     dkirkpatrick@sessions-law.biz        Prenovost Normandin Bergh and Dawe
13                                        TNormandin@pnbd.com
     DAVID ISRAEL
14   BRYAN C. SHARTLE                     Mark Ellis; Andrew Steinheimer
     SESSIONS, FISHMAN, NATHAN,           Ellis, Coleman, Poirier, LaVoie &
15   & ISRAEL L.L.P.                      Steinheimer, LLP
     disrael@sessions-law.biz             mellis@ecplslaw.com
16   bshartle@sessions-law.biz            asteinheimer@ecplslaw.com

17   By first class United States Mail to:

18   Ansis Viksnins
     Lindquist and Vennum
19   4200 IDS Center
     80 South 8th Street
20   Minneapolis, Minnesota 55402

21   I declare under penalty of perjury, under the laws of the State of California and the laws

22   of the United States, that the foregoing is true and correct and that this declaration was executed

23   on April 11, 2008 at San Diego, California.

24                                        By: /s/ Chad Austin
                                          CHAD AUSTIN, Esq.
25                                        Attorney for Plaintiff, James M. Kinder
                                          Email: chadaustin@cox.net
26

27

28