1  Chad Austin, Esq. SBN 235457
   4632 Berwick Drive
2  San Diego, CA 92117
   Telephone: (619) 992-7100
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff, JAMES M. KINDER, an individual

5

6

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | JAMES M. KINDER, | ) | Lead Case No. 07 CV 2132 DMS (AJB) |
|---|---|---|---|
| 12 | | ) | [Consolidated with 07CV2226 DMS (AJB)] |
| 13 | Plaintiff, | ) | Judge:      Hon. Dana M. Sabraw |
| | | ) | Magistrate: Hon. Anthony J. Battaglia |
| 14 | v. | ) | **NOTICE OF ERRATA RE:** |
| 15 | HARRAH'S ENTERTAINMENT, Inc. and | ) | **DECLARATION OF CHRISTOPHER J. REICHMAN FILED IN SUPPORT** |
| 16 | DOES 1 through 100, inclusive, | ) | **OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR** |
| 17 | Defendants. | ) | **SECURITY** |
| 18 | | ) | Date/Time:  April 25, 2008 at 1:30 p.m. |
| 19 | _____ | ) | Courtroom:  10 |

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27
                                    1
28                                                    CASE NO. 07 CV 2132 DMS (AJB)

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE
2  TAKE NOTICE THAT Plaintiff JAMES M. KINDER hereby resubmits the Declaration of
3  Christopher J. Reichman in support of his opposition to Defendant Harrah's Entertainment, Inc.'s
4  motion to declare Plaintiff a vexatious litigant and to require him to post a bond.  The declaration
5
6  of Christopher J. Reichman originally submitted by Plaintiff was signed but due to a purely
7  technological error, Mr. Reichman's signature on the declaration filed with the court appeared
8  blurry and illegible.  The declaration submitted herewith is the same in all respects, except with a
9  more legible signature.
10 DATED: April 25, 2008
11
12                                          By: /s/ Chad Austin
                                                CHAD AUSTIN, Esq., Attorney for
13                                              Plaintiff, JAMES M. KINDER
                                                chadaustin@cox.net
14
15
16
17
18
19
20
21
22
23
24
25
26
27                          2
28                                                          CASE NO. 07 CV 2132 DMS (AJB)