```
1   Chad Austin, Esq. SBN 235457
    4632 Berwick Drive
2   San Diego, CA 92117
    Telephone: (619) 992-7100
3   Facsimile: (619) 295-1401

4   Attorney for Plaintiff JAMES M. KINDER, an individual
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| JAMES M. KINDER, | ) CASE NO. 07 CV 2132 DMS (AJB) |
|---|---|
| Plaintiff, | ) **Consolidated with 07cv2226 DMS (AJB)** |
| v. | ) PROOF OF SERVICE |
| HARRAH'S ENTERTAINMENT, Inc.; HARRAH'S OPERATING COMPANY, Inc.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LICENSE COMPANY, LLC; HARRAH'S LAUGHLIN, Inc.; HBR REALTY COMPANY, Inc. and DOES 1 through 100, inclusive, | ) |
| Defendants. | ) |

I, the undersigned, declare that:

I am over the age of 18 years and not a party to this case; I am employed in and am a resident of the County of San Diego, State of California, where the within service occurred, and my business address is 4632 Berwick Drive, San Diego, California 92117.

/ / /

/ / /

/ / /

/ / /

PROOF OF SERVICE

1    I caused to be served on **April 25, 2008**, the following documents:

2    **NOTICE OF ERRATA RE: DECLARATION OF CHRISTOPHER J. REICHMAN**

3    on the interested parties in this action through their attorneys, as stated below, who have

4    agreed to accept electronic service in this matter, by electronically filing and serving said

5    documents via the Court's CM/ECF electronic filing server:

| | |
|---|---|
| HARVEY M. MOORE<br>BIDNA & KEYS, APLC<br>hmoore@bidnakeys.com | David J. Kaminski<br>Carlson & Messer<br>kamisnkd@cmtlaw.com |
| Jonathan Andrews Boynton<br>Kirby Noonan Lance and Hoge<br>jboynton@knlh.com | Ronald R. Giusso<br>Maria Roberts<br>Shea Stokes Roberts & Wagner<br>rgiusso@sheastokes.com<br>mroberts@sheastokes.com |
| DEBBIE P. KIRKPATRICK<br>Sessions, Fishman, Nathan and Israel<br>In California, L.L.P.<br>dkirkpatrick@sessions-law.biz | Tom Roddy Normandin<br>Prenovost Normandin Bergh and Dawe<br>TNormandin@pnbd.com |
| DAVID ISRAEL<br>BRYAN C. SHARTLE<br>SESSIONS, FISHMAN, NATHAN,<br>& ISRAEL L.L.P.<br>disrael@sessions-law.biz<br>bshartle@sessions-law.biz | Mark Ellis; Andrew Steinheimer<br>Ellis, Coleman, Poirier, LaVoie &<br>Steinheimer, LLP<br>mellis@ecplslaw.com<br>asteinheimer@ecplslaw.com |

16    By first class United States Mail to:

17    Ansis Viksnins
Lindquist and Vennum
18    4200 IDS Center
80 South 8th Street
19    Minneapolis, Minnesota 55402

20    I declare under penalty of perjury, under the laws of the State of California and the laws

21    of the United States, that the foregoing is true and correct and that this declaration was executed

22    on April 25, 2008 at San Diego, California.

23    By: /s/ Chad Austin
    CHAD AUSTIN, Esq.
24    Attorney for Plaintiff, James M. Kinder
    Email: chadaustin@cox.net

- 2 -