1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:    (619) 232-4261
5  FACSIMILE:    (619) 232-4840

6  Attorneys for HARRAH'S ENTERTAINMENT, INC. and *Specially Appearing* Defendants
   HARRAH'S OPERATING COMPANY, INC.; HARRAH'S MARKETING SERVICES
7  CORPORATION; HARRAH'S LAUGHLIN, INC.; HARRAH'S LICENSE COMPANY, LLC;
   and HBR REALTY COMPANY, INC.

8

9

                        UNITED STATES DISTRICT COURT
10
                       SOUTHERN DISTRICT OF CALIFORNIA
11

12

13 | JAMES M. KINDER,                          | CASE NO.     07-CV-2132-DMS (AJB)
   |                                           | [Consolidated with 07 CV 2226 DMS (POR)]
14 |         Plaintiff,                        |
   |                                           | Judge:        Hon. Dana M. Sabraw
15 | vs.                                       | Mag. Judge:   Hon. Anthony J. Battaglia
   |                                           |
16 | HARRAH'S ENTERTAINMENT, INC.;             | Action Date:  October 2, 2007
   | HARRAH'S OPERATING COMPANY, INC.;         |
17 | HARRAH'S MARKETING SERVICES               | DEFENDANT HARRAH'S
   | CORPORATION; HARRAH'S LICENSE             | ENTERTAINMENT, INC.'S RESPONSE TO
18 | COMPANY, LLC; HARRAH'S LAUGHLIN,          | OBJECTIONS AND MOTION TO STRIKE
   | INC.; HBR REALTY COMPANY, INC. and        | EVIDENCE SUBMITTED IN SUPPORT OF
19 | DOES 1 through 100, inclusive,            | MOTION TO DECLARE PLAINTIFF A
   |                                           | VEXATIOUS LITIGANT AND FOR AN
20 |         Defendants.                       | ORDER REQUIRING HIM TO POST A
   |                                           | BOND IN THE AMOUNT OF $75,000
21 |                                           |
   |                                           | Date:         April 25, 2008
22 |                                           | Time:         1:30 p.m.
   |                                           | Courtroom:    10
23

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

---

4842-1912-6018.1                                    CASE NO. 07-CV-2132-DMS (AJB)
                                                    [Consolidated with 07 CV 2226 DMS (POR)]

1. **Exhibits 1 and 2:**

Exhibit 1 is a true and correct copy of the Web page of the San Diego County Superior Court docket showing KINDER's filings from 2000-2006. Exhibit 2 is a true and correct copy of the Web page of the San Diego County Superior Court docket showing KINDER's filings in 2007.

**Response to Objections:** Plaintiff's objections with respect to judicial notice are misplaced. Exhibit 1 and Exhibit 2 are both true and correct copies of webpage printouts from the San Diego County Superior Court docket, which is a publicly available Website, showing Plaintiff JAMES M. KINDER's multiple filings from 2000 through 2007. The documents are certainly relevant, and a foundation and authentication has been laid in the Declaration of Ronald R. Giusso, accompanying the Motion to Declare Plaintiff a Vexatious Litigant. Accordingly, Plaintiff's objections should be overruled.

2. **Exhibits 3, 4, 6-14:**

Exhibit 3 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. States Recovery Systems, Inc.*, Case No. GIC 818823.

Exhibit 4 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. Household Automotive Finance Corporation*, Case No. GIC 818812.

Exhibit 6 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. Rite Air* Corporation, Case No. GIC 818821.

Exhibit 7 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. Mitsubishi Motors Credit of America, Inc.*, Case No. GIC 818822.

/ / /

/ / /

/ / /

1. Exhibit 8 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. NCO Financial Systems, Inc.*, Case No. GIC 818820.

2. Exhibit 9 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. 24 Hour Fitness USA, Inc.*, Case No. GIC 818819.

3. Exhibit 10 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. Bay Area Credit Service, Inc.*, Case No. GIC 818818.

4. Exhibit 11 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. Washington Mutual Bank, Washington Mutual Finance, and North American Mortgage Company*, Case No. GIC 818816.

