| | |
|---|---|
| 1 | MARIA C. ROBERTS, State Bar No. 137907 |
|   | mroberts@sheastokes.com |
| 2 | RONALD R. GIUSSO, State Bar No. 184483 |
|   | rgiusso@sheastokes.com |
| 3 | SHEA STOKES ROBERTS & WAGNER, ALC |
|   | 510 MARKET STREET, THIRD FLOOR |
| 4 | SAN DIEGO, CALIFORNIA 92101-7025 |
|   | TELEPHONE:   (619) 232-4261 |
| 5 | FACSIMILE:   (619) 232-4840 |

Attorneys for HARRAH'S ENTERTAINMENT, INC. and *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC. and HARRAH'S MARKETING SERVICES CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>  Plaintiff,<br><br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC.;<br>HARRAH'S OPERATING COMPANY, INC.;<br>HARRAH'S MARKETING SERVICES<br>CORPORATION; HARRAH'S LICENSE<br>COMPANY, LLC; HARRAH'S LAUGHLIN,<br>INC.; HBR REALTY COMPANY, INC. and<br>DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO. 07-CV-2132-DMS (AJB)<br>[Consolidated with 07 CV 2226 DMS (POR)]<br><br>Judge:        Hon. Dana M. Sabraw<br>Mag. Judge:   Hon. Anthony J. Battaglia<br><br>PROOF OF SERVICE |

///
///
///
///
///
///
///
///

CASE NO. 07-CV-2132-DMS (AJB)
[Consolidated with 07 CV 2226 DMS (POR)]

*Kinder v. Harrah's Entertainment, Inc.*
United States District Court, Southern District of California Case No. 07 CV 2132 (DMS (AJB)
[Consolidated with Case No. 07 CV 02226 DMS (POR)]

## PROOF OF SERVICE

I, Maria C. Roberts, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local Rule 5.4.

On April 18, 2008, I served the following document(s) described as:

- **REPLY OF HARRAH'S ENTERTAINMENT, INC. TO MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND IN THE AMOUNT OF $75,000;**

- **DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF REPLY OF HARRAH'S ENTERTAINMENT, INC. TO MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND IN THE AMOUNT OF $75,000;**

- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HARRAH'S ENTERTAINMENT, INC.'S MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND FOR AN ORDER REQUIRING PLAINTIFF TO POST A BOND IN THE AMOUNT OF $75,000; and**

- **DEFENDANT HARRAH'S ENTERTAINMENT, INC.'S RESPONSE TO OBJECTIONS AND MOTION TO STRIKE EVIDENCE SUBMITTED IN SUPPORT OF MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT AND FOR AN ORDER REQUIRING HIM TO POST A BOND IN THE AMOUNT OF $75,000.**

**Chad Austin**
chadaustin79@hotmail.com
chadaustin@cox.net

**DFS SERVICES LLC**
HMoore@bidnakeys.com

**David Israel**
disrael@sessions-law.biz
dblack@sessions-law.biz

**Debbie P Kirkpatrick**
dpk@sessions-law.biz,mmw@sessions-law.biz,amc@sessions-law.biz

**Bryan C Shartle**
bshartle@sessions-law.biz

1  **Jonathan Andrews Boynton**
   jboynton@knlh.com,vperez@knlh.com
2
   **Mark E Ellis**
3  mellis@ecplslaw.com,restrella@ecplslaw.com

4  **David J Kaminski**
   kaminskid@cmtlaw.com
5
   **John Winfield Klein**
6  jklein@pnbd.com

7  **Harvey Michael Moore**
   HMOORE@BIDNAKEYS.COM,JTHOMPSON@BIDNAKEYS.COM
8
   **Tom Roddy Normandin**
9  tnormandin@pnbd.com,jwade@pnbd.com,bkemmis@pnbd.com

10       Executed on April 18, 2008, at San Diego, California.

11       I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.
12

13
                                               s/Maria C. Roberts
14                                             Maria C. Roberts