1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:   (619) 232-4261
5  FACSIMILE:   (619) 232-4840

6  Attorneys for HARRAH'S ENTERTAINMENT, INC. and *Specially Appearing* Defendants
   HARRAH'S OPERATING COMPANY, INC. and HARRAH'S MARKETING SERVICES
7  CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

12 | JAMES M. KINDER,                              | CASE NO. 07-CV-2132-DMS (AJB)
                                                   | [Consolidated with 07 CV 2226 DMS (POR)]
13 |         Plaintiff,                            |
                                                   | Judge:      Hon. Dana M. Sabraw
14 | vs.                                           | Mag. Judge: Hon. Anthony J. Battaglia
15 | HARRAH'S ENTERTAINMENT, INC.;                 | PROOF OF SERVICE
    | HARRAH'S OPERATING COMPANY, INC.;            |
16 | HARRAH'S MARKETING SERVICES                   |
    | CORPORATION; HARRAH'S LICENSE                |
17 | COMPANY, LLC; HARRAH'S LAUGHLIN,              |
    | INC.; HBR REALTY COMPANY, INC. and           |
18 | DOES 1 through 100, inclusive,                |
19 |         Defendants.                           |

20
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

CASE NO. 07-CV-2132-DMS (AJB)
[Consolidated with 07 CV 2226 DMS (POR)]

*Kinder v. Harrah's Entertainment, Inc.*
United States District Court, Southern District of California Case No. 07 CV 2132 (DMS (AJB) [Consolidated with Case No. 07 CV 02226 DMS (POR)]

## PROOF OF SERVICE

I, Maria C. Roberts, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local Rule 5.4.

On April 18, 2008, I served the following document(s) described as:

- **JOINT REPLY OF *SPECIALLY APPEARING* DEFENDANTS HARRAH'S OPERATING COMPANY, INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LICENSE COMPANY, LLC; HARRAH'S LAUGHLIN, INC.; AND HBR REALTY COMPANY, INC.'S MOTIONS TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6);**

- **DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF JOINT REPLY OF *SPECIALLY APPEARING* DEFENDANTS HARRAH'S OPERATING COMPANY, INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LICENSE COMPANY, LLC; HARRAH'S LAUGHLIN, INC.; AND HBR REALTY COMPANY, INC.'S MOTIONS TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b)(2), (6);**

- ***SPECIALLY APPEARING* DEFENDANTS' OBJECTIONS AND MOTION TO STRIKE DECLARATION OF CHAD AUSTIN AND ACCOMPANYING EXHIBITS FILED IN SUPPORT OF PLAINTIFF JAMES M. KINDER'S OPPOSITION TO MOTION TO DISMISS; and**

- **RESPONSE BY *SPECIALLY APPEARING* DEFENDANTS TO PLAINTIFF'S OBJECTIONS AND MOTIONS TO STRIKE EVIDENCE SUBMITTED BY DEFENDANTS IN SUPPORT OF THEIR MOTIONS TO DISMISS.**

**Chad Austin**
chadaustin79@hotmail.com
chadaustin@cox.net


**DFS SERVICES LLC**
HMoore@bidnakeys.com


**David Israel**
disrael@sessions-law.biz
dblack@sessions-law.biz


**Debbie P Kirkpatrick**
dpk@sessions-law.biz,mmw@sessions-law.biz,amc@sessions-law.biz


**Bryan C Shartle**
bshartle@sessions-law.biz

1  **Jonathan Andrews Boynton**
   jboynton@knlh.com,vperez@knlh.com

2  **Mark E Ellis**
   mellis@ecplslaw.com,restrella@ecplslaw.com

3  **David J Kaminski**
   kaminskid@cmtlaw.com

4  **John Winfield Klein**
   jklein@pnbd.com

5  **Harvey Michael Moore**
   HMOORE@BIDNAKEYS.COM,JTHOMPSON@BIDNAKEYS.COM

6  **Tom Roddy Normandin**
   tnormandin@pnbd.com,jwade@pnbd.com,bkemmis@pnbd.com

Executed on April 18, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                    s/Maria C. Roberts
                                    Maria C. Roberts