# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br><br>　　　　　　Defendant. | CASE NO. 07CV2226 (Consolidated with Case No. 07cv2132)<br><br>**ORDER RE ORAL ARGUMENT** |

Pending before the Court is Defendants' motion to declare Plaintiff a vexatious litigant, currently scheduled for hearing on April 25, 2008. [Doc. 42]. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 71.(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: April 21, 2008

_____
HON. DANA M. SABRAW
United States District Judge