# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>                    Plaintiff,<br><br>   vs.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br><br>                    Defendant. | CASE NO. 07CV2226 (Consolidated with Case No. 07cv2132)<br><br>**ORDER RE ORAL ARGUMENT** |

Pending before the Court are Defendants' motions to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), currently scheduled for hearing on April 25, 2008. [Docs. 43 and 44]. The Court finds this matter suitable for submission without oral argument pursuant to Local Civil Rule 71.(d)(1). Accordingly, no appearances are required at this time.

**IT IS SO ORDERED.**

DATED: April 21, 2008

_____
HON. DANA M. SABRAW
United States District Judge