1  Chad Austin, Esq. SBN 235457
   4632 Berwick Drive
   San Diego, CA 92117
2  Telephone: (619) 992-7100
   Facsimile: (619) 295-1401
3
4  Attorney for Plaintiff, JAMES M. KINDER, an individual
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11 JAMES M. KINDER,                    )  Case No. 07 CV 2132 DMS (AJB)
                                       )  [Consolidated with 07CV2226 DMS (AJB)]
12              Plaintiff,             )
                                       )  Judge:      Hon. Dana M. Sabraw
13                                     )  Mag. Judge: Hon. Anthony J. Battaglia
   v.                                  )
14                                     )  NOTICE OF MOTION AND MOTION
   HARRAH'S ENTERTAINMENT, Inc.;       )  TO STRIKE EVIDENCE SUBMITTED
15 HARRAH'S OPERATING COMPANY,         )  BY DEFENDANTS IN SUPPORT OF
   Inc.; HARRAH'S MARKETING            )  THEIR REPLY RESPONSE TO
16 SERVICES CORPORATION; HARRAH'S      )  PLAINTIFF'S OPPOSITION TO
   LICENSE COMPANY, LLC; HARRAH'S      )  MOTION TO DISMISS
17 LAUGHLIN, Inc.; HBR REALTY          )
   COMPANY, Inc. and DOES 1 through 100,) Date:       April 25, 2008
18 inclusive,                          )  Time:       1:30 p.m.
                                       )  Courtroom:  10
19              Defendants.            )
20 _____)

21       TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE
22 TAKE NOTICE THAT Plaintiff objects to and hereby moves the Court to strike evidence
23 submitted by defendants in their reply response to Plaintiff's opposition to their motion to
24
25 dismiss.
26       Plaintiff's Motion is based on this Notice of Motion and Motion, the accompanying
27                                         1
28                                                        CASE NO. 07 CV 2132 DMS (AJB)

1 | Memorandum of Points and Authorities in Support Thereof, the pleadings and papers on file
2 | herein and other such matters as may be presented to the Court at the time of the hearing.
3 | DATED: April 22, 2008

By: /s/ Chad Austin
CHAD AUSTIN, Esq., Attorney for
Plaintiff, JAMES M. KINDER
Email: chadaustin@cox.net

2

CASE NO. 07 CV 2132 DMS (AJB)