1  Chad Austin, Esq. SBN 235457
   4632 Berwick Drive
   San Diego, CA 92117
2  Telephone: (619) 992-7100
   Facsimile: (619) 295-1401
3

4  Attorney for Plaintiff, JAMES M. KINDER, an individual

5

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 JAMES M. KINDER,                        )  Case No. 07 CV 2132 DMS (AJB)
                                           )  [Consolidated with 07CV2226 DMS (AJB)]
12              Plaintiff,                 )
                                           )  Judge:      Hon. Dana M. Sabraw
13                                         )  Mag. Judge: Hon. Anthony J. Battaglia
                                           )
14 v.                                      )
                                           )  **NOTICE OF MOTION AND MOTION**
15 HARRAH'S ENTERTAINMENT, Inc.;           )  **TO STRIKE EVIDENCE SUBMITTED**
   HARRAH'S OPERATING COMPANY,             )  **BY DEFENDANTS IN SUPPORT OF**
16 Inc.; HARRAH'S MARKETING                )  **THEIR REPLY RESPONSE TO**
   SERVICES CORPORATION; HARRAH'S          )  **PLAINTIFF'S OPPOSITION TO**
17 LICENSE COMPANY, LLC; HARRAH'S          )  **MOTION FOR SECURITY**
   LAUGHLIN, Inc.; HBR REALTY              )
18 COMPANY, Inc. and DOES 1 through 100,   )  Date:      April 25, 2008
   inclusive,                              )  Time:      1:30 p.m.
19                                         )  Courtroom: 10
                Defendants.                )
20 _____)

21      TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE

22 TAKE NOTICE THAT Plaintiff objects to and hereby moves the Court to strike evidence

23 submitted by defendants in their reply response to Plaintiff's opposition to their motion for

24
   security.
25

26      Plaintiff's Motion is based on this Notice of Motion and Motion, the accompanying

27                                        1
                                                    CASE NO. 07 CV 2132 DMS (AJB)
28

1  Memorandum of Points and Authorities in Support Thereof, the pleadings and papers on file
2  herein and other such matters as may be presented to the Court at the time of the hearing.
3  DATED: April 22, 2008

By: /s/ Chad Austin
CHAD AUSTIN, Esq., Attorney for
Plaintiff, JAMES M. KINDER
Email: chadaustin@cox.net