1  Chad Austin, Esq. SBN 235457
   4632 Berwick Drive
2  San Diego, CA 92117
   Telephone: (619) 992-7100
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8
                       UNITED STATES DISTRICT COURT
9
                      SOUTHERN DISTRICT OF CALIFORNIA
10

11

12 | JAMES M. KINDER,                          ) CASE NO. 07 CV 2132 DMS (AJB)
   |                                           ) **Consolidated with 07cv2226 DMS (AJB)**
   |            Plaintiff,                     )
13 |                                           ) PROOF OF SERVICE
   | v.                                        )
14 |                                           )
   | HARRAH'S ENTERTAINMENT, Inc.;             )
15 | HARRAH'S OPERATING COMPANY, Inc.;         )
   | HARRAH'S MARKETING SERVICES               )
16 | CORPORATION; HARRAH'S LICENSE             )
   | COMPANY, LLC; HARRAH'S LAUGHLIN,          )
17 | Inc.; HBR REALTY COMPANY, Inc. and        )
   | DOES 1 through 100, inclusive,            )
18 |                                           )
   |            Defendants.                    )
19 |_____)

20        I, the undersigned, declare that:

21

22        I am over the age of 18 years and not a party to this case; I am employed in and am a

23 resident of the County of San Diego, State of California, where the within service occurred, and

24 my business address is 4632 Berwick Drive, San Diego, California 92117.

25 / / /

26 / / /

27 / / /

28 / / /

                                                                              PROOF OF SERVICE

I caused to be served on **April 22, 2008**, the following documents:

**NOTICE OF MOTION AND MOTION TO STRIKE EVIDENCE SUBMITTED BY DEFENDANTS WITH THEIR REPLY IN SUPPORT OF THEIR MOTION FOR SECURITY; POINTS AND AUTHORITIES IN SUPPORT THEREOF**

on the interested parties in this action through their attorneys, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server:

| | |
|---|---|
| HARVEY M. MOORE<br>BIDNA & KEYS, APLC<br>hmoore@bidnakeys.com | David J. Kaminski<br>Carlson & Messer<br>kamisnkd@cmtlaw.com |
| Jonathan Andrews Boynton<br>Kirby Noonan Lance and Hoge<br>jboynton@knlh.com | Ronald R. Giusso<br>Maria Roberts<br>Shea Stokes Roberts & Wagner<br>rgiusso@sheastokes.com<br>mroberts@sheastokes.com |
| DEBBIE P. KIRKPATRICK<br>Sessions, Fishman, Nathan and Israel<br>In California, L.L.P.<br>dkirkpatrick@sessions-law.biz | Tom Roddy Normandin<br>Prenovost Normandin Bergh and Dawe<br>TNormandin@pnbd.com |
| DAVID ISRAEL<br>BRYAN C. SHARTLE<br>SESSIONS, FISHMAN, NATHAN,<br>& ISRAEL L.L.P.<br>disrael@sessions-law.biz<br>bshartle@sessions-law.biz | Mark Ellis; Andrew Steinheimer<br>Ellis, Coleman, Poirier, LaVoie &<br>Steinheimer, LLP<br>mellis@ecplslaw.com<br>asteinheimer@ecplslaw.com |

By first class United States Mail to:

Ansis Viksnins
Lindquist and Vennum
4200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402

I declare under penalty of perjury, under the laws of the State of California and the laws of the United States, that the foregoing is true and correct and that this declaration was executed on April 22, 2008 at San Diego, California.

By: /s/ Chad Austin
CHAD AUSTIN, Esq.
Attorney for Plaintiff, James M. Kinder
Email: chadaustin@cox.net

- 2 -