| | |
|---|---|
| 1 | MARIA C. ROBERTS, State Bar No. 137907 |
|   | mroberts@sheastokes.com |
| 2 | RONALD R. GIUSSO, State Bar No. 184483 |
|   | rgiusso@sheastokes.com |
| 3 | SHEA STOKES ROBERTS & WAGNER, ALC |
|   | 510 MARKET STREET, THIRD FLOOR |
| 4 | SAN DIEGO, CALIFORNIA 92101-7025 |
|   | TELEPHONE:   (619) 232-4261 |
| 5 | FACSIMILE:    (619) 232-4840 |

Attorneys for HARRAH'S ENTERTAINMENT, INC.; HARRAH'S OPERATING COMPANY, INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LAUGHLIN, INC.; HARRAH'S LICENSE COMPANY, LLC; and HBR REALTY COMPANY, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. 07-CV-2132-DMS (AJB) |
|  | [Consolidated with 07 CV 2226 DMS (POR)] |
| Plaintiff, |  |
|  | Judge:       Hon. Dana M. Sabraw |
| vs. | Mag. Judge:  Hon. Anthony J. Battaglia |
| HARRAH'S ENTERTAINMENT, INC.; HARRAH'S OPERATING COMPANY, INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LICENSE COMPANY, LLC; HARRAH'S LAUGHLIN, INC.; HBR REALTY COMPANY, INC. and DOES 1 through 100, inclusive, | NOTICE OF MOTION AND MOTION BY DEFENDANTS TO REMAND ACTION TO STATE COURT DUE TO LACK OF DIVERSITY JURISDICTION |
|  | ACCOMPANYING DOCUMENTS: MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RONALD R. GIUSSO; REQUEST FOR JUDICIAL NOTICE |
| Defendants. |  |
|  | Date:        June 13, 2008 |
|  | Time:        1:30 p.m. |
|  | Courtroom:   12 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

3  NOTICE IS HEREBY GIVEN that on June 13, 2008, at 1:30 p.m. in Courtroom 12 of the above-entitled Court, located at 880 Front Street, San Diego, California 92101-8900, HARRAH'S ENTERTAINMENT, INC., HARRAH'S OPERATING COMPANY, INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LAUGHLIN, INC.; HARRAH'S LICENSE COMPANY, LLC; and HBR REALTY COMPANY, INC. will and hereby do move this Court for an order to remand this action to the Superior Court of California based on this Court's lack of diversity jurisdiction.

The motion is based on this notice of motion, the memorandum of points and authorities, the declaration of Ronald R. Giusso, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated: May 13, 2008

By: s/Ronald R. Giusso
Maria C. Roberts
Ronald R. Giusso
Attorneys for HARRAH'S ENTERTAINMENT, INC.; HARRAH'S OPERATING COMPANY, INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LAUGHLIN, INC.; HARRAH'S LICENSE COMPANY, LLC; and HBR REALTY COMPANY, INC.