1   MARIA C. ROBERTS, State Bar No. 137907
    mroberts@sheastokes.com
2   RONALD R. GIUSSO, State Bar No. 184483
    rgiusso@sheastokes.com
3   SHEA STOKES ROBERTS & WAGNER, ALC
    510 MARKET STREET, THIRD FLOOR
4   SAN DIEGO, CALIFORNIA 92101-7025
    TELEPHONE:      (619) 232-4261
5   FACSIMILE:      (619) 232-4840

6   Attorneys for HARRAH'S ENTERTAINMENT, INC.; HARRAH'S OPERATING COMPANY,
    INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LAUGHLIN,
7   INC.; HARRAH'S LICENSE COMPANY, LLC; and HBR REALTY COMPANY, INC.

8

9                       UNITED STATES DISTRICT COURT

10                    SOUTHERN DISTRICT OF CALIFORNIA

11

12   JAMES M. KINDER,                          CASE NO. 07-CV-2132-DMS (AJB)
                                               [Consolidated with 07 CV 2226 DMS (POR)]
13              Plaintiff,
                                               Judge:          Hon. Dana M. Sabraw
14   vs.                                       Mag. Judge:     Hon. Anthony J. Battaglia

15   HARRAH'S ENTERTAINMENT, INC.;             DECLARATION OF RONALD R. GIUSSO
     HARRAH'S OPERATING COMPANY, INC.;         IN SUPPORT OF MOTION BY
16   HARRAH'S MARKETING SERVICES               DEFENDANTS TO REMAND ACTION TO
     CORPORATION; HARRAH'S LICENSE             STATE COURT DUE TO LACK OF
17   COMPANY, LLC; HARRAH'S LAUGHLIN,          DIVERSITY JURISDICTION
     INC.; HBR REALTY COMPANY, INC. and
18   DOES 1 through 100, inclusive,            ACCOMPANYING DOCUMENTS:
                                               NOTICE OF MOTION AND MOTION;
19              Defendants.                    MEMORANDUM OF POINTS AND
                                               AUTHORITIES; REQUEST FOR JUDICIAL
20                                             NOTICE

21                                             Date:          June 13, 2008
                                               Time:          1:30 p.m.
22                                             Courtroom:     12

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4847-0095-0786

1   I, Ronald R. Giusso, declare:

2

3   1.      I am an attorney duly admitted to practice before this Court.  I am an attorney with

4   Shea Stokes Roberts & Wagner, ALC, attorneys of record for Defendant Harrah's Entertainment,

5   Inc.  If called as a witness, I could and would competently testify to all of the below facts which

6   are within my personal knowledge, except where stated upon information and belief.

7

8   2.      This declaration is submitted in support of the motion by Defendants to Remand

9   This Action to State Court Based on Lack of Diversity Jurisdiction.

10

11   3.      I attempted to meet and confer with Attorney Austin prior to filing the instant

12   motion to remand, to obtain a stipulation to remand.  Although Attorney Austin did not dispute

13   that the total number of telephone calls at issue was only 7, he maintained that the possibility of

14   punitive damages might put the amount in controversy over $75,000.  He would not stipulate to

15   remand this action.

16

17   4.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's Summons and

18   Complaint, filed October 2, 2007.

19

20   5.      Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's First Amended

21   Complaint for Damages, filed January 30, 2008.

22

23   6.      Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Chad

24   Austin in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss, filed April 11, 2008.

25   / / /

26   / / /

27   / / /

28   / / /

4847-0095-0786

-1-

CASE NO. 07-CV-2132-DMS (AJB)
[Consolidated with 07 CV 2226 DMS (POR)]

1    7.    Attached hereto as Exhibit 4 is a true and correct copy of the second Declaration of

2  Chad Austin in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss, filed April 11,

3  2008.

4

5    I declare under penalty of perjury that the foregoing is true and correct, and that this

6  declaration was executed by me on May 13, 2008 at San Diego, California.

7

8                                       s/Ronald R. Giusso
                                        Ronald R. Giusso

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 1

# SUM...ONS
## (CITACION JUDICIAL)

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Harrah's Entertainment, Inc. and DOES 1 through 100,
inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
James M. Kinder

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

FILED
CIVIL BUSINESS OFFICE 19
CENTRAL DIVISION

07 OCT -2 PM 4: 32

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.    A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case.  There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Diego Superior Court
330 W. Broadway
San Diego, CA 92101
Central Division

**CASE NUMBER:**
*(Número del caso):*
37-2007-00076114-CU-MC-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Chad Austin, Esq.                                619-297-8888    F 619-295-1401
3129 India St.
San Diego, CA 92103-6014
SBN 235457

DATE:  OCT 0 2 2007                              Clerk, by  *C. Beutler*  C. Beutler  , Deputy
*(Fecha)*                                        *(Secretario)*                           *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

1  Chad Austin, Esq. SBN 235457
   3129 India Street
2  San Diego, CA 92103-6014
   Telephone: (619) 297-8888
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

FILED
CIVIL BUSINESS OFFICE 19
CENTRAL DIVISION

07 OCT -2  PM 4: 32

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

5

6

7

8          **IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9              **FOR THE COUNTY OF SAN DIEGO**

10

11  JAMES M.  KINDER,                    )   CASE NO. 37-2007-00076114-CU-MC-CTL
                                         )
12              Plaintiff,               )   **COMPLAINT FOR DAMAGES,**
                                         )   **INCLUDING PUNITIVE DAMAGES,**
13  v.                                   )   **INTEREST AND ATTORNEY'S FEES,**
                                         )   **AND FOR INJUNCTIVE RELIEF**
14                                       )
    HARRAH'S ENTERTAINMENT, Inc. and     )   **Violations of Telephone Consumer**
15  DOES 1 through 100, inclusive,       )   **Protection Act of 1991**
                                         )   **Violations of California Civil Code § 1770**
16              Defendants.              )   **(a) (22) (A)**
                                         )   **Trespass to Chattel**
17                                       )   **Unfair Business Practices**
                                         )
18

19  COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as

20  follows:

21                          **GENERAL ALLEGATIONS**

22          1.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

23  Diego, State of California.

24          2.      Defendant HARRAH'S ENTERTAINMENT, Inc. (hereinafter referred to as

25  "Defendant") was at all times herein mentioned a Delaware corporation, doing business in the

26  County of San Diego, State of California.

27          3.      Plaintiff is unaware of the true names and capacities of defendants sued herein as

28  DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names.

                                    -1-

1  Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

2  Plaintiff is informed and believes and thereon alleges that each of the fictitiously named defendants

3  is responsible in some manner for the occurrences herein alleged and that Plaintiff's damages as

4  herein alleged were proximately caused by their conduct.

5      4.    At all times herein mentioned each defendant was the partner, agent and employee

6  of each co-defendant herein and was at all times acting within the scope of such partnership, agency

7  and employment and each defendant ratified the conduct of each co-defendant herein.

8

9                      **FIRST CAUSE OF ACTION**

           [Violation of Telephone Consumer Protection Act of 1991]

10

11      5.    Plaintiff realleges paragraphs 1 through 4 above and incorporates them herein by

12  reference.

13      6.    Plaintiff is bringing this action pursuant to the provisions of the Telephone

14  Consumer Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA").

15      7.    Subdivision (b) (1) (A) (iii) of Section 227 of Title 47 of the United States

16  Code makes it unlawful for any person to "Make any call (other than a call made for emergency

17  purposes or made with the prior express consent of the called party) using any automatic

18  telephone dialing system or an artificial or prerecorded voice...to any telephone number assigned

19  to a paging service, specialized mobile radio service, or other radio common carrier service, or

20  any service for which the called party is charged for the call."

21      8.    Defendants have been calling Plaintiff's number assigned to a paging service, using

22  an artificial or prerecorded voice, without Plaintiff's express permission. These calls were not made

23  for any emergency purpose, nor were these calls exempt under subdivision (c) of section 64.1200

24  of title 47 of the Code of Federal Regulations.

25      9.    Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a

26  private right of action in state court for violations of 47 U.S.C. §227 (b) (1) (A) (iii). Plaintiff

27  may obtain relief in the form of injunctive relief, or Plaintiff may recover $500.00 for each

28  violation, or both.  If the court finds that defendants' violations were willful or knowing, it may,

1  in its discretion, award up to three times that amount.

2

3  **SECOND CAUSE OF ACTION**
[Violation(s) of California Civil Code § 1770 (a) (22) (A)]

4

5    10.    Plaintiff realleges paragraphs 1 through 9 above and incorporates them herein by

6  reference.

7    11.    California Civil Code § 1770 (a) (22) (A) requires that all recorded messages

8  disseminated within the state be introduced by a live, natural voice giving the name of the entity

9  calling, the name of the entity being represented, an address or phone number for that entity, and

10  asking permission to play the recording.  Defendant's illegal prerecorded telemarketing calls to

11  Plaintiff failed to comply with this requirement.

12    12.    As a proximate result of defendants' violation of Civil Code section 1770,

13  plaintiff has suffered and continues to suffer damages in an amount not yet ascertained, to be

14  proven at trial.

