1  MARIA C. ROBERTS, State Bar No. 137907
   mroberts@sheastokes.com
2  RONALD R. GIUSSO, State Bar No. 184483
   rgiusso@sheastokes.com
3  SHEA STOKES ROBERTS & WAGNER, ALC
   510 MARKET STREET, THIRD FLOOR
4  SAN DIEGO, CALIFORNIA 92101-7025
   TELEPHONE:     (619) 232-4261
5  FACSIMILE:     (619) 232-4840

6  Attorneys for HARRAH'S ENTERTAINMENT, INC.; HARRAH'S OPERATING COMPANY,
   INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LAUGHLIN,
7  INC.; HARRAH'S LICENSE COMPANY, LLC; and HBR REALTY COMPANY, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JAMES M. KINDER, | CASE NO. 07-CV-2132-DMS (AJB) [Consolidated with 07 CV 2226 DMS (POR)] |
| 13         Plaintiff, | Judge:      Hon. Dana M. Sabraw |
| 14  vs. | Mag. Judge: Hon. Anthony J. Battaglia |
| 15  HARRAH'S ENTERTAINMENT, INC.; HARRAH'S OPERATING COMPANY, INC.; | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION BY DEFENDANTS |
| 16  HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LICENSE | TO REMAND ACTION TO STATE COURT DUE TO LACK OF DIVERSITY |
| 17  COMPANY, LLC; HARRAH'S LAUGHLIN, INC.; HBR REALTY COMPANY, INC. and | JURISDICTION |
| 18  DOES 1 through 100, inclusive, | ACCOMPANYING DOCUMENTS: NOTICE OF MOTION AND MOTION; |
| 19         Defendants. | MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF |
| 20 | RONALD R. GIUSSO |
| 21 | Date:      June 13, 2008 |
| 22 | Time:      1:30 p.m. Courtroom: 12 |

23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

HARRAH'S ENTERTAINMENT, INC. and *Specially Appearing* Defendants HARRAH'S OPERATING COMPANY, INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LAUGHLIN, INC.; HARRAH'S LICENSE COMPANY, LLC; and HBR REALTY COMPANY, INC. hereby request that the Court take judicial notice of the following matters pursuant to F.R.E. 201:

1. Plaintiff's Summons and Complaint, filed October 2, 2007.

2. Plaintiff's First Amended Complaint for Damages, filed January 30, 2008.

3. Declaration of Chad Austin in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss, filed April 11, 2008.

4. Second Declaration of Chad Austin in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss, filed April 11, 2008.

SHEA STOKES ROBERTS & WAGNER, ALC

Dated: May 13, 2008        By: s/Ronald R. Giusso
                               Maria C. Roberts
                               Ronald R. Giusso
                               Attorneys for HARRAH'S ENTERTAINMENT, INC.; HARRAH'S OPERATING COMPANY, INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LAUGHLIN, INC.; HARRAH'S LICENSE COMPANY, LLC; and HBR REALTY COMPANY, INC.