```
 1  MARIA C. ROBERTS, State Bar No. 137907
    mroberts@sheastokes.com
 2  RONALD R. GIUSSO, State Bar No. 184483
    rgiusso@sheastokes.com
 3  SHEA STOKES ROBERTS & WAGNER, ALC
    510 MARKET STREET, THIRD FLOOR
 4  SAN DIEGO, CALIFORNIA 92101-7025
    TELEPHONE:    (619) 232-4261
 5  FACSIMILE:    (619) 232-4840

 6  Attorneys for HARRAH'S ENTERTAINMENT, INC.; HARRAH'S OPERATING COMPANY,
    INC.; HARRAH'S MARKETING SERVICES CORPORATION; HARRAH'S LAUGHLIN,
 7  INC.; HARRAH'S LICENSE COMPANY, LLC; and HBR REALTY COMPANY, INC.

 8

 9                        UNITED STATES DISTRICT COURT

10                       SOUTHERN DISTRICT OF CALIFORNIA

11

12
    JAMES M. KINDER,                    CASE NO. 07-CV-2132-DMS (AJB)
13                                      [Consolidated with 07 CV 2226 DMS (POR)]
              Plaintiff,
14                                      Judge:      Hon. Dana M. Sabraw
    vs.                                 Mag. Judge: Hon. Anthony J. Battaglia
15
    HARRAH'S ENTERTAINMENT, INC.;       PROOF OF SERVICE
16  HARRAH'S OPERATING COMPANY, INC.;
    HARRAH'S MARKETING SERVICES
17  CORPORATION; HARRAH'S LICENSE
    COMPANY, LLC; HARRAH'S LAUGHLIN,
18  INC.; HBR REALTY COMPANY, INC. and
    DOES 1 through 100, inclusive,
19
              Defendants.
20

21
    / / /
22
    / / /
23
    / / /
24
    / / /
25
    / / /
26
    / / /
27
    / / /
28
```

1  ///

2  *Kinder v. Harrah's Entertainment, Inc.*
   United States District Court, Southern District of California Case No. 07 CV 2132 (DMS (AJB)
3  [Consolidated with Case No. 07 CV 02226 DMS (POR)]

4  **PROOF OF SERVICE**

5  I, Ronald R. Giusso, caused the attorney(s) on the service list to be served via the Court's electronic filing system per local Rule 5.4.

6  On May 13, 2008, I served the following document(s) described as:

- **NOTICE OF MOTION AND MOTION BY DEFENDANTS TO REMAND ACTION TO STATE COURT DUE TO LACK OF DIVERSITY JURISDICTION;**

- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY DEFENDANTS TO REMAND ACTION TO STATE COURT DUE TO LACK OF DIVERSITY JURISDICTION;**

- **DECLARATION OF RONALD R. GIUSSO IN SUPPORT OF MOTION BY DEFENDANTS TO REMAND ACTION TO STATE COURT DUE TO LACK OF DIVERSITY JURISDICTION; and**

- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION BY DEFENDANTS TO REMAND ACTION TO STATE COURT DUE TO LACK OF DIVERSITY JURISDICTION**

**Chad Austin**
chadaustin79@hotmail.com
chadaustin@cox.net

**DFS SERVICES LLC**
HMoore@bidnakeys.com

**David Israel**
disrael@sessions-law.biz
dblack@sessions-law.biz

**Debbie P Kirkpatrick**
dpk@sessions-law.biz,mmw@sessions-law.biz,amc@sessions-law.biz

**Bryan C Shartle**
bshartle@sessions-law.biz

**Jonathan Andrews Boynton**
jboynton@knlh.com,vperez@knlh.com

**Mark E Ellis**

-1-   CASE NO. 07-CV-2132-DMS (AJB)
[Consolidated with 07 CV 2226 DMS (POR)]

mellis@ecplslaw.com,restrella@ecplslaw.com

**David J Kaminski**
kaminskid@cmtlaw.com

**John Winfield Klein**
jklein@pnbd.com

**Harvey Michael Moore**
HMOORE@BIDNAKEYS.COM,JTHOMPSON@BIDNAKEYS.COM

**Tom Roddy Normandin**
tnormandin@pnbd.com,jwade@pnbd.com,bkemmis@pnbd.com

Executed on May 13, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                              s/Ronald R. Giusso
                                              Ronald R. Giusso