cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, ) | CONSOLIDATED ACTION |
| ) | |
| Plaintiff, ) | LEAD CASE NO.:07cv2132 DMS (AJB) |
| v. ) | |
| ) | ORDER CONTINUING CASE |
| NATIONWIDE RECOVERY SYSTEMS, ) | MANAGEMENT CONFERENCE |
| INC., ) | |
| ) | |
| Defendants. ) | |

Due to the pending Motion to Remand scheduled before Judge Sabraw, the Court continues the May 29, 2008 telephonic Case Management Conference to ***July 1, 2008 at 9:00 a.m.***  Plaintiff shall initiate the conference call.

IT IS SO ORDERED.

DATED: May 22, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court