1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11    JAMES M. KINDER,                                    CASE NO. 07CV2226 (Consolidated
                                                          with Master Case No. 07cv2132)
12                                    Plaintiff,
                                                          **ORDER RE ORAL ARGUMENT**
13            vs.

14    HARRAH'S ENTERTAINMENT, INC., et al

15                                    Defendants.

16

17           Pending before the Court is Defendants' motion to remand, currently scheduled for hearing on

18    Friday, June 13, 2008 at 1:30 pm. The Court finds this matter suitable for submission without oral

19    argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, no appearances are required at this time.

20    **IT IS SO ORDERED.**

21

22    DATED:  June 9, 2008

23                                          _____

24                                          HON. DANA M. SABRAW
                                            United States District Judge
25

26

27

28