cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER, )<br>)<br>    Plaintiff, )<br>v. )<br>)<br>NATIONWIDE RECOVERY SYSTEMS, )<br>INC., )<br>)<br>    Defendants. )<br>_____ ) | CONSOLIDATED ACTION<br><br>LEAD CASE NO.:07cv2132 DMS (AJB)<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

Due to the pending Motion to Remand scheduled before Judge Sabraw, the Court continues the July 1, 2008 telephonic Case Management Conference to *August 15, 2008 at 9:30 a.m.* Plaintiff shall initiate the conference call.

IT IS SO ORDERED.

DATED:  June 26, 2008

*[signature]*

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court