# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>HARRAH'S ENTERTAINMENT, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 07cv2226 DMS (AJB)<br>(consolidated with master case no. 07cv2132)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the parties' joint motion, Case No. 07cv2226 DMS (AJB) is DISMISSED WITH PREJUDICE. Each party will bear its own attorneys' fees and costs. This order does not reach any of the other actions consolidated under Master File No. 07cv2132 DMS (AJB).

**IT IS SO ORDERED.**

DATED: June 12, 2009

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　United States District Judge