# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES M. KINDER,<br><br>         Plaintiff,<br> vs.<br><br>NATIONWIDE RECOVERY SYSTEMS, LTD., INC., et al.<br><br>         Defendants. | LEAD CASE NO. 07-cv-2132 DMS (AJB)<br><br>**ORDER STAYING LITIGATION**<br><br>[Doc. No. 122] |

  Pending before the Court is the parties' joint motion to stay litigation pending resolution of consolidated state litigation on appeal, entitled *Kinder v. Allied Interstate Inc., et al.,* California Court of Appeal Case No. E047086. (Doc. 122.) Good cause appearing therein, it is GRANTED. Accordingly, this litigation is stayed pending resolution of the state appeal. The Clerk of Court is instructed to administratively close these consolidated cases, which may be reopened upon application of the parties.

**IT IS SO ORDERED.**

DATED: June 25, 2009

                   _____
                   HON. DANA M. SABRAW
                   United States District Judge