5. Exhibit 12 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. Western Collection Recovery, Inc.*, Case No. GIC 818817.

6. Exhibit 13 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. Collectech Systems, Inc.*, Case No. GIC 818815.

7. Exhibit 14 is a true and correct copy of the Complaint and Order Denying Permission to File New Litigation in the case of *James M. Kinder v. Triad Financial Corporation*, Case No. GIC 818814.

**Response to Objections:** Plaintiff's objections entirely miss the point. The documents taken from the San Diego County Superior Court's files in the cases referenced in Exhibits 3, 4, and 6-14 are not submitted to the Court in order to prove the truth of the matters asserted in such documents. Rather, the documents were provided to the Court as evidence of prior rulings regarding JAMES M. KINDER in the San Diego County Superior Court. As such, the documents are entirely appropriate for judicial notice. The exhibits have been properly authenticated, and

Defendant Harrah's Entertainment, Inc. requests this Court take judicial notice of the exhibits mentioned herein. (*See*, FRE 201(d).)

3.  **Exhibit 5:**

Exhibit 5 is a true and correct copy of the complaint in the case of *James M. Kinder v. Corporate Collection Services, Inc.*, Case No. GIC 822762, with notification from the Court requiring a pre-filing order before any KINDER case can be filed.

**Response to Objection:** Plaintiff objects to Exhibit 5 that it is an illegible document with handwriting on it. As such, Plaintiff claims it is hearsay. Plaintiff's counsel must be looking at the wrong document. The document attached as Exhibit 5 to the presently pending motion to deem JAMES M. KINDER a vexatious litigant is a true and correct copy of the complaint in the case of *James M. Kinder v. Corporate Collection Services, Inc.*, Case No. GIC 822762.

4.  **Exhibit 16:**

Exhibit 16 is a true and correct copies of Vexatious Litigant Lists for September 2007, October 2007, and January 2008, prepared and maintained by the Administrative Office of the Court of California.

**Response to Objection:** Plaintiff objects to Exhibit 16 as hearsay, irrelevant, lacking in foundation, and lacking authentication. In reality, Exhibit 16 is a list created by the Administrative Office of the Courts of the State of California that identifies all persons who are subject to pre-filing orders as of a certain date. Exhibit 16 includes those persons surrounding the alphabet "K" that were subject to pre-filing orders as of September 28, 2007; October 31, 2007; and through January 31, 2008. While it is understandable that JAMES M. KINDER would wish to confuse the Court and try to hide the fact that he has been a vexatious litigant for at least the past five years in the eyes of the State of California, the document speaks for itself, has been properly authenticated, and is wholly relevant to the issues presently before this Court. Moreover,

1  the Court may take judicial notice of these documents as Court records. (*See*, FRE 201; *United*
2  *States v. Warneke*, 199 F.3d 906, 909, fn. 1 (7th Cir. 1999); *Doran v. Eckold*, 409 F.3d 958, 962,
3  fn. 1 (9th Cir. 2005).

5  **5.**   **Exhibit 28:**

6  Exhibit 28 is a true and correct copy of an article in SanDiegoReader.com entitled "City
7  Lights" dated January 17, 2008.

9  **Response to Objection**: The document is a true and correct copy of an article in the San
10 Diego Reader entitled "City Lights" dated January 17, 2008. The document sets forth matters that
11 are generally known to the public regarding KINDER, his conduct in depositions, his vulgarity,
12 and his business of filing lawsuits related to his famous telephone number. The document speaks
13 for itself.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated: April 18, 2008          By:  s/Ronald R. Giusso
                                    Maria C. Roberts
                                    Ronald R. Giusso
                                    Attorneys for HARRAH'S ENTERTAINMENT,
                                    INC. and *Specially Appearing* Defendants
                                    HARRAH'S OPERATING COMPANY, INC.;
                                    HARRAH'S MARKETING SERVICES
                                    CORPORATION; HARRAH'S LAUGHLIN,
                                    INC.; HARRAH'S LICENSE COMPANY, LLC;
                                    and HBR REALTY COMPANY, INC.