15    13.    Civil Code section 1780 (a) (2) provides for an injunction against future conduct

16  in violation of Civil Code section 1770.

17    14.    Civil Code section 1780 (a) (4) provides for an award of punitive damages for

18  violations of Civil Code section 1770.

19    15.    Civil Code section 1780 (d) provides for an award of attorneys fees for plaintiffs

20  harmed by California Civil Code §1770 (a) (22) (A) violations.

21  **THIRD CAUSE OF ACTION**
[Trespass to Chattel]

22

23    16.    Plaintiff realleges paragraphs 1 through 15 above and incorporates them herein by

24  reference.

25    17.    The conduct by defendants complained of herein, namely calling Plaintiff's

26  number assigned to a paging service, using an artificial or prerecorded voice, without Plaintiff's

27  express permission, constitutes an electronic trespass to chattel.

28    18.    At no time did Plaintiff consent to this trespass.

-3-

19.    As a proximate result of these intrusions, Plaintiff suffered damage in an amount according to proof.

20.    In making the illegal calls described above, defendants were guilty of oppression and malice, in that defendants made said calls with the intent to vex, injure, or annoy Plaintiff or with a willful and conscious disregard of Plaintiff's rights. Plaintiff therefore seeks an award of punitive damages.

## FOURTH CAUSE OF ACTION
### [Engaging in Unfair Business Practices]

21.    Plaintiff realleges paragraphs 1 through 20 above and incorporates them herein by reference.

22.    Because these telephone calls violate federal statutes, they are unlawful business practices within the meaning of section 17200 of the Business and Professions Code.

23.    Section 17203 of the Business and Professions Code entitles Plaintiff to an injunction enjoining defendants from engaging in unfair or unlawful business practices.

WHEREFORE Plaintiff prays for judgment against defendants, and each of them, as follows:

On the FIRST CAUSE OF ACTION:

1.    For an award of $500.00 for each violation of 47 U.S.C. §227;

2.    For an award of $1,500.00 for each such violation found to have been willful;

On the SECOND CAUSE OF ACTION:

3.    For compensatory damages according to proof;

4.    For preliminary and permanent injunctions, enjoining Defendants, and each of them, from engaging in activity in violation of California Civil Code §1770 (a) (22) (A);

5    For punitive damages;

6.    For attorneys fees;

///

1   On the THIRD CAUSE OF ACTION:

2         7.    For compensatory damages according to proof;

3         8.    For punitive damages;

4   On the FOURTH CAUSE OF ACTION:

5         9.    For preliminary and permanent injunctions, enjoining Defendants, and each of

6             them, from engaging in unfair or unlawful business practices pursuant to section

7             17203 of the Business and Professions Code;

8   On ALL CAUSES OF ACTION:

9        10.    For attorney's fees pursuant to California Code of Civil Procedure § 1021.5.

10       11.    For costs of suit herein incurred; and

11       12.    For such further relief as the Court deems proper.

12  Dated: October 2, 2007

13

14  By: _____

15  CHAD AUSTIN, Esq.
    Attorney for Plaintiff JAMES M.

16  KINDER

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 2

Chad Austin, Esq.  SBN 235457
3129 India Street
San Diego, California 92109
Telephone: (619) 297-8888
Facsimile: (619) 295-1401

Attorney for Plaintiff, JAMES M. KINDER

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>              Plaintiff,<br><br>        vs.<br><br>HARRAH'S ENTERTAINMENT, Inc.;<br>HARRAH'S OPERATING COMPANY, Inc.;<br>HARRAH'S MARKETING SERVICES<br>CORPORATION; HARRAH'S LICENSE<br>COMPANY, LLC; HARRAH'S LAUGHLIN,<br>Inc.; HBR REALTY COMPANY, Inc. and<br>DOES 1 through 100, inclusive,<br><br>              Defendants. | Case No.:  07 CV 2226 DMS (AJB)<br><br>**FIRST AMENDED COMPLAINT FOR<br>DAMAGES, INCLUDING PUNITIVE<br>DAMAGES, INTEREST AND<br>ATTORNEY'S FEES, AND FOR<br>INJUNCTIVE RELIEF**<br><br>**Violations of Telephone Consumer<br>Protection Act of 1991<br>Violations of California Civil Code § 1770<br>(a) (22) (A)<br>Trespass to Chattel<br>Unfair Business Practices** |

COMES NOW Plaintiff JAMES M. KINDER (hereinafter referred to as "Plaintiff") who alleges as follows:

## JURISDICTION AND VENUE

1.      Although Plaintiff commenced this action in the San Diego Superior Court on October 2, 2007, Defendant HARRAH'S ENTERTAINMENT, Inc. removed to this court on November 21, 2007, pursuant to 28 U.S.C. § § 1332 and 1441 (b). Plaintiff reserves the right to file a Motion for Remand at a later date. Each of the Defendants named herein is a resident of a state other than California and was responsible for disseminating unlawful prerecorded

- 1 -

1  telemarketing calls to Plaintiff, a resident of the State of California. The amount in controversy

2  in this action exceeds $75,000. San Diego is the proper venue for this action in that the torts

3  complained of herein occurred in the City of San Diego, County of San Diego, State of

4  California and Plaintiff is a resident of the City of San Diego, County of San Diego, State of

5  California.

6  **PARTIES**

7      2.      Plaintiff is, and at all times herein mentioned was, a resident of the County of San

8  Diego, State of California.

9

10      3.      Defendants, and each of them, are, and at all times herein mentioned were,

11  business organizations doing business in the form of unlawful telemarketing in the County of

12  San Diego, State of California to San Diego residents, including Plaintiff.

13

14      4.      One of the 7 unlawful prerecorded telemarketing calls made to Plaintiff's number

15  assigned to a paging service, which was made on December 9, 2003 at 10:19 a.m., stated that it

16  was made on behalf of "Harrah's Rincon Casino." That casino is located in Valley Center, San

17  Diego County, California. On information and belief, Plaintiff alleges that the Harrah's Rincon

18  Casino is owned by the Rincon band of Mission Indians and operated by one or more of several

19  Harrah's entities, including but not necessarily limited to Defendant HARRAH'S

20  ENTERTAINMENT, Inc. (a Delaware corporation), Defendant HARRAH'S OPERATING

21  COMPANY, Inc. (a Delaware corporation), Defendant HARRAH'S MARKETING SERVICES

22  CORPORATION (a Nevada corporation) and Defendant HARRAH'S LICENSE COMPANY,

23  LLC (a Nevada limited liability company).

24      5.      Defendant HARRAH'S LAUGHLIN, Inc. (a Nevada corporation) owns

25

26  "Harrah's Laughlin Casino." Two (2) of the unlawful prerecorded telemarketing calls

27  complained of in this action were calls to Plaintiff's number assigned to a paging service

28  promoting the Harrah's Laughlin Casino in Laughlin, Nevada.

- 2 -

6.      Defendant HARRAH'S OPERATING COMPANY, Inc. owns "Harrah's Las Vegas Casino." Two (2) of the unlawful prerecorded telemarketing calls complained of in this action were calls to Plaintiff's number assigned to a paging service promoting the Harrah's Las Vegas Casino in Las Vegas, Nevada.

7.      Defendant HBR REALTY COMPANY, Inc. (a Nevada corporation) owns "Harrah's Council Bluffs Casino." One (1) of the unlawful prerecorded telemarketing calls complained of in this action was a call to Plaintiff's number assigned to a paging service promoting the Harrah's Council Bluffs Casino in Council Bluffs, Iowa.

8.      One (1) of the unlawful prerecorded telemarketing calls complained of in this action was a call promoting the Harrah's Metropolis Casino in Metropolis, Illinois. Plaintiff alleges on information and belief that Defendant HBR REALTY COMPANY, Inc. owns the Harrah's Metropolis Casino.

9.      On information and belief, Plaintiff alleges that Defendant HARRAH'S LICENSE COMPANY, LLC is responsible in some manner for all or at least some of the unlawful prerecorded telemarketing calls complained of in this action.

10.      Plaintiff is unaware of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of the fictitiously named

1    defendants is responsible in some manner for the occurrences herein alleged and that Plaintiff's

2    damages as herein alleged were proximately caused by their conduct.

4        11.    At all times herein mentioned each defendant was the partner, agent and

5    employee of each co-defendant herein and was at all times acting within the scope of such

6    partnership, agency and employment and each defendant ratified the conduct of each co-

7    defendant herein.

## FIRST CAUSE OF ACTION
[Violation of Telephone Consumer Protection Act of 1991]

12.    Plaintiff realleges paragraphs 1 through 11 above and incorporates them herein by

reference.

13.    Plaintiff is bringing this action pursuant to the provisions of the Telephone

Consumer Protection Act of 1991 (47 U.S.C. §227 and 47 C.F.R. §64.1200 – "TCPA").

14.    Subdivision (b) (1) (A) (iii) of Section 227 of Title 47 of the United States

Code makes it unlawful for any person to "Make any call (other than a call made for emergency

purposes or made with the prior express consent of the called party) using any automatic

telephone dialing system or an artificial or prerecorded voice...to any telephone number assigned

to a paging service, specialized mobile radio service, or other radio common carrier service, or

any service for which the called party is charged for the call."

15.    Defendants have been calling Plaintiff's number assigned to a paging service,

using an automatic telephone dialing system or an artificial or prerecorded voice, without

Plaintiff's express permission, on at least 7 occasions during the statutory period of the last 4

years, pursuant to 28 U.S.C. § 1658.  These calls are only the calls known to Plaintiff at this time

and Plaintiff states on information and belief, without yet having the aid of full discovery, that it

- 4 -

is quite likely that Defendants have made many more violative calls to Plaintiff's number assigned to a paging service.  These calls were not made for any emergency purpose, nor were these calls exempt under subdivision (c) of section 64.1200 of title 47 of the Code of Federal Regulations.

16.    Subdivision (b)(3) of section 227 of title 47 of the United States Code permits a private right of action in state court for violations of 47 U.S.C. §227 (b) (1) (A) (iii). Plaintiff may obtain relief in the form of injunctive relief, or Plaintiff may recover $500.00 for each violation, or both.  If the court finds that defendants' violations were willful or knowing, it may, in its discretion, award up to three times that amount.

## SECOND CAUSE OF ACTION
[Violation(s) of California Civil Code § 1770 (a) (22) (A)]

17.    Plaintiff realleges paragraphs 1 through 16 above and incorporates them herein by reference.

18.    California Civil Code § 1770 (a) (22) (A) requires that all recorded messages disseminated within the state be introduced by a live, natural voice giving the name of the entity calling, the name of the entity being represented, an address or phone number for that entity, and asking permission to play the recording.  Defendants' illegal prerecorded telemarketing calls to Plaintiff failed to comply with this requirement.

19.    As a proximate result of defendants' violations of Civil Code section 1770, plaintiff has suffered and continues to suffer damages in an amount not yet ascertained, to be proven at trial.

20.    Civil Code section 1780 (a) (2) provides for an injunction against future conduct in violation of Civil Code section 1770.

- 5 -

21.    Civil Code section 1780 (a) (4) provides for an award of punitive damages for violations of Civil Code section 1770.

22.    Civil Code section 1780 (d) provides for an award of attorneys fees for plaintiffs harmed by California Civil Code §1770 (a) (22) (A) violations.

### THIRD CAUSE OF ACTION
[Trespass to Chattel]

23.    Plaintiff realleges paragraphs 1 through 22 above and incorporates them herein by reference.

24.    The conduct by defendants complained of herein, namely calling Plaintiff's number assigned to a paging service, using an artificial or prerecorded voice, without Plaintiff's express permission, constitutes an electronic trespass to chattel.

25.    At no time did Plaintiff consent to this trespass.

26.    As a proximate result of these intrusions, Plaintiff suffered damage in an amount according to proof.

27.    In making the illegal calls described above, defendants were guilty of oppression and malice, in that defendants made said calls with the intent to vex, injure, or annoy Plaintiff or with a willful and conscious disregard of Plaintiff's rights. Plaintiff therefore seeks an award of punitive damages.

///

///

///

- 6 -

07 CV 2226 DMS (AJB)

## FOURTH CAUSE OF ACTION
[Engaging in Unfair Business Practices]

28.    Plaintiff realleges paragraphs 1 through 27 above and incorporates them herein by reference.

29.    Because Defendants' unlawful prerecorded telemarketing calls violated federal and California statutes, they are unlawful business practices within the meaning of section 17200 of the Business and Professions Code.

30.    Section 17203 of the Business and Professions Code entitles Plaintiff to an injunction enjoining defendants from engaging in unfair or unlawful business practices.

WHEREFORE Plaintiff prays for judgment against defendants, and each of them, as follows:

On the FIRST CAUSE OF ACTION:

1.    For an award of $500.00 for each violation of 47 U.S.C. §227;

2.    For an award of $1,500.00 for each such violation found to have been willful;

On the SECOND CAUSE OF ACTION:

3.    For compensatory damages according to proof;

4.    For preliminary and permanent injunctions, enjoining Defendants, and each of them, from engaging in activity in violation of California Civil Code §1770 (a) (22) (A);

5.    For punitive damages;

6.    For attorneys fees;

///

///

- 7 -

On the THIRD CAUSE OF ACTION:

     7.     For compensatory damages according to proof;

     8.     For punitive damages;

On the FOURTH CAUSE OF ACTION:

     9.     For preliminary and permanent injunctions, enjoining Defendants, and each of them, from engaging in unfair or unlawful business practices pursuant to section 17203 of the Business and Professions Code;

On ALL CAUSES OF ACTION:

     10.    For attorney's fees pursuant to California Code of Civil Procedure § 1021.5.

     11.    For costs of suit herein incurred; and

     12.    For such further relief as the Court deems proper.

DATED: January 30, 2008

                                     /s/ Chad Austin
                                   Chad Austin, Attorney for
                                   Plaintiff, JAMES M. KINDER
                                   Email: chadaustin@cox.net

EXHIBIT 3

1 Chad Austin, Esq. SBN 235457
  4632 Berwick Drive
2 San Diego, CA 92117
  Telephone: (619) 992-7100
3 Facsimile: (619) 295-1401

4 Attorney for Plaintiff, JAMES M. KINDER, an individual

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **SOUTHERN DISTRICT OF CALIFORNIA**

10

11 JAMES M. KINDER,                        )  Case No. 07 CV 2132 DMS (AJB)
                                           )  [Consolidated with 07CV2226 DMS (AJB)]
12              Plaintiff,                  )
                                           )  Judge:       Hon. Dana M. Sabraw
13                                          )  Mag. Judge:  Hon. Anthony J. Battaglia
   v.                                       )
14                                          )  **DECLARATION OF CHAD AUSTIN IN**
   HARRAH'S ENTERTAINMENT, Inc.;            )  **SUPPORT OF PLAINTIFF'S**
15 HARRAH'S OPERATING COMPANY,             )  **OPPOSITION TO DEFENDANTS'**
   Inc.; HARRAH'S MARKETING                )  **MOTION TO DISMISS**
16 SERVICES CORPORATION; HARRAH'S          )
   LICENSE COMPANY, LLC; HARRAH'S          )  Date:      April 25, 2008
17 LAUGHLIN, Inc.; HBR REALTY              )  Time:      1:30 p.m.
   COMPANY, Inc. and DOES 1 through 100,   )  Courtroom: 10
18 inclusive,                              )
                                           )
19              Defendants.                )
                                           )
20 ——————————————————————

21 I, CHAD AUSTIN, declare as follows:

22        1.    I am an attorney at law duly licensed and admitted to practice before all courts of

23 the State of California, the United States District Court, Southern District of California and the

24 Ninth Circuit Court of Appeals and have been attorney of record for Plaintiff in this matter since

25 its inception. If called as a witness, I could and would competently testify to all facts within my

26

27                                           1

28                                                          CASE NO. 07 CV 2132 DMS (AJB)

1  personal knowledge except where stated on information and belief.

2

3      2.      I am fully familiar with all of the facts and circumstances surrounding this

4  case. This declaration is submitted in support of Plaintiff's Opposition to Defendants' Motion to

5  Dismiss. The matters stated in this declaration are true, of my own personal knowledge.

6

7

8      3.      Plaintiff has in his possession and I have personally listened to the tape recordings

9  of each and every call (7 in total) made by Defendants to Plaintiff's number assigned to a paging

10  service 619-999-9999, a San Diego, California wireless telephone number.

11

12

13      4.      One (1) of the unlawful prerecorded telemarketing calls complained of in this

14  action, which was made on October 26, 2006 at 7:24 p.m., included what clearly appeared to be a

15  man's prerecorded voice. The prerecorded voice message promoted the Harrah's Las Vegas

16  Casino. A true and correct verbatim transcript of that prerecorded message is attached hereto as

17  Exhibit B.

18

19

20      5.      On January 17, 2008, I accessed the FASTweb website, which publishes real

21  estate ownership information relating to properties around the United States. After doing a

22  "Property Profile" of 3475 Las Vegas Boulevard South, Las Vegas, Nevada, I found the

23  document a true and correct copy of which is attached hereto as Exhibit C. That document

24  names the owner of the property at said address, which is the address for the Harrah's Las Vegas

25  Casino in Las Vegas, Nevada, as "Harrah's Club." Also attached hereto and incorporated herein

26

27                                          2

28                                          CASE NO. 07 CV 2132 DMS (AJB)

1    by reference is Exhibit D, a true and correct copy of the website for Harrah's Las Vegas Casino,

2    which lists its address as 3475 Las Vegas Boulevard South, Las Vegas, Nevada.

3

4          6.     On December 11, 2007, I accessed the website for the Nevada Secretary of State

5

6    and ran a search for "Harrah's Club." That search found the document a true and correct copy of

7    which is attached hereto as Exhibit E which states that Harrah's Club is no longer a valid entity

8    in the State of Nevada and that it merged into Harrah's Operating Company, Inc. effective

9    August 31, 1995.

10

11          7.     On January 17, 2008, I accessed the Business Portal part of the California

12

13    Secretary of State's website and ran a California Business Search for Harrah's Operating

14    Company, Inc. and found the document a true and correct copy of which is attached hereto as

15    Exhibit F. That document states that the "agent for service of process" for Harrah's Operating

16    Company, Inc. is "CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN

17

18    CALIFORNIA AS CSC – LAWYERS INCORPORATING SERVICE." The address for that

19    agent was listed as "PO BOX 526036 SACRAMENTO, CA 95852."

20

21          8.     On January 17, 2008, I accessed the Business Portal part of the California

22

23    Secretary of State's website and ran a California Business Search for Harrah's Marketing

24    Services Corporation and found the document a true and correct copy of which is attached hereto

25    as Exhibit G. That document states that the "agent for service of process" for Harrah's

26    Marketing Services Corporation is "CORPORATION SERVICE COMPANY WHICH WILL

27                            3

28                                 CASE NO. 07 CV 2132 DMS (AJB)

1    DO BUSINESS IN CALIFORNIA AS CSC – LAWYERS INCORPORATING SERVICE." The

2    address for that agent was listed as "PO BOX 526036 SACRAMENTO, CA 95852."

3

4        9.    One (1) of the unlawful prerecorded telemarketing calls complained of in this

5

6    action, which was made on December 9, 2003 at 10:19 a.m., was what clearly appeared to be a

7    prerecorded telemarketing call. The prerecorded message stated that it was made on behalf of

8    "Harrah's Rincon Casino," located in Valley Center, San Diego County, California. My

9    investigation has revealed that the Harrah's Rincon Casino is owned by the Rincon band of

10   Mission Indians and operated by one or more of several Harrah's entities, including but not

11   necessarily limited to defendant HARRAH'S ENTERTAINMENT, Inc. (a Delaware

12

13   corporation), HARRAH'S OPERATING COMPANY, Inc. (a Delaware corporation),

14   HARRAH'S MARKETING SERVICES CORPORATION (a Nevada corporation) and

15   HARRAH'S LICENSE COMPANY, LLC (a Nevada limited liability company). However,

16

17   discovery will ultimately be required in order to determine exactly which Harrah's entity operates

18   the Harrah's Rincon Casino. A true and correct verbatim transcript of the December 9, 2003 at

19   10:19 a.m. call is attached hereto as Exhibit H.

20

21       10.    It is absolutely untrue that Plaintiff filed a "Declaration of James M. Kinder in

22

23   Support of Filing By Vexatious Litigant in" in *James M. Kinder v. Sprint PCS Assets, LLC, et*

24   *al.*, United States District Court, Southern District of California, Case No. 07CV2049 WQH

25   JMA. No such declaration was filed in that case.

26

27                                                   4

28                                         CASE NO. 07 CV 2132 DMS (AJB)

11.     It is true that, in some previous TCPA matters, I filed Declarations by my client to support the initial complaint filed therewith. That is because the clerk's office at the San Diego Superior Court ("civil business office") erroneously required same before they would accept a new filing. After jumping through the unnecessary hoop several times, as in *James M. Kinder v. Allied Interstate*, San Diego Superior Court Case No. GIC 850543 (suing for violations of the Telephone Consumer Protection Act), which filing was approved by then Presiding Judge Janis Sammartino on February 26, 2007, the civil business office no longer required my client to submit a declaration to be approved by the Presiding Judge. At some point on a date I cannot recall, a clerk with the court stated that the court's in-house legal department had advised them that as long as my client filed through counsel, no approval from the Presiding Judge was necessary. Since then, no such approval has been required by the court in any new filing by Mr. Kinder while he was represented by counsel.

12.     The fact that no court approval should have ever been required when my client filed through counsel was ratified by then Presiding Judge Sammartino on June 28, 2007. In *James M. Kinder v. Adecco, Inc.*, San Diego Superior Court Case No. GIC882000, Adecco filed a Notice of Vexatious Litigant, relying on <u>*In re Shieh*</u>, (1993) 17 Cal.App.4[th] 1154, affecting an automatic stay of that litigation. I timely filed an opposition and Judge Sammartino lifted the stay, holding that the pre-filing order did not apply because Mr. Kinder had filed that action through counsel and not *In Propria Persona*. A true and correct copy of Judge Sammartino's Order is attached hereto as Exhibit A.

CASE NO. 07 CV 2132 DMS (AJB)

1    I declare under penalty of perjury under the laws of the State of California and the laws of

2    the United States that the foregoing is true and correct and that this declaration was executed by

3    me on April 11, 2008 in San Diego, California.

4    DATED: April 11, 2008

5

6                                          By: /s/ Chad Austin
                                               CHAD AUSTIN, Esq., Attorney for
7                                              Plaintiff, JAMES M. KINDER
                                               Email: chadaustin@cox.net

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                 6

28                                          CASE NO. 07 CV 2132 DMS (AJB)

**EXHIBIT A**

F I L E D

Clerk of the Superior Court

JUN 2 8 2007

By: A. Gerba, Deputy

## THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| JAMES M. KINDER, | CASE NO. GIC882000 |
| Plaintiff, | |
| v. | |
| ADECCO, INC. and DOES 1 through 100, inclusive, | ORDER LIFTING AUTOMATIC STAY AND DENYING DEFENDANT'S REQUEST FOR DISMISSAL AND OR REQUIREMENT OF A SECURITY (CCP § 391, et seq.) |
| Defendants. | |

AFTER REVIEWING THE NOTICE OF VEXATIOUS LITIGANT AND REQUEST FOR DISMISSAL AND/OR SECURITY, AS WELL AS THE OPPOSITION THERETO, THE COURT HEREBY RULES:

James Kinder is subject to a pre-filing order pursuant to Code of Civil Procedure section 391, et seq. The order prohibits Mr. Kinder from filing litigation in pro per without approval of the presiding judge of the court where the litigation is to be filed. Here, Mr. Kinder is a plaintiff in an action filed by an attorney, Chad Austin. On June 8, 2007, defendant filed a Notice of Vexatious Litigant pursuant to Code of Civil Procedure section 391.7, subdivision (c). This created an automatic stay. Plaintiff filed an opposition to the Notice of Vexatious Litigant on June 25, 2007, which is within the statutory period to respond. (CCP § 391.7(c).)

Code of Civil Procedure section 391.7, subdivision (a) states that the court may, "enter a prefiling order which prohibits a vexatious litigant from filing any new litigation in the courts of this state in propria persona without first obtaining leave of the presiding judge of the court

1  where the litigation is proposed to be filed." The statute does not, on its face, preclude a litigant

2  subject to a pre-filing order from filing a lawsuit while represented by counsel, as in this case.

3  Further, there is nothing to suggest that the pre-filing order against Mr. Kinder includes a

4  prohibition against counsel filing suit on his behalf. Thus, there is not a violation of the pre-

5  filing order.

6  　　　The Court hereby lifts the automatic stay and requires defendant to plead within 10 days

7  following service of this order.

8  　　　IT IS SO ORDERED.

9

10  DATED: _____JUN 2 8 20̲̲̲̲

11  　　　　　　　　　　　　　　　　　　　　HON. JANIS SAMMARTINO
　　　　　　　　　　　　　　　　　　　　　　PRESIDING JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2

**EXHIBIT B**

# EXHIBIT B

## Kinder v. Harrah's Entertainment

### 07 CV 2132 DMS (AJB)
### Consolidated with 07 CV 2226 DMS (AJB)

October 26, 2006 at 7:24 p.m.

"Calling to tell you about...some big events at Harrah's Las Vegas. I'm pleased to announce that I'll be bringing my holiday show to Harrah's this November 22nd through all of December. So go online or call for your reservations today at 702-369-5222. That's 702-369-5222. Secondly, the great gift wrap up is coming to Harrah's Las Vegas November 13th through the 19th. Now don't miss this chance to do your holiday shopping using the points you've earned this year. You've got to use 'em or you lose em'. So don't miss out on this. Call 1-866-972-7871 to make your reservations today. Come visit us for these great events and get ready for the holidays. Have a good one. Based upon availability."

**EXHIBIT C**

**3475 Las Vegas Blvd S**
**Las Vegas NV 89109**

**#FASTWeb**

**Property Profile**

## Property Information

| | | | |
|---|---|---|---|
| Owner(s) | Harrahs Club | Parcel # | 162-16-301-008 |
| Property | 3475 Las Vegas Blvd S | Map Coord | 162-016; 924-B1 |
| | Las Vegas, NV 89109 | Census Tract | 0023.00 |
| Mailing Addr | 1023 Cherry Rd | County | Clark |
| | Memphis , TN 38117 | Owner Phone | |

| | |
|---|---|
| Legal | PARCEL MAP FILE 56 PAGE 72 LOT 1 & PARCEL MAP 57-51 LOT 1 & PT W2 SW4 SEC 16 21 61 PT N2 SW4 SEC 16 TWP 21 RGN 61. |
| Lot Number | 1 |
| Block | |

| | |
|---|---|
| Tract Number | |
| Subdivision | |

## Characteristics

| | | | | | |
|---|---|---|---|---|---|
| Use | Hotel | Year Built | 1990 | Sq. Feet | 4030569 |
| Zoning | | Lot Size | 17.73 / 772318.8 | # of units | 9999 |
| Bedrooms | | Bathrooms | | Fireplace | |
| #Rooms | | Quality | | Heating | |
| Pool/Spa | N | Air | N | Style | |
| Stories | 1 | Improvements | | Parking | |
| Flood | X | | | | |

**Attributes**
**Other**

## Property Sale Information

| | | | |
|---|---|---|---|
| Sale Date | | $/Sq. Ft. | | 2nd Mtg. | |
| Sale Price | | 1st Loan | | Prior Sale Amt. | |
| Doc No. | | Loan Type | | Prior Sale Dt. | |
| Doc Type | | Xfer Date | | Prior Doc No. | |
| Seller | | Lender | | Prior Doc Type | |

## Tax Information

| | | | |
|---|---|---|---|
| Imp Value | $75,594,602.00 | Exemption | |
| Land Value | $59,901,062.00 | Tax Year/Area | 2007/470 |
| Total Value | $135,495,664.00 | Tax Value | $135,495,664.00 |
| Tax Amount | $4,128,791.03 | Improved | TI_improved |

Information compiled from various sources and is deemed reliable but not guaranteed.

**EXHIBIT D**

Las Vegas Hotel Reservations at Harrah's Las Vegas Hotel & Casino

HARRAHS.COM  |  RESERVATIONS  |  MY HARRAHS  |  CASINO GAMING



**Comedian of the Year**
REPLAY ON

Rita Rudner - Purchase Tickets

**Check-In Date**
Dec ▼ | 18 ▼ | 2007 ▼

**Check-Out Date**
Dec ▼ | 19 ▼ | 2007 ▼

**#Adults  #Children**
1 ▼ | 0 ▼

**View/Cancel Reservation**





EXCLUSIVE
EMAIL OFFERS
SIGN UP NOW!

Harrah's Las Vegas

- Hotel Overview
- Gaming
- Stay & Play Packages
- Hot Deals
- Events/Entertainment
- Dining
- Things To Do
  Spa & Health Club
  Golf
  Nightlife
  Pool
- Groups & Meetings
- Maps & Information



**HOT DEALS AT HARRAH'S LAS VEGAS**
Heart-pounding excitement from $45/N!
**LEARN MORE!**

[+]
FEEDBACK



**RITA RUDNER**
"Best Comedian in Las Vegas" by the Las Vegas Review-Journal for five straight years!
**LEARN MORE!**



**HATS!**
Hats! A music and comedy celebration! Starting January 12, 2008 at Harrah's Las Vegas.
**LEARN MORE!**



**CARNAVAL COURT NEW YEAR'S EVE**
The only outdoor New Years Eve Party on the Strip!
**LEARN MORE!**



**THE MAC KING COMEDY MAGIC SHOW**
"Best Afternoon Show in Las Vegas" as mentioned in Where magazine.
**LEARN MORE!**



**THE IMPROV**
World-Famous Comedy! Celebrating 25 years of laughter in Vegas! Three new comedians each week.
**LEARN MORE!**

COMPANY INFORMATION  CAREERS  INVESTOR RELATIONS

       

 

**3475 Las Vegas Blvd South, Las Vegas, NV 89109 1-800-214-9110**

If you're planning a Las Vegas vacation, Harrah's Las Vegas can boast of the most top a wide of entertainment menu in Las Vegas, hotels & casino.

Harrah's welcomes those of legal age to gamble in a casino to our website.

Know When to Stop Before You Start. Gambling Problem? Call 1-800-522-4700.
© 2007 Harrah's License Company, LLC. All Rights Reserved.
The use of this website is governed by Nevada law.
privacy  security  legal

**EXHIBIT E**

Case 3:07-cv-02132-DMS-AJB     Document 66-3     Filed 05/13/2008     Page 37 of 69

Entity Actions - Secretary of State - Nevada
Case 3:07-cv-02132-DMS-AJB     Document 53-3     Filed 04/11/2008     Page 11 of 17    Page 1 of 4

HOME   ABOUT ROSS   NEWS   FAQ   CONTACT US   SEARCH

Nevada Secretary of State

ss Miller

Information Center    Election Center    Business Center    Licensing Center    Securities Center    Online Services

My Data Reports | Business Entity Search | Fee Schedule (Data Reports) | Login (Data Reports)

# Entity Actions for "HARRAH'S CLUB"

Sort by [ File Date          ▾ ]  ⊙ descending ○ ascending **order**  [ Re-Sort ]

1 - 19 of 19 actions

| Actions\Amendments | | | |
|---|---|---|---|
| Action Type: | **Merge Out** | | |
| Document Number: | **C1429-1971-018** | # of Pages: | **1** |
| File Date: | **08/31/1995** | Effective Date: | |
| **ARTICLES OF MERGER FILED MERGING THIS CORPORATION INTO HARRAH'S OPERATING** | | | |
| **COMPANY, INC., A (DE) CORPORATION NOT QUALIFIED IN NEVADA. EFFECTIVE DATE:** | | | |
| **8/31/95, 6:00 P.M. EASTERN DAYLIGHT TIME. FORWARDING ADDRESS: THE CORPORATION** | | | |
| **TRUST CO. OF NEVADA, ONE E FIRST ST, RENO NV 89501. (5)PGS. DMF** | | | |
| Action Type: | **Resident Agent Change** | | |
| Document Number: | **C1429-1971-019** | # of Pages: | **1** |
| File Date: | **08/31/1995** | Effective Date: | |
| **CORPORATION TRUST COMPANY OF NEVADA** | | | |
| **6100 NEIL ROAD #500 RENO NV 89511 DMF** | | | |
| Action Type: | **Annual List** | | |
| Document Number: | **C1429-1971-002** | # of Pages: | **1** |
| File Date: | **07/05/1995** | Effective Date: | |
| **List of Officers for 1995 to 1996** | | | |
| Action Type: | **Merger** | | |
| Document Number: | **C1429-1971-017** | # of Pages: | **1** |
| File Date: | **06/29/1995** | Effective Date: | |

**EXHIBIT F**



**DISCLAIMER:** The information displayed here is current as of JAN 11, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| HARRAH'S OPERATING COMPANY, INC. |

| Number: C1242088 | Date Filed: 3/19/1984 | Status: active |
|---|---|---|
| Jurisdiction: DELAWARE | | |

| Address |
|---|
| ONE CAESARS PALACE DR |
| LAS VEGAS, NV 89109 |

| Agent for Service of Process |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| PO BOX 526036 |
| SACRAMENTO, CA 95852 |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT G**



# California Business Portal

## Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JAN 11, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|
| HARRAH'S MARKETING SERVICES CORPORATION |

| **Number:** C2105438 | **Date Filed:** 4/14/1998 | **Status:** active |
|---|---|---|
| **Jurisdiction:** NEVADA | | |

| Address |
|---|
| ONE CAESARS PALACE DR |
| LAS VEGAS, NV 89109 |

| Agent for Service of Process |
|---|
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE |
| PO BOX 526036 |
| SACRAMENTO, CA 95852 |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**EXHIBIT H**

# EXHIBIT H

## Kinder v. Harrah's Entertainment

### 07 CV 2132 DMS (AJB)
### Consolidated with 07 CV 2226 DMS (AJB)

December 9, 2003 at 10:19 a.m.

"...Harrah's Rincon with an exclusive VIP offer. You and a guest are invited to a special presentation of Showgirls this Wednesday night, December 10[th], at 7:00 p.m. This sensational production is an exclusive in Southern California direct from the Rio in Vegas. Then enjoy a night in our fabulous hotel with a twenty dollar dining credit. To reserve this great package simply call 1-866 oh yeah oh. That's 866 649 3240 and ask for offer code RCA holiday. To be able to repeat this message just by pressing 2 on your touch tone phone. Hope to see you tomorrow night for Showgirls at Harrah's Rincon."

EXHIBIT 4

1   Chad Austin, Esq. SBN 235457
    4632 Berwick Drive
2   San Diego, CA 92117
    Telephone: (619) 992-7100
3   Facsimile: (619) 295-1401

4   Attorney for Plaintiff, JAMES M. KINDER, an individual

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11  JAMES M. KINDER,                    )   Case No. 07 CV 2132 DMS (AJB)
                                        )   [Consolidated with 07CV2226 DMS (AJB)]
12                  Plaintiff,          )
                                        )   Judge:      Hon. Dana M. Sabraw
13                                      )   Mag. Judge: Hon. Anthony J. Battaglia
    v.                                  )
14                                      )   DECLARATION OF CHAD AUSTIN IN
    HARRAH'S ENTERTAINMENT, Inc.;       )   SUPPORT OF PLAINTIFF'S
15  HARRAH'S OPERATING COMPANY,         )   OPPOSITION TO DEFENDANTS'
    Inc.; HARRAH'S MARKETING            )   MOTION TO DISMISS
16  SERVICES CORPORATION; HARRAH'S      )
    LICENSE COMPANY, LLC; HARRAH'S      )   Date:       April 25, 2008
17  LAUGHLIN, Inc.; HBR REALTY          )   Time:       1:30 p.m.
    COMPANY, Inc. and DOES 1 through 100, )  Courtroom:  10
18  inclusive,                          )
                                        )
19                  Defendants.         )
                                        )
20  ──────────────────────────────────

21  I, CHAD AUSTIN, declare as follows:

22      1.      I am an attorney at law duly licensed and admitted to practice before all courts of

23  the State of California, the United States District Court, Southern District of California and the

24  Ninth Circuit Court of Appeals and have been attorney of record for Plaintiff in this matter since

25  its inception.  If called as a witness, I could and would competently testify to all facts within my

26

27                                      1

28                                      CASE NO. 07 CV 2132 DMS (AJB)

1     personal knowledge except where stated on information and belief.

2

3      2.     I am fully familiar with all of the facts and circumstances surrounding this

4   case. This declaration is submitted in support of Plaintiff's Opposition to Defendants

5   HARRAH'S LICENSE COMPANY, LLC, HARRAH'S LAUGHLIN, Inc. and HBR REALTY

6

7   COMPANY, Inc.'s Motion to Dismiss. The matters stated in this declaration are true, of my own

8   personal knowledge.

9

10

11      3.     Plaintiff has in his possession and I have personally listened to the tape recordings

12   of each and every call (7 in total) made by Defendants to Plaintiff's number assigned to a paging

13   service 619-999-9999, a San Diego, California wireless telephone number.

14

15      4.     Two (2) of the unlawful prerecorded telemarketing calls complained of in this

16   action, which were made on May 25, 2005 at 2:23 p.m. and November 28, 2005 at 9:43 a.m.,

17

18   included what clearly appeared to be prerecorded voices. The prerecorded voice messages

19   promoted the Harrah's Laughlin Casino. A true and correct verbatim transcript of those

20   prerecorded messages is attached hereto as Exhibit B.

21

22

23      5.     On December 11, 2007, I accessed the FASTweb website, which publishes real

24   estate ownership information relating to properties around the United States. After doing a

25   "Property Profile" of 2900 South Casino Drive, Laughlin, Nevada, I found the document a true

26   and correct copy of which is attached hereto as Exhibit C. That document names the owner of

27

                                    2

28                                      CASE NO. 07 CV 2132 DMS (AJB)

1    the property at said address, which is the address for the Harrah's Laughlin Casino in Laughlin,

2    Nevada, as "Harrah's Laughlin, Inc." Also attached hereto and incorporated herein by reference

3    is Exhibit D, a true and correct copy of the website for Harrah's Laughlin Casino, which lists its

4    address as 2900 South Casino Drive, Laughlin, Nevada 89029.

5

6

7         6.      One (1) of the unlawful prerecorded telemarketing calls complained of in this

8    action, which was made on December 9, 2003 at 10:19 a.m., was what clearly appeared to be a

9    prerecorded telemarketing call. The prerecorded message stated that it was made on behalf of

10   "Harrah's Rincon Casino," located in Valley Center, San Diego County, California. My

11   investigation has revealed that the Harrah's Rincon Casino is owned by the Rincon band of

12   Mission Indians and operated by one or more of several Harrah's entities, including but not

13

14   necessarily limited to defendant HARRAH'S ENTERTAINMENT, Inc. (a Delaware

15   corporation), HARRAH'S OPERATING COMPANY, Inc. (a Delaware corporation),

16   HARRAH'S MARKETING SERVICES CORPORATION (a Nevada corporation) and

17

18   HARRAH'S LICENSE COMPANY, LLC (a Nevada limited liability company). However,

19   discovery will ultimately be required in order to determine exactly which Harrah's entity operates

20   the Harrah's Rincon Casino. A true and correct verbatim transcript of the December 9, 2003 at

21   10:19 a.m. call is attached hereto as Exhibit E.

22

23

24        7.      One (1) of the unlawful prerecorded telemarketing calls complained of in this

25   action, which was made on October 26, 2006 at 2:29 p.m., included what clearly appeared to be a

26   man's prerecorded voice. The prerecorded voice message promoted the Harrah's Council Bluffs

27                                        3

28                                                  CASE NO. 07 CV 2132 DMS (AJB)

1   Casino.  A true and correct verbatim transcript of that prerecorded message is attached hereto as

2   Exhibit F.

3

4       8.     On December 17, 2007, I accessed the FASTweb website, which publishes real

5   estate ownership information relating to properties around the United States.  After doing a

6   "Property Profile" of 2701 23rd Avenue, Council Bluffs, Iowa, I found the document a true and

7   correct copy of which is attached hereto as Exhibit G.  That document lists the owner of the

8   property at said address, which is the address for the Harrah's Council Bluffs Casino in Council

9   Bluffs, Iowa, as "Hbr Realty Co Inc."  Also attached hereto and incorporated herein by reference

10  is Exhibit H, a true and correct printout of the website for Harrah's Council Bluffs Casino dated

11  December 17, 2008, which lists its address as 2701 23rd Avenue, Council Bluffs, Iowa.

12

13

14      9.     I visited each of the websites for the Harrah's Casinos at issue in this case

15  (Harrah's Laughlin Casino, Harrah's Las Vegas Casino, Harrah's Rincon Casino, Harrah's

16  Metropolis Casino and Harrah's Council Bluffs Casino).  Each of those websites lists at the

17  bottom of the page "© 2007 Harrah's License Company, LLC.  All rights reserved."  Therefore, I

18  am informed and believe that Harrah's License Company, LLC is or may be a necessary party to

19  this action

20

21

22      10.    It is absolutely untrue that Plaintiff filed a "Declaration of James M. Kinder in

23  Support of Filing By Vexatious Litigant in" in *James M. Kinder v. Sprint PCS Assets, LLC, et

24  al.*, United States District Court, Southern District of California, Case No. 07CV2049 WQH

25

4

CASE NO. 07 CV 2132 DMS (AJB)

JMA. No such declaration was filed in that case.

11.     It is true that, in some previous TCPA matters, I filed Declarations by my client to support the initial complaint filed therewith. That is because the clerk's office at the San Diego Superior Court ("civil business office") erroneously required same before they would accept a new filing. After jumping through the unnecessary hoop several times, as in *James M. Kinder v. Allied Interstate*, San Diego Superior Court Case No. GIC 850543 [suing for violations of the Telephone Consumer Protection Act], which filing was approved by then Presiding Judge Janis Sammartino on February 26, 2007, the civil business office no longer required my client to submit a declaration to be approved by the Presiding Judge. At some point on a date I cannot recall, a clerk with the court stated that the court's in-house legal department had advised them that as long as my client filed through counsel, no approval from the Presiding Judge was necessary. Since then, no such approval has been required by the court in any new filing by Mr. Kinder while he was represented by counsel.

12.     The fact that no court approval should have ever been required when my client filed through counsel was ratified by then Presiding Judge Sammartino on June 28, 2007. In *James M. Kinder v. Adecco, Inc.*, San Diego Superior Court Case No. GIC882000, Adecco filed a Notice of Vexatious Litigant, relying on *In re Shieh*, (1993) 17 Cal.App.4th 1154, affecting an automatic stay of that litigation. I timely filed an opposition and Judge Sammartino lifted the stay, holding that the pre-filing order did not apply because Mr. Kinder had filed that action

5

1    through counsel and not *In Propria Persona*.  A true and correct copy of Judge Sammartino's

2    Order is attached hereto as Exhibit A.

3

4          I declare under penalty of perjury under the laws of the State of California and the laws of

5    the United States that the foregoing is true and correct and that this declaration was executed by

6    me on April 11, 2008 in San Diego, California.

7

8    DATED: April 11, 2008

9                            By: /s/ Chad Austin

10                              CHAD AUSTIN, Esq., Attorney for
                           Plaintiff, JAMES M. KINDER

11                              Email: chadaustin@cox.net

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                          6

28                                        CASE NO. 07 CV 2132 DMS (AJB)

# EXHIBIT A

1

2                                                    F I L E D
                                                 Clerk of the Superior Court
3                                                    JUN 2 8 2007

4                                                By: A. Gerba, Deputy

5

6

7

8              THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                   IN AND FOR THE COUNTY OF SAN DIEGO

10   JAMES M. KINDER,                    )   CASE NO.  GIC882000
                                         )
11                  Plaintiff,           )
            v.                           )
12   ADECCO, INC. and DOES 1 through 100,)   ORDER LIFTING AUTOMATIC STAY
     inclusive,                          )   AND DENYING DEFENDANT'S
13                  Defendants.          )   REQUEST FOR DISMISSAL AND OR
                                         )   REQUIREMENT OF A SECURITY (CCP §
14                                       )   391, et seq.)
                                         )
15   _____)

16   AFTER REVIEWING THE NOTICE OF VEXATIOUS LITIGANT AND REQUEST FOR

17   DISMISSAL AND/OR SECURITY, AS WELL AS THE OPPOSITION THERETO, THE

18   COURT HEREBY RULES:

19          James Kinder is subject to a pre-filing order pursuant to Code of Civil Procedure section

20   391, et seq.  The order prohibits Mr. Kinder from filing litigation in pro per without approval of

21   the presiding judge of the court where the litigation is to be filed.  Here, Mr. Kinder is a plaintiff

22   in an action filed by an attorney, Chad Austin.  On June 8, 2007, defendant filed a Notice of

23   Vexatious Litigant pursuant to Code of Civil Procedure section 391.7, subdivision (c).  This

24   created an automatic stay.  Plaintiff filed an opposition to the Notice of Vexatious Litigant on

25   June 25, 2007, which is within the statutory period to respond.  (CCP § 391.7(c).)

26          Code of Civil Procedure section 391.7, subdivision (a) states that the court may, "enter a

27   prefiling order which prohibits a vexatious litigant from filing any new litigation in the courts of

28   this state in propria persona without first obtaining leave of the presiding judge of the court

                                    ORDER - 1

1 │ where the litigation is proposed to be filed." The statute does not, on its face, preclude a litigant

2 │ subject to a pre-filing order from filing a lawsuit while represented by counsel, as in this case.

3 │ Further, there is nothing to suggest that the pre-filing order against Mr. Kinder includes a

4 │ prohibition against counsel filing suit on his behalf. Thus, there is not a violation of the pre-

5 │ filing order.

6 │     The Court hereby lifts the automatic stay and requires defendant to plead within 10 days

7 │ following service of this order.

8 │     IT IS SO ORDERED.

9 │

10 │ DATED:     JUN 2 8 2007

11 │                                         HON. JANIS SAMMARTINO
                                            PRESIDING JUDGE
12 │

13 │

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

**EXHIBIT B**

# EXHIBIT B

### Kinder v. Harrah's Entertainment

### 07 CV 2132 DMS (AJB)
### Consolidated with 07 CV 2226 DMS (AJB)

**May 25, 2005 at 2:23 p.m.**

"Hello this is Karen Gregory, the air program manager at Harrah's in Laughlin, Nevada. We still have a few seats available on the June 5th through 7th charter from San Diego to Laughlin. Because you are a valued Harrah's customer, we'd like to offer you a special package price of $129. That's right, round trip airfare and hotel accommodations for 2 people for a total of only $129. To take advantage, please call flight reservations at 1-800-315-9113 and ask for offer code SAN0605B. We hope you're able to join us on the June 5th charter to Laughlin."

**November 28, 2005 at 9:43 a.m.**

"...Bob Lea from Harrah's in Laughlin, Nevada. I'm calling to announce that we still have seats available on our flight departing from the San Diego international airport on Sunday December 4th and returning on Tuesday, December 6th. I want to make sure that you don't miss this opportunity for you and a friend to travel for 2 nights for the unbelievable low price of $109 per person and that includes your airfare and hotel accommodations. To take advantage of this terrific offer, please call 1-800-315-9113 and ask for offer code SAN1204R. Call now. The offer is based on availability while seats last. One of our representatives will gladly make your reservation."

**EXHIBIT C**

2900 S Casino Dr
Laughlin NV 89029

**#FASTWeb**

## Property Profile

### Property Information

| | | | |
|---|---|---|---|
| Owner(s) | Harrahs Laughlin Inc | Parcel # | 264-24-302-001 |
| Property | 2900 S Casino Dr | Map Coord | 264-024, 1472-D5 |
| | Laughlin, NV 89029 | Census Tract | 0057.02 |
| Mailing Addr | 1023 Cherry Rd | County | Clark |
| | Memphis , TN 38117 | Owner Phone | |

| | | | |
|---|---|---|---|
| Legal | PARCEL MAP FILE 48 PAGE 2 PT LOT 2 & PT LOT 3 PT S2 SEC 24 TWP 32 RGN 66. | | |
| Lot Number | 2 | Tract Number | |
| Block | | Subdivision | |

### Characteristics

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Use | Hotel | Year Built | 1987 | Sq. Feet | 1167374 |
| Zoning | | Lot Size | 34.57 / 1505869.2 | # of units | 9999 |
| Bedrooms | | Bathrooms | | Fireplace | |
| #Rooms | | Quality | | Heating | |
| Pool/Spa | N | Air | N | Style | |
| Stories | 1 | Improvements | | Parking | |
| Flood | X | | | | |

Attributes
Other

### Property Sale Information

| | | | | | |
|---|---|---|---|---|---|
| Sale Date | | $/Sq. Ft. | | 2nd Mtg. | |
| Sale Price | | 1st Loan | | Prior Sale Amt. | |
| Doc No. | 870819000341 | Loan Type | | Prior Sale Dt. | |
| Doc Type | Deed (reg) | Xfer Date | 08/19/1987 | Prior Doc No. | |
| Seller | | Lender | | Prior Doc Type | |

### Tax Information

| | | | |
|---|---|---|---|
| Imp Value | $32,675,226.00 | Exemption | |
| Land Value | $7,510,522.00 | Tax Year/Area | 2007/107 |
| Total Value | $40,185,748.00 | Tax Value | $40,185,748.00 |
| Tax Amount | $1,494,610.10 | Improved | TI_improved |

Information compiled from various sources and is deemed reliable but not guaranteed.

**EXHIBIT D**

Nevada Hotel Reservations at Harrah's Laughlin Hotel & Casino



**Check-In Date**
Dec ▼ | 18 ▼ | 2007 ▼
**Check-Out Date**
Dec ▼ | 19 ▼ | 2007 ▼
**#Adults  #Children**
1 ▼ | 0 ▼

**View/Cancel Reservation**

  


**FLY AWAY & PLAY**



HOME › TOP DESTINATIONS › **HARRAH'S LAUGHLIN**

**STAY & PLAY PACKAGES**


**ROOM & SPA**
2 nights stay & $50 Salon & Day Spa
credit. From $50/night plus tax
**LEARN MORE!**


**SCORE OFFER 3 NIGHTS**
3 nights and 2 racing tickets for
Saturday's Racing from $70/night plus
tax
**LEARN MORE!**

VIEW ALL PACKAGES FOR HARRAH'S LAUGHLIN

**EVENTS/ENTERTAINMENT!**


**WINTERFEST 2008**
Don't miss the coolest event
of the New Year:
WinterBreak!
**LEARN MORE!**


**STEVE LUCKY & THE
RHUMBA BUMS**
The joint is jumpin' when
Steve Lucky & the Rhumba
Bums swing into the Fiesta
Showroom, Jan. 5-16, 2008.
**LEARN MORE!**

   

 

**2900 South Casino Drive, Laughlin, NV 89029 (702) 298-4600**

Harrah's welcomes those of legal age to gamble in a casino to our website.

Know When to Stop Before You Start®  Gambling Problem?  Call 1-800-522-4700.
© 2007 Harrah's License Company, LLC. All Rights Reserved.
The use of this website is governed by Nevada law.
Privacy | Security | Legal

**EXHIBIT E**

# EXHIBIT E

## Kinder v. Harrah's Entertainment

### 07 CV 2132 DMS (AJB)
### Consolidated with 07 CV 2226 DMS (AJB)

December 9, 2003 at 10:19 a.m.

"...Harrah's Rincon with an exclusive VIP offer. You and a guest are invited to a special presentation of Showgirls this Wednesday night, December 10th, at 7:00 p.m. This sensational production is an exclusive in Southern California direct from the Rio in Vegas. Then enjoy a night in our fabulous hotel with a twenty dollar dining credit. To reserve this great package simply call 1-866 oh yeah oh. That's 866 649 3240 and ask for offer code RCA holiday. To be able to repeat this message just by pressing 2 on your touch tone phone. Hope to see you tomorrow night for Showgirls at Harrah's Rincon."

**EXHIBIT F**

# EXHIBIT F

Kinder v. Harrah's Entertainment

07 CV 2132 DMS (AJB)
Consolidated with 07 CV 2226 DMS (AJB)

**October 26, 2006 at 2:29 p.m.**

"...Bluffs Casino and hotel. It's a great offer, just for you. I'd like to invite you to be my guest for up to 3 complimentary nights this Sunday October 29[th] through Tuesday October 31[st] 2006. There's plenty of exciting entertainment now through Halloween so come into Harrah's Casino Council Bluffs to check it out. Rooms are limited, so if you'd like to make your hotel reservation, please press 9 on your telephone keypad now or call 1-800-Harrah's. That's 1-800-427-7247. Please tell the reservation agent you'd like to use offer COU0PLX. That code again is COU0PLX. If you'd like to repeat this message, please press 2. This message is not intended for persons who have been disassociated from Harrah's or Horseshoe Casinos. If you wish to have your phone number removed from your account, please either press 7 now or call 712-396-3934 and leave the phone number you wish to have removed. Stay and play at Harrah's Council Bluffs, the fun place to play."

# EXHIBIT G

2701 23rd Ave
Council Bluffs IA 51501

**＃FASTWeb**

**Property Profile**

### Property Information

| Owner(s) | Hbr Realty Co Inc | Parcel # | 000035.35000583001000 |
|---|---|---|---|
| Property | 2701 23rd Ave | Map Coord | |
| | Council Bluffs, IA 51501 | Census Tract | 0313.00 |
| Mailing Addr | 1023 Cherry Rd | County | Pottawattamie |
| | Memphis , TN 38117 | Owner Phone | |

| Legal | SECTION 3-74-44 PT W1/2 SE COMM 1554.04' S CENTER SEC 3 TH E279:66' N1222' W82.58' N290' E1117.97' S2435.39' W1317.73' N929.85' TO POB (PARCEL 2). |
|---|---|
| Lot Number | Tract Number |
| Block | Subdivision |

### Characteristics

| Use | Commercial Building | Year Built | | Sq. Feet | |
|---|---|---|---|---|---|
| Zoning | | Lot Size | | # of units | |
| Bedrooms | | Bathrooms | | Fireplace | |
| #Rooms | | Quality | | Heating | |
| Pool/Spa | N | Air | N | Style | |
| Stories | | Improvements | | Parking | |
| Flood | | | | | |

Attributes
Other

### Property Sale Information

| Sale Date | | $/Sq. Ft. | | 2nd Mtg. | |
|---|---|---|---|---|---|
| Sale Price | | 1st Loan | | Prior Sale Amt. | |
| Doc No. | | Loan Type | | Prior Sale Dt. | |
| Doc Type | | Xfer Date | | Prior Doc No. | |
| Seller | | Lender | | Prior Doc Type | |

### Tax Information

| Imp Value | $60,615,500.00 | Exemption | |
|---|---|---|---|
| Land Value | $2,134,500.00 | Tax Year | 2005 |
| Total Value | $62,750,000.00 | Tax Value | $62,750,000.00 |
| Tax Amount | $1,105,748.00 | Improved | TI_improved |

Information compiled from various sources and is deemed reliable but not guaranteed.

**EXHIBIT H**

Harrah's Council Bluffs: Council Bluffs Hotel and Casino. Book Your Council Bluffs Hotel Reservation ...    Page 1 of 1



**Check-In Date**
Dec ▼  18 ▼  2007 ▼

**Check-Out Date**
Dec ▼  19 ▼  2007 ▼

**#Adults  #Children**
1 ▼   0 ▼

**View/Cancel Reservation**

  

Harrah's Council Bluffs

- Hotel Overview
- Gaming
- Stay & Play Packages
- Hot Deals
- Events/Entertainment
- Dining
- Things To Do
  - Things To Do
  - Nightlife
  - Shopping
  - Salon
  - Golf
- Groups & Meeting
  - Weddings
- Maps & Directions

 **TONY ORLANDO**
Two Tickets to Tony Orlando Concert & a One Night Hotel Stay at Harrah's Council Bluffs for just $209
**LEARN MORE!**

 **BLUE OYSTER CULT**
Two Tickets to the Blue Oyster Cult Concert and a One Night Hotel Stay at Harrah's Council Bluffs for just $209
**LEARN MORE!**

**VIEW ALL PACKAGES FOR HARRAH'S COUNCIL BLUFFS.**

 **HOT GIFTS, COOL MILLION**
Hot Gifts, Cool Million
**LEARN MORE!**

 **BLUE OYSTER CULT**
Blue Oyster Cult LIVE at Harrah's
**LEARN MORE!**

 **TONY ORLANDO**
Tony Orlando
**LEARN MORE!**

 **AFRODISIACS**
Afrodisiacs on New Year's Eve
**LEARN MORE!**

 **10X MERRY MULTIPLIER**
Swipe Your Total Rewards Card to Multiply Your Credits!
**LEARN MORE!**

 **VERTIGO AT 360 ENTERTAINMENT**
Every Friday & Saturday!
**LEARN MORE!**

       



**Address:2701 23 Ave; Council Bluffs, IA 51502; Phone: (712) 329-6000**

1  Chad Austin, Esq. SBN 235457
   4632 Berwick Drive
2  San Diego, CA 92117
   Telephone: (619) 992-7100
3  Facsimile: (619) 295-1401

4  Attorney for Plaintiff JAMES M. KINDER, an individual

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  JAMES M. KINDER,                          )  CASE NO. 07 CV 2132 DMS (AJB)
                                              )  **Consolidated with 07cv2226 DMS (AJB)**
13                        Plaintiff,          )
                                              )  PROOF OF SERVICE
14  v.                                        )
                                              )
15  HARRAH'S ENTERTAINMENT, Inc.;             )
    HARRAH'S OPERATING COMPANY, Inc.;         )
16  HARRAH'S MARKETING SERVICES               )
    CORPORATION; HARRAH'S LICENSE             )
    COMPANY, LLC; HARRAH'S LAUGHLIN,          )
17  Inc.; HBR REALTY COMPANY, Inc. and        )
    DOES 1 through 100, inclusive,            )
18                                            )
                          Defendants.         )
19  ─────────────────────────────────────────)

20        I, the undersigned, declare that:

21

22        I am over the age of 18 years and not a party to this case; I am employed in and am a

23  resident of the County of San Diego, State of California, where the within service occurred, and

24  my business address is 4632 Berwick Drive, San Diego, California 92117.

25  ///

26  ///

27  ///

28  ///

                                                              PROOF OF SERVICE

1    I caused to be served on **April 11, 2008**, the following documents:

2    **OPPOSITION TO MOTION TO DISMISS; DECLARATION OF CHAD AUSTIN;**

3    **EXHIBITS**

4    on the interested parties in this action through their attorneys, as stated below, who have

5    agreed to accept electronic service in this matter, by electronically filing and serving said

6    documents via the Court's CM/ECF electronic filing server:

7    HARVEY M. MOORE                    David J. Kaminski
     BIDNA & KEYS, APLC                 Carlson & Messer
8    hmoore@bidnakeys.com               kamisnkd@cmtlaw.com

9    Jonathan Andrews Boynton           Ronald R. Giusso
     Kirby Noonan Lance and Hoge        Maria Roberts
10   jboynton@knlh.com                  Shea Stokes Roberts & Wagner
                                        rgiusso@sheastokes.com
11   DEBBIE P. KIRKPATRICK              mroberts@sheastokes.com
     Sessions, Fishman, Nathan and Israel
12   In California, L.L.P.              Tom Roddy Normandin
     dkirkpatrick@sessions-law.biz      Prenovost Normandin Bergh and Dawe
13                                      TNormandin@pnbd.com
     DAVID ISRAEL
14   BRYAN C. SHARTLE                   Mark Ellis; Andrew Steinheimer
     SESSIONS, FISHMAN, NATHAN,         Ellis, Coleman, Poirier, LaVoie &
15   & ISRAEL L.L.P.                    Steinheimer, LLP
     disrael@sessions-law.biz           mellis@ecplslaw.com
16   bshartle@sessions-law.biz          asteinheimer@ecplslaw.com

17   By first class United States Mail to:

18   Ansis Viksnins
     Lindquist and Vennum
19   4200 IDS Center
     80 South 8th Street
20   Minneapolis, Minnesota 55402

21   I declare under penalty of perjury, under the laws of the State of California and the laws

22   of the United States, that the foregoing is true and correct and that this declaration was executed

23   on April 11, 2008 at San Diego, California.

24                                      By: /s/ Chad Austin
                                        CHAD AUSTIN, Esq.
25                                      Attorney for Plaintiff, James M. Kinder
                                        Email: chadaustin@cox.net
26

27

28